# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

LIBERTY MUTUAL INSURANCE COMPANY
AND GREAT AMERICAN INSURANCE
COMPANY,

    *Plaintiffs,*

v.                                                            CASE NO. 6:24-CV-2180

ORLANDO MUSEUM OF ART, INC., AND
PIERCE O'DONNELL, TARYN BURNS, AND
WILLIAM FORCE, AND BASQUIAT VENICE
COLLECTION GROUP, AN UNREGISTERED DE
FACTO PARTNERSHIP,

    *Defendants.*

___

## UNOPPOSED MOTION FOR ENTRY OF AN ORDER EXTENDING TIME TO ANSWER COMPLAINT AND STIPULATION TO FLORIDA AS FORUM STATE

THIS CAUSE came before the Court upon the motion of Defendants Pierce O'Donnell, Taryn Burns, William Force, and Basquiat Venice Collection Group ("Defendants") and Plaintiffs Liberty Mutual Insurance Company and Great American Insurance Company ("Plaintiffs"), pursuant to M.D.Fla. LR 3.01, who collectively move this Court for entry of an Order granting an enlargement of time for Defendants to answer, move, or otherwise respond to the Complaint through and including January 30, 2025 and as grounds show:

1. Defendants recently removed this action to this Court and are in the process of analyzing the complaint and the facts alleged in the complaint to formulate an appropriate response.

2. Defendants hereby stipulate to the State of Florida as the forum state and agree that this case shall proceed either in state or federal court in the State of Florida.

3. Defendants require additional time, in part due to the intervening holidays, to consider their response to the complaint.

4. The parties have conferred and Plaintiffs have no objection to Defendants having through to and including January 30, 2025 to answer, move or otherwise respond to the complaint.

5. By agreeing to this relief, Plaintiffs reserve any arguments they may make regarding the removal to this court or otherwise and Defendants reserve any arguments they may make in opposition to any motion to remand or otherwise.

6. WHEREFORE, Defendants on an agreed basis move this Court for entry of an Order extending the time for them to respond to the complaint through to and including January 30, 2025.

*/s/ R. Hugh Lumpkin*
R. Hugh Lumpkin (SBN 0308196)
Email: hlumpkin@reedsmith.com
Jessica Gopiao (SBN 1011789)

        Email: jgopiao@reedsmith.com
        REED SMITH LLP
        200 S Biscayne Blvd
        Suite 2600
        Miami, FL 33131
        Telephone: +1 786 747 0200
        Facsimile: +1 786 747 0299
        *Attorneys for Defendants*
        *Pierce O'Donnell, Taryn Burns, William*
        *Force, and Basquiat Venice Collection*
        *Group*

        */s/ Jean-Claude Mazzola*
        Jean-Claude Mazzola (FL 73466)
        *Counsel for plaintiff*
        1350 Avenue of the Americas, 2nd Floor
        New York, New York 10019
        (d) 646.216.8585
        (c) 646.250.6666
        jeanclaude@mazzolalindstrom.com

## **LOCAL RULE 3.01(g) CERTIFICATION**

We have conferred with the opposing party and represent the opposing party agrees to the motion.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of December, 2024, I electronically filed a true and correct copy of the foregoing with the Clerk of Court and the parties of record by using the CM/ECF system.

        */s/ R. Hugh Lumpkin*
        **R. Hugh Lumpkin** (SBN 0308196)
        REED SMITH LLP
        200 S Biscayne Blvd
        Suite 2600
        Miami, FL  33131

Telephone: +1 786 747 0200
Facsimile: +1 786 747 0299
Email: hlumpkin@reedsmith.com

*Counsel for Defendants, Basquiat Venice Collection Group, Pierce O'Donnell, Taryn Burns, and William Force*