|  |  |
|---|---|
| Liberty Mutual Insurance Company and Great American Insurance Company,<br><br>    *Plaintiffs*,<br><br>    -against-<br><br>Orlando Museum of Art, Inc., and Pierce O'Donnell, Taryn Burns, and William Force, and Basquiat Venice Collection Group, an unregistered de facto partnership.<br><br>    *Defendants*. | Civil Action No.: 6:24-cv-2180 |

## Plaintiffs' Rule 7.1 Statement Corporate Disclosure Statements

**Liberty Mutual Insurance Company**

Plaintiff Liberty Mutual Insurance Company is a company organized under the laws of the State of Massachusetts and for federal court jurisdiction/diversity of citizenship disclosure purposes, the principal place of business is 175 Berkeley Street, Boston, Massachusetts. The ownership structure is as follows: Liberty Mutual Holding Company Inc. owns 100% of the stock of LMHC Massachusetts Holdings Inc. LMHC Massachusetts Holdings Inc. owns 100% of the stock of Liberty Mutual Group Inc. Liberty Mutual Group Inc. owns 100% of the stock of Liberty Mutual Insurance Company.

**Great American Insurance Company**

Plaintiff Great American Insurance Company provides the following information pursuant to Rule 7.1 of the Federal Rules of Civil Procedure: Great American Insurance Company is a

wholly owned subsidiary of American Financial Group, Inc., a publicly traded corporation incorporated in Ohio and trading on the New York Stock Exchange under the symbol "AFG."

Dated: December 26, 2024
       New York, New York

Respectfully submitted,

MAZZOLA LINDSTROM LLP

_____
Jean-Claude Mazzola (Lead Counsel)
1350 Avenue of the Americas, 2nd Fl.
New York, New York 10019
D: 646.250.6666
jeanclaude@mazzolalindstrom.com
Florida Bar No. 73466
*Counsel for Plaintiffs Liberty Mutual Insurance Company and Great American Insurance Company*