# EXHIBIT B

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA – ORLANDO DIVISION

| | |
|---|---|
| Liberty Mutual Insurance Company and Great American Insurance Company,<br><br>*Plaintiffs*,<br><br>-against-<br><br>Orlando Museum of Art, Inc., and Pierce O'Donnell, Taryn Burns, and William Force, and Basquiat Venice Collection Group, an unregistered de facto partnership.<br><br>*Defendants*. | Civil Action No.: 6:24-cv-2180<br><br>**Declaration of Jean-Claude Mazzola in Support of Motion to Remand** |

I, Jean Claude Mazzola, under penalty of perjury, state that the information contained in the foregoing document is true.

1. Plaintiffs brought this declaratory judgment action based on the filing of a claim for coverage under Orlando Museum of Arts' insurance policy with Liberty Mutual by defendants Pierce O'Donnell, William Force, Taryn Burns, acting collectively as the BVCG, claiming a total loss of the paintings seized by the FBI from the Orlando Museum of Art during the exhibition "Heroes and Monsters: Jean-Michel Basquiat, the Thaddeus Mumford, Jr. Venice Collection," which was slated to be held at OMA between February 12, 2022 and June 30, 2023. (ECF 1).

2. Plaintiffs Great American Insurance Company and Liberty Mutual both insure OMA under the policy.

1

3. Plaintiffs sent the BVCG defendants a courtesy copy of the complaint on November 18, 2024 and requested that counsel accept service of process on behalf of their clients, however, counsel failed to reply.

4. The BVCG defendants filed a notice of removal on Wednesday November 27, 2024, and thereafter waived service of process in the same email that notified counsel of the removal.

5. On Monday December 2, 2024, OMA waived service of process by email to plaintiffs' counsel.

6. We have spoken with OMA's counsel, who advised that they object to the removal, did not consent to removal, and will join in this motion, in separate papers.

Dated: December 27, 2024
New York, New York

Respectfully submitted,

MAZZOLA LINDSTROM, LLP

By: _____
Jean-Claude Mazzola (FL 73466)
*Counsel for plaintiff*
1350 Avenue of the Americas, 2nd Floor New York, New York 10019
(d) 646.216.8585
(c) 646.250.6666
jeanclaude@mazzolalindstrom.com

2