# Exhibit "B"

IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT IN AND
FOR ORANGE COUNTY, FLORIDA

CASE NUMBER: 2023-CA-014410-O

BUSINESS COURT
DIVISION: 43 – (Orange County)
23 – (Osceola County)

ORLANDO MUSEUM OF ART INC
    Plaintiff(s),
vs.

AARON DE GROFT; PIERCE ODONNELL; JOHN LEO MANGAN, III; WILLIAM MICHAEL FORCE; TARYN BURNS; BASQUIAT VENICE COLLECTION GROUP; MJL FAMILY TRUST LLC; RICHARD LIPUMA
    Defendant(s).
_____/

## CASE MANAGEMENT ORDER

This cause came before the Court on <u>January 02, 2024</u> for a Case Management Conference pursuant to the Court's notice and order. This case has been assigned to Division 43 / 23, Business Court pursuant to Amended Administrative Order No.: 2019-08-02 in the Ninth Judicial Circuit, Orange / Osceola County, Florida. After conferring with Counsel and the Parties, reviewing the Case Management Report, and being otherwise fully informed in the premises, it is **ORDERED** that unless later modified by Order of this Court, this schedule of events shall control the management and proceedings in this case:

### COMMUNICATION WITH THE COURT AND AMONG THE PARTIES

1. The parties are represented by the following, which shall be designated Lead Trial Counsel:

   a. <u>E. Ginnette Childs, Esquire; Sara A. Brubaker, Esquire,</u> representing **Plaintiff.**

   b. <u>John R. Samaan, Esquire,</u> representing **Defendant(s).**

   c. <u>Pierce O'Donnell; Aaron De Groft; Taryn Burns; William Force,</u> pro se Defendants.

## PRELIMINARY FINDINGS & DEADLINES

2. Any motions for leave to amend the pleadings to add additional parties or otherwise, shall be filed no later than June 3, 2024.

3. The parties are directed to comply in all respects with the Business Court Procedures and Divisional Guidelines located at: https://www.ninthcircuit.org/about/divisions/business-court.

## MOTIONS, DISCOVERY, ALTERNATIVE DISPUTE RESOLUTION AND TRIAL

4. The trial of this case shall occur during the trial period beginning **October 13, 2025**. The parties estimate the trial will be completed in <u>15</u> days. **(JURY)**

5. A pre-trial conference is scheduled on **September 30, 2025 at 9:30 am**

in Orange County Courthouse, Court Room 9A, 425 N Orange Ave., Orlando, FL 32801. The parties shall prepare in advance and provide at least fourteen (14) days prior to the pre-trial conference a pre-trial statement comporting with BCP 9.2. Non-Complying parties are subject to sanctions, including striking pleadings, witnesses and exhibits. **Parties shall complete Pre-Trial Conference Checklist and email to the Judicial Assistant (43Orange@ninthcircuit.org) in addition to a courtesy copy of the previously filed Pre-Trial Statement (see above) no later than 5 (five) business days prior to the Pre-Trial Conference.**

6. All Parties to serve no later than April 01, 2025, final list of all trial witness(es) likely to be called, including name, address, email and phone number. Party shall specify the subject matter about which the witness has knowledge. Records Custodians should be listed where parties do not stipulate to admissibility of records without testimony of a Records Custodian. Expert witness(es) designation see below.

7. The parties shall have until May 01, 2025 to conduct and conclude fact discovery. It is further ordered that the setting of the discovery deadline will not limit any party from filing summary judgment motions during the period, but any such motions should be narrowly drawn to address only issues on which discovery has been completed.

8. The Parties are limited to two (2) expert witnesses per side. In all other respects, the presumptive limitations on discovery contained in the Business Court Procedures shall apply.

9. The Party bearing the burden of proof on any claim shall designate the expert expected to be called at trial and provide all information specified in BCP 7.6 by <u>February 21, 2025</u>. With this disclosure, the Party shall provide three (3) dates on which the expert is available for deposition within thirty (30) days. The Party responding to any claim shall designate the expert expected to be called at trial and provide all information specified in BCP 7.6 by <u>April 04, 2025</u>. With this disclosure, the Party shall provide three (3) dates on which the expert is available for deposition within thirty (30) days.

10. The parties do not waive hearing on Motion(s) for Summary Judgment. Motion(s) must be heard no later than seven (7) days before Pre-trial Conference.

11. Dispositive and Daubert Motions shall be filed by <u>May 30, 2025</u> and heard no later than seven (7) days before the pre-trial conference if oral argument is granted. No Order required for setting Summary Judgment hearings.

12. Motions in Limine shall be filed by <u>June 13, 2025</u> and heard no later than seven (7) days before the pre-trial conference if oral argument is granted.

13. The parties are ordered to advise the Court, in writing, by April 4, 2025 of the date and time of the mediation and the identity of the mediator. The Parties shall conduct mediation by <u>May 1, 2025</u>. The Plaintiff's counsel is ordered to advise the Court, in writing, of the outcome of the mediation no later than five (5) days following the conclusion of the mediation conference.

**DONE AND ORDERED** in Orlando, Orange County, Florida this 2 day of January 2024.

John E. Jordan, Circuit Judge

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was filed with the Clerk of the Court this ___ day of January 2024 by using the Florida Courts E-Filing Portal System. Accordingly, a copy of the foregoing is being served on this day to all attorney(s)/interested parties identified on the ePortal Electronic Service List, via transmission of Notices of Electronic Filing generated by the ePortal System. Cathy Stephens, Judicial Assistant to Judge John E Jordan

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Human Resources, Orange County Courthouse, 425 N. Orange Avenue, Suite 510, Orlando, Florida, (407) 836-2303, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**