UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LIBERTY MUTUAL INSURANCE COMPANY
AND GREAT AMERICAN INSURANCE
COMPANY,

     *Plaintiffs,*

v.                                             CASE NO. 6:24-CV-2180

ORLANDO MUSEUM OF ART, INC., AND
PIERCE O'DONNELL, TARYN BURNS, AND
WILLIAM FORCE, AND BASQUIAT VENICE
COLLECTION GROUP, AN UNREGISTERED DE
FACTO PARTNERSHIP,

     *Defendants.*

___

**BVCG DEFENDANTS' RENEWED *UNOPPOSED* JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendants Pierce O'Donnell, Taryn Burns, William Force, and Basquiat Venice Collection Group (the "BVCG Defendants"), through their undersigned counsel, and pursuant to Local Rule 3.01, respectfully submit this Unopposed, Joint Motion for Extension of Time to Respond to Complaint, and in support thereof state, in this incorporated Memorandum of Law, as follows:

1. Plaintiffs Liberty Mutual Insurance Company and Great American Insurance Company ("Plaintiffs") commenced this action by filing its

Complaint on November 17, 2024 in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida (the "State Court Action").

2.On November 27, 2024, the BVCG Defendants removed this action to this Court by filing their Notice of Removal [D.E. 1].

3.On December 20, 2025, the parties filed an Unopposed Motion for Entry of an Order Extending Time to Answer Complaint and Stipulation to Florida as Forum State [D.E. 14] ("First Unopposed Motion").

4.On December 27, 2024, this Court denied the parties' First Unopposed Motion without prejudice because "[t]he motion[] fails to include a memorandum of law discussing the applicable procedural rules and case law regarding time to respond after removal and the standards applied to the requested extension in violation of Local Rule 3.01(a)."

## MEMORANDUM OF LAW

5.Federal Rules of Civil Procedure 12(a)(1)(A)(i) and (b) require the defendant to "serve an answer within twenty-one days after being served with the summons and complaint, and every defense to the claims raised in the complaint must be asserted in the answer." *Mybusinessloan.com, LLC v. Forum Networking Events, Inc.*, No. 8:15-cv-2739-T-36JSS, 2016 U.S. Dist. LEXIS 93886, at *3-4 (M.D. Fla. June 10, 2016) (citing Fed. R. Civ. P. 12(a)(1)(A)(i, b)).

2

6. In this case, the BVCG Defendants were not served with the summons. Instead, on December 3, 2024, the BVCG Defendants filed a Waiver of the Service of Summons [D.E. 8] based on the parties' agreement that an answer would be filed on or before January 30, 2025. The Court, however, has not entered an order formalizing the parties' stipulated extension.

7. Federal Rule of Civil Procedure 6(b)(1) states that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time: (a) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires . . ."

8. The BVCG Defendants are in the process of analyzing the complaint and the facts alleged in the complaint to formulate an appropriate response, but require additional time beyond January 30, 2025 to complete their responses. Specifically, due to lead counsel's medical condition—including without limitation a recent major surgical procedure on December 10, 2024 that requires extended recovery, and an upcoming related procedure scheduled for January 13, 2025, requiring additional recovery—plus recent, out-of-office travel by other counsel for the BVCG Defendants, and various intervening hearings and deadlines in other matters, as well as the response to Plaintiffs' Motion to Remand due on January 10, 2025, the undersigned counsel requires additional time to fully evaluate the allegations raised by

3

Plaintiffs in the Complaint, to identify all potential defenses, and to discuss same with each of the individual defendants.

9. Thus, in order to allow sufficient time for the BVCG Defendants to respond to the Complaint, the BVCG Defendants request an extension of time, up to and including January 30, 2025, by when to file their respective responses.

10. No party will be prejudiced by granting this extension of time.

11. This motion is not being made in bad faith or for any undue purpose of delay.

12. On several occasions, including December 18 and 20, 2024, the undersigned telephonically conferred with Jean-Claude Mazzola, Esq., counsel for Plaintiffs, concerning the relief requested herein and is authorized to represent that Plaintiffs have no objection to the BVCG Defendants' requested extension of time. On December 27, 28, and 30, 2024, the undersigned conferred with Sara Brubaker, Esq., counsel for Orlando Museum of Art, Inc. ("OMA"), concerning the relief requested herein and is, likewise, authorized to represent that OMA has no objection to the BVCG Defendants' requested extension of time.

13. By agreeing to this relief, Plaintiffs reserve any arguments they may make regarding the removal to this court or otherwise and the BVCG

Defendants reserve any arguments they may make in opposition to any motion to remand or otherwise.

**WHEREFORE**, Defendants Pierce O'Donnell, Taryn Burns, William Force, and Basquiat Venice Collection Group respectfully request that the Court grant this Unopposed, Joint Motion for Extension of Time to Respond to the Complaint, and enter an Order extending the time for them to respond to the complaint through to and including January 30, 2025.

### CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 3.01(g), I hereby certify that counsel for the movants has conferred with counsel for Plaintiffs and is authorized to represent that this motion is unopposed.

Respectfully submitted,

*/s/ R. Hugh Lumpkin*
**R. Hugh Lumpkin** (SBN 0308196)
Email: hlumpkin@reedsmith.com
**Jessica Gopiao** (SBN 1011789)
Email: jgopiao@reedsmith.com
REED SMITH LLP
200 S Biscayne Blvd
Suite 2600
Miami, FL 33131
Telephone: +1 786 747 0200
Facsimile: +1 786 747 0299

**David E. Weiss** (admitted *pro hac vice*)
Email: dweiss@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800

5

San Francisco, CA 94105
Telephone: +1 415 659 5652
Facsimile: +1 415 391 8269

**Katherine J. Ellena** (admitted *pro hac vice*)
Email: kellena@reedsmith.com
REED SMITH LLP
355 South Grand Avenue Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

**Casey A. Loosbrock** (admitted *pro hac vice*)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269
Email: cloosbrock@reedsmith.com

*Attorneys for Defendants Pierce O'Donnell, Taryn Burns, William Force, and Basquiat Venice Collection Group*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of December, 2024, I electronically filed a true and correct copy of the foregoing with the Clerk of Court and the parties of record by using the CM/ECF system.

*/s/ R. Hugh Lumpkin*
**R. Hugh Lumpkin** (SBN 0308196)

*Counsel for Defendants, Basquiat Venice Collection Group, Pierce O'Donnell, Taryn Burns, and William Force*