## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**LIBERTY MUTUAL
INSURANCE COMPANY and
GREAT AMERICAN
INSURANCE COMPANY,**

        **Plaintiffs,**

v.                                                                              Case No: 6:24-cv-2180-PGB-RMN

**ORLANDO MUSEUM OF ART,
INC., PIERCE O'DONNELL,
TARYN BURNS, WILLIAM
FORCE and BASQUIAT VENICE
COLLECTION GROUP,**

        **Defendants.**
_____/

## ORDER

This cause is before the Court *sua sponte* upon review of the Complaint. Plaintiff Liberty Mutual Insurance Company has identified its ownership structure, as did Plaintiff Great American Insurance Company. (Doc. 15). The undersigned owns a Liberty Life Single Premium Immediate Annuity and an American General Single Premium Immediate Annuity. The undersigned has no reason to believe the companies issuing the annuities are related to the Plaintiffs. However, the Court brings this to the parties' attention in an abundance of caution in case Liberty Mutual is affiliated with Liberty Life or Great American is affiliated with American General.

Accordingly, it is **ORDERED** that any party who seeks recusal of the undersigned shall file a motion setting forth the basis for recusal within **five (5) days** of this Order. The Court will refrain from entering orders in this case until the aforementioned deadline expires.

**DONE AND ORDERED** in Orlando, Florida, on January 6, 2025.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties