MAZZOLA LINDSTROM LLP
Jean-Claude Mazzola (FL 73466)
1350 Avenue of the Americas
New York, New York 10019
(646) 216-8300
jeanclaude@mazzolalindstrom.com
Attorneys for plaintiffs

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA – ORLANDO DIVISION

|  |  |
|---|---|
| Liberty Mutual Insurance Company and Great American Insurance Company, | Civil Action No.: 6:24-cv-2180 |
| *Plaintiffs*, | |
| -against- | |
| Orlando Museum of Art, Inc., and Pierce O'Donnell, Taryn Burns, and William Force, and Basquiat Venice Collection Group, an unregistered de facto partnership. | |
| *Defendants*. | |

## NOTICE OF RELATED ACTIONS

Under Local Rule 1.07(c), "The lead counsel has a continuing duty to file promptly a 'Notice of Related Action' identifying and describing any related action—either pending or closed—in the Middle District or elsewhere."

Counsel and unrepresented parties must also inform the Court about any related cases previously filed with any court or administrative agency. And counsel

and unrepresented parties have a continuing duty to promptly inform the Court of any newly filed similar or successive cases by filing an Amended Notice.

Accordingly, in accordance with Local Rule 1.07(c), I certify that the above-captioned case:

☒    **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

*Orlando Museum of Art, Inc. v. De Groft, et al.*, No. 2023-CA-014410-0 pending in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida;

*In the Matter of the Search of Orlando Museum of Art*, No. 6:22-mj-1648 which was filed in the United States District Court for the Middle District of Florida on or about June 23, 2022;

*Anders Karlsson v. John Leo Mangan III, Michael William Force, Taryn Burns, Jovian "John" Re, and Leslie James*, No. 2:14-cv-04514-R-JPR in the United States District Court for the Central District of California and which was closed on or about January 9, 2017; and

*United States v. Michael Barzman*, No. 2:23 -cr-00169 -MEMF in the United States District Court for the Central District of California and which was closed on or about August 24, 2023.

☐    **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

I further certify that I will serve a copy of this Notice of Related Actions upon each party no later than fourteen days after appearance of the party.

DATED:     January 7, 2025
           New York, New York

                        Respectfully submitted,


                        _____
                        Jean-Claude Mazzola (FL 73466)
                        1350 Avenue of the Americas, 2nd Fl.
                        New York, New York 10019
                        D: 646.250.6666
                        E: jeanclaude@mazzolalindstrom.com