**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LIBERTY MUTUAL**
**INSURANCE COMPANY AND**
**GREAT AMERICAN**
**INSURANCE COMPANY,**

        **Plaintiff,**

v.    Case No: 6:24-cv-2180-PGB-rmn

**ORLANDO MUSEUM OF ART,**
**INC., PIERCE O'DONNELL,**
**TARYN BURNS, WILLIAM**
**FORCE, BASQUIAT VENICE**
**COLLECTION GROUP,**

        **Defendant.**
_____/

## ORDER

This cause is before the Court on the Case Management Report filed by the parties (Doc. 29). The report indicates that the parties have not yet agreed on a mediator. Therefore, the parties are directed to confer and advise the Court on the selection of a mediator and the mediation date within fourteen (14) days from the date of this Order.

**DONE** and **ORDERED** in Orlando, Florida, on January 17, 2025.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record

- 2 -