EXHIBIT A

EXHIBIT  A

**ORLANDO M°A**
ORLANDO MUSEUM°ART

2416 North Mills Avenue
Orlando, FL 32803
T. 407-896-4231
F.407-896-9920
www.omart.org

# Loan Agreement

For Works of Art
Borrowed by
the Museum

OWNER: Basquiat Venice Collection Group, c/o Pierce O'Donnell and Taryn Burns

Address: 5108 Woodley Ave.

City: Encino          State: CA          Zip: 91436

Work #:          Home #:          Cell#: 310-480-3366

Email: podonnell@ggfirm.com          Website:          Fax

SPECIFICATION: ■ Incoming ❑ Outgoing / ■ Lender ❑ Borrower    PURPOSE: ■ Exhibition ❑ Extended ■Temporary

Exhibition Title: *Museum display*

| | | | |
|---|---|---|---|
| Exhibition Dates: | TBD | Loan Dates: | October 1, 2021 – June 30, 2022  *Dates vary based on shipping schedule* |
| DESCRIPTION: | Artist: *See attached checklist* | Nationality: | Life Dates: |
| Title: | *See attached checklist* | Date: | *See attached checklist* |
| Medium: | *See attached checklist* | Edition No. | |
| Dimensions: | *See attached checklist* | Frame Size: | *See attached checklist* |
| Weight: | | ID Number: | |
| Credit Line: | Basquiat Venice Collection Group | (If you wish to remain anonymous, please use Private Collection) | |

INSURANCE: If you wish to insure the work under your own Fine Arts Policy, please request a waiver of subrogation or a Certificate of Insurance that includes the Orlando Museum of Art as an additional insured from your provider.

Value in US currency: $19,700,000.00          To be carried by: ■Borrower ❑ Lender

SHIPPING: Is work framed?  ■ yes ❑ no   Will work be packed by Owner for shipment?  ❑ yes ❑ no

Special handling or installation instructions:

CATALOG & PUBLICITY: Unless declined, The Orlando Museum of Art may photograph, film, tape and/or reproduce in any media the above object to be used only for catalogue, educational, and publicity purposes only. If declined, initial here:

Are digital images available for publication?          ❑ yes ❑ no

AUTHORIZATION: Sign and return one copy of this Loan Agreement to the Orlando Museum of Art in the envelope provided.

By the signature affixed below, the Borrower and Lender verify they have read and agree to the conditions above and on the reverse side of this agreement and certify they have full authority to enter into this agreement.

Signature of Borrower: *Tiffany Recicar*          Date: 10/19/2021
Orlando Museum of Art

Signature of Lender: _____ Co-Manager BVCG Date: 10/19/2021
Signature of Owner or Authorized Signee with Title

Signature of Lender: _____          Date: 10/20/21
Signature of Owner or Authorized Signee with Title

CONFIDENTIAL          OAM_LIB_001638

## 1. Care, Preservation, & Exhibition

The Borrower will exercise the same precautions with respect to this loan that it would for the safekeeping of comparable property of its own. Objects will be protected by the Borrower by fire, theft and/or damage of any kind. Evidence of any damage during the period of the loan not described in the condition report at the time of receipt will be reported immediately to the Lender. The Lender will be requested to provide written authorization before any alteration, restoration or repair is executed.

The Orlando Museum of Art retains the right to determine when, if and for how long objects it borrows or lends will be exhibited or loaned.

## 2. Transportation & Packing

The Lender certifies that the object(s) lent are packed and in such a condition as to withstand ordinary strains of transportation and handling. The Borrower must agree to return the object(s) packed in the same or similar materials and will abide by any special instructions included under the "Shipping Information" section on the face of this document.

Condition reports will be made by the Orlando Museum of Art upon arrival and departure of all objects borrowed or loaned. Lenders to the museum are responsible to make the Orlando Museum of Art aware of any special conditions.

The method of shipment must be agreed upon by both parties as specified under "Shipping Information" on the face of this document. The Borrower will be responsible for costs of all shipping unless previous arrangements have been made in writing. Costs of customs formalities will be assumed by the Borrower. Government regulations will be adhered to for all international shipments.

## 3. Insurance

Unless otherwise specified under the "Insurance" section on the face of this document, the Borrower will be responsible for the insuring of all works while in transit to and from the borrowing institution or individual and throughout the entire loan period, whether on display or in storage. The object(s) will be insured in the amount specified on the face of this document which must reflect fair market value. If the Lender fails to indicate an amount, the Borrower will, with implied concurrence of the Lender, set a value for purposes of insurance for the period of the loan. This value is not to be considered an appraisal.

If the Lender elects to maintain its own insurance coverage, the Borrower requires a Certificate of Insurance naming themselves as additional insured for the object(s) during the period of the loan. In the case of long-term loans, it is the responsibility of the Lender to notify the Borrower of current insurance valuations.

If insurance is waived by the Lender, this waiver shall constitute the agreement of the Lender to release and hold harmless the Borrower from any liability for damage to or loss of the object(s) lent.

## 4. Reproduction & Credit

The Borrower reserves the right to photograph, telecast or reproduce the object(s) lent for educational, catalogue and publicity purposes unless otherwise notified in writing by the Lender. The Borrower agrees to give credit in any publications to the Lender as specified under "Credit Line" on the face of this document unless otherwise instructed in writing.

It is understood that an object on exhibition may not be photographed by the general public unless granted permission by the Lender in writing.

## 5. Change in Ownership and/or Address

It is the responsibility of the Lender or its agent to notify the Borrower promptly in writing if there is a change in ownership of the object(s) lent or if there is a change in identity or address of the Lender. The Orlando Museum of Art assumes no responsibility to search for a Lender who cannot be reached at the address of record.

## 6. Return of Loans

Unless otherwise agreed in writing, a loan terminates on the date specified on the face of this document under "Loan Period Dates." If no date is specified, the loan shall be for a reasonable period of time but in no event will it exceed three years. The object(s) lent will be returned only to the Lender at the address on the face of this document unless other arrangements have been made in advance. Any object(s) included in this loan will be returned to the Lender on or before the date requested.

If after three years from the termination date on the face of this document the Lender has not reclaimed the loan or the museum has been unable to return the object(s) due to an unknown change of address, the object(s) shall be considered for reasons of maintenance and safeguarding as an unrestricted gift to the Orlando Museum of Art.

CONFIDENTIAL

OAM_LIB_001639



EXH.2022.02.01
JEAN-MICHEL BASQUIAT
*One More King-Czar*
1982
Mixed media on cardboard
9 ½ x 10 in.
Basquiat Venice Collection Group

Insurance Value: $2,400,000



EXH.2022.02.02
JEAN-MICHEL BASQUIAT
*He Didn't*
1982
Mixed media on cardboard
20 x 25 in.
Basquiat Venice Collection Group

Insurance Value: $4,900,000



EXH.2022.02.03
JEAN-MICHEL BASQUIAT
1982
*Horn*
Mixed media on cardboard
20 x 25 in.
Basquiat Venice Collection Group

Insurance Value: $2,800,000



EXH.2022.02.04
JEAN-MICHEL BASQUIAT
*Batman with Top-Hat*
1982
Mixed media on board
12 x 12 in.
Basquiat Venice Collection Group

Insurance Value: $3,500,000

CONFIDENTIAL

| | |
|---|---|
|  | EXH.2022.02.05<br>JEAN-MICHEL BASQUIAT<br>*Colorful Face*<br>1982<br>Mixed media on cardboard<br>8 x 11 in.<br>Basquiat Venice Collection Group<br><br>Insurance Value: $1,200,000 |
|  | EXH.2022.02.06<br>JEAN-MICHEL BASQUIAT<br>*Reptile with Claws and Crown "King of Creatures"*<br>1982<br>Mixed media on cardboard<br>15 x 14 5/8 in.<br>Basquiat Venice Collection Group<br><br>Insurance Value: $4,900,000 |
|  | JEAN-MICHEL BASQUIAT<br>*Mystery Creature*<br>1982<br>Mixed media on cardboard<br>15 x 14 5/8 in.<br>Basquiat Venice Collection Group<br><br>Insurance Value: On back of Reptile with Claws and Crown "King of Creatures" |

CONFIDENTIAL