**E**

**X**

**H**

**I**

**B**

**I**

**T**

**B**

# EXHIBIT  B

**Fine Arts Insurance**

**Museum Collection and Temporary Loans**

The insurance companies signatory hereto
(hereinafter called the Company)
each only for itself and not one for another
by this joint policy of insurance
do insure

### Orlando Museum of Art Inc

(hereinafter referred to as the Insured)

For the percentage underwritten for each and every loss covered hereunder as
set forth under their respective names.

**Senior Vice President : Anne Rappa**



**Huntington T. Block Insurance Agency, Inc.**
**An Aon Company**
One Liberty Plaza
165 Broadway, Suite 3201
New York, NY 10006
Telephone: 212-479-4674
Fax: 212-441-1948
www.HuntingtonTBlock.com

(CIPMU_B) FORM MUSEUM COMBINED

# DECLARATIONS PAGE

The Declarations Page of this policy states the Coverage that you have selected. Only those sections that are completed with respect to limits of liability, rates, or premiums shall be deemed to be covered by this policy.

**Policy Type:**  Museum Collection and Temporary Loans

**Named Insured:**  Orlando Museum of Art Inc

**Mailing Address:**  2416 N. Mills Avenue
Orlando, FL 32803-1483

**Policy Term:**  From:  July 20, 2021     To:  July 20, 2022
12:01 A.M. Standard Time at the place of issuance.

**Policy Premium:**  $54,600.00  Premium
Included  Terrorism premium Accepted

$54,600.00  Total Premium  payable in installments as per schedule attached

## PARTICIPATING INSURANCE COMPANIES

In witness whereof the Companies hereunder have caused this policy to be signed by a duly qualified officer, attorney or agent, this 20th day of July, 2021.

| Company(s): | Policy Number(s): | Percentage Underwritten: |
| --- | --- | --- |
| Liberty Mutual Insurance Company | FAA20607001 | 60% |
| Great American Insurance Company | ART E743620-00-00 | 40% |

**Authorized Representative:**  Huntington T. Block Insurance Agency, Inc.

Issued Date: July 29, 2021        By:  _Diane Jackson_ _____

## DECLARATIONS PAGE

## DESCRIPTION OF COVERAGES PROVIDED

### PROPERTY COVERAGE – FINE ART MUSEUM POLICY

**Limits of Liability:**

a.    $50,000,000    at the Insured's premises:
2416 N. Mills Avenue Orlando, FL, 32803-1483, USA

b.    $50,000,000    at any other location, worldwide.
c.    $50,000,000    in transit on any one conveyance, worldwide.
d.    $50,000,000    in any one loss or disaster, either in case of partial or total loss, or salvage charges, or expenses, or all combined.

**Deductible:**

$1,000    each claim for loss or damage separately occurring.
$10,000    each claim for loss or damage separately occurring (applies only to windstorm losses at insured premises).

### TERRORISM COVERAGE

**Limit of Liability:**

a.    $50,000,000    as per forms attached.

### EARTHQUAKE COVERAGE

**Limit of Liability:**

a.    Included

### ADDITIONAL INTERESTS

### SPECIAL CONDITIONS AND ATTACHMENTS

CIP_PYMT              Installment Premium Payment Schedule
MUSFRM1016            Museum Collection and Temporary Loans Coverage
HURDED               Hurricane/Tropical Storm Deductible Clause
FA AON 08 05 20       Communicable Disease Endorsement
CM0116(09-00)        Florida Changes - Loss Payment
IL0175(09-07)        Florida Changes - Legal Action Against Us
IL0255(09-08)        Florida Changes - Cancellation And Nonrenewal
IL0985(12-20)        Disclosure Pursuant to Terrorism Risk Insurance Act
Notification of Claims (09-
2017)                Notification of Claims

(CIPMU_B) FORM MUSEUM COMBINED

## DECLARATIONS PAGE

| | |
|---|---|
| | Notice of Membership in Liberty Mutual Holding Company Inc. and Notice of |
| Liberty Mutual Notice | Annual Meeting |
| OFAC (08-09) | U.S. Economic and Trade Sanctions Clause |

# INSTALLMENT PREMIUM PAYMENT SCHEDULE

**Named Type:**          **Museum Collection and Temporary Loans**

**Named Insured:**      Orlando Museum of Art Inc

Premium is payable in four quarterly installments          .   Payments are due and payable on the following dates in the amounts stated below.  If a deposit premium is required it is included in your first payment.

| | |
|---|---|
| July 20, 2021 | $13,650.00 |
| October 20, 2021 | $13,650.00 |
| January 20, 2021 | $13,650.00 |
| April 20, 2021 | $13,650.00 |
| TOTAL PREMIUM | $54,600.00 |

| Company(s): | Policy Number(s): | Percentage Underwritten: |
|---|---|---|
| Liberty Mutual Insurance Company | FAA20607001 | 60% |
| Great American Insurance Company | ART E743620-00-00 | 40% |

**Authorized Representative:**     Huntington T. Block Insurance Agency, Inc.

By: _Diane Jackson_ _____

(CIP_PYMT)

# Huntington T. Block Insurance Agency, Inc.

## FINE ARTS INSURANCE

## MUSEUM COLLECTION AND TEMPORARY LOANS COVERAGE

1. **Property Insured:** This policy covers fine arts and collectible objects of every description including but not limited to paintings, etchings, drawings, photographs (including their frames, glasses, shadow boxes and vitrines), rare books and manuscripts, numismatic objects, rugs, tapestries, antiques, sculpture, statuary, ceramics, pottery, porcelain, memorabilia, natural history objects or historical artifacts, archeological objects, video artwork, packing crates, installation and re-installation material, and technical equipment including video monitors, projectors, EDP hardware and software of a non-artistic value used in association with, or as part of an exhibit used in direct association with an installation or exhibition, and other bona fide works of art, or rarity, historic value, or artistic merit, all constituted as follows:

   (a) Property of the Insured;

   (b) Property of others on loan to the Insured;

   (c) Property of others offered as gifts to the Insured or for sale to the Insured and while awaiting formal   acceptance;

   (d) The Insured's interest in residuary gifts and jointly owned property, but only to the extent of the Insured's interest therein at time of loss or damage;

   (e) The Insured's Reference Library including but not limited to portfolios, books, exhibition catalogs, manuscripts, letters, documents, slides, photographs, negatives, videos and computer data.

   all of the above being insured while on a "wall to wall" basis from the time said property is removed from its normal repository, incidental to shipment, until returned thereto or other point designated by the owner or their agent prior to return shipment, including while in transit and while on exhibition or otherwise worldwide.

2. **Owners/Lenders as Loss Payees/Additional Insureds:** Owners and lenders of Property Insured under this policy shall be Loss Payees and/or Additional Insureds, as their respective interests may appear.

3. **Policy Term:** This policy shall attach at 12:01 A.M. Standard Time at the place of issuance shown on the Declarations Page. This policy covers losses payable hereunder for the term indicated.

4. **Perils Insured:** All risks of direct physical loss or damage from any external cause, except as hereinafter excluded. Loss if any, payable to the Insured or order.

5. **Limits of Liability:** The Insurer shall not be liable under this section of this policy for more than the sums stated on the Declarations Page or as otherwise stated elsewhere in this policy.

6. **Deductible:** Each claim for loss or damage separately occurring shall be adjusted separately and from the amount of such adjusted claim the sum which is stated on the Declarations Page shall be deducted. This clause shall not apply, however, to property described in paragraph 1 (b) and (c), or to Property of the Insured, on a "wall to wall" basis from the time said property is removed from its normal repository, incidental to shipment, until returned thereto or other point designated by the owner or their agent prior to return shipment, including while in transit and while on exhibition or otherwise worldwide.

7. **Premium:** The premium for the policy year stated on the Declarations Page shall be due and payable as of the effective date.

MUSFRM1016                                              1

## VALUATION

1.  **Basis of Valuation:** It is understood and agreed that in event of loss or damage hereunder, all property coming under the protection of this insurance shall be valued at and insured hereunder as follows:

    a)  Property of the Insured, the Property shall be valued at the higher of the price paid for the Property (plus any transit, acquisition fees or restoration costs incurred by the Museum in the acquisition) or the current market value of the property at the time any loss or damage occurs. (The loss or damage shall be ascertained or estimated according to such value). Property consisting of packing crates, installation and similar materials; and technical equipment including video monitors, projectors, EDP hardware and software of a non-artistic value, used in direct association with or part of a specific exhibition or installation, are valued at replacement cost.

    b)  Property of others loaned to the Insured, and which the Insured has been instructed to insure or for which the Insured may be liable, shall be valued at amounts agreed upon by the Insured and owners, or otherwise the Insurer shall not be liable beyond the current market value of the property at the time any loss or damage occurs and in no event for an amount in excess of that specified in the policy. Ascertainment or estimate of loss shall be made by the Insured and the Insurer, or if they differ then the amount of loss will be determined as provided by the Arbitration Clause of the policy.

    c)  Property of others offered as gifts to the Insured or for sale to the Insured and while awaiting formal acceptance shall be valued at amounts agreed upon by the Insured and owners, or otherwise the Insurer shall not be liable beyond the current market value of the property at the time any loss or damage occurs and in no event for an amount in excess of that specified in the policy. Ascertainment or estimate of loss shall be made by the Insured and the Insurer, or if they differ then the amount of loss will be determined as provided by the Arbitration Clause of the policy.

    d)  Property acquired or to be acquired by the Insured as a gift or under wills or similar bequests shall be valued at the current market value at time loss or damage occurs. In no event, however, shall this policy cover such property beyond the Insured's interest therein and in the event of loss of such property such interest of the Insured at time of loss shall be that as stipulated in the will, bequest, contract or other document executed between the Insured and the donor of said property.

    e)  The Insured's reference library, including portfolios, books, exhibition catalogs, manuscripts, letters, documents, slides, photographs, negatives, videos and computer data, shall be valued at the cost to repair or replace. If the Property cannot be repaired or replaced, it shall be valued at current market value.

2.  **Partial Loss:** In cases of partial loss, or damage to any insured item, the amount payable shall be the cost and expense of repair and/or restoration plus any resulting depreciation in value, but not exceeding the full insured value of that item.

3.  **Total Loss:** In cases of total loss to any insured item, for which the Insurer has paid the full insured value of that item, it is agreed that upon payment of the loss, such item shall be surrendered to the Insurer.

4.  **Museum Clause:** Where the Insured is required by way of contract, due to national patrimony, the following clause shall apply:

    Notwithstanding the nature and total amount of the damage, Insured Property for which total loss has been paid, shall remain the property of the person or persons who legally held the ownership at the time immediately prior to the loss, and the amount payable shall not exceed the insured value agreed to between the Insured and owners.

    If Insured Property is lost and later recovered, General Conditions, item 11., Loss Buy Back, shall apply.

5.  **Currency Fluctuation:** Notwithstanding the limits of insurance stated herein, it is hereby agreed that in the event of loss or damage to the property insured hereunder, with an original valuation in currency other than US Dollars (and/or other currencies), claims will be paid in US Dollars (and/or other currencies), equivalent to the amount of loss in the original currency at the date of settlement.

6. **Library of Congress Valuation Clause:** With respect to loans from the Library of Congress, Washington, DC: The Library of Congress shall have the right to elect to receive reimbursement in the form of property of a similar nature to the item lost or damaged, such property to be identified by the Library of Congress within one year from the date of loss as satisfactory replacement of the lost or damaged property for which loss is payable under this policy. In the event of such election, the Company shall bear the cost to acquire such property on behalf of the Library of Congress."

## LEGAL LIABILITY COVERAGE

1. In Consideration of the Premium Charged, this section covers the liability of the Insured as bailee of all loan properties on which the Insured has been instructed not to insure, while this insurance is in effect, (excluding, however, any property for which the Insured has obtained a signed release of liability from the owner) and in the event of any action involving the Insured for loss or damage to such property the Insurer is to defend (to the monetary extent of its proportionate interest in this insurance) all such actions and to pay its proportionate share of all legal fees, court costs, fines, or judgments.

2. The Insured shall not voluntarily assume any liability nor incur any expense nor settle any claim without the agreement of the Insurers unless done at the Insured's own cost. The Insured shall not interfere in any negotiations for settlement nor in any legal proceedings, but whenever requested, and at the Insurer's expense, the Insured shall aid in securing information and evidence and the attendance of witnesses, and shall cooperate with the Insurer, except in a pecuniary way, in all matters which the Insurer may deem necessary in the defense of any suit or in the prosecution of any appeal.

## POLICY EXCLUSIONS

This policy does not insure against loss or damage caused by:

1. Wear and tear, gradual deterioration, inherent vice, or loss or damage sustained due to or resulting from any repairing, restoration, or retouching process. Notwithstanding the preceding, this Policy shall provide a limit of $250,000 any one loss and in the annual aggregate, for loss or damage sustained due to or resulting from such repairing, restoration or retouching process. It is further agreed that this exclusion shall not apply where the Insurers and/or their representatives have directed repairing, restoration, retouching, or other process following a loss.

2. War Risks, except with respect to Insured Property in overseas transit, including:

   (1) Hostile or warlike action in time of peace or war, including action in hindering, combating or defending against an actual, impending or expected attack

       (a) by any government or sovereign power (de jure or de facto); or by any authority maintaining or using military, naval or air forces; or

       (b) by military, naval or air forces; or

       (c) by an agent of any such government power, authority or forces;

   (2) any weapon of war employing atomic fission or radioactive force whether in time of peace or war;

   (3) insurrection, rebellion, revolution, civil war, usurped power, or action taken by governmental authority in hindering, combating or defending against such an occurrence, seizure or destruction under quarantine or customs regulations, confiscation by order of any government or public authority, or risks of contraband or illegal transportation or trade.

   War Risks in overseas transit as described above, is at all times subject to 48 hours notice of cancellation, given by either party. Once the cancellation date is reached coverage under this policy shall terminate only with respect to shipments that commence after the cancellation date.

3. Nuclear reaction or nuclear radiation or radioactive contamination, all whether controlled or uncontrolled and whether such loss be direct or indirect, proximate or remote, or be in whole or in part caused by, contributed to, or aggravated by the perils insured against in this policy; however, subject to the foregoing and all provisions of this policy, direct loss by fire resulting from nuclear reaction or nuclear radiation or radiation or radioactive contamination is insured against by this policy.

## ADDITIONAL COVERAGE

1. **U.S. Indemnity Deductible Coverage:** It understood and agreed that this policy can be used to cover any U.S. Arts & Artifacts Indemnity Deductible up to $500,000 per exhibition, based on the Certificate of Indemnity issued by the U.S. Government Indemnity Program. However, this policy shall not cover war risks, nuclear reaction, nuclear radiation, radioactive contamination or terrorism as detailed in this policy's exclusions and conditions. The amount payable for loss or damage is in addition to the limits of insurance shown on the Declarations page.

   No deductible applies to this coverage.

2. **Registration Papers and Records:** The Insurer will pay up to $50,000 in any one loss for Insured's cost to research, replace or restore lost or damaged papers and records used to conduct the administrative functions of the Registrar's office (or similar office), including those that are on computer software, for which there are no duplicates.  The amount payable is in addition to the limits of liability shown in the Declarations Page. No deductible applies to this coverage.

3. **Cost of Preparing Inventory:** In the event of loss resulting from a peril insured under this Policy, the Insurer will pay the Insured's necessary expense to prepare a complete inventory of the damaged and undamaged property including: (1) Quantities (2) Costs (3) Values and (4) Amount of loss claimed.

   The most the Insurer will pay under this extension is $50,000. The amount payable is in addition to the Limits of Liability shown on the Declarations Page. No deductible applies to this coverage.

4. **Debris Removal:** This policy covers expenses incurred for the removal of all debris of the Property Insured hereunder, caused by any Insured Peril. The Insurer will not be liable for such cost amounting to more than 25% of the insured value of the property. In no event shall the total incurred by the Insurer for debris removal and claim settlement exceed the Limit of Insurance on the Policy.

   Payment under this Coverage Extension will not increase the applicable Limit of Insurance, but if:

      (a) The sum of direct physical loss or damage and debris removal expense exceeds the Limit of Insurance; or
      (b) The debris removal expense exceeds the amount payable under the 25% limitation;

   We will pay up to an additional $25,000 in any one occurrence under this Coverage Extension.

5. **Fire Department Service Charge:** When the fire department is called to save or protect Insured Property from an Insured Peril, the Insurer will pay up to $25,000 for the Insured's liability for Fire Department Service Charges:

      a) Assumed by contract or by agreement prior to loss; or
      b) Required by local ordinance

   The amount payable is in addition to the Limits of Insurance shown on the Declarations Page. No deductible applies to this coverage.

6. **Fire Extinguishing System Discharge:** The Insurer shall pay up to $25,000 in any one occurrence for the cost to refill the Insured's fire extinguishing systems which protect the Insured Property when they discharge as intended to control a loss due to an Insured Peril. In addition, the Insurer agrees to pay up to $25,000 in any one occurrence for the cost to refill these systems should they accidentally discharge. The Insurer shall not be liable for discharge that happens at the time of installation, testing, repair or recharging of the fire extinguishing systems. The amount payable is in addition to the limits of liability shown on the Declarations Page. No deductible applies to this coverage.

7. **Lock/Key Insurance:** Subject to a limit not exceed $50,000 in any one occurrence, this Policy also covers the actual cost of keys, adjustment of locks to accept new keys or, if required, new locks or other security hardware, including the cost of their installation. Such loss shall be covered only if in conjunction with a loss caused by a Peril insured under this Policy. The amount payable is in addition to the limits of liability shown on the Declarations Page. No deductible applies to this coverage.

8. **Owners/Lenders as Loss Payees/Additional Insureds:** Owners and lenders of Property Insured under this policy shall be Loss Payees and/or Additional Insureds, as their respective interests may appear.

9. **Expediting Expenses:** We will pay your actual and reasonable costs resulting from a covered loss of or damage to Covered Property to expedite or repair including, but not limited to, overtime, night work, work on public holidays, rapid transportation of people and/or materials, and extra costs of temporary repair.

   This Coverage Extension will apply from the date of the covered loss or damage and for such time reasonably necessary to repair, or otherwise mitigate loss for covered properties.

   The most we will pay under this Coverage Extension in any one occurrence involving one or more items of Covered Property is $25,000. The amount payable is in addition to the limits of liability shown on the Declarations Page. No deductible applies to this coverage.

10. **Defective Title:** Subject to the applicable deductible stated in the schedule, the Insurer will pay for:

    1. Your own legal costs for claims made against you arising from the purchase of insured property for which the seller had defective or no title, or on which a charge or encumbrance had been placed prior to the purchase, of which you were not aware and should not have been aware after reasonable enquiry;

    2. Your liability for another party's reasonable legal costs arising out of the defective title.

    Providing always that:

       i. the purchase was made after the date you first insured the property under this policy or a previous policy of which this is a renewal;

       ii. the claim is made against you during the period of insurance;

       iii. you do not commence any litigation or other legal process without the Insurers' written consent and you inform Insurers immediately upon becoming aware of any title issues and do not initiate or respond to any related letter or other communication without Insurers' written consent;

       iv. Insurers have the right to take over the conduct of the litigation if they wish and settle on such terms as the relevant lawyer advises are reasonable;

       v. if you are required to pay another party's legal costs Insurers will pay up to the maximum liability as described in this section.

    Insurers' maximum liability under this section is subject to the limit of $100,000 any one loss and in the annual aggregate.

11. **Event Cancellation Coverage:** The Insurer shall compensate the Insured, up to a limit of $50,000 for any expenses incurred the preparation, transfer, and installation of an exhibition insured under the policy, that in the end cannot be carried out at the qualified premises, within 48 hours before the opening, due to disqualification of the premises as a result of fire, explosion, flooding, hurricane earthquake, and other disasters of nature, war, strikes and/or decision of the government or of the authorities.

12. **Shipping Expense Clause/Coverage During Delay:** When the subject matter insured is not delivered to the designated destination due to circumstances beyond the control of the insured following an insured peril, Insurers will also pay any charges incidental to the marine, air and ground transits, which have been or may be included by the Insured.

This insurance shall remain in force during delay beyond the control of the insured, any deviation, forced discharge, reshipment or trans-shipment, and during any variance of the voyage declared hereunder arising from the exercise of a liberty granted to ship owner or charterers under the contract of affreightment.

The limit for this coverage is $50,000 any one loss and $100,000 in the annual aggregate. The amount payable is in addition to the limits of liability shown on the Declarations Page. No deductible applies to this coverage.

## GENERAL CONDITIONS

1. **Arbitration:** If the Insured and the Insurer fail to agree as to the amount of loss, each shall, on the written demand of either made within sixty (60) days after receipt of proof of loss by the Insurer, select a competent and disinterested appraiser, and the appraisal shall be made at a reasonable time and place. The appraisers shall first select a competent and disinterested umpire, and failing for fifteen (15) days to agree upon such umpire, then on the request of the Insured or the Insurer, such umpire shall be selected by a judge of a court of record in the state in which such appraisal is pending. The appraisers shall then appraise the loss, stating separately the current market value at the time of loss and the amount of loss, and failing to agree shall submit their difference to the umpire. An award in writing of any two shall determine the amount of loss. The Insured and the Insurer shall each pay his or its chosen appraiser and shall bear equally the other expenses of the appraisal and umpire. The Insurer shall not be held to have waived any of its rights by any act relating to appraisal.

2. **Assignment of Policy:** This policy shall be void if assigned or transferred without the written consent of the Insurer.

3. **Automatic Reinstatement:** In the event of a loss under this policy the amount of such loss is automatically reinstated immediately without additional premium and the insurance shall remain in force for the full policy limits set forth on the Declarations Page.

4. **Cancellation:** This policy may be canceled by either the Insured or the Insurer on giving sixty (60) days notice in writing to the other, but ten (10) days notice in the event of non-payment of the premium. Such notice shall not apply to Property in due course of Transit. Upon such cancellation the Insured shall furnish to the Insurer a complete statement of the Insured Property and pay the pro-rata premium to date of cancellation as provided.

   If the period of limitation relating to the giving of notice of cancellation is prohibited or made void by any law controlling the construction thereof, such period shall be deemed to be amended so as to be equal to the maximum period of notice of cancellation permitted by such law.

5. **Changes:** The terms of this policy can only be changed by an endorsement issued with approval of the Insurer and forming part of this policy.

6. **Collection from Others:** No loss shall be paid hereunder if the Insured has collected the same from others.

7. **Each Insurer:** The interest of each Insurer hereunder is individual and not joint, and whenever the right or privilege is retained by the Insurers, such right or privilege may be exercised by each Insurer independently.

8. **Examination Under Oath:** The Insured shall submit, and so far as is within his or their power, shall cause all other persons interested in the property and members of the household and employees to submit to examinations under oath by any persons named by the Insurer, relative to any and all matters in connection with a claim and subscribe the same; and produce for examination all books of account, bills, invoices, and other vouchers or certified copies thereof if originals be lost, at such reasonable time and place as may be designated by the Insurer or its representatives, and shall permit extracts and copies thereof to be made.

9. **Excess Insurance:** Permission is granted to the Insured to purchase excess insurance without prejudice to this Policy, nor shall the existence of such insurance, if any, reduce or affect the Insurers' liability under this Policy.

10. **Liberalization Clause:** If a revision of this policy form which would broaden coverage without an additional premium is adopted during this policy period, or within 6 months before Fine Art coverage is effective, the broadened coverage will apply.

11. **Loss Buy Back:** The Insured shall have the right to repurchase from the Insurer property of the Insured that is recovered for the amount paid to the Insured for the loss, plus an amount which represents loss adjustment and recovery expenses.

Damaged property of the Insured, for which a total loss has been paid, may be re-purchased by the Insured at its fair market value at the time of loss.

The Insurer agrees to notify the Insured by mail at the last known address of the right to repurchase damaged or recovered property and the Insured shall have sixty (60) days from date of such notice to exercise the repurchase right.

12. **Misrepresentation and Fraud:** This Policy shall be void if the Insured has intentionally concealed or misrepresented any material fact or circumstance concerning this insurance or the subject thereof, or in case of any fraud, attempted fraud or false swearing by the Insured (touching any matter) relating to this insurance, or the subject thereof, whether before or after a loss.

13. **No Benefit to Bailee:** This insurance shall in no way inure directly or indirectly to the benefit of any carrier or other bailee.

14. **Notice of Loss:** In the event of loss or damage which may give rise to a claim under this insurance, notice is to be given to the Insurer as soon as is reasonably possible, and to the police if a crime is suspected. The Insured shall also file with the Insurer or its agent within ninety (90) days from the date of loss, a detailed  proof of loss. Moreover, the insured must give the insurer such relevant information and evidence as may reasonably be required, and cooperate fully in the investigation and adjustment of any claim.

15. **Other Insurance:** If there is any other valid and collectible insurance covering the Property Insured hereunder, whether prior, subsequent to, or simultaneous with this Insurance, which in the absence of this insurance would cover the loss or damage hereby covered, then the Insurer shall not be liable hereunder for more than the excess over and above such other insurance.

This clause, however, shall not apply to insurance effected by owners of property loaned to the Insured and the existence of such insurance or payment of a loss thereunder shall not constitute a defense to any claim otherwise payable under this policy, nor shall such insurance be called on to contribute to any loss payable hereunder. The provisions of this clause do not apply to insurance expressed to be underlying or to excess amounts insured hereunder.

16. **Packing and Securing of Property in Transit or Storage:** It is a condition of this insurance that the Insured will take all reasonable steps to ensure that Property Insured under this Policy will be packed by competent packers and in such a manner as to withstand the normal hazards associated with transit or storage.

17. **Pairs and Sets:** In the event of the total loss of any articles which are part of a pair or set, this Insurer agrees to pay the Insured, at the option of the Insured, the full amount of the value of such pair or set as determined by the Valuation Clause contained herein, subject otherwise to the applicable Deductible Clause set forth herein, and the Insured agrees, if such option is elected, to surrender the remaining article or articles of the pair or set to the Insurer.

In the event of partial loss of any articles which are part of a pair or set, this Insurer agrees to pay the measure of loss or damage to such property at a reasonable and fair proportion of the total value of the set, giving consideration to the importance of said property as a set or pair and according to the application of the depreciation of value clause to the unit and the whole set.

18. **Prevailing Terms and Conditions:** All matters not provided for herein or by endorsement hereon shall be covered by the terms and conditions of the Insurer's printed policy form to which this form is attached and which has been issued in conjunction herewith. The forgoing clauses contained in this form are to supersede and take the place of all other clauses in the printed form of the policy wherein they may conflict.

19. **Required by Law:** Any provisions required by law to be stated in policies issued by subscribers hereto shall be deemed to have been stated herein.

In the event of litigation, subscribers hereto, upon request, agree to issue separate policies covering their individual subscription.

20. **Settlement of Claims:** All adjusted claims, the settlement amount and terms of which have been agreed by the Insurer and the Insured, shall be paid or made good to the Insured within thirty (30) days after satisfactory proof of interest and loss has been received and accepted at the office of the Insurer.

21. **Subrogation:** In the event of any payment under this policy the Insurer shall be subrogated to all the Insured's rights of recovery therefore against any person or organization and the Insured shall execute and deliver instruments and papers and do whatever else is necessary to secure such rights. The Insured shall do nothing after loss to prejudice such rights. This clause shall not apply, however, to museums or other cultural institutions in which the Insured Property is being exhibited or on loan. In addition, this clause shall not apply to professional packers and shippers, auction houses, lenders or other individuals or institutions or other bailees with whom the Insured has waived their right of recovery, in writing, prior to a loss.

22. **Suit Against Insurer:** No suit, action or proceeding for the recovery of any claim under this policy shall be sustainable in any court of law or equity unless the same be commenced within twelve (12) months next after discovery by the Insured of the occurrence which gives rise to the claim. Provided, however, that if by the laws of the state within which this policy is issued such a limitation is invalid, then any such claims shall be void unless such action suit or proceeding be commenced within the shortest limit of time permitted by the laws of such state to be fixed herein.

23. **Value Declared:** It is understood and agreed that any Property Insured hereunder while in transit may be dispatched under a declaration as being "without artistic value", the values declared in such cases being only nominal values.

# HURRICANE/TROPICAL STORM DEDUCTIBLE CLAUSE

The following clause shall apply to losses occurring at the following locations:

2416 N. Mills Avenue Orlando, FL, 32803-1483, USA

Effective July 20, 2021, each claim for loss or damage caused by or resulting from a hurricane or tropical storm (separately occurring), as declared by the National Weather Service, shall be adjusted separately and from the amount of each claim the sum of $10,000 shall be deducted.

In the event of any recovery or salvage on a loss which has been or is being paid thereunder, such recovery or salvage shall accrue entirely to the benefit of the company under this policy until the sum paid by them has been made up.

| Company(s): | Policy Number(s): | Percentage Underwritten: |
|---|---|---|
| Liberty Mutual Insurance Company | FAA20607001 | 60% |
| Great American Insurance Company | ART E743620-00-00 | 40% |

**Authorized Representative:**    Huntington T. Block Insurance Agency, Inc.

By: _Diane Jackson_ _____

(HURDED

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## COMMUNICABLE DISEASE ENDORSEMENT

**The following shall apply as respects to** Event Cancellation Coverage only:

This policy, subject to all applicable terms, conditions and exclusions, covers losses attributable to direct physical loss or physical damage occurring during the period of insurance. Consequently, and notwithstanding any other provision of this policy to the contrary, this policy does not insure any loss, damage, claim, cost, expense or other sum, directly or indirectly arising out of, attributable to, or occurring concurrently or in any sequence with a Communicable Disease or the fear or threat (whether actual or perceived) of a Communicable Disease.

1.  For the purposes of this endorsement, loss, damage, claim, cost, expense or other sum, includes, but is not limited to, any cost to clean-up, detoxify, remove, monitor or test:

    2.1 for a Communicable Disease, or

    2.2 any property insured hereunder that is affected by such Communicable Disease.

2.  As used herein, a Communicable Disease means any disease which can be transmitted by means of any substance or agent from any organism to another organism where:

    3.1 the substance or agent includes, but is not limited to, a virus, bacterium, parasite or other organism or any variation thereof, whether deemed living or not, and

    3.2 the method of transmission, whether direct or indirect, includes but is not limited to, airborne transmission, bodily fluid transmission, transmission from or to any surface or object, solid, liquid or gas or between organisms, and

    3.3 the disease, substance or agent can cause or threaten damage to human health or human welfare or can cause or threaten damage to, deterioration of, loss of value of, marketability of or loss of use of property insured hereunder.

3.  This endorsement applies to all coverage extensions, additional coverages, exceptions to any exclusion and other coverage grant(s).All other provisions of the policy remain unchanged.

All other terms, conditions, limitations and exclusions remain unchanged.

**FA AON 08 05 20**                                                                                     **Page 1 of 1**

**POLICY NUMBER:** FAA20607001

**COMMERCIAL INLAND MARINE**
**CM 01 16 09 00**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# FLORIDA CHANGES – LOSS PAYMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART

Paragraph **5.** of Loss Condition **E. Loss Payment** in the Commercial Inland Marine Conditions is replaced by the following:

**5.** Provided you have complied with all the terms of this Coverage Part, we will pay for covered loss or damage within:

**a.** 20 days after we receive the sworn proof of loss and reach written agreement with you; or

**b.** 30 days after we receive the sworn proof of loss and:

**(1)** There is an entry of final judgment; or

**(2)** There is a filing of an appraisal award with us.

This endorsement does not apply to the Mail Coverage Form.

Copyright, Insurance Services Office, Inc., 1999

☐

**POLICY NUMBER:** FAA20607001                                          IL 01 75 09 07

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES – LEGAL ACTION AGAINST US

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART

The following replaces the second paragraph of the **Legal Action Against Us** Condition:

**LEGAL ACTION AGAINST US**

Legal action against us involving direct physical loss or damage to property must be brought within 5 years from the date the loss occurs.

          © ISO Properties, Inc., 2006

INTERLINE
IL 02 55 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**A.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

**2. Cancellation For Policies In Effect 90 Days Or Less**

**a.** If this policy has been in effect for 90 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, accompanied by the specific reasons for cancellation, at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(2)** 20 days before the effective date of cancellation if we cancel for any other reason, except we may cancel immediately if there has been:

**(a)** A material misstatement or misrepresentation; or

**(b)** A failure to comply with underwriting requirements established by the insurer.

**b.** However, Paragraph **2.a.(2)** does not apply to a first Named Insured whose residential structure has been insured by us or an affiliated insurer for at least a five-year period immediately prior to the date of written notice. Instead, refer to Paragraph **C.7.b.(4)** of this endorsement.

**c.** We may not cancel:

**(1)** On the basis of property insurance claims that are the result of an act of God, unless we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property; or

**(2)** On the basis of filing of claims for partial loss caused by sinkhole damage or clay shrinkage, regardless of whether this policy has been the subject of a sinkhole or clay shrinkage claim, or on the basis of the risk associated with the occurrence of such a claim. However, we may cancel this policy if:

**(a)** The total of such property insurance claim payments for this policy exceeds the current policy limits of coverage for property damage; or

**(b)** You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based.

**(3)** Solely on the basis of a single property insurance claim which is the result of water damage, unless we can demonstrate that you have failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property.

 © Insurance Services Office, Inc., 2008

**B.** Paragraph **5.** of the **Cancellation** Common Policy Condition is replaced by the following:

**5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will mail the refund within 15 working days after the date cancellation takes effect, unless this is an audit policy.

If this is an audit policy, then, subject to your full cooperation with us or our agent in securing the necessary data for audit, we will return any premium refund due within 90 days of the date cancellation takes effect. If our audit is not completed within this time limitation, then we shall accept your own audit, and any premium refund due shall be mailed within 10 working days of receipt of your audit.

The cancellation will be effective even if we have not made or offered a refund.

**C.** The following is added to the **Cancellation** Common Policy Condition:

**7. Cancellation For Policies In Effect For More Than 90 Days**

**a.** If this policy has been in effect for more than 90 days, we may cancel this policy only for one or more of the following reasons:

**(1)** Nonpayment of premium;

**(2)** The policy was obtained by a material misstatement;

**(3)** There has been a failure to comply with underwriting requirements established by us within 90 days of the effective date of coverage;

**(4)** There has been a substantial change in the risk covered by the policy;

**(5)** The cancellation is for all insureds under such policies for a given class of insureds;

**(6)** On the basis of property insurance claims that are the result of an act of God, if we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property;

**(7)** On the basis of filing of claims for partial loss caused by sinkhole damage or clay shrinkage, or on the basis of the risk associated with the occurrence of such a claim, if:

**(a)** The total of such property insurance claim payments for this policy exceeds the current policy limits of coverage for property damage; or

**(b)** You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based; or

**(8)** On the basis of a single property insurance claim which is the result of water damage, if we can demonstrate that you have failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property.

**b.** If we cancel this policy for any of these reasons, we will mail or deliver to the first Named Insured written notice of cancellation, accompanied by the specific reasons for cancellation, at least:

**(1)** 10 days before the effective date of cancellation if cancellation is for non-payment of premium; or

**(2)** 45 days before the effective date of cancellation if:

**(a)** Cancellation is for one or more of the reasons stated in Paragraphs **7.a.(2)** through **7.a.(8)** above; and

**(b)** This policy does not cover a residential structure or its contents; or

**(3)** 100 days before the effective date of cancellation if:

**(a)** Cancellation is for one or more of the reasons stated in Paragraphs **7.a.(2)** through **7.a.(8)** above; and

**(b)** This policy covers a residential structure or its contents, unless Paragraph **7.b.(4)** applies.

 © Insurance Services Office, Inc., 2008

However, if cancellation is to become effective between June 1 and November 30, we will mail or deliver to the first Named Insured written notice of cancellation at least 100 days prior to the effective date of cancellation or by June 1, whichever is earlier. Therefore, when cancellation is to become effective between September 9 and November 30, we will mail or deliver to the first Named Insured written notice of cancellation by June 1.

**(4)** 180 days before the effective date of cancellation if:

**(a)** Cancellation is for one or more of the reasons stated in Paragraphs **7.a.(2)** through **7.a.(8)** above; and

**(b)** The first Named Insured's residential structure has been insured by us or an affiliated insurer for at least a five-year period immediately prior to the date of the written notice.

**D.** The following is added:

**NONRENEWAL**

**1.** If we decide not to renew this policy we will mail or deliver to the first Named Insured written notice of nonrenewal, accompanied by the specific reason for nonrenewal, at least:

**a.** 45 days prior to the expiration of the policy if this policy does not cover a residential structure or its contents; or

**b.** 100 days prior to the expiration of the policy if this policy covers a residential structure or its contents, unless Subsection **c.** or **d.** applies.

**c.** If this policy covers a residential structure or its contents and nonrenewal is to become effective between June 1 and November 30, we will mail or deliver to the first Named Insured written notice of nonrenewal at least 100 days prior to the effective date of nonrenewal or by June 1, whichever is earlier. Therefore, when nonrenewal is to become effective between September 9 and November 30, we will mail or deliver to the first Named Insured written notice of nonrenewal by June 1. If nonrenewal is due to a revision to this policy's coverage for sinkhole losses or catastrophic ground cover collapse pursuant to the 2007 changes in the Florida Insurance Laws concerning such coverage, then this subsection, **c.**, does not apply. Therefore, in such a case, Subsection **b.** or **d.** applies.

**d.** 180 days prior to the effective date of nonrenewal if the first Named Insured's residential structure has been insured by us or an affiliated insurer for at least a five-year period immediately prior to the date of the written notice.

**2.** Any notice of nonrenewal will be mailed or delivered to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

**3.** We may not refuse to renew this policy:

**a.** On the basis of property insurance claims that are the result of an act of God, unless we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property; or

**b.** On the basis of filing of claims for partial loss caused by sinkhole damage or clay shrinkage, regardless of whether this policy has been the subject of a sinkhole or clay shrinkage claim, or on the basis of the risk associated with the occurrence of such a claim. However, we may refuse to renew this policy if:

**(1)** The total of such property insurance claim payments for this policy exceeds the current policy limits of coverage for property damage; or

**(2)** You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based.

**c.** Solely on the basis of a single property insurance claim which is the result of water damage, unless we can demonstrate that you have failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property.

 © Insurance Services Office, Inc., 2008

**E. Limitations On Cancellation And Nonrenewal In The Event Of Hurricane Or Wind Loss – Residential Property**

1. The following provisions apply to a policy covering a residential structure or its contents, if such property has sustained damage as a result of a hurricane or windstorm that is the subject of a declaration of emergency by the Governor and filing of an order by the Commissioner of Insurance Regulation:

   a. Except as provided in Paragraph **E.1.b.**, we may not cancel or non-renew the policy until at least 90 days after repairs to the residential structure or its contents have been substantially completed so that it is restored to the extent that it is insurable by another insurer writing policies in Florida. If we elect to not renew the policy, we will provide at least 100 days' notice that we intend to non-renew 90 days after the substantial completion of repairs.

   b. We may cancel or non-renew the policy prior to restoration of the structure or its contents, for any of the following reasons:

      (1) Nonpayment of premium;

      (2) Material misstatement or fraud related to the claim;

      (3) We determine that you have unreasonably caused a delay in the repair of the structure; or

      (4) We have paid the policy limits.

   If we cancel or non-renew for nonpayment of premium, we will give you 10 days' notice. If we cancel or non-renew for a reason listed in Paragraph **b.(2)**, **b.(3)** or **b.(4)**, we will give you 45 days' notice.

2. With respect to a policy covering a residential structure or its contents, any cancellation or nonrenewal that would otherwise take effect during the duration of a hurricane will not take effect until the end of the duration of such hurricane, unless a replacement policy has been obtained and is in effect for a claim occurring during the duration of the hurricane. We may collect premium for the period of time for which the policy period is extended.

3. With respect to Paragraph **E.2.**, a hurricane is a storm system that has been declared to be a hurricane by the National Hurricane Center of the National Weather Service (hereafter referred to as NHC). The hurricane occurrence begins at the time a hurricane watch or hurricane warning is issued for any part of Florida by the NHC, and ends 72 hours after the termination of the last hurricane watch or hurricane warning issued for any part of Florida by the NHC.

**POLICY NUMBER: FAA20607001**　　　　　　　　　　　　　　　　　　　　**IL 09 85 12 20**

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

## DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

### SCHEDULE

| SCHEDULE – PART I |
| --- |
| **Terrorism Premium (Certified Acts)  Included**<br>**This premium is the total Certified Acts premium attributable to the following Coverage Part(s), Coverage Form(s) and/or Policy(ies):**<br><br>**Commercial Inland Marine Coverage Form**<br><br><br><br><br>**Additional information, if any, concerning the terrorism premium:**<br><br><br><br><br> |

| SCHEDULE – PART II |
| --- |
| **Federal share of terrorism losses    80%**<br>(Refer to Paragraph **B**. in this endorsement.)<br>Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

## A. Disclosure Of Premium

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

## B. Disclosure Of Federal Participation In Payment Of Terrorism Losses

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals a percentage (as shown in Part II of the Schedule of this endorsement or in the policy Declarations) of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

## C. Cap On Insurer Participation In Payment Of Terrorism Losses

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

© Insurance Services Office, Inc., 2020

# FINE ARTS INSURANCE POLICY



## LIBERTY MUTUAL INSURANCE COMPANY

(A Massachusetts Stock Insurance Company, hereinafter the Company)

### NOTIFICATION OF CLAIMS

Liberty International Underwriters takes pride in offering our policyholders superior claims service. Our Fine Arts and Specie claims team understands the nature and nuances of this product, and our global network of conservator appraisers, and specialty fine art and specie adjustors are strategically placed to promptly address all claims issues with you and the Insured as they arise. It is our goal to ensure that all of your questions are answered, and the necessary steps are taken to easily guide the Insured through the claims process.

To enable us to respond to your claim in an efficient manner, please provide prompt notice of any loss, which is to include all pertinent loss details and support, as known. Upon receipt of the loss notice, a dedicated adjuster will initiate the process by making contact and assigning a conservator appraisers, and specialty fine art and specie adjustors, as required.

In the event of any loss, please contact the company as detailed below:

For most efficient service,
Send First Notice of Loss, with attachments by e-mail, to:
*FineArtSpecieClaims@Libertyiu.com*

Alternatively, you may report the claim via telephone or mail as follows:

**Claims Contact:**

**Marc Giovannetti**
Senior Vice President, Claims
Liberty Mutual Insurance Company
28 Liberty Street, 5th Floor
New York, NY 10005

**Telephone:** +1 (212) 208-4231
**Mobile:** +1 (917) 714-3493

# FINE ARTS INSURANCE POLICY



## LIBERTY MUTUAL INSURANCE COMPANY

(A Massachusetts Stock Insurance Company, hereinafter the "[Insurer/Company]")

### ENDORSEMENT NO. 1

**Effective Date:** July 20, 2021

**Policy Number:** FAA20607001

**Issued To:** Orlando Museum of Art Inc

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### NOTICE OF MEMBERSHIP IN LIBERTY MUTUAL HOLDING COMPANY INC. AND NOTICE OF ANNUAL MEETING

Liberty Mutual Insurance Company is a Massachusetts stock insurance company subsidiary of Liberty Mutual Holding Company Inc., a Massachusetts mutual holding company. Insurance is provided by Liberty Mutual Insurance Company. The named insured first named in the declarations is a member of Liberty Mutual Holding Company Inc.

As a member of Liberty Mutual Holding Company Inc., the named insured first named is entitled, among other things, to vote either in person or by proxy at the annual meeting or special meetings of said company. The Annual Meeting of Liberty Mutual Holding Company Inc. is at its offices located at 175 Berkeley Street, Boston, Massachusetts, on the second Wednesday in April each year at ten o'clock in the morning.

Members of Liberty Mutual Holding Company Inc. may request a copy of the company's annual financial statement, which are posted on Liberty Mutual's website at www.libertymutual.com, by writing to Liberty Mutual Holding Company Inc., 175 Berkeley Street, Boston, Massachusetts 02116, Attention: Corporate Secretary.

# FINE ARTS AND SPECIE POLICY



## LIBERTY MUTUAL INSURANCE COMPANY

(A Massachusetts Stock Insurance Company, hereinafter the "Insurer")

**Effective Date:** July 20, 2021

**Policy Number:** FAA20607001

**Issued To:** Orlando Museum of Art Inc

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### U.S. ECONOMIC AND TRADE SANCTIONS CLAUSE

Whenever coverage provided by this policy would be in violation of any U.S. economic or trade sanctions such as, but not limited to, those sanctions administered and enforced by the U.S. Treasury Department's Office of Foreign Assets Control ("OFAC"), such coverage shall be null and void.

Similarly, any coverage relating to or referred to in any certificates or other evidences of insurance or any claim that would be in violation of U.S. economic or trade sanctions as described above shall also be null and void.

All other terms, conditions and exclusions of the policy remain unchanged.

# Coverage Information Change Endorsement

| | |
|---|---|
| **Endorsement #:** | 2 |
| **Policy Type:** | Museum Collection and Temporary Loans |
| **Named Insured:** | Orlando Museum of Art Inc |
| **Agent:** | Huntington T. Block Insurance Agency, Inc. |
| **Effective Date:** | August 30, 2021 |
| **Expiration Date:** | July 20, 2022 |

It is understood and agreed that excess coverage is permitted with charge to the underlying/this insurance policy.

The additional premium for this change is $6,658.00.

All other terms and conditions remain unchanged.

| Company(s): | Policy Number(s): | Percentage Underwritten: |
|---|---|---|
| Liberty Mutual Insurance Company | FAA20607001 | 60% |
| Great American Insurance Company | ART E743620-00-00 | 40% |

**Authorized Representative:**    Huntington T. Block Insurance Agency, Inc.

By: _Diane Jackson_ _____

(END_MANU)

# Coverage Information Change Endorsement

**Endorsement #:**      3

**Policy Type:**      Museum Collection and Temporary Loans

**Named Insured:**      Orlando Museum of Art Inc

**Agent:**      Huntington T. Block Insurance Agency, Inc.

**Effective Date:**      October 7, 2021

**Expiration Date:**      July 20, 2022

 It is understood and agreed that excess coverage is permitted with charge to the underlying/this insurance policy

The additional premium for this change is $4,555.00.

All other terms and conditions remain unchanged.

| Company(s): | Policy Number(s): | Percentage Underwritten: |
| --- | --- | --- |
| Liberty Mutual Insurance Company | FAA20607001 | 60% |
| Great American Insurance Company | ART E743620-00-00 | 40% |

**Authorized Representative:**      Huntington T. Block Insurance Agency, Inc.

By: _____

(END_MANU)

# AMENDED EXPIRATION DATE ENDORSEMENT

**Endorsement #:**       4

**Policy Type:**        Museum Collection and Temporary Loans

**Named Insured:**      Orlando Museum of Art Inc

**Agent:**          Huntington T. Block Insurance Agency, Inc.

**Effective Date:**      July 20, 2022

**Expiration Date:**     September 20, 2022

It is understood and agreed that the expiration date of this policy as stated on the Coverage Information Page is amended to read September 20, 2022.

The additional premium for this change is $9,282.00..  All other terms and conditions remain unchanged.

| Company(s): | Policy Number(s): | Percentage Underwritten: |
|---|---|---|
| **Liberty Mutual Insurance Company** | **FAA20607001** | **60%** |
| **Great American Insurance Company** | **ART E743620-00-00** | **40%** |

**Authorized Representative:**    Huntington T. Block Insurance Agency, Inc.

By: _Diane Jackson_ _____

(ENDAED1)

# POLICYHOLDER DISCLOSURE
## NOTICE OF TERRORISM
## INSURANCE COVERAGE

Coverage for acts of terrorism is included in your policy. You are hereby notified that the Terrorism Risk Insurance Act, as amended in 2019, defines an act of terrorism in Section 102(1) of the Act: The term "act of terrorism" means any act or acts that are certified by the Secretary of the Treasury - in consultation with the Secretary of Homeland Security, and the Attorney General of the United States —to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion. Under your coverage, any losses resulting from certified acts of terrorism may be partially reimbursed by the United States Government under a formula established by the Terrorism Risk Insurance Act, as amended. However, your policy may contain other exclusions which might affect your coverage, such as an exclusion for nuclear events. Under the formula, the United States Government generally reimburses 80% beginning on January 1, 2020, of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage. The Terrorism Risk Insurance Act, as amended, contains a $100 billion cap that limits U.S. Government reimbursement as well as insurers' liability for losses resulting from certified acts of terrorism when the amount of such losses exceeds $100 billion in any one calendar year. If the aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced.

The portion of your annual premium that is attributable to coverage for acts of terrorism is specified in the policy Declarations, and does not include any charges for the portion of losses covered by the United States government under the Act.