EXHIBIT C

EXHIBIT C

## Huntington T. Block Insurance Agency, Inc.

One Liberty Plaza 165 Broadway, Suite 3201 New York, NY 10006  Phone: 212-479-4674  Fax: 212-441-1948

# CERTIFICATE OF INSURANCE

This memorandum is for information only; it is not a contract of insurance but attests that a policy as numbered herein, and as it stands at the date of this certificate, has been issued by the Company.  Said policy is subject to change by endorsement and to assignment and cancellation in accordance with its terms.  The following is information from the policy.

**Policy Type:**  Museum Collection and Temporary Loans

**Named Insured:**  Orlando Museum of Art Inc
**Address:**  2416 N. Mills Avenue
Orlando, FL 32803-1483

**Dates:**  **From:** October 1, 2021    **To:** June 30, 2022
12:01 A.M. Standard Time at the place of issuance.

**Limits of Liability:**  $19,700,000.00

**on the following work(s) of art:**  *See attached list*

**Company(s) and Policy Number(s):**

| | |
|---|---|
| Liberty Mutual Insurance Company | FAA20607001 |
| Great American Insurance Company | ART E743620-00-00 |

**Certificate issued to:**  Pierce O'Donnell and Taryn Burns
5108 Woodley Ave.
Encino, CA 91436

It is understood and agreed that the certificate holders and managing partners of the Basquiat Venice Collection Group are added onto the insurance policy as Additional Insured as their respective interests appear in the artwork represented in this certificate of insurance.

Authorized Representative:
Registrar - Tiffany Recicar

*Tiffany Recicar*

Date: October 19, 2021

MCERT                    www.HuntingtonTBlock.com

CONFIDENTIAL                    OAM_LIB_001635



EXH.2021.05.01
JEAN-MICHEL BASQUIAT
*One More King-Czar*
1982
Mixed media on cardboard
9 ½ x 10 in.
Basquiat Venice Collection Group

Insurance Value: $2,400,000



EXH.2021.05.02
JEAN-MICHEL BASQUIAT
*He Didn't*
1982
Mixed media on cardboard
20 x 25 in.
Basquiat Venice Collection Group

Insurance Value: $4,900,000



EXH.2021.05.03
JEAN-MICHEL BASQUIAT
1982
*Horn*
Mixed media on cardboard
20 x 25 in.
Basquiat Venice Collection Group

Insurance Value: $2,800,000



EXH.2021.05.04
JEAN-MICHEL BASQUIAT
*Batman with Top-Hat*
1982
Mixed media on board
12 x 12 in.
Basquiat Venice Collection Group

Insurance Value: $3,500,000

CONFIDENTIAL

| | |
|---|---|
|  | EXH.2021.05.05<br>JEAN-MICHEL BASQUIAT<br>*Colorful Face*<br>1982<br>Mixed media on cardboard<br>8 x 11 in.<br>Basquiat Venice Collection Group<br><br>Insurance Value: $1,200,000 |
|  | EXH.2021.05.06<br>JEAN-MICHEL BASQUIAT<br>*Reptile with Claws and Crown "King of Creatures"*<br>1982<br>Mixed media on cardboard<br>15 x 14 5/8 in.<br>Basquiat Venice Collection Group<br><br>Insurance Value: $4,900,000 |
|  | EXH.2021.05.07<br>JEAN-MICHEL BASQUIAT<br>*Mystery Creature*<br>1982<br>Mixed media on cardboard<br>15 x 14 5/8 in.<br>Basquiat Venice Collection Group<br><br>Insurance Value: On back of Reptile with Claws and Crown "King of Creatures" |

CONFIDENTIAL