**E**

**X**

**H**

**I**

**B**

**I**

**T**

**D**

# EXHIBIT D

# HEROES & MONSTERS:
# JEAN-MICHEL BASQUIAT

### THE THADDEUS MUMFORD JR. VENICE COLLECTION



# ORLANDO MUSEUM°ART



Jean-Michel Basquiat and Bruno Bischofberger on the occasion of his first exhibition at Gallery Bruno Bischofberger, Zurich, 1982. Photo by Beth Phillips, Courtesy Galerie Bruno Bischofberger AG, Männedorf-Zurich, Switzerland



Heroes & Monsters: Jean-Michel Basquiat, The Thaddeus Mumford, Jr. Venice Collection

Exhibition dates:
Orlando Museum of Art
February 12 - June 30, 2023

© 2022 Orlando Museum of Art

Produced by the Orlando Museum of Art
Published by Orlando Museum of Art
Designed by Connor Bouchard
ISBN: 978-1-880699-27-0
168pp.; 129 color ill.; 8.5 x 11 in.
www.omart.org

Disclaimer

The Basquiat Authentication Committee did not review these paintings by Jean-Michel Basquiat from the Thaddeus Mumford Jr. Venice Collection. The paintings were discovered in 2012 after the Basquiat Authentication Committee was disbanded. In 2019, Diego Cortez—the one-time head of the Basquiat Authentication Committee who also launched Basquiat's career in 1981—examined and personally issued letters of authentication for these 25 works.

Accredited by the American Alliance of Museums (AAM), the Orlando Museum of Art (OMA) is a regional asset, member organization of the Association of Art Museum Directors (AAMD), Blue Star Museum, and a catalyst for life-long learning in service to the central Florida community and visitors from around the globe. Funding for the Orlando Museum of Art is generated through earned income, with generous financial contributions from the Board of Trustees, the Ambassadors, Council of 101, the City of Orlando, Orange County Government through the Arts & Cultural Affairs Program, Sponsored in part by the State of Florida, Department of State, Division of Cultural Affairs and the Florida Council on Arts and Culture, Winifred Johnson Clive Foundation, A. Friends' Foundation, Bank of America, the Warren and Augusta Hume Foundation, Rita and Jeffrey Adler Foundation, Walt Disney World Company, the Chesley G. Magruder Foundation, United Arts of Central Florida with funds from the United Arts Campaign, , UCF Foundation, AdventHealth, ABC Fine Wine & Spirits, Walker & Company, Inc., CNL Charitable Foundation, PNC Foundation, Sam Flax Art & Design Supplies, Truist Foundation, Publix Super Markets Charities, Art Bridges, Dr. Phillips Charities, For Giving Foundation, Isermann Family Foundation, anonymous donors, members, corporations and foundations.

**EXHIBITION LEADER**



**EXHIBITION PARTNERS**

SAM FLAX
*Everything Creative*

THE MALL AT MILLENIA

**EXHIBITION SPONSORS**

 



 



Previous: Jean-Michel Basquiat, Untitled (Dog and Wolf), 1982, Oilstick and acrylic paint on cardboard, 7 x 10 in., MJL Family Trust, LLC, c/o Mr. Richard LiPuma, Manager

# HEROES & MONSTERS:
# JEAN-MICHEL BASQUIAT
### THE THADDEUS MUMFORD JR. VENICE COLLECTION

**IN HONOR OF THADDEUS MUMFORD, JR. AND DIEGO CORTEZ**

Introduction by
Aaron H. De Groft, PhD
Director & CEO

Additional essays and catalogue entries by
Pierce O'Donnell, J.D.
Stevenson Dunn, Jr.
Michael Klein
James Blanco
Deborah Krieger, MA
Hansen Mulford, MFA
Danielle Coluccio
Aaron H. De Groft, PhD

**ORLANDO MUSEUM°ART**

# ORLANDO MUSEUM OF ART STAFF

## EXECUTIVE

**Director & CEO**
Aaron H. De Groft, PhD

**Executive Administrator**
Paula Reiner

**Curatorial Assistant to the Director**
Danielle Coluccio

## CURATORIAL

**Chief Curator**
Hansen Mulford, MFA

**Associate Curator**
Coralie Claeysen-Gleyzon, MA

**Registrar**
Tiffany Recicar, MA

**Lead Preparator**
Kevin Boylan

**Preparators**
Richard Birkbeck
Alejandro Estrada
Channing Gray
Mario Schambon

## DEVELOPMENT

**Director of Donor & Corporate Relations**
Arielle-Christine Study

**Community Relations Manager**
Mabel Salazar-Wolland

**Grants & Development Coordinator**
Brandi Jordan

**Membership & Annual Giving Manager**
Kaori Kuahara

**Council of 101 Office Manager & Administrator**
Vanessa Cruz

## EDUCATION

**Curator of Education**
Jane Ferry, MAT

**Associate Curator of Education and Outreach**
David Matteson, MBA

**Associate Curator for Community Engagement**
Molly Lawson, MA

**Education Assistant**
Miles Heilman

## FINANCE AND ADMINISTRATION

**Chief Financial Officer**
Joann Walfish

**Employee Relations**
Yasmin Padilla

**Accounting & Development Assistant**
Kirsten Pressler

**Retail Sales Consultant**
Shelly Strazis

**Museum Shop Associates**
Claire Wiley

## MARKETING AND PUBLIC RELATIONS

**Director of Marketing and Communications**
Emilia Bourmas-Fry, MA

**Graphic Designer**
Jennifer Hendriksen

**Social Media Coordinator**
Christina Stuehrenberg

## OPERATIONS

**Chief of Operations**
Stu Worobetz

**Assistant Chief of Operations**
Steven Goycochea

**Operations Assistants**
Leo Cordovi
Jacob Jones
Matthew Gutierrez

**Facility Rentals Manager**
Jenna Stringfellow

## VISITOR INFORMATION SERVICES

Marina Stuehrenberg
Renita Culpepper
Patricia Andrade

## INTERNS

Nathanael Lapierre
Olivia Mulford
Santana Vaughn
Arianna Webber

# ORLANDO MUSEUM OF ART BOARD OF TRUSTEES

**Chair of the Board of Trustees**
Cynthia Brumback

**Vice Chair of Board of Trustees**
Robert Summers

**Past Chair of Board of Trustees, Chair of Trusteeship Committee**
Francine Newberg

**Vice President, Chair of Long-Range Planning Committee**
Ted R. Brown, Esquire

**Vice President, Chair of Collections & Exhibitions Committee, Chair of Advisory Council**
Sibille Hart Pritchard

**Vice President, Chair of Education Committee**
Winifred J. Sharp

**Vice President, Chair of Finance & Administration Committee, Chair of Audit Committee and Treasurer**
Patrick J. Knipe, CPA

**Secretary**
Andrew Snyder

**Vice President, Chair of Facilities Committee**
Lance Walker, Jr.

**Vice President, Chair of Advancement Committee**
Nancy Wolf

**Vice President, Secretary of Corporation**
Michael Winn

**Vice President**
Carolyn M. Fennell

**Director & CEO**
Aaron De Groft, PhD

**Trustees**
Leslie Andreae
Shari Bartz
Dustin Becker
Caroline Blydenburgh
Kathy Cardwell
Allison Choate
Earl Crittenden Jr.
William Deuchler
Mark Elliott
Elizabeth Francetic
Chase Heavener
Joan Kennedy
John Martinez
Amelia McLeod
Jen O'Mara
Paul Perkins, Jr.
Valeria Robinson-Baker
Daisy Staniszkis



Jean-Michel Basquiat, Untitled (Industry Insider) (detail), 1982, Oilstick and acrylic paint on cardboard, 56 x 36.5 in., MJL Family Trust, LLC, c/o Mr. Richard LiPuma, Manager

# TABLE OF CONTENTS

**ACKNOWLEDGEMENTS** 12
BY AARON DE GROFT, PHD

**INTRODUCTION** 14
BY AARON DE GROFT, PHD

**LOST AND FOUND THE MUMFORD** 22
**BASQUIAT VENICE COLLECTION**
BY PIERCE O'DONNELL

**BROTHERS IN BOND THADDEUS Q.** 44
**MUMFORD, JR. AND JEAN-MICHEL**
**BASQUIAT: A LIFE AND LEGACY IN**
**25 PAINTINGS**
BY DANIELLE COLUCCIO

**DIEGO WAS FULL OF** 52
**UNQUENCHABLE PASSION**
BY HANSEN MULFORD, MFA, &
AARON H. DE GROFT, PHD

**WHAT A DIFFERENCE A YEAR** 54
**MAKES: BASQUIAT IN LOS**
**ANGELES—1982**
BY DEBORAH KRIEGER

**TIMELINE: 1982** 64
BY DEBORAH KRIEGER

**WORKS CITED** 68
BY DEBORAH KRIEGER

**BASQUIAT'S UNIVERSE** 72
**AS EXPRESSED IN THE BASQUIAT**
**VENICE COLLECTION**
BY JAMES BLANCO

**BASQUIAT TRANSCENDENT** 86
**REIMAGINING AMERICA'S MOST**
**INFLUENTIAL ARTIST**
BY STEVENSON A. DUNN

**THE MUMFORD COLLECTION:** 90
**AN ENCYCLOPEDIA OF BASQUIAT**
BY MICHAEL KLEIN

**WORK ENTRIES** 98

**INTERVIEW TRANSCRIPTS** 152

**BIBLIOGRAPHY** 154

**CHECKLIST** 158

**IMAGE CREDITS** 160

**ENDNOTES** 162

# ACKNOWLEDGEMENTS

BY AARON DE GROFT, PHD

I would like to thank so many wonderful people who made this once-in-a-lifetime event possible. If I had not met Pierce O'Donnell, over a masterpiece drip-painting by Jackson Pollock, this Basquiat exhibition would have never been born. Mr. O'Donnell has an ownership control of six of the Jean-Michel Basquiat paintings from the Venice Collection of Thaddeus Mumford, Jr. That whole story will unfold in O'Donnell's essay, and it is so much more than a story about lost art, but, in fact, an unknown, unseen, unpublished, unexhibited story of Basquiat in the breakout year—and his pinnacle year—of 1982. The works in this collection are singularly unique in his body of work for many reasons. They are painted on cardboard...they are deeply colorful and "painterly"... and these works were the last ones in his short career that he painted for himself. After 1982, he was "owned" by the vultures and vampires in the world of art, dealers and collectors all as he was on a quest to be famous.

I would like to thank Lee and Michelle, parents of the owners of nineteen of the twenty-five Basquiats here. Beyond fiction, Michelle worked and managed one of the top Soho "scenes," Danceteria, where Keith Haring was a barback and Basquiat was a regular, along with a budding Madonna. I would also like to recognize and thank Richard LiPuma, Esq., the Trustee who oversees the owners' interest in the nineteen Basquiats from this collection. He is very professionally assisted by his paralegal, Michelle Moran, with whom we have had a wonderful time in New York looking at all these Basquiats at Crozier Fine Arts.

I would like to thank our invited essayists for their amazing contributions and groundbreaking writings and insights into Basquiat, his year of 1982, his time in Southern California and what it must have been like to be a Black man/artist in a white man's/artist's world.

Pierce O'Donnell, a prominent attorney in Los Angeles, became the patron of these works by Basquiat, and his essay documents the journey of the works from the hand of Basquiat to Mumford, to the possession by the current owners, then from Los Angeles to our exhibition in Orlando. This is an astounding story of "lost art."

Michael Klein knew Basquiat in his early years after being discovered by Diego Cortez in 1981 in the very important *New York/New Wave* exhibition at what would later become PS1 of MoMA. According to Klein, Basquiat was set up to work in the basement of Annina Nosei's gallery on Prince Street, and Nosei asked him to mind the store while she traveled to Europe on business. It was not the most ideal of spaces, but it was free and useful and so he worked, and Klein would occasionally drop in with a collector, which he found so annoying but at the same time it was a chance for him to be Basquiat. This scene is so well recovered in the Julian Schnabel film in 1996, *Basquiat*, where the artist was being asked to use certain colors in his paintings to match the couch...they were thrown out. Basquiat described that he felt like a black bird trapped in a cage to be watched, while the white birds flew free. We will see those caged black birds with the white birds flying free in these Mumford paintings.

Stevenson Dunn is an African American Latin man from the same streets in Brooklyn as Basquiat. He has interviewed everyone who knew Basquiat back in the day, including Al Diaz, the other half of the street artist's alter ego, SAMO©, who, along with Basquiat, tagged and philosophized all over Brooklyn and the Lower East Side of Manhattan. Dunn is a curator, writer, art dealer and gallery owner who has produced several Basquiat exhibitions in the past. He is writing about what it was like for Basquiat to be a Black artist in a white man's world.

James Blanco is an imagery, writing and hand-writing expert who is very familiar with the Mumford Collection and the unique way Basquiat created his visual language and iconography and identified how he wrote, how he signed variations of his name, his style and use of his very personal language, but one that now is revealed is the symbolic language of the streets and Hobo Code whose origins go back to the Underground Railroad and the path to freedom by slaves.

Deborah Krieger is a miraculous young scholar writing on the year 1982 in Southern California and what Basquiat and his girlfriend, Madonna, would have found and experienced there in the "art scene." Krieger also chronicles Basquiat's breakout and crescendo year of 1982, tracking him to Modena, Italy, Switzerland and multiple trips to Southern California.

I must thank my curatorial colleagues, Hansen Mulford, MFA, our Chief Curator who is an icon at OMA having served for forty years; Coralie Claeysen-Gleyzon, MA, our expanding Associate Curator; Danielle Coluccio who has just set foot on what will be an astonishing career in art history and art museums; and Tiffany Reciear, our Registrar who orchestrated bringing $500 million worth of art into the OMA as part of our aggressive relaunch of the Museum in preparation for our 100th anniversary. All of them helped in co-studying and co-writing the entries on the individual works as well as the sections on Diego Cortez and Thaddeus Mumford, Jr. We were in this together, and I truly recognize the herculean effort to put this exhibition together, fully curated and explained, with a major catalogue in just over seven months...thanks to Pierce and this opportunity. You must make hay when the sun shines and strike while the iron is hot. Two practical country adages that Pierce and I know very well given our upbringings...

I want to thank the OMA Board of Trustees and our Chair, Cynthia Brumback, for believing in us and supporting us in this leap into Basquiat-world and helping us bring these Basquiats to our world for the first time. Thanks as well goes to the Council of 101, Joan Kennedy, President; Acquisition Trust, Mark Elliott, President; Friends of American Art, Jeffrey Blydenburgh, President; Corporate Lease Program, Elizabeth Francetic, President.

The entire OMA staff were with us pulling the oars, and no team could have done it better. I want to truly and sincerely thank my right-hand, Paula Reiner, who really runs this whole place as the Executive Administrator to the Director & CEO; Joann Walfish, our CFO who makes the impossible possible; Emilia Bourmas-Fry, MA, our Director of Marketing and Communications who has been a genius in coming up with fantastic marketing ideas and stunning tag lines such as "Never SAMO© at OMA"; Stu Worobetz, Chief of Operations; Yasmin Padilla, Head of Employee Relations; Arielle-Christine Study, Director of Donor & Corporate Relations; our Education team led by Jane Ferry, MAT, Curator of Education; Molly Lawson, MA, Associate Curator for Community Engagement; David Matteson, MBA, Associate Curator of Education & Outreach; Miles Heilman, Education Assistant; Jenna Stringfellow, Facilities Rental Manager; Mabel Salazar-Wolland, Community Relations Manager; Kaori Kuahara, Membership & Annual Giving Manager; Brandi Jordan, Grants and Development Coordinator; Jennifer Hendriksen, Graphic Designer; Christina Stuehrenberg, Social Media Coordinator; Kirsten Pressler, Accounting and Development Assistant; Kevin Boyland, Chief Preparator and another icon of OMA; Steven Goycochea, Assistant Chief of Operations; Leo Cordovi, Operations Assistant; Jacob Jones, Operations Assistant; Matthew Gutierrez, Operations Assistant; Rick Birkbeck, Preparator; Channing Gray, Preparator; Alejandro Estrada, Preparator; Shelly Strazis, Retail Sales Consultant; Claire Wiley, Museum Shop Associate; Marina Stuehrenberg, Renita Culpepper, and Patricia Andrade, Visitor Services; our Security Staff led by Iris Peña, and Officers Michele Gasparre, Cora Williams, and Vidal Velez; and our interns Nathanael Lapierre and Arianna Webber.

# INTRODUCTION

BY
AARON DE GROFT, PHD

The Orlando Museum of Art is proud to debut an extraordinary, never-before-exhibited twenty-five paintings from the Thaddeus Mumford, Jr. Basquiat Venice Collection. Painted in 1982 when Jean-Michel Basquiat was working in Venice, California, these masterpieces rank among his finest artistic achievements. Here we see Basquiat triumphant in his halcyon year, creating a veritable treasure chest in a flurry of creativity over only a few weeks.

These works were created for celebrated television writer Thaddeus Q. Mumford, Jr. Two Black men succeeding in white male–dominated industries, Basquiat and Mumford bonded, forging a friendship whose legacy is this breathtaking body of work. In these works, the twenty-one-year-old is telling his new thirty-one-year-old friend (and now us) his life story, so much of the paintings being autobiographical and self-portraits. We are given mirrors of the artist's soul, windows on his mind. This introspection led us to title this exhibition *Heroes and Monsters*.

Locked away for thirty years in a climate-controlled storage locker, Mumford's cache might have been lost to posterity but for the perseverance and stubbornness of their resourceful new owners, the construction of an airtight case for authenticity and a healthy measure of serendipity. This catalogue is the story of these lost masterpieces—one of the most extraordinary discoveries in art history. These works have never been published, exhibited, nor seen by more than a few dozen people in total. Through the accompanying essays, new research, catalogue entries and scientific analysis, the world will come to welcome these astounding works into the oeuvre of Basquiat.

This catalogue offers an advanced course in Basquiat, educating us about the artist's meteoric rise to stardom; his fertile incubator in Los Angeles in 1982; the themes, symbols and references in these paintings; the historical significance of the Mumford Collection; the beneficent role played by Mumford and Diego Cortez in young Basquiat's life; the improbable journey of this lost art from Basquiat to a storage unit in Los Angeles to their showcasing at our Orlando Museum of Art; and the need for cultural competency and more Black voices commenting on Basquiat in the all-too-white art world establishment.

## "I'M A LEGEND"

Over the course of curating this exhibition, I learned a great deal about Basquiat's life, the varied influences on his art, his losing battle with heroin addiction and his tragic death. The liveliness and energy in these 1982 works stand in stark contrast to the darkness and apathy of his later paintings and drawings. As his heroin abuse intensified, his creative powers waned, leaving him on autopilot, painting for money and mechanically churning out pale imitations of his great artistic inspirations from 1981 to 1983.

But before the end, there was a glorious beginning.

"I'm not a real person. I'm a legend," Basquiat once claimed. And so he was and still is. Besides his art, his name and unique personal style have become frequent reference points in popular culture from fashion to music. Fellow Brooklyn native Jay-Z, for instance, famously paralleled himself to the artist in his 2013 song "Picasso Baby," saying, "It ain't hard to tell, I'm the new Jean-Michel."

Basquiat's art career began inauspiciously as a rebellious teenager painting graffiti throughout Lower Manhattan with his pal Al Diaz under the tag of SAMO© (the acronym for Same Old Shit). They spray-painted and drew with permanent markers on subway cars, fences and buildings throughout the SoHo district and other places in New York. Through SAMO©, Basquiat and Diaz (not so subtly) mocked the way many of their observers were going about or living their daily lives.

While Basquiat certainly had an eventful life, it is often difficult to determine what is fact and what is fiction in his mythology. He was commonly (and mistakenly) thought for years to be a homeless street artist, living in a cardboard box and sleeping on park benches, but the truth is quite different. Basquiat grew up comfortably in a very middle-class family where his dad was an accountant and at least according to some of his childhood friends, the family lived in the nicest brownstone any of them had seen.

We do know some things to be real. Basquiat was hit by a car when he was seven, and while hospitalized for a time with broken bones and a ruptured spleen, his mother gave him a *Gray's Anatomy* textbook to bide his time. Both the accident and *Gray's* are prominently featured in this Mumford Collection catalogue.

Dropping out of school to pursue his craft, Basquiat never earned a high school diploma, but he did receive a Ph.D. in the College of Self-Learning. An avid reader, he was a student of philosophy (particularly Aristotle) and Greek, Roman and African history. Basquiat was enamored with Black jazz legends like Charlie Parker and Dizzy Gillespie and with boxing champions like Joe Louis and Muhammad Ali. Basquiat's early works are brimming with allusions to poverty, institutional racism and suppression of human rights.

Diego Cortez, a connected art curator and filmmaker who is featured in this catalogue, discovered this provocative graffiti artist who had a bit of a street following given his teenage years of painting post cards, T-shirts, being "in the scene" in Lower Manhattan and tagging anything he could. Cortez remembers meeting Basquiat on the dance floor of the Mudd Club, describing him as "this black kid with a gold mohawk." By 1981, fresh off the streets for only a short while, Basquiat participated in the Cortez-curated *New York/New Wave* show featuring 119 artists and he quickly took off, ascending meteorically on the global art scene.

## SUCCEEDING IN A WHITE MAN'S WORLD

Basquiat quickly secured a New York art dealer and was being asked to do art gallery shows both in New York and Los Angeles as well as internationally in Europe. Our story begins with Basquiat returning to Los Angeles in 1982 to make paintings for his second major West Coast show at the mega-gallery owned by Larry Gagosian and scheduled for the following spring. Basquiat came at least three times to Los Angeles that year, as the timeline in this catalogue illustrates.

On his second trip in the summer of 1982, when he arrived with his girlfriend, the soon-to-be-famous pop star Madonna, the up-and-coming young artist was introduced to another African American man, who like himself, loved both his former hometown of New York City—more specifically, Brooklyn where they both grew up—and his adopted home, Los Angeles. This man also was a prominent artist, but in the world of television, where he excelled as an award-winning writer, producer and occasionally an actor and songwriter. The man was Thaddeus Q. Mumford, Jr. Only ten years older than Basquiat, Mumford had a similar upbringing by upper-middle-class, professional parents. Yet he had already achieved the fame and notoriety that Basquiat desperately sought: He had won an Emmy in 1972 as a writer for "The Electric Company" television show.

An essay in this catalogue describes Mumford's exceptional career and accomplishments, such as his writing for the last episode of M*A*S*H—still to this day one of the most watched television shows in American history. In 2017, Al Diaz wrote:

> "Thad Mumford is a figure who JMB would have been impressed and intrigued by: a young, black, successful Emmy-Award winning Hollywood TV writer/producer/lyricist from New York City. A reluctant and sensitive screenwriter for the ROOTS sequel mini-series, Mumford may have balked at being brought onboard that project to fulfill some sort of racial quota. The two also had human things in common such as humor, love of words and a childish nature. Both had fast and prosperous momentum as artists in their respective 'industries.' They could have shared a common cynicism and hope for their plights as black artists in white-dominated career fields as well, with Mumford perhaps playing the role of mentor to Jean."
> (Diaz, The Mystery of Mumford, New York City, February 2017.)

The story goes that, through introductions made between Mumford's studio assistant and Basquiat's girlfriend of the moment, Madonna, literally months before she was famous in her own right (her first single came out in October of 1982), Mumford came to meet Basquiat. Both were Black men in a white man's world and while more privileged than most, both men felt racism and oppression acutely, and images and reference to it came out in the works of both.

The rocketing star artist had a significant drug problem and needed money. (Madonna broke up with him due to his heroin addiction.) In a studio at Gagosian's home in Venice, Basquiat was painting on canvases given to him by Gagosian. So Mumford and he agreed that Basquiat would make twenty-five paintings: one on plywood and twenty-four on cardboard, which has a long history as a substrate on which artists (like Munch, Picasso, Miró and Degas) had been painting for over one hundred years. After purchasing these iconic and seminal paintings for $5,000, Mumford then put them in his storage locker for safekeeping, where they remained undisturbed for three decades until 2012. From here, the rest of the story is told in this catalogue.

We do not need to speculate about why Basquiat and Mumford bonded so quickly and closely. The catalogue reproduces an extraordinary document from Mumford's files. It is a fascinating autobiographical, untitled and typed poem celebrating their common roots and shared experiences. Written in twenty-one lines of free verse with three stanzas of seven lines each, the untitled poem was initialed "JMB" in Basquiat's handwriting on the bottom.

Typed with an impact typewriter from the 1982 time period, the poem linked the two creators in numerous ways, including a reference to the "25 paintings bringing riches"; "Sing along Dr. Thad sing" (Mumford created the popular character and he was the voice for Dr. Thad on Sesame Street); "Brooklyn brothers hands creating"; "[w]e film, we write, we film, we paint"; "[n]o longer outsiders" but instead "[i]ndustry insiders golden crowns receiving"; and references to "golden crowns" and "crowning glory," which are allusions to Basquiat's frequent use of a three-pointed crown as his signature on his paintings (including several in the Mumford Collection).

## BREAKING OUT

1982 was the breakout year, but also the crescendo year for Basquiat's works. By 1982, having seamlessly moved from street to studio artist, Basquiat had mastered his singular technique with fine drawing, bold lines, colors that popped and most of all, an unbridled energy that animated his canvases. This is the year of Untitled (Skull), Dustheads, Untitled (Boxer), Dos Cabezas, Il Duce, Warrior, Verus Medici and Untitled (Devil), among many others. As Michael Baptist, a post-war and contemporary art expert at Christie's notes: "It's simply his best work."

"For Basquiat, it all converges in 1982," recounts Jeffrey Deitch, an early champion. "Those of us who were there at the time and saw those paintings just couldn't believe it. The level of achievement was just astonishing. It was almost a miracle," he remembers. "Everybody around him knew that these were extraordinary."

The Mumford Collection is a precious time capsule for Basquiat's 1982 works. His sojourn to Southern California proved to be artistically rewarding on many levels. He built upon motifs in his earlier works while breaking out with new themes and imaging. These twenty-five paintings are especially unique and exceptional because the Mumford Collection was the last time Basquiat painted for himself. Unpressured, he was free to paint what and how he wanted, not on demand, and not trapped in Annina Nosei's gallery basement as a freak in a show for wealthy New York collectors.

The works being shown at the Orlando Museum of Art are deeply colorful—they can almost be called painterly deep—and this after Basquiat was (mistakenly) described as a "drawer," not a painter. Our works are paintings. Rich and deep and personal like no others. They are not drawings. Though drawing is a great part of our paintings.

Notably, these works are expressions of raw creativity for himself. Why? He made them for himself because of his creative and real-life needs. Drugs. He was a heroin addict. He was in a new place, Southern California, where he was learning and to which he was acclimating. He had a girlfriend that he himself said would be famous: Madonna, who debuted her first single song at the very same time. He remarked and said to the world that he did not want to be a Black artist, he wanted to be a famous artist.

## CHECKING OUT

After 1982, Basquiat was "owned" by others—for commissions, gallery shows and media appearances. That is why these cardboard paintings are so unique. They were his, undeniably. And he gave them to a friend, Thaddeus Mumford. After this, he began his tragic journey on a terrible path of self-destruction. In the end, he owned himself back. This is so often what suicide is about: A taking back of one's life. It is mine. No matter what anyone else says. I want out. I break this window and I am free, but my heart is broken to have to resort to this.

In contrast to his best 1982 works as exemplified by the Mumford Collection, Basquiat's works up to his death in 1988 rapidly deteriorated in quality and number. The subsequent works of later years get so much "thinner." More and more, as heroin increasingly crippled him, his creativity flagged; an emptiness lurked below the surface of his canvas. Paintings were contrived, pale imitations of his prior art. Gone was the freshness, the exuberance of 1982.

By 1986, his drug habit was so extreme that his dwindling circle of friends were on a death watch. Basquiat had checked out of the art world; he was an incurable junkie. For all intents and purposes, his artistic career had already died.

Two his last (and maybe unfinished) paintings express Basquiat's awareness of dying needle-by-needle. They are as disquieting as the Mumford Collection is comforting. Death is never a pretty subject, but Basquiat's "memento mori" is discomfiting.

With its disturbing imagery, *Riding with Death* (1988) is often interpreted as representing Basquiat's opinion on the state of the world. I believe, however, this is Basquiat looking at the state of himself. We see the haunting and bizarre imagery of a half-human-like form surreally riding a human skeleton in a nowhere space of oblivion. This is telling on more than one level.

The inspiration comes from a drawing by Leonardo da Vinci: *Thoughts on Virtue and Envy*. Leonardo himself was studying Aristotle from whom this figure riding a human skeleton is the source. Basquiat also likely knew this because of his reading of Aristotle and his study of Leonardo drawings and including some of them, or versions of them, in several of his own paintings over the years. [Basquiat used Leonardo's flying suit in *Untitled (Self-Portrait with his cowboy hat and wearing Leonardo da Vinci's flying suit)* in this catalogue.] I think *Riding with Death* is prophetic and apocalyptic and presaged what was about to come.

The second-to-last painting is also disturbing. *Dry Cell* (1988) depicts a Mandrill monkey trapped inside a circle with a seeming indecipherable inscription, which to Basquiat surely had meaning [E, painted over the word "FEE" (possibly T, reading then "FEET"), 8, I, Z, E, D, E, then underneath this, O, P]. The painting is done mostly in black as an "illustration," with purple and white highlights. The image is depicted on this sickly yellow/green field.

Like *Riding with Death, Dry Cell* is also surreal and unsettling, especially in regard to its title. A dry cell is a form and type of battery. What are batteries born to do when their energy is exhausted? A dry cell is non-rechargeable. In prison terminology, a dry cell is a room in which prisoners are placed that lacks any plumbing facilities, such as a toilet or shower. Prisoners are also sometimes placed in dry cells if they are suspected of having swallowed contraband. It is a solitary place of nowhereness.







On the day of August 12, 1988, Jean-Michel Basquiat will die by morning. According to in situ observers, in the bathroom by his bedroom were found bloody syringes and gauze, a punched-out window with access to the outside, and an inscription in Basquiat's own blood, the words "Broken Heart ©."[1] He had told people in the two weeks leading up to his death that he was clean and not using any drugs. This is called "sun rising." The term describes people who are now happy because they have decided to have no more worries and therefore they are happy in their decision.

The troubled artist had told friends that he was doing up to 100 "bags" of heroin a day. According to his one-time girlfriend Jennifer Vonholstein, "He was always high. At a certain point, I had to give his keys back, because I did not want to find his dead body. I'm shocked he lived that long. He was a monster drug addict."

The night of his death, he injected himself to the point of suicide and dying. How do we know this? On the specifics of his death, the bathroom was described as above. Why would anyone punch out a bathroom window or any other window? And then write on the wall "Broken Heart?" I have had experience with suicide and sun rising due to a sad and terrible situation with an employee, and I saw this very thing. A tormented Basquiat was trapped in a world he had a hand in creating. He wanted out. How do you get out? Smash a window and "escape." His heart was broken. He was an artist for everyone else who owned him.

No one has ever said that Basquiat killed himself, but that it was an accidental overdose of a "speedball"—a lethal mixture of cocaine and heroin. Given the accounts of his last days, Basquiat is described as a "zombie" with open sores, gray skin covered in lesions and a stick-like figure. After all, he was doing mega heroin in a deadly dose of up to 100 bags a day.

Whether or not he intentionally killed himself, the last days of Basquiat were grim and agonizing. The last painting, *Dry Cell*, attests that Basquiat felt trapped and hopeless, and his body was wracked with something painful. The battery had run dry. Basquiat was a "dry cell" in a "dry cell." He was riding on death. As I said, the figure in *Riding with Death* is mounted on a human skeleton—so maybe Death is the Rider? The human skeleton looks at us, the viewer. That is very telling. Basquiat was trapped in that sickly colored world.

Earlier in his career as I noted, Basquiat complained that when painting in the basement of Annina Nosei, his first dealer, she would bring people down to watch him paint and he felt like a monkey in a cage. Michael Klein, an author in this catalogue, used to visit Basquiat in that very basement. This scene is memorably interpreted in the 1996 film *Basquiat* by Julian Schnabel. Potential buyers watch Basquiat in that "cage" and talk to themselves like he was not even there, wishing that he would use another color on a particular painting because it would better match their furniture. Jeffrey Wright as Basquiat lost it!

1https://archive.nytimes.com/www.nytimes.com/books/first/h/hoban-basquiat. html?fbclid=IwAR0pcajwOzMnBQoaqQiMnglGzBBx-xMJopRHXS5LlpluZQdma4yATSuQlql

## A MARVELOUS MIRACLE

Basquiat's emotions are very apparent in our exhibition. In this catalogue, my colleagues and I offer our interpretations of the symbolism—the first draft of art history that will also be interpreted by others familiar with Basquiat's visual vocabulary. In this time of lucidity and optimism in 1982, he writes, he draws, he paints in many layers obscuring and covering up much, sometimes leaving tidbits about which we wonder and try to decipher. There is a dynamism in these works that demonstrates his fervent energy. The paintings, coupled with the referenced poem, take us deep inside Basquiat's inner world.

There are many recurring motifs in these paintings, and every painting is autobiographical. With many depictions of "A's all over the surface, which seems like visual screaming, to black birds locked in cages while white birds fly free, to many death-like heads, skulls and masks, they all seem to be self-portraits. This fact prompted our choice of the title of the show, *Heroes & Monsters*. Basquiat is the Hero, and Life is the Monster.

The fact that these masterpieces even exist untouched for thirty years is a marvelous miracle for all of us. That they are fresh and vivid—having been fortuitously locked away and perfectly preserved for thirty years—makes the opportunity to exhibit and to see them for the first time a once-in-a-lifetime experience. The exceptional quality and depth of these raw-energy cardboard and plywood works from the Mumford Collection are the purist form of Basquiat much like when he was in and painting on New York. These works are exuberant Basquiats, and they exude power and energy long before the battery went dry. They are destined to be ranked among his very best works.



Jean-Michel Basquiat, Untitled (Face with Orange Halo), 1982, Oilstick and acrylic paint on cardboard, 10 x 7 in., MJL Family Trust, LLC, c/o Mr. Richard LiPuma, Manager

# LOST AND FOUND
# THE MUMFORD BASQUIAT VENICE COLLECTION

BY PIERCE O'DONNELL

The distance from Venice, California to Orlando, Florida—some 2,528 miles—can be flown by commercial aircraft in less than five hours and driven by car in two and one-half days. A fit hiker can make the trip in about 850 hours over the span of several months. In the case of 25 paintings comprising Thaddeus Mumford, Jr.'s Basquiat Venice Collection—created by the artist in 1982—the journey lasted nearly 40 years. This is the true story of that improbable odyssey.

## THE HOTTEST ARTIST ON THE PLANET

My involvement (along with others) in finding and bringing these lost gems to the art world comprises the last leg of the journey. In the spring of 2017, a Californian named Billy approached me, claiming he and two others owned six paintings by Jean-Michel Basquiat which they had acquired five years earlier. In 2012, they had purchased them for a small sum from an auctioneer who had bought them from a Los Angeles art storage company. The six paintings, along with other Basquiats, had been stored there since 1982 by a celebrated African American television writer, Thaddeus Q. Mumford, Jr., who had paid Basquiat $5,000 in cash for them. Mumford's failure to pay about $7,000 in past due monthly storage fees led to the paintings being seized and sold.

The only reason that Billy was calling me—and not Sotheby's or Christies auction houses—was an unfortunate fact: no authoritative source had authenticated them. The six paintings had not been included in the two scholarly collections of Basquiat's paintings: the two-volume catalogue raisonné by Enrico Navarro (2000, 2010) and the compendium of paintings and drawings collected by Richard Marshall (1992). Likewise, they were not among the more than 2,000 works reviewed by the Basquiat Estate's Authentication Committee ("the Basquiat Committee") (1994-2012).

Why had they not been authenticated? Because these six paintings were in Mumford's storage locker for 30 years until 2012—the year in which the Basquiat Committee disbanded and long after the scholarly works had been published. For all intents and purposes, these creations were lost to the art world.

I already knew that a work's omission from the sanctioned publications did not mean that it was not authentic. For example, in the Pollock world, a supplement to the original catalogue raisonné collected numerous new paintings, and the authors noted that undoubtedly more were to be found. The absence from the accepted official collection, however, was usually an insurmountable obstacle to a sale.

Billy came to my law offices in Los Angeles with the six Basquiat paintings. Four were on cardboard, one on paperboard, and the other on plywood. Something about them instantly captivated me. They were colorful, richly detailed, and eye-catching in their originality—unlike anything that I had ever seen before. After taking photos, I rushed to Rizzoli Bookstore in Beverly Hills to purchase every book on Basquiat.

Over the weekend, I did what I had done for over forty years as a trial lawyer handling complex civil litigation: I immersed myself in the subject matter. I knew little about Jean-Michel Basquiat except that his works were selling for tens of millions of dollars at auction.

Son of a Haitian father and Puerto Rican mother who grew up middle class mostly in Brooklyn, Basquiat had a troubled youth: he never completed high school, ran away from home at 15 for a while, abused drugs and alcohol, and roamed the streets of New York, at times living in a cardboard box. With his pal Al Diaz, his canvases were the city's walls as they spray painted distinctive creations presaging Basquiat's later body of work during his all-too-brief ten-year career. Starting in 1978, their trademark SAMO©—an acronym for "same old shit"—and pithy sayings—SAMO© AS AN ANTI-ART FORM—mocked the conventional art establishment. Their unique expressions—a quixotic mixture of cryptic prophecies, jokes, and poems—captured the attention of the *Village Voice*, *New York Post*, and connoisseurs of an emerging new genre of American art.

Besides city walls, Basquiat resourcefully used acrylic, oil paint stick, crayons, markers, and spray paint on scrap materials, a radiator, refrigerator, football helmet, linen, metal, apartment walls, cardboard, and even the inside of a FedEx box. The teenager survived by painting T-shirts and making small postcards, drawings, and collages that he sold in front of Washington Square Park, the Museum of Modern Art and the Metropolitan Museum of Art. Basquiat was driven to be a consequential artist—telling his father: "Dad, one day I will become very, very famous."

Basquiat was "discovered" by Diego Cortez, a mid-thirties, *avant-garde* art curator and filmmaker. Cortez took the 20-year-old artist off the streets and gave him some art supplies to paint in his studio. Cortez curated the influential 1981 post-punk art show *New York/New Wave* at MoMA PS1, debuting Basquiat and launching his dazzling career. His fame spread like a prairie fire with collectors flocking to a succession of exhibitions in 1981 and 1982 in Modena, Italy, New York, Los Angeles, Zurich, Rome, Rotterdam, and Kassel, Germany. Remarkably, as the prices for his works soared, Basquiat showed in approximately 45 one-and two-artist exhibitions and collaborations before he died in 1988 at age 27 of a drug overdose.

Art critics almost universally heralded his works as revolutionary, provocative, and autobiographical. With a restless mind and keen intellectual curiosity, Basquiat's works reflect his interest in history, poetry, philosophy, anatomy, and abstract expressionism. Basquiat challenged the *status quo* with respect to poverty, wealth, and racism as he expressed solidarity with vulnerable, voiceless, and forgotten people around the world. Some observers praised his drawing skills.

My preliminary research about prices for Basquiat's paintings yielded stunning results. Between 2013 and 2017, auction buyers paid from $29.3 million (2013) to $110.5 million (2017). In this five-year span, 12 paintings sold in this rarified eight-and nine-figure range. Seven were created in 1982, the year generally regarded as his best work and the year in which he painted for Mumford. As I contemplated this undertaking, Basquiat was the hottest artist on the planet. No artist in history had ever enjoyed such a meteoric rise to stardom.

## FROLIC AND DETOUR

Over that first weekend with Basquiat, I compared the six paintings with over 100 known Basquiats in the compendiums. I jotted down my initial amateur's impression on a legal pad: "striking similarities to many authenticated Basquiats—crowns, halos, signatures, skulls, ghosts, bats, handwriting, and overall look and feel." I was intrigued.

On Monday, I called Billy wanting to know what he had in mind for me to do.

> "We want you to get them authenticated and sold," Billy replied. "We have taken them as far as we can with no success."
>
> "Why me?" I followed up.
>
> "I am familiar with your efforts with the Pollock," Billy answered.

Billy was referring to my efforts since 2011 to authenticate and sell a majestic 3.5' x 8' Jackson "drip painting" attributed to legendary Jackson Pollock. Like the six Basquiats, the Pollock had not been included in the artist's catalogue raisonné or authenticated by a panel of experts selected by the family. In a real sense, they had been lost—the Basquiats in storage and the Pollock in a private home—during the time period when they could have been blessed as authentic.

> "My efforts trying to sell the Pollock are hardly a reason to engage me since I haven't sold it yet," I quipped.
>
> "Your Pollock is the real deal," Billy assured me. "Just be patient."

Fortunately, patience was one thing that I had in abundance. When you do what I do for a living, it is best to be a marathoner and not a sprinter. High stakes lawsuits can last for years, sometimes a decade or more. A patient, deliberate investigation of all the facts, exploring diligently every potentially relevant piece of evidence, can lead to favorable outcomes that no one imagined possible. Framed on my office wall is a quote by Supreme Court Justice Louis D. Brandeis: "Most of the things worth doing in the world had been declared impossible before they were done."

Over my four decades in the trenches, cases have been won or lost based on a single piece of evidence—matching a fingerprint, authenticating handwriting, forensic analysis, and finding a "smoking gun" document buried in millions of pages of records. If this sounds like Perry Mason, it is. Success in the courtroom is 90% perspiration (preparation) and only 10% inspiration.

Given my years of frustration with the Pollock, I should have immediately declined the invitation to take on the Basquiats. Six years of hitting my head against the wall had taught me that "undocumented paintings"—those lacking the official imprimatur of universally-accepted proof of authenticity via the catalogue raisonné or a favorable letter from the official committee formed by the artist's heirs—rarely sold. The art world's gatekeepers—the ruling triumvirate of auction houses, galleries, and art advisors for wealthy private collectors—were understandably unwilling to take any risk of buying fakes when works were selling for millions and tens of millions of dollars and authenticated works by renowned artists were available.

Highly-publicized scandals—like the 40 fake paintings attributed to Motherwell, Pollock, and Rothko, authenticated by renowned experts, and sold by the venerable Knoedler Art Gallery in New York—heightened the insistence on authenticated paintings. No one seemed willing to take a chance on a paperless painting, no matter how much impressive scholarship and how many experts attested to its genuineness. Thus, for many lonely years and $400,000 in expenses, disappointment and rejection had been my constant companions in my campaign to sell a painting for which a half dozen leading Pollock connoisseurs had not only vouched but deemed a masterpiece. It might as well have been a paint drop cloth.

"Okay, Bill, I'm in," I told him. We quickly made our financial arrangement. In exchange for an agreed upon percentage of any sale proceeds, I would undertake to authenticate, market, and sell some or all of the six Basquiats. When I told a close friend familiar with my fruitless Pollock labors about taking on the Basquiats as "a client," he bluntly chided me for undertaking another "frolic and detour."

With the daunting challenge ahead, I knew that I would need to hire renowned experts in several disciplines. I raised a budget by turning to family and friends to invest in the paintings. My super-savvy wife Carmen fully supported this adventure, investing and offering a welcome mixture of wise advice, encouragement, and devil's advocacy. This would turn out to be a shared journey.

## SELLING OUT THE BACK DOOR

In the art world, proving authenticity boils down to three questions: (1) how solid is the provenance (history of ownership), (2) whether science can shed any light, and (3) what do the experts (connoisseurs) think. First and foremost is provenance. Without a solid, documented chain of title from the artist to the current owner, it is game over.

In any investigation, I start with the documents. Witnesses can have faulty and selective memories, shade the truth, or just outright lie. However, the written record, made at the time of the events at issue, is usually much more reliable. Some documents speak for themselves—and sometimes loudly.

It was obviously vital that we establish that the paintings had in fact been owned by Mumford. So, where were they found? Were there documents incontestably proving his ownership and obtaining them from Basquiat?

The challenge was formidable. The owners had no gallery sales records. At the time of Mumford's purchase of the paintings in late 1982, Basquiat was living and working in a large studio in the basement of the Venice home of Larry Gagosian. An already celebrated gallerist only four years after opening his first gallery, Gagosian (nicknamed "Go-Go") had conducted the 22-year-old phenom's first sell-out Los Angeles exhibition in April/May 1982. Basquiat was now there for six months to paint large canvases for the second Gagosian exhibition in March/April 1983.

Basquiat always needed walking around money for his cocaine addiction, partying, and lavish lifestyle, explaining why "he liked to be paid for works of art quickly in cash" as one art historian noted. Basquiat did what he had done all his life—he improvised. As noted, the former street artist, often strapped for money, was proficient at painting with readily available materials. It therefore came as no surprise that Basquiat would scrounge for free cardboard at local stores. Indeed, I could see from photographs that the edges of some of the works perfectly lined up where a larger cardboard piece had been cut in half.

## THE TRASH DUMPSTER

Not only did we have no sales receipts, but we also lacked any correspondence, other documents suggesting that Basquiat painted the works, photographs of Basquiat and Mumford together, or photographs of Basquiat with the paintings. We needed tangible evidence that the paintings passed from the artist to Mumford. I got my first break.

I had been told that the paintings were obtained from Mumford's locker in a Los Angeles storage facility Ortiz Bros. Moving & Storage. I first wanted to know if the company existed in 1982 when Mumford supposedly placed them there. Good news: this is a third-generation family business founded in 1949.

One of the Basquiat owners had obtained the last dunning notice, dated April 4, 2012, sent by the storage facility to Mumford at a Beverly Hills address which I confirmed had once been his residence. The balance owed on his storage locker # 2125 was $6,888.81, representing several years of unpaid monthly fees. Mumford's storage contract contained a standard warehouseman's lien allowing Ortiz Bros. to seize and sell his locker's contents if he failed to pay his fees. Exercising that lien, the facility sold the items to a small-time Los Angeles auctioneer on May 17, 2012. I had a sworn statement in which he confirmed that he had purchased the contents of Mumford's locker, including paintings on cardboard, his baseball memorabilia, and his Emmy and other trophies. He also provided color photographs of some of these locker contents with Mumford's name on them.

Why did Mumford allow his stored items to be sold? Had he forgotten about the paintings? Did the personal items, commemorating significant achievements in a lifetime of excellence, not have any sentimental value to him? After all, besides his recognitions as one of Hollywood's greatest TV writers and producers, Mumford was the first African American batboy for the New York Yankees.

The truth was distressing. Mumford was one of the most accomplished, sought after TV writers and producers in the 1970s, 1980s, and 1990s. An African American born in 1951 in Washington, D.C., he had overcome institutional discrimination and written and/or produced episodes of *Saturday Night Live, Alf, A Different World, Home Improvement, NYPD Blue, The Duck Factory, The Cosby Show, Maude, Roots: The Next Generation, Electric Company, Sesame Street, Judging Amy,* and *M\*A\*S\*H,* among others. Mumford was highly regarded by his peers, garnering nine nominations for Daytime and Primetime Emmy and Writers Guild of America Awards and winning for *The Electric Company* and *M\*A\*S\*H.*

Since 2004, Mumford had been unemployed as Hollywood turned to younger writers and producers. A creative, versatile luminary for three decades who wrote hundreds of hours of high-quality television of varying genres, Mumford had been involuntarily retired. By 2012, he was strapped for money, virtually destitute, and in poor health. For years, Mumford simply could not afford to pay the modest monthly fees for his locker.

The auctioneer had no clue about the paintings' creator or their conceivable value. The baseball memorabilia and Hollywood mementos were immediately sold. According to the auctioneer, the supposedly worthless cardboard paintings were unceremoniously tossed into a trash dumpster!

The world would have never seen these incredible works but for two longtime friends being at the right time and place, possessing keen entrepreneurial instincts, and serendipitously seeing a photograph of them. Here is what they credibly told me in separate conversations.

Billy related that a fellow named Lee and he were close pals who had first met as teenagers in Pompano Beach, Florida in 1974 and had hung out together for several summers. When I met Lee, he remembered that "Billy had a special talent even then. He would go to pawnshops and buy and sell these expensive watches. He had an insane collection." Lee got married and moved away, starting several successful businesses and raising a family.

These long-time friends stayed touch. One way was buying art. Sometime around 2008, Billy and Lee did a deal together buying a painting that Billy had "picked." He needed some cash to purchase it. Lee happened to have a little extra money that he could contribute to the cause. From that time on, both friends honed their art collecting skills. For Billy, it was a career; for Lee, a hobby.

In the art world, Billy was known as an "art picker." Building on his skills as a young man trading in expensive watches, he developed an uncanny eye for art. While not formally trained in art, Billy was reportedly in a league of his own, devoting much of his adult life attending estate and yard sales, scouring thrift stores, and rummaging around garages and attics. He carved out a decent living finding, buying, and selling his discoveries. A hardy treasure hunter in the antiques and fine arts world, Billy was always looking for that diamond in the rough painting, some misidentified gem that would fetch many times what he would pay the owner.

In May of 2012, while out doing what he loved to do (searching for hidden art treasures), a local art dealer showed Billy a blurry photograph depicting a number of paintings, some of which appeared to be signed by a "Jean-Michel." The dealer asked him if they were worth anything. Billy replied that he needed to do some research.

Billy was the first person to realize that the cardboard paintings in Mumford's storage unit were authentic Basquiats. He wanted to buy the entire collection, but he did not have the resources at the time, but his old pal Lee did. Billy telephoned Lee who happened to be visiting Los Angeles. When Lee picked up, Billy said:

> "Get some cash! I'm sending you an address. Meet me there as soon as possible."

Billy and Lee met at the auctioneer's home, paid him a modest sum of cash, and drove away with the entire remaining collection—all of which were in excellent condition thanks to being stored for 30 years in a climate-controlled facility. Two of the paintings had already been sold, but Billy went on a quest to recover them. He eventually found the eBay buyer and bought them back. The original Mumford Collection was intact.

Lee left California a short time later, moving his family to Boulder, Colorado. He took with him the 19 paintings that are now included in his group of paintings, commonly referred to as "The Mumford Collection." After buying the previously sold paintings, Billy has since maintained the other six paintings, commonly referred to as the "Basquiat Venice Collection." Both Billy and Lee knew they needed to verify the authenticity of these paintings. Lee made the first breakthrough.

## $5,000 IN CASH

The Mumford storage locker documents were compelling evidence that he owned them. I could not imagine any other plausible explanation why they would be in his storage locker. But I was not fully satisfied. I wanted some confirmation from Mumford himself.

I tried in vain to reach Mumford. By 2017, gravely ill and suffering from long-term memory loss, he was in and out of convalescent homes. His former lawyer could not help me. Sadly, after a long illness, Mumford died on September 6, 2018 at his father's home in Silver Spring, Maryland. He was 67.

While I could not interview Mumford, I spoke with Billy and Lee who had met twice with Mumford after they purchased his paintings. I interviewed them separately, and they had consistent, credible recollections of what Mumford told them about his acquisition.

When they first met over breakfast in late 2012, Billy and Lee were shocked to find that Mumford was in such a distressed physical condition, with braces on his arms and largely debilitated by illness and fatigue. They had expected to find the vibrant and witty intellectual who had reached the pinnacle of his profession. Instead, sitting before them, was a broken, needy man, tired and worn, who wanted to talk about treatment options for his ailments more than his glorious past. Lee was so moved by Mumford's condition that he returned a day later and gave Mumford some money for food and medicine. Another visit in 2013 found Mumford's condition unimproved.

Mumford was able to recall meeting Basquiat in 1982 when he was writing for *M*A*S*H*. Mumford confessed somewhat sheepishly that Basquiat's works were "not my kind of art," but friends had persuaded him that he should buy some of his paintings. Mumford paid $5,000 in cash to Basquiat for the works, put them in his temperature-controlled storage unit, and never saw them again. He told Lee and Billy that he was unaware that his locker's contents had been sold.

More corroboration of Mumford's purchase came from two voice messages that he left in 2013 on the phone of Billy's life partner Taryn. While the recordings had long ago been erased, she had contemporaneous notes of the February 11, 2013 messages and gave me a sworn declaration. On the same day a few hours apart, Mumford said that he purchased the paintings from Basquiat when he was working on *M*A*S*H*, had money to buy them, and therefore the paintings that came out of his locker belonged to him. I confirmed that Mumford worked on *M*A*S*H* in the 1982 and 1983 seasons.

All this mounting evidence convinced me that Mumford purchased the works from Basquiat. In my line of work, however, more evidence is better. I wanted something conclusively proving that Basquiat knew Mumford and sold him these paintings.

## PROVENANCE IN POETRY

A trip to Colorado to meet Lee, who still had the 19 Basquiats, paid huge dividends. Lee is engaging, intelligent, and savvy with a quick wit. A true believer, he had put his proverbial money where his mouth was, expending tens of thousands of dollars—and countless hours—in trying to authenticate the paintings since 2012. We immediately hit it off, sharing a passion for proving that Basquiat was the indisputable creator. Along with his talented lawyer Rich LiPuma, we forged a close working relationship as we went forward to establish that all 25 paintings were authentic.

Mumford had been unable to find a receipt from Basquiat confirming his purchase. What he did locate, however, was an extraordinary piece of evidence that literally brought tears of joy to Lee's eyes. Lee had obtained from Mumford an untitled, typed poem in my opinion written by Basquiat. Printed on 1980s-era dot matrix printer paper, the poem—21 lines of free verse with three stanzas of seven lines each—was initialed "JMB" on the bottom.

*The start of a new day*
*No longer outsiders*
*Industry insiders golden crowns receiving*
*Brooklyn brothers hands creating*
*Drawing writing bridging gaps*
*LA summer bright*
*Beware the fleeing wretched loneliness*

*25 paintings bringing riches*
*Sing along Dr. Thad sing along*
*Breaking bread this our summer*
*Wrapping close last scene of war*
*Eat drink celebrate*
*Choices made intriguing*
*A serious quest we undertake*

*Raw emotions of a child*
*Did you know*
*We film, we write, we film, we paint*
*Crowning glory brings cheers and statues*
*Oh how grand we feel*
*Oh how lovely our life will be*
*A baseball a bird a television our play a future bright*

If this poem was indeed authentic, it was a treasure trove of information linking the artist and writer in numerous poignant ways. Among other things, the poem mentioned:

*themes relating to Basquiat's and Mumford's lives;

*"25 paintings bringing riches" (Basquiat painted at least 25 paintings sold to Mumford);

*"Sing along Dr. Thad sing" (Mumford created the popular character, and he was the voice for, Dr. Thad on *Sesame Street*);

*"Wrapping close last scene of war" (Mumford was writing the final episode for *M*A*S*H* that aired in early 1983);

*"Brooklyn brothers hands creating" (Basquiat was born in Brooklyn Hospital, spent his early years in Brooklyn, and frequented the Brooklyn Museum, while Mumford spent some time living in Brooklyn);

*They are artistic brothers ("hands creating"): Basquiat "[d]rawing" and Mumford "writing;"

*"We film, we write, we film, we paint" (Basquiat the painter, and Mumford the writer for filmed television episodes);

*These two accomplished brothers are artistic pioneers among African Americans who are "bridging gaps," "[n]o longer outsiders" but instead "[i]ndustry insiders golden crowns receiving;"

*The references to "golden crowns" and "crowning glory" are allusions to Basquiat's frequent use of a three-pointed crown as his signature/autograph on his paintings (including several in our collection);

*Mumford won two television industry "statues" for his writing, and one of the paintings features a statue on a television; and

*In the last line, the poem references three images appearing in the 25 paintings: "[a] baseball a bird a television."

At this point, I was convinced that this remarkable autobiographical poem celebrated two fertile creative minds and recorded the similarities and shared experiences of two African American men who had closely bonded in such a short time. But our investigation as to the poem was not completed.

My attention then turned to the "JMB" initials inscribed on the bottom of the poem. Could it be Basquiat's handwriting? If so, this was even further written proof that the poem documented a close relationship between Basquiat and Mumford in 1982 and Basquiat gave the paintings to Mumford.

As I had on several occasions, I turned to James Blanco. One of the nation's foremost document examiners, Jim had over 30 years of experience in government and private practice as a forensic document examiner testifying about signatures and other marks on documents that either established or refuted authorship. He had rendered over 8,000 expert opinions. In the art arena, he had analyzed works attributed to Picasso, Pollock, Matisse, Rembrandt, de Kooning, Dali, Erté, and others.

More than anything, Jim was a straight shooter; I could trust his judgment. A few years earlier, this master art sleuth had concluded that "JA Comstock" inscribed on the verso of my Pollock was in fact the handwriting of Pollock's wife, Lee Krasner, who handled his business affairs and sent the painting to Pollock's friend Dr. John Adams Comstock, thereby proving provenance.

> *"Pierce, it's Jim," the caller announced one day.*
>
> *"Jim, I'm dying to know the answer," I breathlessly replied. So much depended on his opinion.*
>
> *"Sure enough, I can match the 'JMB' and known exemplars of Basquiat's handwriting," he matter-of-factly reported. "It's 100% Basquiat's initials."*
>
> *I am known to be an emotional, expressive person, but that morning I outdid myself.*
>
> *"Yes!!!" I bellowed, pumping my right clenched fist in the air several times. "Yes!!!"*

Jim later sent me a report documenting his opinion. His graphics drew arrows between the J and M and B on the poem and samples of Basquiat's penmanship, leading him to conclude that the artist had initialed Mumford's elegant poem. "Due to the numerous similarities in handwriting features, Jean-Michel Basquiat is identified as the author of the 'JMB' hand printed initials appearing on the poem." Jim also confirmed that the poem "was not printed on any modern printer because the typed alpha-characters are consistent with impact typewriters from the 1982 time period when the poem was thought to be created".

When I told Lee and Rich and sent them Jim's report, they were thrilled. This was a momentous breakthrough. We knew that it was up to us on our own to build an irrefutable case for authenticity. For example, Rich's request that the Basquiat Estate bless the paintings had been flatly rejected by its lawyers with a terse statement that the Basquiat Authentication Committee "had been disbanded in September 2012 and no longer considers applications."

## A CELEBRATION OF CELEBRITY

Based on the documents, I had established to my satisfaction that Basquiat sold 25 paintings to Mumford. Now, could I also prove that Basquiat actually painted them? That may sound like a silly question if the young artist sold them to Mumford, but I needed all the substantiation that I could muster to persuade an ultra-skeptical art community that they were the real deal. You never knew which straw will break the camel's back.

It was now time to enlist science in support of authenticity.

One of the conventional ways to establish a painting's authenticity is to identify the artist's signature on the front or verso. While not every artist signed his/her works and some (like Pollock) were inconsistent, the presence of some identity mark would enhance the case for legitimacy. My research found that artists' signatures on their paintings dated from the Renaissance when "art production shifted from co-operative guild systems to a celebration of individual creativity. A signature was the perfect way to differentiate your talent from that of lesser peers." (Holly Black, "7 important things to know about artist signatures," Christies, July 24, 2017 (https://www.christies.com/features/7-things-to-know-about-artist-signatures-8365-1.aspx)

Forensic analysis of handwriting is a science dating from the early 17th century when an Italian professor in Bologna, Camilio Baldi, wrote a pioneering treatise introducing modern graphology as the study of identity. Today, graphologists routinely opine on authenticity of signatures in court cases. My generation grew up with Perry Mason dramatically exposing forged documents as he secured his client's acquittal.

Artists' signatures come in all shapes and sizes from full cursive or block signings to initials to a distinctive mark, symbol, or logo. The literature noted that Basquiat—whose markings were notoriously almost illegible—had a printed version as well as two script signatures. Not all Basquiat's paintings and drawings were signed.

As we knew, Basquiat professed that he wanted to be famous in his lifetime; he would not die in obscurity like Van Gogh. "Since I was seventeen, I thought I might be a star. I'd think about all my heroes, Charlie Parker, Jimi Hendrix. . . . I had a romantic feeling about how these people became famous." Basquiat "wanted to build up a name for myself.

Becoming a well-known brand would be one sure way to cement his celebrity. Basquiat often used as a proxy signature his distinctive three-pointed crown, symbolizing not only his criticism of class and race but also his own self-proclaimed royal status as a king of art. The commercially savvy artist was establishing his unique logo, not unlike the graffiti tag SAMO© sprayed by Al Diaz and him on the walls of New York City.

Many of the 25 paintings had signatures of varying types that said "Jean-Michel Basquiat" either in block or cursive writing. Others had his three-pointed crown. Some had both.

Once again, I called upon Jim Blanco. Armed with the two-volume catalogue raisonné by Enrico Navarro and Richard Marshall's collection of paintings and drawings, Jim performed his characteristically thorough analysis of all known examples of Basquiat's signatures and uses of a crown on his works. Jim's conclusion was stunning.

Out of the 25 works, all but a few had some form of identifiable marking commonly used by Basquiat on his paintings and drawings. The crown was present on 11, his signature on seven, and both crown and signature on five. Remarkably, Jim found SAMO© on one and SAMO© and a crown on another. Interestingly, on a few paintings, the crown was an integral part of the composition and not just a signature.

At this point, we had established provenance and science. But what would the experts—so called connoisseurs—say about our 25 paintings?

## THE KNOWING EYES

In his concurring opinion in an obscenity case (*Jacobellis v. Ohio*), Supreme Court Justice Potter Stewart remarked that when it came to hard-core pornography: "I know it when I see it." Much the same can be said about the subjective way art historians and critics opine about whether a work was done by the hands of a certain artist. Two putative specialists—what Francis O'Connor called connoisseurs "with a knowing eye" for identifying an artist's complex characteristics in making an image in a particular way—can view the same work and in good faith reach contrary opinions about its quality, meaning, and authorship.

## RICHARD MARSHALL

One such luminary for Basquiat was Richard Marshall.

Lee informed me that in June 2014, he contacted Marshall to solicit his opinion about the Mumford Collection. A long-time curator at the Whitney Museum of American Art, Marshall was best known for his efforts as director of the Lever House Art Collection from 2003-2014. More to the point, Marshall had curated a major Basquiat retrospective exhibition at the Whitney in 1992, served on the Basquiat Committee, and had published a widely recognized, comprehensive survey of Basquiat's known works under the simple title *Jean-Michel Basquiat*. Marshall graciously accepted Lee's invitation to independently review the works and traveled to New York to view the paintings.

Lee recalls that Marshall turned flush upon seeing the paintings, and the first words that came from his mouth were, "Are these paintings for sale?" After Marshall extensively inspected the paintings, he assured Lee of his conviction that these were authentic paintings by the hand of Jean-Michel Basquiat. He further told Lee that he would write a letter expressing his opinion confirming this fact. Lee was rightly convinced that Marshall's favorable opinion would silence any naysayers.

Lee never received Marshall's opinion. On August 10, 2014, Leo heard from a mutual acquaintance that Marshall had died, suddenly and unexpectedly, two days earlier. Filled with sadness and sympathy, Lee waited for a few months before confirming with family members that, unfortunately, a draft opinion letter had not been found after Mr. Marshall's death.

Understandably, in the art world, an oral authenticity opinion never reduced to writing carries no weight.

## DR. JORDANA MOORE SAGGESE

With Marshall's death and no letter from him, we needed written expert validation that these 25 paintings were Basquiat's creation. As I had for decades in my law practice, I set out to determine the names of the leading scholars on Basquiat. I was surprised that the amount of serious research and writing about this supernova of the modern art world was limited. Fortunately, one person stood head and shoulders over all other academics.

When I reached Dr. Jordana Moore Saggese in the summer of 2017, she was Assistant Professor of Contemporary Art and Theory at California College of the Arts. (Dr. Saggese is now Associate Professor of American Art at the University of Maryland and Editor-in-Chief of the College Art Association's respected *Art Journal*.) Trained as an art historian, she taught courses on modern and contemporary art with an emphasis on the expressions and theorizations of blackness. Her first book, *Reading Basquiat: Exploring Ambivalence in American Art*, reexamined the painting practice of the often-mythologized Basquiat. Published by the University of California Press in the summer of 2014, the pathbreaking work won the PEN Center USA Award for Exceptional First Book.

> "Hello, Dr. Saggese, this is Pierce O'Donnell in Los Angeles," I began my call.
>
> "Yes, Mr. O'Donnell," the ever-polite scholar responded. "Thank you for your patience."
>
> She was referring to my pestering her with phone messages and emails as I pressed to connect with her.
>
> "I appreciate you speaking with me," I let her know. "Were you able to look at the photos that I sent you?"
>
> "I quickly perused them," she cautiously replied. "Did you tell me that they are painted on cardboard?"
>
> "All but one which is painted on plywood," I responded.
>
> "They seem to have much in common with his early, best works," she volunteered.
>
> Sensing an opening, I immediately asked: "Would it be possible to bring six of the originals for you to view in San Francisco?" I held my breath as the phone seemed to go dead.
>
> "That would be fine," she finally told me.

On July 18, 2017, along with Billy's life partner Taryn, I met this charismatic African American scholar in an empty classroom. She asked us to leave the six paintings with her for a couple of hours. I unpacked them, leaving each painting on top of a desk.

This may have been the longest two hours of my life.

Returning to her classroom, I sheepishly asked her what she thought. Her answer—in the form of an extemporaneous critique of our paintings—catapulted my authentication efforts to a whole new level.

> "These are marvelous works in excellent condition that have many of the distinctive elements of Basquiat's best paintings," she slowly began. "A lot of his early works were opportunistic of what materials were available. Cardboard is not out of the realm of possibility."

Dr. Saggese then gave an analysis of each painting which she attributed to Basquiat.

**One More King/Czar:** "looks very good;" "an early work with familiar markers;" "crown resembles first crowns;" "feathers are a common theme;" "the writing and repetition of 'a' are very common."

**He Didn't:** "this painting has commonality seen in similar works, including the arms come around and are extended;" "the general shape of the aura and crown are commonly seen elements;" "there are many more common motifs such as a lot of doodling, references to music, anatomy of the lungs and heart, and others."

**Boxer:** "This is a very beautiful one;" "the use of multiple 's's" is seen in similar works such as Net Weight in 1981;" "the eyes, nose, and head are typical and very popular in Basquiat's works;" "the copyright symbol © lived past the days of SAMO, identifying his ownership in his own career."

**Self-portrait with his cowboy hat wearing Leonardo da Vinci's flying suit:** "This is the most exciting of the whole works, a very strong piece;" "many elements are common, including the cowboy figure, the ghost, skyscrapers and cityscapes, painting over things, several layers of underpainting, and the signature spelling out his full name."

**Colorful Face or Skull:** "This is very exciting. The piece is not as similar as the other works. The shape of the head, the roundness, the teeth, two different shapes of the eyes is not seen often."

**Reptile With Claws and a Crown:** The front of the unique two-sided painting: "This reptile with a crown is strikingly comparable to a known work. The upraised arms are common elements, revealing the arm and the joint. Very interesting. This has hints of reptilian with comparison of works of dinosaurs. The almost cartoonish reference to 'BAT BAT, BAT' has an element of monster humor. There are multiple outlines which is commonly seen in Basquiat's works. There are a lot of nuances. This has a deeper meaning. There is nothing indicative of a rush job."

**The verso (Mystery Creature/Bat):** "The interesting head is similar to later works. This is a fantastic work in striking superb condition."

Dr. Saggese agreed to serve as a consultant and prepare a report on the six paintings. Her 73-page work, completed on November 30, 2017 is a masterful study of Basquiat's life, themes, historical significance, and the reasons why she concluded that our paintings were done by the hand of Basquiat.

*"[I]t is my professional opinion that [these six paintings] may be attributed to Jean-Michel Basquiat based on their comparison to known works, with which these paintings share imagery and icons. The paintings contain many of the most popular symbols of Jean-Michel Basquiat, including: crowns, figures with halos, arrows, figures with top hats, skulls, and bird-like figures. We also see several examples of cars and trucks, which held a personal significance for the artist given his childhood experience of being hit by a car. The constellation of images that appear on the surfaces operate outside of a specific narrative; it seems instead that the works have been radically distilled to include only the most salient symbols, as if an attempt is made here to represent the artist only via specific reference to his best-known works. Here, the symbols themselves become a type of currency, a recognition of the artist's marketability and significance on a global scale."*

Dr. Saggese's report relied in part on a study by Jim Blanco meticulously comparing all 25 paintings with known Basquiats in terms of handwritings, signatures, word usage, numbers, monograms, symbols, and various other markings, sketches, and doodles. (Richard Marshall's work was one of his primary sources.) Jim's methodical analysis scours every inch of the paintings' surfaces in search of similarities. The result is a monumental achievement identifying scores of similarities, leading him to conclude that "Jean-Michel Basquiat authored all 25 paintings."

I called Lee with the exciting news about Blanco's latest report. We now had three pairs of knowing eyes (two in writing) who concluded that the Mumford paintings were created by Basquiat. All three legs of the stool—provenance, science, and connoisseurship—were present. What more was needed to make our case?

## BASQUIAT ON A BOX

In my profession of persuasion as a trial lawyer, you must anticipate potential opposition to your position. Art is no different. What would our detractors, skeptics, and naysayers argue against the paintings' authenticity and value?

One obvious fact was that 24 were painted on cardboard or paperboard and one on wood. Artists using wood was not uncommon, but cardboard as a substrate—as opposed to canvas or paper—struck me as unusual. But was it?

Shortly after I undertook this assignment, I hired Deborah Krieger, a recent honors graduate of Swarthmore College with a B.A. in Art History and an aptitude, ingenuity, and tenacity for challenging research impressive for any age. The daughter of one of my law partners at Greenberg, Glusker, Deborah was just starting her career as a curatorial assistant at the Delaware Art Museum in Wilmington. A few years later, she would graduate *summa cum laude* from Brown University with an M.A. in Public Humanities.

Over the summer and early fall of 2017, Deborah investigated the history of famous artists' and Basquiat's usage of cardboard. Her conclusions about common uses by prominent artists were both stunning and reassuring. Not only did her findings provide a strong defense, she also gave us ammunition to argue persuasively that the paintings' worth was enhanced by being painted on cardboard by an artist who once painted on postcards (xeroxed images pasted on cardboard) and reportedly lived briefly on the streets in a cardboard box.

*"Despite its humble nature, cardboard has a long history as an artist medium in its own right, with some of the most revered artists in the Western canon using it as a substrate for a two-dimensional work, or as a material for a three-dimensional sculpture."

*Renowned artists who painted on cardboard include Edvard Munch (*The Scream*), Degas, Toulouse-Lautrec, van Gogh, Picasso, Rauschenberg, and Klein.

*These giants "used cardboard either due to its intrinsic properties that distinguish it from paper, panel, or canvas; due to its ubiquitous and inexpensive nature; or some combination of both."

*"[C]ardboard clearly has a long and fruitful history as an artists' medium that belies its quotidian connotations. When it comes to Basquiat, the accessible nature of cardboard is key, as it would allow the voracious, developing artist to create very cheaply."

*Basquiat began painting on cardboard as a teenager and continued throughout his career.

*" Any notion that cardboard/paperboard works were inferior in terms of value was laid to rest in the May 17, 2017 Sotheby's auction when an *Untitled* oil-stick on cardboard (60x40 in.), drawn in 1982, sold for $8,647,500."

Krieger thoughtfully perceived the significance of the collection in terms of Basquiat's development as an artist who used the low-pressure environment of Venice, California to paint what he wanted to paint and not what his pushy gallerist Annina Nosie and her wealthy collectors in New York demanded. She also opined about the paintings' value.

*"The high quality of the . . . paintings in the Basquiat Venice Collection attest to the fact that his use of cardboard, paperboard, and wood did not hinder his creativity. Indeed, a strong case can be made that the use of these substrate challenged Basquiat to paint in some new ways that produced these fortuitously discovered treasures. One thing is certain: these paintings should not be devalued because they are not painted on canvas."*

## "WOW"

Lee and I had stayed in close contact, sharing information and brainstorming about how to develop a critical mass of evidence to attract buyers and convince their art advisors that all 25 paintings were Basquiat's creation. One day, he excitedly told me that Toronto art seller Jason Halter, who had been engaged to market the 19 paintings, had succeeded in persuading legendary Diego Cortez to inspect the paintings. Not long thereafter, Lee breathlessly told me that Cortez had reviewed them and had written letters of authenticity for the set of 19 and each of them individually.

I was dumbstruck.

*"Congratulations, Lee,"* I told him. *"That's awesome!"*

*"Yes, it is, indeed,"* Lee replied. *"Hopefully, it will be a game changer."*

*"I would hope so,"* I shot back. *"After all, Cortez discovered Basquiat, was his dealer for a while, and co-founded the Basquiat Committee. He is the authority."*

Cortez was the genuine Basquiat connoisseur, a legendary figure in the art world without whom Basquiat would likely have lived and died in obscurity. As everyone knows, Jean-Michel was a New York City street artist when Cortez spotted his raw talent, then met him on the Mudd Club dance floor, literally brought him into his studio, and gave him $200 to purchase paint, brushes, and canvas. His first gallerist, Cortez remained close to the artist up to the time of his death.

Even after Basquiat died, Cortez assisted his father in managing the sale and promotion of his son's increasingly valuable paintings and drawings. Along with Jean-Michel's father, Cortez co-founded the Basquiat Committee where he was the most knowledgeable member. (The father died in 2013.) In short, no more qualified expert existed with the credentials to authenticate Mumford's paintings.

Lee told me how it had come to pass that Diego had authenticated the 19 works.

Following Richard Marshall's death in 2014, Lee did not give up on the idea of having the paintings examined by a prominent expert who had had served on the Basquiat Committee before it was disbanded in 2012. That dream was finally realized in September 2018, when Diego Cortez independently reviewed and certified the authenticity of the 19 paintings and the poem.

Lee had been working to prepare the Mumford Collection for a potential sale with Talin Maltepe of Sevan Art Gallery. Maltepe is a prominent art consultant, dealer and broker based in Toronto. She has a unique niche in the art world, specializing in consulting on due diligence for paintings that are not catalogued. She, in turn, brought in a colleague, Jason Halter, a respected architect who also serves as an adjunct professor at the University of Toronto teaching architecture, landscape, and design.

The owner of his own collection of uncatalogued Basquiat drawings, Halter made the initial contact with Diego Cortez. He learned that Cortez was most reluctant to independently examine works and had rarely commented on paintings by his former protégé. Nevertheless, after several weeks of gentle persuasion, Cortez realized that the Mumford Collection, having been stored for thirty years, did not have a fair opportunity for review. Therefore, Cortez agreed to travel to New York City to view the Mumford paintings as well as Halter's pencil sketches.

On September 12, 2018, Lee, Halter and Lee's attorney and Trustee for the Mumford Collection paintings, Richard LiPuma, met Cortez at the Chelsea storage facility of Crozier Fine Arts. It was an historic and moving experience for all the participants. Cortez first walked along the tables of laid-out works with his jaw half dropped, almost in shock. He occasionally uttered remarks, more to himself than to anyone else: how Jean-Michel had gone to Los Angeles in 1982 to work with Gagosian, how he had not expected these paintings to be in such good condition, and sometimes as he looked at a particular painting, he just uttered "Wow!" (This reminded Lee of Richard Marshall's initial reaction.)

Cortez stopped and studied the *Industry Insider/Big Head with TV* painting for several minutes, his keen practiced eyes moving to every corner. As he examined it, he leaned toward LiPuma and said, "This one's gonna make people talk. I wish I had this painting. You're probably sitting on over twenty million dollars with this one alone."

Cortez could not contain himself when he arrived at the painting known as *Red Face and Rat Monster*. (All the paintings were originally untitled when Basquiat sold them to Mumford.) Again, he spent more time here than with the others. Tears welled up in his eyes, and LiPuma had to ask if he was okay. Cortez then interpreted the painting for LiPuma, explaining that Jean-Michel must have been in real pain when he had painted this one. "These are terrible images of a monster, and the house, which is the mind of the red-faced character, is falling off the edge of the world into the abyss. This is very disturbing stuff."

After his initial review, Cortez spent time with each painting, making a more detailed examination. Then, as the group became more comfortable with each other, the discussion devolved to stories of the old days, memories of the Mudd Club, the wild parties, the celebrity interactions, and a virtual verbal postcard in remembrance of the glory of New York City in the 1980s. A couple of hours later, as Cortez left the viewing room at Croziers, he again confided in LiPuma. "These are great works, and I just want to let you know I'm planning to give them a favorable review." True to his word, Cortez then wrote an opinion letter certifying the authenticity of the collection of paintings, and he also wrote a separate certification letter for each individual work and the poem.

## THE EPITOME OF COOL

Through Lee, I was introduced to Jason Halter whom I found to be an affable, knowledgeable, and trustworthy person who was actively engaged in helping Lee. Lee had told me that Jason also owned his own Basquiat works. On the phone one day, we struck up a conversation.

*"Hello, Jason, Lee referred me to you."* I opened. *"how's it going?"*

*"It's a hard slog out there with unauthenticated paintings,"* he admitted.

*"Tell me about it, my friend,"* I replied. *"I can't get arrested with my six. It's so damn frustrating when I know that they're right."*

*"Believe me, I know first-hand,"* he replied. *"I've had my own genuine Basquiat drawings for several years, and I still have them".*

*"Lee told me about your coup with Diego Cortez,"* I offered.

*"Yeah, Diego and I have developed a good rapport,"* he told me.

*"That's terrific,"* I told him. *"Do you think he'd look at mine?"*

*"Diego just does not like to opine on Jean-Michel's works."* Jason replied. *"Let me see what I can do."*

Months passed without Jason being able to get Diego to undertake the assignment. Diego was a notoriously private person who had defected from the New York art scene and initially lived in North Carolina. Aloof and guarded, it was well known that what I wanted Diego simply did not want to do. Even though I pestered Jason every week about Diego, I had given up hope.

Then, we caught lightening in a bottle. Jason called to tell me that he had finally gotten Diego to look at photos of our six paintings and our website with all the documentation that we had posted confirming authenticity. Jason told him that the six paintings were found in the same storage facility with the 19 paintings that he had already certified. That seemed to be the winning argument. We set an appointment to meet in New York.

On March 1, 2019, I met Jason and Diego at Crozier Fine Arts in lower Manhattan. I arrived early like I did whenever I went to court. Jason came from Toronto, while Diego travelled New Orleans where he was then living.

Jason walked into the viewing room accompanied by a bespectacled gentleman in his early 70s with a scruffy white beard and a pair of blue eyes exuding warmth and raw intelligence.

*"Pierce, please meet Diego,"* Jason began.

*"It is a privilege to meet you, sir,"* I remarked. *And it really was an honor. But for Diego Cortez (born James Curtis), it is highly unlikely that the Basquiat would have become the celebrated phenom of American art.*

*"Are these the paintings?"* he asked, pointing to our six works on two tables.

*"Yes,"* Jason answered as I once again held my breath while another expert examined our paintings.

*"The photos don't do them justice,"* Cortez offered after spending several minutes methodically looking at the front and verso of each painting. *"They really are special, some of his best work in this time period."*

*"What is it about them that you especially like?"* I asked.

*"A lot of people don't appreciate how good Jean-Michel was at drawing,"* he noted. *"These pieces reflect the strong graphic work with a central iconic figure which typifies his work from this period."*

You could knock me over with a feather. Cortez was not finished.

*"These works also capture the power of his intensity of line which has subsequently engaged so many collectors and museums around the world with his work."*

After about two hours with the paintings, Diego, Jason, and I went to lunch. Ordinarily reserved and taciturn, Diego opened up, telling some war stories about Jean-Michel, Patti Astor, and Basquiat's father Gerard.

*"The authentication board was an unruly group," mild-mannered Diego offered. "Most of them were art dealers trying to get the family to allow them to sell his paintings. I was the only one who was not trying to make a buck."*

*"Have you thought about writing a book about your life and times and all the people you worked with?" I asked.*

From the articles that I read, Diego was an influential player in New York City's art and music scene. One major exhibition feathered more than 100 artists, including Robert Mapplethorpe, Keith Haring, Andy Warhol, and Basquiat.

*"Yes, I have," he swiftly responded. "I have a ton of materials."*

*"Sort of like Patti Smith's memoir, Just Kids, about her life with Robert Mapplethorpe and the New York art and music scene in the 1970s and 1980s?" Jason suggested.*

Diego nodded.

We said our good-byes, with Diego returning to New Orleans, Jason to Toronto, and me to Los Angeles. I got Diego's unqualified letters of authentication similar to the ones that Lee received. Diego and I spoke on the phone one more time about him writing his book. Sadly, as I was writing this essay, Diego passed away in Burlington, North Carolina; he never wrote his book. Like me, he was 74.

Diego's longtime collaborator Patti Astor told *ARTnews:* "Another one of the great warriors is gone." In his *New York Times* obituary, one friend noted: "Diego was full of unquenchable passion." Another described Diego as "the epitome of cool."

For me, his authentication letters were an apparent lifesaver.

But not really. Even with Diego's imprimatur, my art sellers had not yet landed a sale. Lee was having a similar experience. One day, we were conversing about this mystifying situation.

*"Counselor," he began. Lee loved to tweak me about my day job.*

*"Could you lose a court case with all this evidence that we have accumulated?" he wanted to know.*

It was a fair question. We had a cornucopia of solid proof: a storage receipt for Mumford's unit in which the paintings were found, a sworn declaration from the auctioneer who bought the locker's contents and his photographs of them, statements from two people who spoke to Mumford and heard him confirm that he bought the paintings from Basquiat in 1982, a sworn declaration about two Mumford phone messages also confirming this fact, a poem written and initialed by Basquiat, expert reports by Dr. Saggese and Jim Blanco attesting to Basquiat creating the paintings for a variety of reasons, and, the *pièce de resistance*: certifications of authenticity by the most renowned Basquiat authority in the world.

*"You know, Lee," I responded after reflecting for a moment. "I can always lose a trial. But in the Case of the 25 Basquiats, I see a jury finding them not just authentic but declaring them to be masterpieces."*

## THE SOUND OF SILENCE

In the summer of 2019, I got a break. An established Los Angeles art gallery, owned by Patrick Painter, agreed to mount an exhibition of our six paintings in May 2020. The marketing materials were prepared, the media plan was drafted, and my hopes were renewed. Things were looking up.

But not for long.

In mid-March, 2020, the City of Los Angeles—responding to the metastasizing public health crisis posed by the coronavirus pandemic—put its residents on lockdown. My law firm closed, sending 200 employees off to the uncertain virtual world. Businesses and schools were shuttered, and life as we knew it was put on an indefinite hold.

The global art world was severely impacted as auction sale revenues plummeted and paralyzing uncertainty took hold. Art Basel summed up the immediate impact: "The COVID-19 crisis has had an unprecedented impact on the art market, shuttering galleries and museums. Exhibitions, art fairs, and auctions have either been postponed or have moved online." Our forthcoming Basquiat exhibition was canceled—twice over the next year.

In June 2020, I decided to get an appraisal of our six paintings. My brilliant art colleague, Dr. Ron Parker, recommended Patricia Dillon, a highly-regarded appraiser, professor, and lawyer with Putnam Fine Art and Antique Appraisals in Charleston, South Carolina. A delightful, charming intellectual who is certified by the Appraisers Association of America, Patricia has done 150 appraisals of paintings, works on paper, sculptures, photographs, and furniture for museums, historic sites, and major collectors. In the business, she is widely respected as an appraiser's appraiser in light of her academic and professional lecturing for major universities like Harvard, College of Charleston, and New York University, Sotheby's, and appraisal and conservation societies.

Patricia devoured all the materials on my website and did extensive independent research about the significance of our collection and its value based comparable sales for the past few years. She asked for additional information on provenance, and despite the COVID-19 crisis, she traveled from Charleston to New York City to view the paintings. Patricia delivered her report in September 2020. She placed high values on each painting.

Patricia was impressed by the quality of our paintings.

*"The instant collection is a varied group of spirited works, typical in subject and technique preferred by Basquiat. Appraiser has found each work to be in very good condition. Overall, the quality of the works is comparable with other Basquiat works that command substantial prices. Provenance research indicates that the works were completed in and around 1982, a year that many experts feel was particularly prolific for Basquiat's work."*

Patricia had keen insights into how our paintings fit into Basquiat's overall body of work.

*"Factors that enhance the value of each of the instant works include dynamic composition flush with typical Basquiat iconography. The works often depict deeply emotional turmoil intertwined with social and political messaging and fantastical presentation. These statements speak directly to the current political atmosphere, are typical to the Basquiat oeuvre and will remain current for many years forward."*

Lee then engaged Patricia to appraise the 19 Basquiats. She wrote a comprehensive, insightful report as she did for me. Given that Lee had about three times as many paintings and two were very large, her appraised value of the 19 was a multiple of that of the six paintings.

Needless to say, Lee and I were thrilled to receive this further validation from such an authoritative source. At least a half dozen experts had blessed the 25 paintings. Their authenticity and value had been proven beyond a reasonable doubt.

But all I heard was the sound of silence.

## SERENDIPITY

It was now March 2021. Nearly four years into my Basquiat case. Despite all my (and Lee's) successes in securing solid proof of provenance, unimpeachable scientific support, and consensual validation by respected connoisseurs as well as the smart, aggressive, and tireless sales efforts of our dedicated art sellers, it seemed like I had not advanced at all from where I was the day I started to pursue what increasingly looked like an impossible dream. I was not yet prepared to throw in the towel on the Adventure of the Lost Basquiats, but I was running out of options.

My dear mother was fond of saying that "things happen for a reason." For half century of adult life, I was never quite sure what she meant. Then I found out.

In late March, I received an email from a stranger. His name was Dr. Aaron de Groft, the Director of the Orlando Museum of Art. He did not waste any time getting to the point.

> "Dear Mr. O'Donnell:
>
> "Would you be willing to speak about the Pollock? We would love to celebrate it and showcase it here in Orlando where we lead the country in tourism with an excess of 73 million tourists. We would love to promote it internationally. . . . I have read much about the work. It is right. I would be happy to fly to LA to talk with you in person. I am happy to talk. Thank you very much".

I was flabbergasted. Finally, as I had hoped would happen one day, someone at a respected art museum thought that the Pollock was authentic and wanted "to celebrate it."

Before I responded, I did some research on Dr. De Groft and his museum. He was the new and only fourth director in the nearly 100 years of the institution. Recently hired after a global talent search, Dr. De Groft had three degrees in art history, 25 years of experience as an art curator and museum director, and a specialty in Old Masters and modern and contemporary art. For 15 years, he ran the prestigious Muscarelle Museum at the College of William & Mary, mounting dozens of notable exhibitions featuring works by Michelangelo, Rembrandt, Caravaggio, Botticelli, important contemporary African American artists, Titian, Reubens, Cézanne, da Vinci, German expressionists, and modern artists.

The Orlando Museum of Art was also impressive. The major cultural institution in central Florida, it is one of the leading art museums in the South. Housed in an 80,000 square foot facility, the museum has a diverse collection of primarily modern and contemporary art by the greatest artists working in the twentieth and twenty-first century. Annually, with about 200,000 visitors, it mounts about six to eight major exhibitions on-site and a similar number of off-site exhibitions.

It took a few days before Dr. De Groft and I connected.

> "Hello, Dr. De Groft, this is Pierce O'Donnell," I began. "It is a privilege to speak with you."
>
> "The privilege is all mine," he replied with a tinge of a Southern accent. "Please call me Aaron."
>
> "And Pierce, please," I told him. "Thank you for your email. I must tell you that I thought that I was imagining everything."
>
> "You're not because I've read your e-catalogue on The Comstock Pollock," Aaron quickly injected. "Your painting is not only genuine, but I believe that it is one of the very best drip paintings that Pollock ever created."
>
> "Umm, thank you," I said in a low voice as I tried to process just what Aaron was telling me. I had lived with this painting for a decade and had spent so much time and money, battling to have it publicly recognized as authentic and exceptional. That moment had finally come.
>
> "You should be proud of what you have accomplished," Aaron added. "I would like to introduce this unknown masterpiece to the world in a way befitting its grandeur."

Aaron then outlined his ideas for a world premiere beginning in late September of 2021, including massive publicity, a catalogue, and multiple months of exhibiting it to tens of thousands of visitors. The exhibition would be part of a larger event for launching a campaign to celebrate the museum's 100th anniversary in 2024.

> "I have a lot of experience debuting lost art, Pierce," Aaron mentioned. "From Titian to Rembrandt to da Vinci. Your Pollock will captivate the art world."

I was on sensory overload—my brain was overwhelmed. I told Aaron that I was very interested and would get back to him soon.

The significance of a major exhibition was hardly lost on me. This could be the elusive final validation—in lieu of a catalogue raisonné entry and Pollock-Krasner Foundation authentication—that would get the painting (recently appraised at $170 million) sold.

> "Aaron, this is Pierce," I opened on a call the next day. "I want to thank you for your call and invitation."
>
> "I hope that you will let us do this," Aaron stated. "I promise that we will mount a world-class exhibition."
>
> "Aaron, I definitely want to partner with you and your museum," I made clear. "But I can't commit to September. I have some issues to resolve first with my partner."
>
> "Oh, I see," Aaron replied, disappointment resonating in his voice.
>
> "But I think we would be good to go in January," I quickly added.
>
> "That will work . . . work very fine," Aaron told me.
>
> "Now, I do have some other paintings that you might be interested in for your September event."
>
> "Talk to me," Aaron urged.

I told him the condensed version of the story of the Mumford Basquiats, the efforts by Lee and me to get them authenticated and sold, and the roadblocks that we had encountered. As I spoke, I emailed him photos of our six paintings.

> "Oh my God!" Aaron exclaimed. "These are sensational."
>
> "I have a website with all the research, expert reports, and key documents," I offered. "Let me send you the link and password."

The next morning, Aaron called me. His voice was excited.

*"Pierce, I was up most of the night devouring your website contents," he started. "I want to do a major exhibition showcasing your spectacular Basquiats in September. They are gems."*

Twice in one week this man had changed my life. While I instantly knew the significance of his museum vouching for our Basquiats—as it was vouching for the Pollock—I was nonetheless awed and humbled. No one knew the loneliness, heartache, and gnawing sense of failure that had haunted my decade-long efforts to persuade the hostile art world to embrace these paintings.

I enthusiastically accepted Aaron's invitation. After we discussed some of the particulars, including getting the other 19 Basquiats into the exhibition, Aaron had a question for me.

*"Pierce, Jackson Pollock and Jean-Michel Basquiat are the two greatest, most significant artists in American history," he stated. "How did one person, you, manage to be so involved with both?"*

*"Bad luck," I wryly replied. "Until I met you."*

It did not take long for the museum and me to work out the details of a loan agreement for the six paintings. I also talked with Lee and Rich about showcasing their 19 paintings at the same time. They were in.

As part of his due diligence, Aaron traveled to New York to examine the paintings. He then gave us his impressions:

*"These are astounding masterpieces in one of the last times Basquiat was painting for himself. After the year 1982, Basquiat was always painting for someone else. The exceptional quality and depth of these raw-energy cardboard and plywood works from the Mumford Collection are the purist form of Basquiat, much like when he was painting in and painting on... Brooklyn. We made a discovery never mentioned or observed and record-ed before by anyone. Basquiat used spray painting on these cardboards from the Mumford Collection, thus tying these California pictures direct-ly to Brooklyn. . . . I will say once again that these works in the Mumford Collection are masterpieces and, as of yet, there are no comparable works like this now, or before them. I would say they are singularly unique. Let me know how I can help to debut these masterpieces to the world."*

The debut is now set for the Orlando Museum of Art in February 2022 when the world will soon discover the astounding masterpiec-es that Jean-Michel Basquiat created for his friend Thad Mumford in Los Angeles in 1982.

My mother was right. Never underestimate the beneficent role of ser-endipity in human affairs. What a concatenation of unlikely events! Thanks to Mumford forgetting about his purchase and not paying his storage locker fees, Billy recognizing and rescuing the paintings from a trash dumpster, Lee putting up the money to buy them and all his incredible detective work from finding the poem to Diego Cortez, my stubborn pursuit of evidence and expert opinions, and, finally, Dr. Aaron De Groft reading my e-catalogue for The Comstock Pollock, the Mumford and Basquiat Venice Collection may have re-mained lost forever.

The historical parallels here are striking. Basquiat acknowledged Jackson Pollock's influence on his painting. Decades later, Pollock was still shaping Basquiat's legacy. A lost Pollock's discovery directly led to discovery of 25 lost Basquiat paintings.

On a warm, partly cloudy day in early October 2021, a special-ly-outfitted art transport truck carrying the 25 Basquiats arrived at the Orlando Museum of Art. It was almost 40 years since Jean-Michel painted them for Thaddeus. The implausible journey of four decades from Venice to Orlando was now over. The lost works had been found.

Pierce O'Donnell is one of the nation's foremost and sought-af-ter trial lawyers. With numerous notable successes in a variety of fields, Pierce has represented Hollywood celebrities, motion picture studios, television net-works, most of the Fortune 10 corporations, cities and estates, the Republic of France, profes-sional athletes, leading entrepre-neurs, an NBA basketball team, art museums, art collectors, and 350,000 Katrina flood victims. Dubbed the Perry Mason of Hollywood, Tom Brady of trial attorneys, and the Billion Dollar Litigator, Pierce has recovered over $7 billion for his clients over his storied 50-year career. A former law clerk for U.S. Supreme Court Justice Byron R. White, he has been named one of "The 100 Most Influential Lawyers in America" by the National Law Journal. Pierce has been involved with the works of Picasso, Pollock, Jean-Michel Basquiat, Rothko, Titian, de Kooning, Rembrandt, Yamagata, and Renoir. Pierce and his wife Carmen Licea-Elliott are avid art collectors.

# BROTHERS IN BOND
# THADDEUS Q. MUMFORD, JR.
# AND JEAN-MICHEL BASQUIAT:
# A LIFE AND LEGACY IN 25 PAINTINGS

BY DANIELLE COLUCCIO

*The start of a new day*
*No longer outsiders*
*Industry insiders golden crowns receiving*
*Brooklyn brothers hands creating*
*Drawing writing bridging gaps*
*LA summer bright*
*Beware the fleeing wretched loneliness*

*25 paintings bringing riches*
*Sing along Dr. Thad sing along*
*Breaking bread this our summer*
*Wrapping close last scene of war*
*Eat drink celebrate*
*Choices made intriguing*
*A serious quest we undertake*

*Raw emotions of a child*
*Did you know*
*We film, we write, we film, we paint*
*Crowning glory brings cheers and statues*
*Oh how grand we feel*
*Oh how lovely our life will be*
*A baseball a bird a television our play a future brigh(t)*

In 1982, Thad Mumford sat down at his typewriter and typed a poem believed to be written between him and Jean-Michel Basquiat. Printed on dot-matrix paper and initialed by the artist himself, the poem serves as a proof of purchase: $5,000 cash in exchange for twenty-five paintings by the art world's resident bad boy. Outside of the actual artworks, this poem stands as the only tangible connection between the two creatives, the circumstances of their meeting lost to a pre-internet era and left to speculation. And yet, what a personal way to document a transaction. These twenty-one lines are not simply a receipt; they bear witness to a friendship, each phrase and stanza alluding to their lives, legacies and dreams.

The name Thad Mumford may not ring a bell. While Jean-Michel Basquiat's white-hot stardom came to a screeching halt at age twenty-seven only to sear his name into legend, Mumford's flame burned for decades in Hollywood writers' rooms, his legacy monumental but soft-spoken. Ten years Basquiat's senior, it seems likely that Mumford acted as a sort of mentor, perhaps recognizing his same gumption and drive in the young artist. Their fraternity has deep roots in their shared love of music, sports and television, but more importantly as Black men trying to succeed in white-dominated industries.

## THE START OF A NEW DAY
## NO LONGER OUTSIDERS

Born Thaddeus Quentin Mumford, Jr. on February 8, 1951, Mumford was raised in a northeastern neighborhood of Washington, D.C. His father, Thad Sr. was a dentist with his own practice, while his mother, Sylvia, was a teacher. He and his younger brother, Jeffrey, grew up comfortably middle-class, in a predominately white neighborhood. However, in an extensive interview with the Archive of American Television, Mumford recalls witnessing "white flight" as a child, as flocks of white families moved out of cities with larger populations of Black families and into the suburbs. Mumford and his brother attended elite Georgetown Day School, where their mother taught and which was the first school in D.C. to be racially integrated.

> *"Bebop's I guess my favorite music. But I don't listen to it all the time; I listen to everything." —Jean-Michel Basquiat*

Much like Basquiat, Thad had a well-rounded childhood, having been exposed to music and art from an early age. Mumford's father was an avid listener of jazz music, filling the house with the sounds of Count Basie and Ray Charles, inspiring Thad's love of bebop and jazz music. Additionally, Mumford's brother, Jeffrey, recalls hearing his brother blast songs from *How to Succeed in Business Without Really Trying* and *Damn Yankees* through their bedroom wall. The brothers also spent time appreciating art at the National Gallery, while Basquiat's mother often took him to the Brooklyn Museum. Mumford enjoyed building replicas, having constructed a working stage model with lights and curtains, and a scale replica of Yankee Stadium, with the latter being an ode to his one true love: baseball.



Jean-Michel Basquiat, Untitled (Receipt / Poem), 1982, Oilstick and typewritten text on perforated computer paper (continuous feed), 11 x 7 5/8 in. MJL Family Trust, LLC, c/o Mr. Richard LiPuma, Manager.

Mumford was a lifelong fan of the New York Yankees, despite being from Washington, D.C. "Now you're saying, 'You're from Washington, D.C., why the Yankees?' Because the Washington Senators, the motto for the team was 'Washington Senators: First in war, first in peace, last in the American League.' They were terrible! They had very few Black players."

However, the Yankees were not on the right side of history regarding integration. Jackie Robinson's signing to the Brooklyn Dodgers in 1945 marked the first time a Black player was signed to a Major League team, paving the way for other Black athletes. Yet, the Yankees did not integrate until 1955 with the signing of catcher Elston Howard, becoming the third-to-last team to do so. Looking back, Mumford said he wished that he would have known more about the nature of the game and the role racial prejudice played in something he loved so much. However, as he got older, he "learned to put their racism into context." But for a young Mumford, baseball was still pure of heart and full of heroes. He looked up to the greats like Mickey Mantle and Whitey Ford, joking that "Mickey Mantle was the first blonde I ever fell for, not Marilyn Monroe."

In 1967, Mumford "harassed" his way into a ball boy position for the New York Yankees. In fact, after his family moved to New York, he was one of the first Black men to hold such a position at a time when racial tension among players and fans was still palpable. In his interview with the Archive of American Television, Mumford had this to say of his upbringing:

*"I think my dad and my mom wanted to raise my brother and I without the sense of being contained within a narrow world of being Black. A lot of parents raise their kids like 'You can't do that; you can't do that.' I had none of that—and in the process became so pushy, just headstrong, because I didn't have any fear."*

Mumford would take a bus from D.C. to New York for games, where he would stay with a cousin in the Bedford-Stuyvesant neighborhood in Brooklyn, just a few short miles from Basquiat's childhood home in Park Slope. Despite starting college at Hampton Institute, a historically Black college in Virginia, Mumford would sneak up to New York to see the rest of the Yankees' season through. He would go on to write a letter to the president of Fordham University, in the Bronx, asking for a mid-semester transfer. A recommendation letter from the Yankees' president helped secure his placement, and he enrolled that same year. He rarely went to class, though, stating, "I was just having too much fun." By the end of the 1968 season, Thad and his fellow ball boys had been fired from the team for giving balls away to kids in the stands, even forging players' signatures on them. Yet, there was no bad blood between the writer and his home team, with Mumford eventually being invited back for "Old Timers' Day." The Yankees' Hollywood prodigal son returned home to the stadium, this time in his own pinstripes, to celebrate his achievements and catch a few balls.

Mumford and Basquiat shared many of the same formative childhood experiences, uniting them in their interests. They both grew up in upper-middle class homes, surrounded by art and music. Just as Mumford idolized his baseball heroes, so did Basquiat admire Black athletes and musicians, particularly ball players, boxers and jazz artists. Linguistic and visual portraits of the great Charlie Parker and Dizzy Gillespie appear in *Horn Players* (1983), while nods to baseball world-record holder Hank Aaron are seen throughout Basquiat's oeuvre. Those that Basquiat respected received crowns, bestowing them with the honor and status that Basquiat knew they deserved. Perhaps he and Mumford bonded over their admiration for those they saw themselves in: Black men who succeeded in a world that told them they couldn't.

Despite the similarities in their upbringings, Basquiat's childhood was punctuated with periods of documented trauma and strife, where Mumford's was not. The bodily trauma of a car accident at age seven, the volatile nature of his mother's mental health prior to her hospitalization, running away from home as a teenager: These stressors molded Basquiat, pushing him in a different direction from his and Mumford's point of intersection.

## INDUSTRY INSIDERS GOLDEN CROWNS RECEIVING BROOKLYN BROTHERS HANDS CREATING DRAWING WRITING BRIDGING GAPS

The ball boys' dismissal from the team left Thad to his education (which was still not at the top of his to-do list) and allowed him the time to begin his writing career as a page at NBC in Manhattan. Mumford's entry-level job at the network marked his foray into Hollywood, though he went in blind. Like many others, he was inspired by *The Dick Van Dyke Show*. Mumford spent his childhood watching Ed Sullivan, Alan King, Joan Rivers and Flip Wilson cracking jokes:

*"I didn't have it formed in my head yet to be a writer. I just knew I wanted to be around showbusiness. I loved acting, I wanted to be an actor. But I was told by my parents, my mother specifically, every Sunday morning, that there were 'no parts for colored actors. No parts, no parts at all. You're wasting your time.'"*

After watching from the sidelines as comedy's greatest stars performed on *The Tonight Show* stage, Mumford began to think, "Well, maybe I can do this. Maybe I can write jokes." His headstrong and determined nature—the one that carried him through his childhood and into the Yankees' dugout—would prove an asset in the studio. Thad thought nothing of waltzing right up to Marshall Brickman and Hank Bradford, Johnny Carson's showrunner and head writer, respectively, and asking for sample monologues. He pestered Bradford into pitching Carson some of his jokes, eventually working his way into the star's monologue and becoming a regular contributing writer. Mumford also wrote for Rivers, landing a few jokes while she hosted *The Tonight Show*. Looking back on his start in a 1986 interview, Mumford said:

"I now realize, seventeen years later, just how much time he [Bradford] spent helping me write jokes. 'Cause I was a pain in the butt...How to write and craft a story came later. I learned how to write jokes first."

Mumford continued to hone his burgeoning writing talent as a page and contributor until Brickman put him in contact with the William Morris Agency, a leading talent group that had once represented the likes of Charlie Chaplin and the Marx Brothers. At the time, there were no Black writers actively working in comedy, but William Morris still signed him to a contract, seeing promise in the young writer.

The connection to a powerhouse agency helped increase Mumford's job prospects, quickly leading to an offer to write for *The Electric Company*. The show was geared toward children who were too old

for *Sesame Street*, but still needed help with phonics. It featured various comedy and musical segments and introduced audiences to stars like Rita Moreno and Morgan Freeman. Despite the diverse cast, behind the scenes was more homogenous, with Mumford later joking, "I *was* the diversity." Although he was fired after a couple of months due to inexperience, twenty-year-old Mumford was quickly rehired after several staffing changes and went on to win his first Emmy Award with the writing staff in 1973 for Outstanding Children's Programming.

Thad's musical appreciation was put to good use, as he penned several songs for the program, including "Phantom of Love," performed by Moreno. The songwriting would later follow Mumford to *Sesame Street*, where he worked as a contributing writer throughout the 80s and 90s, writing and performing hits like "The Ten Commandments of Health." He recorded the song himself as Dr. Thad, a green puppet that taught children the best ways to stay healthy. The song was a parody of the 1958 doo-wop hit "The Ten Commandments of Love" by Harvey and the Moonglows, a favorite style of Mumford's.

After the success of *The Electric Company*, Mumford's career began branching out to programs geared toward adults. He wrote a couple episodes each for shows like *Good Times* and *That's My Mama*, which were marketed more toward Black audiences, and he went on to write several episodes for *Maude*, starring Bea Arthur in the titular role. Mumford rejected the idea that he was offered certain opportunities because of his race, insisting that he took whatever opportunities were given to him: "As a twenty-three-year-old, you just want a chance."

*Maude*, while still a comedy, addressed several social and political issues, including race, sexuality and feminism, before such topics were commonplace on television. One of Mumford's teleplays from 1977 centered around Maude's conservative neighbor and his objection to a gay bar that opened in their town. The episode is spent examining the arguments in a funny, approachable manner, ultimately defending the gay community and its right to exist happily in the neighborhood without prejudice. This open approach to the world became one of Thad's greatest strengths, helping him to create scripts that still hold up today. Mumford attributed his ability to effectively write for both Black and white audiences to his worldview: "Because I didn't have this sense of a limited world, this 'black glass ceiling,' most of them [other Black writers] did. And so, they didn't understand how white people talked or thought." Conversely, in a 1983 interview, Mumford noted that:

*"Many writers who create Black characters don't have the remotest idea of how such people would really act. They create stereotypes because their own perceptions are based on stereotypical images that they've seen or read."*

By 1979, Mumford had over two dozen writing credits to his name. That same year, he was tapped to write a segment for *Roots: The Next Generation*, a sequel to Alex Haley's powerful account of a Black family's experience in America, broadcast on ABC. Mumford asked his friend, Dan Wilcox, to help him, having partnered with him on various writing ventures since their shared time on *The Electric Company*. However, the *Roots* producers feared that having a white writer would be distasteful. "They were determined to have one Black writer without some honky attached to him," Mumford said.

The two wrote the script anyway and had planned to credit only Mumford and split the profit. But, in a last-minute change, Mumford submitted the script with both his and Wilcox's names, much to the producers' chagrin. "It was the bravest thing I ever saw a human being do," said Wilcox in a joint interview with Mumford. Thad said it was simply "decency." The two would go on to work as writing partners throughout their respective careers, most notably working for the career-defining hit show *M\*A\*S\*H*.

> *"I don't think I should be compared to Black artists, but with all artists." – Jean-Michel Basquiat*

Despite the numerous racial barriers that Mumford surmounted in both baseball and Hollywood, his career was, as Desson Howe wrote in a 1986 article, "neither in spite of being black nor because of it." Mumford famously proclaimed, "I don't want to be called a Black writer or a Black producer. I'm a producer and a writer who happens to be Black." In his early career, he was "consciously not using race as a calling card." But, as his influence and opportunity grew, Mumford recognized his own power and influence on Black narratives:

> *"All I ask for is balance...It wouldn't occur to most white people to think of parts for Black actors. What I can do is say quietly, 'What about a Black character?' And people say, 'Oh that's great.'"*

Basquiat, like Mumford, had to navigate the pressures of racial stereotypes throughout his career. The artist was (and still is) often classified as a graffiti artist or street artist due in part to his SAMO© roots, a categorization Basquiat actively rejected. While Mumford opted to "quietly" suggest Black characters, Basquiat demanded that Blackness be seen and heard. "The Black person is the protagonist in most of my paintings. I realized that I didn't see many paintings with Black people in them," he said in his famous 1985 *New York Times* interview. Basquiat's countless self-portraits place him alongside heroes like Charlie Parker, Muhammad Ali, Hank Aaron and many others, all of whom wear their crowns and halos with pride. His work addressed inequality and racial stereotypes, sometimes with a sense of humor and playfulness, but always without reserve. Both men actively refused the stereotypes placed upon them by the white-dominated industries in which they succeeded. Having come of age watching television programs for which Mumford may have written, Basquiat surely found admiration for Mumford and his successes, as well as the growing representation of people of color in the media. The artist appreciated television and film, with his constant inspiration from cartoons and movies being well-documented. In an interview with friends Tamra Davis and Becky Johnston, Basquiat said:

> *"[If I didn't paint, I'd be] directing movies, I guess. Ones in which Black people are portrayed as being people of the human race. And not aliens and not all negative and not all thieves and drug dealers and the whole bit. Just real stories."*

Mumford and Basquiat's creative careers did indeed "bridge gaps," expanding the idea of Black roles in both Hollywood and the art world.

## WRAPPING CLOSE LAST SCENE OF WAR

Mumford and his writing partner, Dan Wilcox, were brought onto the *M\*A\*S\*H* team in 1979, in the show's eighth season. The hit comedy-drama followed an Army surgical unit during the Korean War and the trials and tribulations of its members. It was based on a 1970 movie, which was in turn was based on a book by the same name. The show was a cultural touchstone, having aired from 1972 to 1983, and redefined what television was capable of communicating.

Mumford holds writing credits for thirty-six episodes, including fan favorites like "Are You Now, Margaret?" in which Margaret "Hot Lips" Houlihan is accused of being a Communist sympathizer, and "Goodbye, Radar," which sees a beloved character's send off. Along with the *M\*A\*S\*H* writing team, Mumford earned eight nominations from the Writer's Guild of America and Primetime Emmy Awards, winning one of the former in 1980 for "Are You Now, Margaret?"

Perhaps Mumford's most noteworthy achievement, however, is the *M\*A\*S\*H* series finale, "Goodbye, Farewell, and Amen" airing in 1983. At the time of its release, the two-hour television movie drew 121.6 million viewers, the most viewers of any series finale to date. In fact, it remained the most-watched television broadcast until 2010, when it was surpassed by that year's Super Bowl.

## WE FILM, WE WRITE, WE FILM, WE PAINT

Mumford was writing the final season of M\*A\*S\*H in Los Angeles in 1982 as a young Basquiat ventured to the city three times that year, working fervently on pieces for his upcoming shows at the Larry Gagosian Gallery. It is easy to imagine Mumford's and Basquiat's budding friendship abuzz with the energy stemming from the creative quests both men undertook. 1982 was one of Basquiat's most pivotal years, seeing the twenty-one-year-old paint some of his most coveted and sought-after works, including the *Untitled* skull that sold at Sotheby's for $110.5 million in 2017, over three decades after its creation. The artist would show around the world that year, including in New York, Los Angeles, Italy and Zurich.

With all the hype surrounding Basquiat's talent, Mumford was encouraged by friends to purchase some of his art, believing that it could potentially be a good investment. Yet, it is difficult to dismiss the purchase as merely an impersonal transaction. The argument that Basquiat only needed the money, while plausible, simply does not hold up considering the emotional depth displayed in most of the work. The "25 works bringing riches" were not duplicates or throwaways; instead, these exceptional, fresh paintings illustrate scenes from both men's lives, cementing their connection in acrylic paint and oilstick. It seems unlikely that the artist would create such personal work in search of a quick fix or a night out. Basquiat spent his career giving crowns of honor to himself and to those he admired, and he has crowned his friend Thad Mumford in the form of these twenty-five works.

It is as if Basquiat knew his star would burn hot and bright:

> *Crowning glory brings cheers and statues*
> *Oh how grand we feel*
> *Oh how lovely our life will be*
> *A baseball a bird a television our play a future brigh(t)*

The collective "we" and "our" implies that the writer believed the two men would remain friends, if somewhat optimistically. He alludes to the accolades they both received in their careers and will receive in their future. Basquiat was still so young at just twenty-one, with no way of knowing he would soon join the "twenty-seven club". Mumford clearly cared for his friend, perhaps sensing his "raw emotion" and the vulnerability he gave off as both an asset and a weakness, one that could hurt him if he was not careful. In this poem, the writer warns them both to "beware the fleeing wretched loneliness", a loneliness that dissipated with the pair's friendship. In the end, Mumford packed his friend's artwork away in a storage locker. He never sold them; in fact, he didn't tell anyone about them

> *"All of my friends sold the paintings I gave them. Pretty much all of them." — Jean-Michel Basquiat*

Basquiat returned to Los Angeles in 1983 for his second Gagosian show. The works exhibited included *Hollywood Africans* (1983) and *All Colored Cast (Parts I and II)* (1983), which addressed Hollywood films and the roles Black people played in them, conceivably inspired by his time spent with Mumford. His career only skyrocketed from there, becoming one of the art world's most controversial and sought-after stars. His career was marked by an overwhelmingly large body of work contained within his ten short years of activity, brought to an abrupt halt with the artist's tragic overdose at the age of twenty-seven. There is no recorded acknowledgment from Mumford regarding his "Brooklyn brother's" passing, the artifacts of their bond contained within a storage locker tomb.

Mumford's career continued throughout the 1980s and into the 1990s. He wrote episodes for recognizable hits like *Alf* and *A Different World*, which aired for several years. Younger audiences may recognize his later work, which included *Clarissa Explains It All*, *Gullah, Gullah Island* and *Blue's Clues*. As time went on, though, his credits dwindled, a victim of Hollywood's brutal ageism. In his later years, he wrote articles for *The New York Times* sports section, usually about baseball and the role of race in sports, all of which featured his quick wit.

In his older age, Mumford suffered from carpal tunnel syndrome, a battle scar earned from decades of late nights spent at his typewriter, a technology he refused to leave behind. His storage locker was auctioned off as a result of missed payments a few years before his passing. Behind that padlocked door sat a pathbreaking writer's lifetime of achievements: a signed bat from his Yankees teammates, his *Electric Company* Emmy, his *M*A*S*H* dog tags and twenty-five works made by a friend one bright, LA summer. It is difficult to imagine that a man with such a life, such a legacy, could be contained within a few square feet of windowless space.

Mumford passed away in 2018 at the age of sixty-seven, while visiting his father back East. *The New York Times* published an obituary celebrating his accomplishments, and his name scrolled across the "In Memoriam" tribute during the Emmy Awards that year. Audiences may still see his name in the opening credits of a TV Land rerun. But to those who worked with him, who witnessed his talent, his wit and humor live on. And for the enrichment of the world, Thaddeus Q. Mumford, Jr. thankfully left us his Mumford Basquiat Venice Collection.

Danielle Coluccio is the Curatorial Assistant to the Director of the Orlando Museum of Art. She received her degree in art history from the University of Central Florida and will be pursuing a master's degree in art history in the Fall of 2022. She is currently working on OMA's upcoming exhibits, including Jean-Michel Basquiat, Jackson Pollock, and Michelangelo.



Jean-Michel Basquiat, Untitled (Acme Toy Co.), 1982, Oilstick and acrylic on cardboard, 54 x 36 inches, MJL Family Trust, LLC, c/o Mr. Richard LiPuma, Manager

# DIEGO WAS FULL OF UNQUENCHABLE PASSION

*ESSAY BY HANSEN MULFORD, MFA AND AARON H. DE GROFT, PHD*

Diego Cortez was a leading curatorial voice of New York's cultural vanguard in the 1970s and 1980s. Raised in a Chicago suburb, he earned a master's degree in film and performance from the School of the Art Institute of Chicago before arriving in New York in 1973. An artist, producer, curator, community organizer, entrepreneur, and more, he delved into the art and music world of downtown at a time of profound change in the city and its cultural scene. This was a period when the city was financially broke and crime-ridden, but rents were cheap, and would-be artists, musicians, poets, and others who wanted to be part of what was happening gravitated to Manhattan's downtown neighborhoods like the East Village and districts of abandoned industrial lofts south of Soho. Alternative spaces and performance venues, cooperative galleries, and hangouts like Club 57 and the Mudd Club emerged as centers for new art, music and an aesthetic mix punctuated by social activism, improvisation, graffiti, punk, new wave and in-your-face anarchy.

The Mudd Club, located in Tribeca, was the polar opposite of Midtown's glitzy Studio 54. Co-founded by Steve Mass, Anya Phillips, and Cortez, the club featured new wave, no wave and post-punk bands; experimental music; performances by Allen Ginsberg and William Burroughs; and shows of emerging artists and fashion designers. The cultural scope of the Mudd Club was a perfect match for Cortez's vision, later describing his curatorial practice as a "sociology of elements that make up a scene." Young cult celebrities like David Byrne, Debbie Harry, John Lurie, the Cramps, and the B-52s were regulars, as was a little-known artist Jean-Michel Basquiat. It was on the dance floor of the Mudd Club in 1978 that Cortez first met Basquiat. Cortez remembered, "He looked very unusual; a black guy with a blonde Mohawk and he was dancing beautifully." From the outset, Cortez was impressed with Basquiat's rare talent.

> *"We were friends for almost a year until I saw his SAMO graffiti. I then realized that he was a visual art genius. This work was incredible. As he was always broke I asked him to make some paintings and drawings so he could begin to make some money from his art. I could help him do that."*

At the time Cortez met Basquiat, the artist was known only to a small circle of friends by his tag SAMO©, and his curt, satirical, and poetic graffiti that appeared on walls in lower Manhattan. Earlier in the year, Basquiat had dropped out of high school, left home, and was living on the streets (sometimes under a cardboard box) or with any of various downtown friends. Intrigued by Basquiat's innate charisma, Cortez visited him at a girlfriend's apartment to see his work. Like many who were to follow, Cortez recognized the artist's visceral talent and fervent creative energy and sought ways to further his career.

An opportunity came in 1980 with *The Times Square Show*. It was organized in part by Collaborative Projects, Inc. (Colab), a group of which Cortez was a founding member, and he supplied a list of some artists to show. The sprawling, chaotic exhibition was presented at an abandoned massage parlor in what was then a run-down, dicey area of the city. In addition to experimental painting and sculpture, the exhibition included music, fashion, performance, and media by a new generation of artists, leading Richard Goldstein of the *Village Voice* to claim that *The Times Square Show* was "the First Radical Art Show of the '80s." Among the exhibition's many distinctions was its introduction of the work of Basquiat to the New York art world and the public.

While *The Times Square Show* was a debut for Basquiat, his real breakthrough as an up-and-coming art world star came in 1981 with the exhibition *New York/New Wave* at the city's premier alternative space P.S. 1 Contemporary Art Center in Queens. This time Cortez was the curator, and he created a groundbreaking exhibition featuring well over 100 artists and approximately 1,600 works. A fusion of visual art, experimental music, and underground fashion, the exhibition encompassed the myriad trends of the avant-garde scene in which Cortez had been immersed since his arrival in New York. The exhibition marked a generational change, featuring a slate of young artists that would dominate the stage in the 1980s and beyond.

*New York/New Wave* was a critical and popular success drawing huge crowds that lined the block. Cortez had given Basquiat a prime location and featured nearly two dozen works in the exhibition. This prominence launched his meteoric career as critics, art dealers, collectors and an enthusiastic public took note of the impressive work of this 20-year-old artist. For a time following the exhibition, Cortez continued to further Basquiat's career, connecting him with gallerists and collectors and helping him gain some financial stability through the sale of his works. Basquiat's first solo show in the U.S. at the Annina Nosei Gallery in March 1982 sold out, and he was soon an art-world celebrity with all the attending benefits, pressure, and dangers of such status. While he continued to have artistic success, the years before his death in 1988 were marked by the turmoil of failed personal and professional relationships and growing drug use. Even through this time, Cortez—who believed that Basquiat's 1982 works, including the twenty-five paintings in the Mumford Collection, were among his very best—remained a champion of the prolific young artist. As Suzanne Mallouk, a long-time girlfriend of Basquiat recalled, "throughout Jean's career Diego got a lot of important people interested in Jean's work. Without Diego, Jean might never have been famous."



Hansen Mulford received his M.F.A. from Tyler School of Art, Temple University and B.A. in Fine Arts from the University of South Florida. He joined the staff of the Orlando Museum of Art in 1981 and is currently Chief Curator and head of the Collections and Exhibitions Department. Since 1988, he has been member of the museum's senior management team with responsibilities to develop and implement the museum's annual program of exhibitions and to develop and care for the Museum's Collections of American Art, Art of the Ancient Americas and African Art. While serving as curator, Hansen participated in the organization's transition from a community art center to a regional collecting museum, including four building expansions. Together with the museum's curatorial team, he has helped to grow the permanent collections with numerous gifts and acquisitions.

Diego Cortez and the Jean-Michel Basquiat, Thaddeus Mumford Jr. Venice Collection

# WHAT A DIFFERENCE A YEAR MAKES
## BASQUIAT IN LOS ANGELES—1982

BY DEBORAH KRIEGER

The Basquiat Venice Collection is comprised of twenty five paintings on cardboard and plywood created by the 22-year-old former New York City street artist during a visit to Los Angeles in 1982. Painted in a ground floor studio in the Venice home of his gallerist Larry Gagosian, these unique works were purchased by a celebrated African American television writer Thaddeus Q. Mumford, Jr. and put in a storage locker. Thirty years later, they were acquired by the present owners. As we shall see, the fact that Basquiat created these never-before-seen masterpieces in Los Angeles—at a time and in a place where he was able to experiment, be himself, and express freely and unrushed a variety of feelings and ideas—is a significant contributing factor for their magnificence.

Wolfgang Puck's restaurant Spago opens its original Hollywood location in January 1982 where it will continue to command long lines and celebrity diners for the next two decades.[1] A gallon of gasoline costs, on average, $1.32 (about $3.68 in 2021 dollars).[2] *Chariots of Fire* wins the Academy Award for Best Picture in a ceremony hosted by Johnny Carson;[3] *Dallas* and *M\*A\*S\*H\** rule the television airwaves.[4] Future movie star and California governor Arnold Schwarzenegger is a fixture at Venice's Muscle Beach.[5] Commuters lose, on average, over forty hours per year to the negligible action of sitting in traffic.[6] And Jean-Michel Basquiat comes to the West Coast for the first time, ready to make his mark.

1982 is considered most significant year of Jean-Michel Basquiat's short-lived artistic career. On the professional level, it was the year the former street artist was elevated to art world rock star. Basquiat had his first solo shows in 1982: at Annina Nosei Gallery in New York, Larry Gagosian Gallery in Los Angeles, and Bruno Bischofberger Gallery in Zurich, Switzerland.[7] Indeed, 1982 was also the year he was first exhibited amongst art-world peers like Keith Haring and Julian Schnabel at venues both in New York (Marlborough Gallery, BlumHelman) and abroad (Galleria Civica in Modena, Italy; Galerie Delta in Rotterdam, the Netherlands). Basquiat became the youngest-ever artist to participate in the vaunted vanguard art exhibition Documenta in 1982 in Kassel, Germany; it was also the year in which Basquiat painted the now-iconic painting *Hollywood Africans* (now in the collection of the Whitney Museum).

On a more personal level, Basquiat first befriended his idol Andy Warhol during this year, leading to the creation of the remarkable double portrait of Warhol and Basquiat *Dos Cabezas*.[8] In 1982, Basquiat also met and began dating the young popstar whose fame would grow to eclipse nearly all others: the mononymous Madonna. According to Basquiat's biographer Phoebe Hoban, there are a few apocryphal stories about how the pair met that autumn: either at the Mudd Club, a hip, punk TriBeCa nightclub open from 1978–1983; or while Madonna was filming the video for "Everybody," her debut single (released October 6). While just launching their careers, both were poised for greater fame. Basquiat's and Madonna's relationship seems to have been volatile, with his drug use conflicting with her far more regimented, health-conscious lifestyle.[9] While Basquiat is known to have taken back (and destroyed) paintings that he had given her during their relationship,[10] Madonna seems to remember Basquiat fondly. On December 6, 2018, Madonna shared an image[11] of the two of them on Instagram festooned with animated hearts.[12]

## BASQUIAT ARRIVES ON THE SCENE

For the young artist eager to explore new opportunities and environs away from the entrenched reputation of "Samo©", the endless demands of obtrusive collectors, and the frustrating experience of watching his artwork being sold before he could even complete it,[13] 1982 was also a year of great creativity, fueled in part by the energy, revitalization, and change of pace Basquiat experienced during his trips to Los Angeles. Already celebrated in New York, Jean-Michel Basquiat came to Los Angeles—a city that he loved and returned to many times—for the first time as a relative unknown—but feted by star gallerist Larry Gagosian, who rolled out the metaphorical red carp

Basquiat was not bashful about anything, including his ambition to be famous while he was alive and not posthumously like too many great artists. The peripatetic lover of life wanted to take in as much as possible of the glitzy Los Angeles scene. Once Madonna, Fred Hoffman, and he dined in the Twentieth Century Fox commissary filled with familiar celebrities. Hoffman was struck by what Madonna and Basquiat told him.

> They assured me that someday they would be famous, and that everyone in this commissary would know who these two aspiring young artists were. Over the years I have often returned to my memories of that afternoon. Of course, they were correct. Today Jean-Michel Basquiat and Madonna are as renowned as any star Hollywood has produced.[14]

Filmmaker Tamra Davis, who would ultimately direct an acclaimed documentary on the artist, *The Radiant Child* (2010), befriended Basquiat on this initial trip in April 1982. A film student and assistant to Los Angeles gallerist Ulrike Kantor, Davis, along with future Delicious Vinyl record producer Matt Dike (1961–2018),[15] then an assistant to Gagosian, were tasked with showing Jean-Michel a good time in the City of Angels: "He doesn't know how to drive. He's your age [...] take him out to clubs, make sure he's happy,'" paraphrases Davis, recalling Gagosian's directive.[16]

Davis and Basquiat quickly developed a strong friendship that would last until the end of his life. The pair initially bonded over their shared interest in cinema; opportunities to take in all kinds of movies abounded in Los Angeles. "We would just get in the car and drive and go to the movies," recalls Davis. "I remember such a good indie film scene, and there were so many cool theaters at the time"—like the Nuart in Santa Monica, or the Rialto in South Pasadena, and the Silent Movie Theater at Fairfax near Melrose. "Jean-Michel and I would go to old movies, always, or foreign films [...] Chinese movies and Hong Kong action films [...] Fassbinder films and Godard."[17] This fascination with film lasted over the course of his life. In fact, Davis recalls, during a subsequent visit to the city, "[Basquiat] bought a video store—that's how Jean-Michel was with videos. He was so excited."

Even in 1982, newly arrived in a city that didn't know his name, Basquiat possessed a dazzling star power that was undeniable to everyone who met him. Recalling a 1982 art opening at Ulrike Kantor's gallery, Davis says, "he hadn't had his show [at Gagosian] yet, so people didn't really know who he was. But when he walked into a room, it was like a superstar [walking] into the room. He had so much charisma. Nobody had seen anything like that. And so he walks into the gallery [...] we then created a little VIP section in the back office, which was where I was working the whole night. [We were] hanging out back there, listening to music [and] the whole art world was out in the front."[18]

Basquiat similarly livened up the elaborate dinners following gallery openings as well as the Los Angeles collector and gallery social scene. In her biography of Basquiat, Phoebe Hoban reported that Basquiat had a brief affair with the married Ulrike Kantor during this trip to Los Angeles.[19] Davis recalls her reaction to this surprising tryst. With a disbelieving laugh coloring her voice, Davis recounts saying to him, "I was like, 'what are you doing?' [...] He created this huge scandal that everybody was talking about [...] he would do crazy things like that [...] he knew how to get attention immediately. And [Ulrike] was my boss!"[20]

Meanwhile, Basquiat formed his own connection with Matt Dike that would also last until the artist's death in 1988. Dike had met Basquiat when they were both New York-based teenagers attending an NYU dorm party; it was kismet that they met later in Los Angeles, connected by Gagosian. Following Basquiat's success in Los Angeles, Dike became his Los Angeles assistant and close friend.[21] Over the course of Basquiat's successive trips to the city, recalls Davis, Basquiat would party at Power Tools,[22] the famous club run by Dike that opened in 1985 and closed in 1987 and was, at its peak, located in Downtown Los Angeles' Park Plaza Hotel.

Basquiat would also party at the Rhythm Lounge on Melrose, which was opened in September 1982 by photographer Salomon Emquies. Emquies recalls: "It was one night a week: Thursday night. Very fast, it became very popular. I introduced rap and hip-hop that was starting to become big back then. It was still kind of underground, I would say. Matt Dike was deejaying, and he was also assisting Jean-Michel for Gagosian." While Emquies did not personally meet Basquiat until one of the artist's 1983 trips to Los Angeles, it is possible Basquiat made trips to the happening Rhythm Lounge with Dike in 1982. Emquies recalls:

> *Jean-Michel would hang out at the club a lot. Every time he was in town he would come. At one point I was doing a video of a friend of mine [...] I premiered the video at a little party at a friend's house and Jean-Michel was there and he really liked it. He said, '[...] my friend Rammellzee's coming to town and I'd like to see if you want to do a video.' So he performed at the Rhythm Lounge and I videotaped it, [...] it was just Toxic deejaying and Rammellzee rapping and it's just kind of like a performance art kind of thing [...] Jean-Michel came to the studio I was using at UCLA, and he made some drawings that I wanted to superimpose on the video. It's basically an art video [...] it's kind of a rare record of that time.[23]*

## JEAN-MICHEL BASQUIAT: PAINTINGS, LARRY GAGOSIAN GALLERY

April was the watershed month of 1982 for Basquiat as far as his trip to Los Angeles is concerned. Gagosian, whom Hoban described as a "kindred spirit,"[24] aggressively courted Basquiat, and his efforts led to a successful, sell-out show of paintings, co-organized by Basquiat's New York gallerist Annina Nosei. *Jean-Michel Basquiat: Paintings* opened April 8 and closed a month later. Paintings included *Untitled (L.A. Painting)*, *Six Crimee* [sic], and *Untitled (Yellow Tar and Feathers)*[25]. Los Angeles' art barons Eli and Edythe Broad purchased paintings. Salomon Emquies recalls attending the opening: "That was my first time ever seeing Basquiat's paintings. I thought they were really different and extremely colorful [...] a lot of primary colors."[26]

Local critical opinion of *Jean-Michel Basquiat: Paintings* tended to fall into a pattern of identifying Basquiat as a graffiti artist somewhat out of his element amidst gallery walls. William Wilson reviewed Basquiat's Gagosian show for the *Los Angeles Times* on April 16 in an article titled "N.Y. Subway Graffiti: All Aboard for L.A." (Bearing in mind many writers do not choose their headlines, the title of this review reinforces the prevailing Los Angeles view that Basquiat was a graffiti artist.)

Locating Basquiat within the Neo-Expressionist movement, Wilson mentioned Basquiat's origins as a "kid-gang subway graffiti painter" and described his "traditional substructure" as Abstract Expressionism, contrasting him with Altoon and Dubuffet. Ultimately, Wilson praised Basquiat, writing: "there is never any sense that Basquiat is faking. We are simultaneously convinced that he is a tough street-voodoo artist and a painter of astonishing precosity [sic]."[27]

Hunter Drohojowska devoted one long review to Basquiat at Gagosian and Julian Schnabel at fellow blue-chip Los Angeles gallery Margo Leavin Gallery for the *LA Weekly* April 23–29 edition. In her article, she analyzed how both artists wore their "art-star status," as well as commenting on their perceived authenticity.

> It is an exotic mythology: a 22-year old black street artist [...] is plucked from [a] group show by [a] prestigious SoHo gallery [...] I don't know if I believe any of it, and unlike Schnabel, Basquiat showed no interest in explanations. If Schnabel's paintings are about surface aggression, formal concerns and impatient responses to a bankrupt culture, Basquiat's works are direct and furious reflections of a decadent, sadistic society.[28]

Subsequent *LA Weekly* calendar listings for Basquiat's Gagosian show described the paintings as "graffiti-style," despite Basquiat chafing at the label of "graffiti artist."[29] Writing more broadly on artistic trends in the summer 1982 edition of *Art in America*, critic Hal Foster fell into a similar pattern of describing Basquiat as a graffiti artist who seemed to have stumbled/parlayed himself, picaresque, into more critical art world success:

> The graffitists have turned the walls of the city into spaces of response —for response outside the media of TV, magazines, etc [...] So what do the media—into which the art world is tapped—do in response to this response of the graffitists? Mediate it, absorb it. The underground is pulled into a TV studio, the Bleecker Street Station is redrawn in a West Broadway gallery. There are other reasons why graffiti was ordained an art—its economic value could not be assured without such a taxonomic shift—but surely the subversion of the subversive is a principal motive. The official reclaims the unofficial, the galleries absorb the graffitists. Thus the street-artist Samo becomes Jean-Michel Basquiat, the new art-world primitive/prodigy; and the work of Keith Haring, a mediatory figure in graffiti-become-art, appears on the huge Spectacolor sign atop Times Square, January 1982). Graffiti, the act of antimedia response, becomes an art in the media of irresponsibility.[30]

After making a splash at Gagosian in 1982, Basquiat's reception on the West Coast changed irrevocably—and with it, the widespread, justified recognition of the artist not as a graffitist plucked from the street, but as a sophisticated artist with a broad array of references, historical allusions, and contemporary motifs at his command. Reviewing his March 1983 exhibition at Gagosian for the *Los Angeles Times*, critic Suzanne Muchnic directly contradicted the "central myth about Jean-Michel Basquiat's painting," which was "that it's done by a New York street urchin." She compared him to Dubuffet and Rauschenberg, writing: "Basquiat has a sure sense of vigorous shape and composition. His line [...] is purposeful and knowing [...] one gets a sense of an artist who sets down words as a means of possessing knowledge."[31]

## DRAWINGS/VISION: NEW YORK, JANUS GALLERY

In between his Gagosian Gallery solo shows in April 1982 and March 1983, Basquiat's work also made another Los Angeles art gallery appearance: this time, in a small group drawing show titled *Drawings/Vision: New York* at the former Janus Gallery, located at 8000 Melrose Avenue. *Drawings/Vision: New York* ran during July of 1982, closing on July 31, and included nine New York–based artists including Basquiat, Mike Glier, Roberto Juarez, Ken Goodman, Pedro Perez, and Lynton Wells.

This show is a footnote in Basquiat's extensive exhibition history, sandwiched between much higher–octane solo shows with Larry Gagosian in Los Angeles. However, it was his second Los Angeles show during his extremely productive year of 1982, and it has not been much discussed or analyzed, with the exception of two contemporaneous reviews from the *Los Angeles Times* and *LA Weekly*.

Critic Robert L. Pincus reviewed *Drawings/Vision* in the *Times* on July 16, noting that of the artists included, only Basquiat had had a local solo exhibition and was thus the highest–profile artist—at least in Los Angeles. He singled out Basquiat's drawing *Untitled II* in his review, writing:

> Basquiat, well publicized for his graffiti-style paintings, offers faces and figures in oil stick on paper. Like Dubuffet's figures, his most obvious 'high art' precedent, Basquiat's are brutally ugly even as they allude to art historical icons of beauty. In 'Untitled II,' he makes this strategy most explicit with his version of an archer. But when deprived of his sophisticated painted surfaces, his images look like furtively and hastily scrawled wall drawings.[32]

Critic Kathi Norklun reviewed *Drawings/Vision* in *LA Weekly*'s July 16–22 edition, describing Basquiat as one of two "subway graffitists" (along with Pedro Perez) in the show. Taking the opposite tack of Pincus, Norklun praised Basquiat's contribution, albeit faintly, writing: "Jean–Michel Basquiat displays a facility with line that was not apparent at his recent show [at Gagosian]."[33]

Despite the documentation of *Drawings/Vision* in these contemporaneous Los Angeles publications, the circumstances of its organization—and the precise Basquiat drawing exhibited there—remain a mystery.[34]

## BASQUIAT AND THE LOS ANGELES VIBE

One of the most famous works in the 1982 Gagosian show is *Untitled (L.A. Painting)*, which differs from earlier paintings in its expansive use of blues and turquoises and its relatively spare composition.[35] So how did L.A. influence Basquiat as he created new bodies of work? Peter Relic, a music historian and friend of Matt Dike, muses:

*"LA felt very different and wide open [...] more like a frontier town in the 80s and 90s: not so densely packed with people and in the pre-internet era. Lifestyles weren't so transferable from one coast to another. So I would guess that to Jean-Michel, getting out to Los Angeles was like a huge sigh of relief from the density and pressures of New York City."[36]*

Davis concurs:

*"I feel like there's a lightness to LA, and I think that's what he really liked. New York is heavy and intense, and it's very complicated. I feel like his L.A. work [...] maybe got a little lighter and sparser. [T]he amount of space that you have when you work in LA—it also allowed him to work on a few things at once."[37]*

The sun, sand, and surf of Venice specifically held an appeal for Basquiat. James Blanco, who authenticated the handwriting on the *Heroes and Monsters* collection, says:

*"I could see Basquiat coming in from New York, ending up on Venice Beach and just going 'wow, how cool is this?' [...] Just a real eclectic vibe and scene and group of people that were there. And just activity all the time, going [and] coming and going [...] it was packed, always [...] People back then in the short shorts and rollerblading [...] You had the vendors, they'd set up there [...] people on the beach playing volleyball, you had the pier nearby for the amusements [...] and it was kind of like Baywatch. People'd be talking with the lifeguards [...] It was cool to go there [...] I could imagine Basquiat just coming and being influenced by that."[38]*

Writing in 2015, Fred Hoffman recalled meeting Basquiat in Venice in November 1982, when the artist was preparing works for his second Gagosian show, held in March 1983. According to Hoffman, some of the silkscreen editions Basquiat produced while in Venice referenced Muscle Beach; he reportedly created his masterwork *Hollywood Africans*, which was exhibited in the Gagosian 1983 show, during his time in Venice. Hoffman wrote: "In the removed environment of Venice, he seemed to find a security and solitude. Away from New York, this emergent talent was able to get on with his mission with significantly less distraction." When Basquiat returned from New York to Los Angeles following his 1983 show, Hoffman recalled, he worked at a studio Hoffman found for him in Venice. Hoffman concluded:

*Out the back door of the studio was a small patio, separated from the alley by a wooden slat fence [...] Within a day or two, many of the wood slats had been reassembled horizontally and attached to long vertical shafts of wood—a new form of picture support born directly from the Venice studio experience. The first wood-slat picture support was painted bright gold and became the background for the now acclaimed painting "Gold Griot," depicting a looming and regally positioned head and torso. The discovery of a new means of presenting a painting had enabled the artist to push his work in yet another new and exciting direction. The Venice years were not only a prolific but pivotal period in Basquiat's career.[39]*

One such work from Basquiat's 1982-83 trips to Los Angeles was *Self-Portrait*, which the artist painted on one of the doors in Matt Dike's apartment on Santa Monica Boulevard. Along with numerous drawings given to Dike, *Self-Portrait* remained in Dike's possession until his death and would be auctioned by Phillips as part of the collection *To Repel Ghosts* in May of 2019. Also painted during this time: the pathbreaking Thaddeus Mumford collection of cardboard works, currently on display in *Heroes and Monsters*.

## HEROES AND MONSTERS: THE THADDEUS MUMFORD COLLECTION

How Jean-Michel Basquiat befriended Thaddeus Mumford remains unclear. While Basquiat was experiencing his first taste of both national and international fame during his blowout year of 1982, Mumford, the late owner of the collection known as *Heroes and Monsters,* was enjoying similar acclaim as one of the writers and producers on *M*A*S*H* (1978–1983).[40] In 1982 alone, *M*A*S*H* won the Golden Globe award for Best Comedy Series, and was nominated for the Emmy for Outstanding Comedy Series. Mumford and his writing partner Dan Wilcox were also nominated for Writers Guild Awards in both the Comedy and Drama Categories.[41]

While we don't know how Basquiat and Mumford's connection began—or how long it lasted— Basquiat would undoubtedly have been deeply impressed by Mumford's success in white-dominated Hollywood. Tamra Davis suggests:

*"Jean-Michel would have been enraptured and talked to him. He would have done anything he could to hang out with that guy. That's who Jean-Michel was interested in [...] He would be so psyched to have met that guy. There's no question: that guy would have had a huge impact on Jean. No question."*

Commenting on the poem Basquiat composed for Mumford, also in the Venice Collection, Davis recalls, "Jean-Michel was into Burroughs, and he was into poetry and all that. Everybody in New York—people did poetry. Poetry was a really big thing."[42]

Looking at the artworks in the Mumford Collection, Davis observes repeating motifs of trucks in paintings like *Cat & Firetruck* and *Two Blue Cars* that are present in many of his other works. As a child in Flatbush, Brooklyn, Basquiat was hit by a car and spent time in the hospital, where his mother brought him the famous *Gray's Anatomy,* whose images of skeletons would reappear as symbols in many of his paintings[43]—such as *Blue Skull*, as well as the skull-like *Head with Halo.* "The milk trucks, the fire trucks, the ice truck [...] the chaos on the street [...] with the buildings in the city"—present in *Self-Portrait with his cowboy hat and wearing Leonardo da Vinci's flying suit, Industry Insider*, and *Yellow and Black Buildings*—"that's an important event in his life that reoccurs a lot."[44]

Several works in the Mumford Collection bring up comparisons with Basquiat's self-portraiture, highlighting an almost Du Boisian double-consciousness.[45] There's a clear disconnect between how Basquiat was perceived and how he saw himself being perceived evident in these works. Davis says: "He knows he's doing self-portraits, but he's also making himself scary. When I look at those scary portraits [...] I think that that's how he felt when people looked at him or when he looked at people [...] he was just different with how people reacted to him. And he invoked that."

This dynamic was also present in the 22-year-old's everyday life. Davis recalls accompanying Basquiat on shopping trips to Maxfield, an expensive clothing store off Melrose, and recounts the reaction he garnered. "He would be wearing fancy clothes but they would be covered in paint [...] and then he'd walk in there with me, and I'm a blond girl [...] I'm sure I was pretty. I was 19 years old. And they looked at us like we were crazy, like we were going to come in and rob them [...] like they would almost block the entrance [...] I went in there the first time with him and he literally had to show wads of cash [...] he was so offended by it."[46]

James Blanco draws attention to the unusual presence of pine trees in *Hit the Brakes* from the Mumford Collection. "I think somebody took him up to either Big Bear or Arrowhead or Tahoe [...] took him out and showed him more of California [...] Thinking of a young man like Basquiat, coming from the subways and the streets of New York [...] I think there's a different vibe."[47] Davis also remarks on the tree motif, offering a different interpretation: "he would also have books open that were symbols—like hobo symbols. [He] might find that shape of a tree in a hobo symbol or in a Native American symbol."[48] Eleanor Nairne similarly identified Basquiat's use of hobo code in paintings like *Five Fish Species* (1983).[49]

Basquiat is particularly known for remediating the imagery and text surrounding him, leading his paintings to be replete with references to the popular culture and sports of the time.[50] The paintings in the Mumford Collection contain imagery resembling Batman-looking logos (*Self-Portrait with his cowboy hat and wearing Leonardo da Vinci's flying suit; Stop Sign*), Felix the Cat (*Cat & Firetruck*), and a very large baseball and smaller basketball (*Baseball*). Another work in the Mumford Collection, *Colorful Face*, with its large eyes, oblong head, and slender neck, bears a passing resemblance to one of the biggest films of 1982: *E.T. the Extra-Terrestrial*.

## BASQUIAT'S L.A. LEGACY

Basquiat's seminal work in Los Angeles in 1982—as reflected in the Gagosian and Janus Gallery shows and the Mumford Collection—is all the more remarkable given his battle with his demons, particularly his drug addiction which would spiral out of total control and eventually kill him six years later.

The footage that would become the backbone of Tamra Davis' *The Radiant Child*—one of the few Basquiat interviews where he is genuinely open, engaging, and affectionate with the interviewer—was created during Davis' and Basquiat's time spent hanging out in Los Angeles and Venice during the several years of their friendship. "I always had a camera in my hand," remembers Davis, "and he was like 'you should make a movie about me,' and that's how the documentary starts. We would go out and film together. [He'd say] 'let's go out and film today. Let's go to the race track and film.'"[51]

While crafting the film, Davis delved deeply into Basquiat's works: "I would stare at his paintings and see if I could get any messages or try to figure it out." During Basquiat's trips to LA, Davis got to observe him painting up close and personal. Davis sets the scene:

> *"He would have a TV playing, and there would be cartoons [like] Batman [...] Whatever old movies, whatever he would be watching, he'd have a TV on without the sound. He'd have music on [...] He also had books always open [...] he would draw and paint all the time, and he would do it so fast."[52]*

Phoebe Hoban wrote that during Basquiat's last trip to Los Angeles shortly before his death in 1988, he spent time with both Davis and Matt Dike. Hoban's narrative largely focuses on Basquiat's loss of control to his addictions, and the helplessness Davis and Dike felt, caught in the middle and unable to help their friend.

Peter Relic recalls discussing this time with Dike. "[Jean-Michel saw Dike as] one of those people who [didn't want anything from [him]. [He didn't] have to spend psychic energy trying to figure out what [his] angle [was] [...] [Basquiat] goes to Hawaii to dry out. And then he comes back clean-ish, and stays with Dike that summer, and then he goes back to New York and dies. So that's really when Jean-Michel and Matt have this time together—buddies hanging out one more time."[53]

There is no doubt that Jean-Michel Basquiat's name is synonymous with the hustle and bustle of New York City's art world. Yet in many ways—specifically, his love of Hollywood, cinema, and popular culture as well as his desire for fame—he was also perfectly in tune with 1980s Los Angeles. The bodies of remarkable work that he created in Los Angeles remain comparatively under-explored. In the six years Basquiat was an itinerant feature of the Los Angeles art scene, he made lasting professional and personal impressions, leaving behind masterpieces and lifelong friends alike.

## LOS ANGELES ART GALLERIES AND VENUES: MAJOR 1980S PLAYERS

### GAGOSIAN GALLERY (1980–PRESENT)

The first of worldwide art dealer Larry Gagosian's galleries, Gagosian Gallery opened in 1980 on Almont Drive and represents some of the most famous modern and contemporary artists in the world, including Jeff Koons, Urs Fischer, Takashi Murakami, and Sally Mann. Larry Gagosian co-organized Basquiat's first Los Angeles exhibition with Annina Nosei, then Basquiat's New York gallerist. Presently, Gagosian has several locations in New York City and branches in Paris, London, Geneva, Basel, Athens, and Rome as well as in Beverly Hills.

### MARGO LEAVIN GALLERY (1970–2012)

Founded by dealer Margo Leavin, it exhibited major twentieth-century Pop Art, Minimalist, and Conceptual artists like Claes Oldenberg, Dan Flavin, Alexis Smith, and John Baldessari over its 40-plus years. Primarily located at 812 North Robertson Boulevard, it balanced a roster of New York and Los Angeles-based artists over more than five hundred exhibitions.

### ROSAMUND FELSEN GALLERY (1978–2016)

Founded by dealer Rosamund Felsen, Rosamund Felsen Gallery exhibited Los Angeles-based artists over the course of nearly 40 years, including Paul McCarthy, Chris Burden, Lari Pittman, and Mike Kelley. Originally located on North La Cienega Boulevard, it moved several times across the city to West Hollywood, to Santa Monica's Bergamot Station arts complex, and to Downtown L.A.'s Arts District.

### LOS ANGELES INSTITUTE OF CONTEMPORARY ART (LAICA) (1974–1987)

Not to be confused with the Institute of Contemporary Art Los Angeles, currently located in Downtown Los Angeles, LAICA was founded as a dues-collecting democratic arts organization with a board of directors comprising of artists, critics, and gallerists. Originally located in Century City, it did not have a permanent staff, but relied on volunteers and rotated curatorial duties amongst its membership. LAICA exhibited artists including Bruce Nauman, Allan Sekula, Allen Ruppersberg, Barbara Kasten, and Laurie Anderson in both solo and themed group shows, and published an acclaimed journal of criticism.

### LOS ANGELES CONTEMPORARY EXHIBITIONS (LACE) (1978–PRESENT)

LACE is a nonprofit contemporary art exhibition and performance space known for its "dedication to the art of our time that focuses on freedom of expression; experimentation with ideas, materials, and new forms; and content that is challenging and socially engaging." Originally located in Downtown Los Angeles, it moved to Hollywood Boulevard in 1993. LACE stresses the importance of community engagement and dialogue, and has exhibited and supported artists like Bill Viola, Adrian Piper, Gronk, Nancy Buchanan, and Bruce and Norman Yonemoto.

### LOS ANGELES COUNTY MUSEUM OF ART (LACMA) GALLERY SIX EXHIBITION SERIES (1982–1983)

Gallery Six was a series of exhibitions and performances that took place at the Los Angeles County Art Museum between 1982–1983. Organized by the Modern and Contemporary Art Department of the museum, it showed Los Angeles-based and contemporary artists, including Julian Schnabel, Susan Rothenberg, Jim Dine, Tony Berlant, and Italo Scanga.

### L.A. LOUVER (1975–PRESENT)

Founded by dealer Peter Goulds, L.A. Louver is located in Venice, California. The gallery exhibits European and American modern and contemporary artists including David Hockney, Dale Chihuly, Edward and Nancy Kienholz, Rina Banerjee, Deborah Butterfield, and Alice Neel.

### BROCKMAN GALLERY (1967–1989/1990)

The only major gallery in Los Angeles "run by and for black artists," Brockman Gallery was founded by Dale and Alonzo Brockman Davis and was located in Leimert Park, Los Angeles—the "Black Greenwich Village" according to filmmaker John Singleton. Brockman also contained studio space, and exhibited then-up-and-coming artists like John Outterbridge and David Hammons as well as Noah Purifoy, Elizabeth Catlett, and Romare Bearden. During its existence, it was a significant community space, hosting free concerts and other events as well as art exhibitions.

## JANCAR/KUHLENSCHMIDT GALLERY (1980–1982)

Founded by Tom Jancar and Richard Kuhlenschmidt, Jancar/Kuhlenschmidt was located in a Wilshire Boulevard building basement and exhibited artists like Richard Prince, Louise Lawler, and Christopher Williams in mostly solo shows. It was known for showing underrecognized Los Angeles and New York-based artists, and was not particularly focused on sales. In 2006 Tom Jancar would go on to operate Jancar Gallery, which closed in 2016.

## LOS ANGELES MUNICIPAL ART GALLERY (LAMAG) (1954–PRESENT)

Located in Barnsdall Art Park, LAMAG is "the longest running institution in Los Angeles devoted solely to exhibiting art." Focusing on underrepresented local artists, LAMAG has played a critical part in the careers of artists like Eleanor Anton, Catherine Opie, Kerry James Marshall, Barbara Kruger, Mark Bradford, and Vija Celmins, and continues to foster the next generation of important Los Angeles practitioners.

## ASHER/FAURE GALLERY (1979–1994)

Founded by dealers Patricia Faure and Betty Asher, the West Hollywood-based Asher/Faure Gallery was known for bringing New York artists to the attention of Los Angeles audiences and art collectors. Asher/Faure represented artists like Craig Kauffman, Morris Louis, Kenneth Noland, and Richard Artschwager. Following Asher's passing in 1994, Faure started the Patricia Faure Gallery at Bergamot Station, where it remained until she sold it to gallerist Samuel Freeman in 2006.

## THE WOMAN'S BUILDING AT CALARTS (1973–1991)

The Woman's Building was an explicitly feminist art space consisting of studios and exhibition space, created by and for women artists, in affiliation with the California Institute of the Arts. Founded by Judy Chicago, Arlene Raven, and Sheila Levrant de Bretteville, it was originally known as the Feminist Studio Workshop, and soon took on the moniker of the "Woman's Building" as a reference to the space of the same name at the 1893 Chicago World's Columbian Exposition.

## GALLERY 825, LOS ANGELES ART ASSOCIATION (1958–PRESENT)

Gallery 825 is the exhibition venue of the nonprofit Los Angeles Art Association (LAAA) (begun 1925). Also referred as the Southern California Contemporary Art Galleries, Gallery 825 has been located on 825 North La Cienega Boulevard since 1961. LAAA currently has over 300 members, and counted Millard Sheets and Man Ray among its historic membership.

## HERITAGE GALLERY (1961–PRESENT)

Founded by art dealer Benjamin Horowitz, Heritage Gallery is "perhaps the oldest continuously operating gallery in Los Angeles." Known for bringing the works of African American modernist Charles White to wider audiences, Heritage Gallery also represents major Social Realist painters including José Clemente Orozco, as well as other significant artists like Marc Chagall, Pablo Picasso, Raoul Dufy, Romare Bearden, and Margaret Burroughs.

## ULRIKE KANTOR GALLERY (1979–1986)

Ulrike Kantor, then married to gallerist Paul Kantor, first opened a gallery in 1973 on Rodeo Drive. The second iteration of the Ulrike Kantor Gallery was located on La Cienega, and exhibited up-and-coming Los Angeles artists like Roger Herman and Gary Lloyd. According to Phoebe Hoban, Kantor had a brief affair with Basquiat upon his arrival to Los Angeles in 1982.

## JANUS GALLERY (C.1973–1986)

Janus Gallery was founded by dealers Janice "Jan" Turner and Dan Saxon in either 1972, 1973, or 1974. Originally located in Turner's townhome on Sweetzer Avenue, the gallery moved to a location on Market Street in Venice in 1977, where it was cited as part of Venice's free-spirited art scene. Janus Gallery subsequently moved to its Melrose Avenue location in 1980, where it exhibited *Drawings/Vision: New York*. It changed its name to the Jan Turner Gallery in 1986.

## GALLERY 669/MIZUNO GALLERY (1967–1984)

Founded by dealer Riko Mizuno, Gallery 669 (named for its address on La Cienega) exhibited experimental works of art by well-known and local artists, including Ed Moses, Robert Irwin, Ken Price, and Billy Al Bengston. Gallery 669 changed its named to Mizuno Gallery in 1969, and moved to its Little Tokyo location in 1978, where it would remain until moving to a space on Robertson Boulevard in 1983, where it remained until its closing.

Deborah Krieger, M.A., is a graduate of Brown University's Public Humanities Master's Program. She earned her undergraduate degree from Swarthmore College, where she studied art history, film, and German. She previously worked as the Curatorial Assistant at the Delaware Art Museum in Wilmington, DE. Her writing has appeared in the Los Angeles Review of Books, Hyperallergic, Artillery Magazine, the Philly Artblog, and other publications. Deborah is currently the Exhibit & Program Coordinator at the Museum of Work & Culture in Woonsocket, RI.

# TIMELINE: 1982

BY DEBORAH KRIEGER

SELECTED BASQUIAT EXHIBITIONS ARE IN BOLD.

MUMFORD-RELATED FACTS ARE ALSO IN BOLD.

## JANUARY 1982

Wolfgang Puck opens Spago[54]

LA Artists For Survival (anti–nuclear artist group) has first meeting[55]

1/6–1/24: Paul McCarthy, "Humanoid," LACE[56]

1/13: Hank Aaron and Frank Robinson are inducted into the Baseball Hall of Fame[57]

1/15–2/20: Lynda Benglis, "Flux & Fusion: An Exhibition of Sculpture," Margo Leavin Gallery[58]

1/20: Ozzy Osbourne bites the head off a bat on stage in Des Moines, Iowa[59]

1/24: San Francisco 49ers beat Cincinnati Bengals in Super Bowl XVI[60]

1/26–2/27: Allen Ruppersburg, "Searching for Passion and Sex" LAICA[61]

1/30: 39th Golden Globe Awards at the Beverly Hilton Hotel. *On Golden Pond* and *Arthur* win Best Picture in a Drama/Comedy, respectively, and *Hill Street Blues*/*M\*A\*S\*H* win for television. **Thaddeus Mumford is a celebrated, award-winning writer and producer on *M\*A\*S\*H*.[62]**

## FEBRUARY 1982

2/1: "Late Night with David Letterman" premieres, Bill Murray is first guest, NBC[63]

2/6–3/6: New Paintings by Jay McCafferty, Cirrus Gallery[64]

2/16–3/13: Marcel Duchamp, Jasper Johns: The End Game Opposition & Sister Squares are Reconciled," LA Louver[65]

2/17: Death of Thelonius Monk[66]

2/19: Wes Craven, *Swamp Thing* is released in theaters.[67]

2/24–3/28: "Jim Morris, Drawings," LACE[68]

## MARCH 1982

**April–July: Basquiat participates in *Transvanguardia: Italia/America*, Galleria Civica in Modena, Italy. Artists include Julian Schnabel, David Salle, Francesco Clemente, et al**

3/5: John Belushi dies of a drug overdose[69]

**3/6–4/1: Basquiat, Annina Nosei, NYC[70]**

3/19: Blake Edwards, *Victor/Victoria*[71]

3/19–5/22: John Outterbridge, Brockman Gallery[72]

3/25: *Cagney & Lacey* premieres, CBS[73]

3/29: *Chariots of Fire* wins Best Picture at 54th Academy Awards[74]

## APRIL 1982

4/1: *LA Times* reports outcomes of Writers' Guild of America awards.[75] (**Thaddeus Mumford and his writing partner Dan Wilcox are nominated for two WGA Awards for *M\*A\*S\*H* episodes. "A War For All Seasons" is nominated in the comedy category, and "Bless You Hawkeye" is nominated in the drama category. [76]**)

4/3–5/8: Julian Schnabel: Recent Paintings & Drawings, Margo Leavin Gallery[77]

**4/8–5/8: Basquiat, Larry Gagosian Gallery[78]**

Reviewed *LA Times*, William Wilson, April 16[79]

Reviewed *LA Weekly*, Hunter Drohojowska, April 23–29 edition (Schnabel at Margo Leavin also reviewed in this article)[80]

4/22–5/23: Julian Schnabel, LACMA Gallery Six[81]

**4/22–7/4: Basquiat in group show "Running '82," New York Road Runners Club. Includes Keith Haring, Willem de Kooning, Kiki Smith, etc.[82]**

4/30: NASA names Sally Ride as a Mission Specialist on the shuttle *Challenger*. She is the first female American astronaut. On June 18, 1983, she will go into space.[83]

## MAY 1982

Sisters of Survival, *Shovel Defense* performance

**Bruno Bischofberger learns that Basquiat has left Nosei's Gallery**

5/8–5/16: New York Islanders win Stanley Cup in four games against Vancouver Canucks[84]

5/14: John Milius, *Conan the Barbarian*[85]

5/20–6/19: Ellsworth Kelly, Margo Leavin Gallery[86]

5/21: John Huston, *Annie*[87]

**5/23: *LA Times* reports Basquiat will be in the upcoming *Documenta* show[88]**

5/25–6/19: Philip Guston, Asher/Faure[89]

5/27–6/8: LA Lakers win NBA Championship against Philadelphia 76ers, 4 games to 2[90]

5/28: Sylvester Stallone, *Rocky III*[91]

5/31: Survivor's *Eye of the Tiger* is released

## JUNE 1982

**Basquiat has planned show at Emilio Mazzoli Gallery in Modena, Italy, but dislikes the experience of creating works on demand for the show and cancels it.[92]**

Frank Zappa song "Valley Girl" is released[93]

6/4: Nicholas Meyer, *Star Trek II: The Wrath of Khan*[94]

6/4–6/26: "Jancar/Kuhlenschmidt Closing Exhibition." The gallery opened in May 1980 and showed Richard Prince, William Leavitt, et al[95]

**6/4–7/9: Basquiat participates in "Pressure to Paint" group show at Marlborough Gallery, NYC. Also includes Diego Cortez (curator) and Keith Haring[96]**

6/8: Negro/Major League Baseball player Satchel Paige dies[97]

6/9–7/9: Lari Pittman, Sunday Painting, LACE[98]

6/10–7/3: David Hockney.LA Louver[99]

6/11: Larry Holmes defeats Gerry Cooney for boxing heavyweight title in Last Vegas. Cooney was considered the "great white hope" of boxing[100]

6/11: Steven Spielberg, *E.T. The Extra–Terrestrial*.[101] (*Colorful Face* from the Basquiat Venice Collection looks somewhat like E.T.)

**6/11–7/15: Basquiat participates in "Fast" group show at Alexander F. Milliken Inc., NYC[102]**

6/15: Studio Museum in Harlem opens its 144 West 125th Street location[103]

**6/19–9/28: Basquiat Documenta 7, Kassel, West Germany. He is the youngest of 182 artists including Warhol, Beuys, Twombley, Richter, Haring, et al[104]**

**6/23–7/30: Basquiat participates in BlumHelman group show, NYC[105]**

6/24–7/25: Tony Berlant, LACMA Gallery Six[106]

6/25: John Carpenter, *The Thing*[107]

6/25: Ridley Scott, *Blade Runner*[108]

## JULY 1982

7/2–7/31: Tony Berlant, LA Louver[109]

7/3: Martina Navratilova beats Chris Evert at Wimbledon (6-1,3-6,6-2)

7/10: *Green Card: An American Romance* by Bruce and Norman Yonemoto presented, LACE[110]

7/9: Steven Lisberger, *TRON*[111]

**7/16: Basquiat has a drawing in "Drawings/Vision: New York" at Janus Gallery, LA which is reviewed in *Los Angeles Times* and *LA Weekly* and includes Mike Glier, Roberto Juarez, Lynton Wells, Pedro Perez. It closes July 31. This show is not mentioned in Hoban or Saggese.**[112]

7/23: George Roy Hill, *The World According to Garp*[113]

7/28–7/29: Queen plays Madison Square Garden, NYC[114]

## AUG 1982

8/1: Formal Hall of Fame induction ceremony for Hank Aaron and Frank Robinson[115]

8/1–9/3: "Women Writing Poetry in America," broadsides and poetry by women printers including Audre Lorde, at the Woman's Building[116]

8/6-8/9: Target LA Art Festival, art festival commemorating the bombings of Hiroshima and Nagasaki

8/13: Amy Heckerling, *Fast Times at Ridgemont High*[117]

## SEPTEMBER 1982

**Salomon Emquies opens the Rhythm Lounge club,[118] where Basquiat later records a video with Rammellzee and Toxic in 1983.[119]**

9/9–10/9: Deborah Butterfield at Asher/Faure[120]

9/10–10/23: Roger Herman, Ulrike Kantor Gallery[121]

**9/11–10/9: Basquiat's first solo show at Galerie Bruno Bischofberger in Zurich, Switzerland[122]**

9/14–9/15: Queen plays Inglewood Forum, CA (Los Angeles area)[123]

9/19: 34th Primetime Emmy Awards on ABC. *Hill Street Blues* and *Barney Miller* win Outstanding Drama and Comedy, respectively.[124] **Thaddeus Mumford is nominated as a producer in the Comedy category for *M\*A\*S\*H*.[125]**

9/20: NFL players begin 57–day strike[126]

9/21: Janet Jackson, *Janet Jackson* (debut album)[127]

9/25–10/23: Alexis Smith, "Satan's Satellites," at Rosamund Felsen Gallery and "Christmas Eve, 1943" at Margo Leavin Gallery, reviewed by William Wison, *LA Times*, 10/1[128]

9/30: Bruce Sprinsteen, *Nebraska*

9/30: *Cheers* debuts on NBC[129]

## OCTOBER 1982

Granmaster Flash debut album *The Message* is released

10/1: Epcot Center opens, Florida

10/1: *Remington Steele* premieres on NBC starring Stephanie Zimbalist and Pierce Brosnan

10/6: Madonna's debut single *Everybody* is released[130]

10/9–11/13: Keith Haring, Tony Shafrazi, NYC[131]

10/12–10/22: MLB World Series, St. Louis Cardinals beat Milwaukee Brewers 4 games to 3[132]

10/16-1/19/83: Zeitgeist show at Martin Gropius Bau in Berlin, group show including Warhol, Stella, Schnabel, et al.

10/19–11/15: Charles White Retrospective, Heritage Gallery[133]

10/22: Ted Kotcheff, *Rambo: First Blood*[134]

**10/23–11/20: Basquiat has solo show of one painting, *Field Next to the Other Road*, Galleria Marco Diacono, Rome, Italy[135]**

10/27: Prince, *1999*[136]

**10/30: Basquiat performs with Rammellzee, Diego Cortez, Tricnology, Iconoklast Panzerism at Squat Theatere, NYC[137]**

## NOVEMBER 1982

**Basquiat is in Venice, CA, working on new Gagosian Gallery work for 1983 show, including silkscreens[138] During this visit for several months, he paints twenty five paintings in the *Heroes & Monsters* at the Orlando Museum of Art**

11/2: Los Angeles Mayor Tom Bradley loses CA gubernatorial election to George Deukmejian[139]

**11/4–12/11: Basquiat's solo exhibition at Fun Gallery, NYC[140]**

11/13: Maya Lin's Vietnam War Memorial opens, Washington DC[141]

11/16: NFL strike ends[142]

11/30: Michael Jackson's *Thriller* is released[143]

## DECEMBER 1982

**Live Evil (live album) by Black Sabbeth is released**

**12/1–31: Basquiat at Galerie Delta in Rotterdam, the Netherlands[144]**

12/2: Permanent artificial heart is implanted in Dr. Barney B. Clark at University of Utah[145]

12/7–12/31: Richard Diebenkorn, LA Louver[146]

12/8: Richard Attenborough, *Gandhi*[147]

12/10: Alan J. Pakula, *Sophie's Choice*[148]

12/17: Sydney Pollack, *Tootsie*[149]

12/26: "Man of the Year" for TIME Magazine is the personal computer[150]

# WORKS CITED

BY DEBORAH KRIEGER

Abrahams, Megan. "The Los Angeles Art Association Legacy." *Fabrik Magazine*, January 1, 2016. https://fabrikmagazine.com/the-los-angeles-art-association-legacy/

Andersen, Thom, *Los Angeles Plays Itself*. 2004.

Aniftos, Rania. "Madonna Posts Throwback Photo With Ex-Boyfriend Jean-Michel Basquiat." *Billboard*, December 6, 2018. https://www.billboard.com/articles/news/8489113/madonna-throwback-photo-jean-michel-basquiat

Bienstock, Richard. "Decade of Decadence: A Timeline of the Eighties Sunset Strip." *Rolling Stone*, October 23, 2015. https://www.rollingstone.com/music/music-lists/decade-of-decadence-a-timeline-of-the-eighties-sunset-strip-157726/

Bjorkegren, Francesca. "A Year in History: Timeline of 1982 Events." *HistoricNewspapers.com*, updated December 14, 2020. https://www.historic-newspapers.com/blog/1982-timeline/#

Blasberg, Derek. "Spotlight: Basquiat." *Gagosian Quarterly*, Fall 2017 issue. https://gagosian.com/quarterly/2017/09/01/gamechanger-basquiat/

Boucher, Brian. "Rosamund Felsen to Close LA Gallery After 38 Years." *Artnet*, June 30, 2016. https://news.artnet.com/art-world/rosamund-felsen-close-la-gallery-537173

Boyd, Todd. "Basquiat *Bebop 2 Hip Hop*." In *Time Decorated: The Musical Influences of Jean-Michel Basquiat*. Part 3 of 3. The Broad, 2021. https://www.youtube.com/watch?v=ST6Cp3S5uLs&t=3s

Buchhart, Dieter, and Eleanor Naire, eds., with Lotte Johnson. *Basquiat: Boom for Real*. 2017. Paperback edition: New York: Prestel Publishing, 2020.

Cascone, Sarah. "Madonna Says Jean-Michel Basquiat Took Back and Destroyed Paintings He Gave Her." *Artnet*, March 16, 2015. https://news.artnet.com/art-world/basquiat-took-back-madonna-paintings-277735

Cavazos, Nidia. "Professor discusses Basquiat's use of appropriation in artwork." *The Daily Texan*, October 8, 2014. https://thedailytexan.com/2014/10/08/professor-discusses-basquiats-use-of-appropriation-in-artwork/

Cooper, Sabrina. "A Historical Look at the Mudd Club." *CR Fashion Book*, November 15, 2018. https://www.crfashionbook.com/culture/a24889980/a-historical-look-at-the-mudd-club/

Counter, Bill. "Silent Movie Theatre / Cinefamily / Fairfax Cinema / Brain Dead Studios." *Los Angeles Theaters* blog, March 2017, https://losangelestheatres.blogspot.com/2017/03/silent-movie-theatre.html

Dambrot, Shana Nys. "The History of Contemporary Art on La Cienega." *West Hollywood Lifestyle*, Winter 2014 issue, pp. 48-52 https://www.ospix.com/1412-west-hollywood-lifestyle-issue-1.pdf

Davis, Mike. *City of Quartz: Excavating the Future in Los Angeles*. 1990. Kindle edition: Verso, September 17, 2006.

Davis, Tamra. *Jean-Michel Basquiat: The Radiant Child*. 2010.

Deron, Bernadette. "44 Retro Images Of What Life Was Like In 1980s Los Angeles." Edited by Leah Silverman. *All That's Interesting*, January 10, 2019. Updated January 12, 2019. https://allthatsinteresting.com/1980s-los-angeles

Dominguez, Laura. "The Woman's Building: L.A.'s 'Feminist Mecca'." KCET, February 17, 2017. https://www.kcet.org/shows/lost-la/the-womans-building-l-a-s-feminist-mecca

Drohojowska, Hunter. "Schnabel and Basquiat: Explosions and Chaos." *LA Weekly*, April 29, 1982, page 19.

Foster, Hal. "Between Modernism and the Media." 1982. Originally published in *Art in America*, Summer 1982 edition. Reprinted in *Recodings [ sic ]: Art, Spectacle, Cultural Politics*. 1985. Second edition: Seattle: Bay Press, 1987, pp. 33-58.

Frost, Amber. "Rammellzee and Jean-Michel Basquiat's Little-Known 1983 Underground Hip-Hop Collaboration." *Dangerous Minds*, July 18, 2013. https://dangerousminds.net/comments/rammellzee_jean-michel_basquiats_little-known_1983_underground_hip-hop_coll

Gadsden, Cynthia A. "*Artforum*, Basquiat, and the 1980s." M.A. Thesis. Ohio University, August 2008. https://etd.ohiolink.edu/apexprod/rws_etd/send_file/send?accession=0-hiou1217965257&disposition=inline

Gamson, Carly. "Figure 2: Deblackboxing [sic] Basquiat by Coloring His Decade of Fame." In *Constructing the Valuation of "Art" as Economic & Social/Cultural*, an essay posted online as part of Georgetown University's "CCTP 802 – Art and Media Interfaced" course, Spring 2017. https://blogs.commons.georgetown.edu/cctp-802-spring2017/files/2017/05/Figure2CCTP802Final-1.pdf

Ghorashi, Hannah. "Los Angeles's Rosamund Felsen Gallery to Close." *ARTNews*, June 30, 2016. https://www.artnews.com/art-news/market/los-angeless-rosamund-felsen-gallery-to-close-6608/

Giacobbe, Alicia. "Mr. Chow—Iconic Restaurateur to the Stars—Looks Back on 50 Years at the Top." *Architectural Digest*, February 14, 2018. https://www.architecturaldigest.com/story/mr-chow-50-years

Gotthardt, Alexxa. "What Makes 1982 Basquiat's Valuable Year." *Artsy*, April 1, 2018. https://www.artsy.net/article/artsy-editorial-1982-basquiats-valuable-year

Gottlieb, Laurie. "Home is Where the Art Is." *Los Angeles Times Home Magazine*, January 26, 1975. Accessed via Adsausage Archives Facebook post, December 17, 2020. https://www.facebook.com/adsausagearchives/posts/683327472221687?comment-id=684455318775569

Grenier, Catherine, ed. *Catalog L.A.: Birth of an Art Capital, 1955–1985*. San Francisco: Chronicle Books, 2007.

Grierson, Tim. "L.A. Story." *Los Angeles Times*, June 7, 2009. https://www.latimes.com/la-mag-june072009-la-music-history-story.html

Haden-Guest, Anthony. "Burning Out." *Vanity Fair*, April 2, 2014. https://www.vanityfair.com/news/1988/11/jean-michel-basquiat

Hazlitt, Gordon. "Venice, California: Unique Among the World's Bohemias." *ARTnews*, January 1980, pp. 94–98. http://www.lafineartssquad.com/press/artnews-jan-1980/

Hoban, Phoebe. *Basquiat: A Quick Killing in Art*. 1998. Kindle edition: Open Road Media, May 17, 2016.

Hoffman, Fred. "Jean-Michel Basquiat in Venice." *HUMANITY Magazine*, December 14, 2015. https://mag.citizensofhumanity.com/blog/2015/12/14/jean-michel-basquiat-in-venice/

Hoffman, Fred. "Basquiat's L.A." *Los Angeles Times*, March 13, 2005. https://www.latimes.com/archives/la-xpm-2005-mar-13-ca-basquiat13-story.html

Hoffman, Fred. "Jean-Michel in Black and White." *Gagosian Quarterly*, Fall 2018. https://gagosian.com/quarterly/2019/01/25/essay-jean-michel-basquiat-black-and-white/

Hyacinthe, Genevive. "I Am Basquiat: Tracing Jean-Michel Basquiat's Alterity and Activism in Paint and Performance." In *African American Arts: Activism, Aesthetics, and Futurity*, edited by Sharrell D. Luckett, 175-205. Lewisburg, Pennsylvania: Bucknell University, 2019.

Knopka, Rosemarie. "Outsiders Welcome: Brockman Gallery & the Art of Inclusion." *Los Angeles Archivists Collective*. https://laacollective.org/work/ousiders-welcome-brockman-gallery

LeRoy, Dan. *The Beastie Boys' Paul's Boutique*. New York: Bloomsbury, 2006.

Maneker, Marion. "Phillips to Sell Hip Hop Pioneer Matt Dike's Basquiats." *Art Market Monitor*, April 10, 2019. https://www.artmarketmonitor.com/2019/04/10/phillips-to-sell-hip-hop-pioneer-matt-dikes-basquiats/

Marino, Christina, Katharine Lawrie, and Jessica Gambling. "Los Angeles County Museum of Art exhibition records, 1973–2003." Online Archive of California. https://oac.cdlib.org/findaid/ark:/13030/c8qz28q5/entire_text/

Martin, Terrace. "Jazz and Bebop." In *Time Decorated: The Musical Influences of Jean-Michel Basquiat*. Part 1 of 3. The Broad, 2021. https://www.youtube.com/watch?v=TBG5571XUBE

McKenna, Kristine. "Opening a New Window on L.A.'s Art : Peter Goulds' L.A. Louver gallery moves to bigger quarters but takes with it years of support for West Coast artists." *Los Angeles Times*, January 15, 1995. https://www.latimes.com/archives/la-xpm-1995-01-15-ca-20295-story.html

McKenna, Kristine. "Scenes From a Family Gallery: Paul Kantor, his former wife Ulrike and their son Niels have devoted their lives to art in L.A.—even if the role of art dealer is misunderstood." *Los Angeles Times*, January 22, 1995. https://www.latimes.com/archives/la-xpm-1995-01-22-ca-23145-story.html

Mersereau, Jeremy. "Thriller is 35—here are some other iconic things from 1982." *A.Side*, November 30, 2017. https://ontheaside.com/music/thriller-is-35-here-are-some-other-iconic-things-from-1982/

Metcalf, Stephen. "The Enigma of the Man Behind the $110 Million Painting." *The Atlantic*, July/August 2018 issue. https://www.theatlantic.com/magazine/archive/2018/07/jean-michel-basquiat-artist-or-celebrity/561728/

Miller, M.H. "The Artists." In *We Are Family. The New York Times Style Magazine*, April 13, 2020. https://www.nytimes.com/interactive/2020/04/13/t-magazine/black-art-galleries.html

Miranda, Carolina A. "The real art pioneers of downtown L.A. and the wild, barrier-busting shows that made the Arts District." *Los Angeles Times*, March 10, 2016. https://www.latimes.com/entertainment/arts/miranda/la-ca-cam-downtown-la-arts-scene-20160313-column.html

Miranda, Carolina A. "'Get out!' said the cops: Art pioneers of downtown L.A. share memories of building a scene." *Los Angeles Times*, March 17, 2016. https://www.latimes.com/entertainment/arts/miranda/la-et-cam-feedback-downtown-la-arts-scene-20160316-column.html

Muchnic, Suzanne. "The Galleries: La Cienega Area." *Los Angeles Times*, March 11, 1983, page 116.

Muchnic, Suzanne. "Institute at a Crossroads: Artists Have Their Say on LAICA." *Los Angeles Times*, February 27, 1985. https://www.latimes.com/archives/la-xpm-1985-02-27-ca-8974-story.html

Muchnic, Suzanne. "Betty Asher; Collector of Contemporary Art." *Los Angeles Times*, May 14, 1994. https://www.latimes.com/archives/la-xpm-1994-05-14-mn-57412-story.html

Nilson, Lisbet. "New Photography Gallery Focuses on Both Classic and Contemporary Work." *Los Angeles Times*, July 7, 1991. https://www.latimes.com/archives/la-xpm-1991-07-07-ca-2930-story.html

Norklun, Kathi. Review of Janus Gallery exhibition *Drawings/Vision: New York*. *LA Weekly*, July 22, 1982, page 97.

Nosnitsky, Andrew. "Basquiat's 'Beat Bop': An Oral History of One of the Most Valuable Hip-Hop Records of All Time." *Spin.com*, November 14, 2013. https://www.spin.com/2013/11/beat-bop-basquiat-k-rob-rammellzee-freak-freak/

Peabody, Rebecca, Andrew Perchuk, Glenn Phillips, Rani Singh, and Joan Weinstein, eds. *Pacific Standard Time: Los Angeles Art, 1945–1980*. Los Angeles: Getty Publications, 2011.

Pincus, Robert L. "50 U.S. Artists in Documenta 7." *Los Angeles Times*, May 23, 1982, page 378.

Pincus, Robert L. "Galleries." Review of Janus Gallery exhibition *Drawings/Vision: New York*. *Los Angeles Times*, July 16, 1982, page 115.

Relic, Peter. "Got the Time: Matt Dike & Jean-Michel Basquiat." *To Repel Ghosts: The Collection of Matt Dike*. Phillips, 2019. https://www.phillips.com/article/42810482/got-the-time-matt-dike-and-jean-michel-basquiat

Roberts, Randall. "Appreciation: Matt Dike, mercurial co-founder of rap label Delicious Vinyl and collaborator on Beastie Boys' 'Paul's Boutique'." *Los Angeles Times*, March 15, 2018. https://www.latimes.com/entertainment/music/la-et-ms-matt-dike-obituary-20180313-story.html

Rodrigues, Laurie. "'SAMO© as an Escape Clause': Jean-Michel Basquiat's Engagement with a Commodified American Africanism." *Journal of American Studies*, May 2011, Vol. 45, No. 2 (May 2011), pp. 227-243

Saggese, Jordana Moore, ed. *The Jean-Michel Basquiat Reader: Writings, Interviews, and Critical Responses*. Oakland: University of California Press, 2021.

Saggese, Jordana Moore. *Reading Basquiat: Exploring Ambivalence in American Art*. Berkeley and Los Angeles: University of California Press, 2021.

Schimmel, Paul, and Lisa Gabrielle Mark, eds. *Under the Big Black Sun: California Art 1974–1981*. New York: Prestel Publishing, 2011.

Schnabel, Julian. *Basquiat*. 1996.

Scott, Allen J. And Edward Soja, eds. *The City: Los Angeles and Urban Theory at the End of the Twentieth Century*. Berkeley and Los Angeles: University of California Press, 1996.

Seed, John. "Driving Mr. Basquiat." *JohnSeed.com*, January 26, 2011. http://www.johnseed.com/2011/01/driving-mr-basquiat.html

Shulman, David, dir. *Basquiat: Rage to Riches*. 2017.

Sieroty, Chris. "Celebrity chef Wolfgang Puck to close Spago." *United Press International*, February 12, 2001. https://www.upi.com/Archives/2001/02/12/Celebrity-chef-Wolfgang-Puck-to-close-Spago/5956981954000/

Soleau, Teresa. "Finding aid for the Mizuno Gallery records, 1955-2005, bulk 1966-1988." Online Archive of California. The Getty Research Institute, Special Collections. https://oac.cdlib.org/findaid/ark:/13030/kt0c6033v5/entire_text/

Sooney, Pia. "What Happened in 1982?" *LikeTotally80s.com*, August 27, 2006. http://www.liketotally80s.com/2007/08/80s-capsules-1982/

Spooner, James. "Punk and No Wave." In *Time Decorated: The Musical Influences of Jean-Michel Basquiat*. Part 2 of 3. The Broad, 2021. https://www.youtube.com/watch?v=H7f5ZaiUZg0

Spooner, James, and Ed Patuto. "James Spooner and Ed Patuto on the Lasting Influence of Jean Michel [sic] Basquiat." *Autre*, January 28, 2021. https://autre.love/interviews-main/2021/1/27/james-spooner-and-ed-patuto-on-the-lasting-influence-of-jean-michel-basquiat

Stern, Karl. "1982 - Your complete When It Was Cool Guide to the year 1982 in pop-culture, music, and more." *WhenItWasCool.com*, https://www.whenitwascool.com/1982-guide-to-when-it-was-cool-pop-culture

The Lazy Journalist. "1982-83 Ratings History." The TV Ratings Guide, Thursday, August 15, 1991. http://www.thetvratingsguide.com/2020/03/written-asking-where-cheers-is-by.html

Warner, Alex, and Bianca Rodriguez. "40 Celebrities Who You Forgot Dated at One Time." *Marie Claire*, April 24, 2018. https://www.marieclaire.com/celebrity/g19872761/celebrities-you-forgot-dated/

Wilson, William. "N.Y. Subway Graffiti: All Aboard for L.A." *Los Angeles Times*, April 16, 1982, page 99.

Wilson, William. "MOCA: A Downtown Oasis in a Former Wasteland." *Los Angeles Times*, August 25, 1985. https://www.latimes.com/archives/la-xpm-1985-08-25-ca-24782-story.html

Wojciechowski, Gene. "NFL STRIKE: 1982: A History Lesson Not Learned." *Los Angeles Times*, September 23, 1987. https://www.latimes.com/archives/la-xpm-1987-09-23-sp-6303-story.html

Wolfe, Shira. "Lost (and Found) Artist Series: James Van Der Zee." *Artland Magazine*. https://magazine.artland.com/lost-and-found-artist-series-james-van-der-zee/

Wulfe, Steve. "The Oscars of 1982." *Entertainment Weekly*, updated January 26, 2007. https://ew.com/article/2007/01/26/oscars-1982/

Wulffson, Jennifer. "The Adorable Patricia Faure, 1928-2008." *X-Tra*, Fall 2009, vol. 12, no. 1. https://www.x-traonline.org/article/the-adorable-patricia-faure-1928-2008

Tamra Davis in discussion with the author, June 2021.

Roberto Juarez in discussion with the author, June 2021.

Peter Relic in discussion with the author, June 2021.

James Blanco in discussion with the author, June 2021.

Salomon Emquies in discussion with the author, June 2021.

"A Legend in Her Own Time." *ArtandLiving.com*, https://artandliving.com/a-legend-in-her-own-time/

"About the Gallery." Gagosian Gallery. https://gagosian.com/about/about-gallery/

"Artists." L.A. Louver Gallery. https://lalouver.com/artists.cfm

"Beverly Hills 20-Year Anniversary Invitational Exhibition, 1995–2015." https://gagosian.com/exhibitions/2015/beverly-hills-20-year-anniversary-invitational-exhibition-1995-2015/

"Brockman Gallery." Pacific Standard Time at the Getty Center: Explore the Era. https://blogs.getty.edu/pacificstandardtime/explore-the-era/locations/brockman-gallery/

"Chronology for Gallery 669 and Mizuno Gallery." Mizuno Gallery records, 1955-2005, bulk 1966-1988. The Getty Research Institute. http://archives.getty.edu:30008/getty_images/digitalresources/2010m84_mizuno_chron.pdf

"CPI Inflation Calculator." https://www.officialdata.org/

"Dale Brockman Davis." *Now Dig This! Art and Black Los Angeles, 1960–1980* digital archive. UCLA Hammer Museum. https://hammer.ucla.edu/now-dig-this/artists/dale-brockman-davis

"Exhibition Archive." Iris Project. https://www.irisproject.com/exhibitions/archive

"For the Record." *Los Angeles Times*, February 5, 1998, p. 96.

"Gasoline Prices Monthly & Annual Averages." Los Angeles Almanac, http://www.laalmanac.com/energy/en12.php

"Heritage Gallery." http://www.heritagegallery.com

"Historical Timeline of Los Angeles." Water and Power Associates. https://waterandpower.org/museum/Historical_Timeline_of_Los_Angeles.html

"Information." Jancargallery.com. https://www.jancargallery.com/info.php

"Information." L.A. Louver Gallery. https://lalouver.com/info.cfm

"Jancar/Kuhlenschimidt Gallery - History 1980-1982." Jancargallery.com. https://www.jancargallery.com/show.php?num=272

"Los Angeles Institute of Contemporary Art records, 1973-1988." Smithsonian Archives of American Art. https://www.aaa.si.edu/collections/los-angeles-institute-contemporary-art-records-5495

"M*A*S*H (1972–1983) Awards." IMDB. https://www.imdb.com/title/tt0068098/awards

"Margo Leavin Gallery records." Online Archive of California. The Getty Research Institute, Special Collections. https://oac.cdlib.org/findaid/ark:/13030/c8g44x4q/admin/

"Patricia Faure Gallery records, 1952-2006 (bulk 1970-2006)." Getty Research Institute, Collection Inventories and Finding Aids. http://archives2.getty.edu:8082/xtf/view?docId=ead/2010.M.13/2010.M.13.xml

"Pop Culture In Review for the Year 1982." *MrPopCulture.com*, https://mrpopculture.com/pop-culture-in-review-for-the-year-1982/

"Rosamund Felsen gallery records, 1978–2014." Smithsonian Archives of American Art. https://www.aaa.si.edu/collections/rosamund-felsen-gallery-records-16203

"Thad Mumford: Awards." IMDB. https://www.imdb.com/name/nm0612588/awards

"The Los Angeles Institute of Contemporary Art (1974–1977)." Pacific Standard Time at the Getty Center: Explore the Era. http://blogs.getty.edu/pacificstandardtime/explore-the-era/locations/the-los-angeles-institute-of-contemporary-art-laica-1974%E2%80%9377/

"The Woman's Building: A Brief History." http://thewomansbuilding.org/history.html

"Top News Stories from 1982." https://www.infoplease.com/year/1982

"Winners and Nominees 1982." Golden Globe Awards. https://www.goldenglobes.com/winners-nominees/1982

# BASQUIAT'S UNIVERSE AS EXPRESSED IN THE BASQUIAT VENICE COLLECTION

BY JAMES BLANCO

This never-before-exhibited collection of twenty-five paintings created by Jean-Michel Basquiat in Venice, California, in 1982 offer a remarkable and unique opportunity to explore the multi-faceted universe of his imagination. These motifs, themes and subjects are brilliantly expressed in these works replete with heroes, monsters, ghosts, royalty, the streets, ghastly heads and faces, reptiles, bats, cowboys, Native American symbolism, autobiographical references and a shout-out to his patron and celebrated African American television writer Thaddeus Q. Mumford, Jr. who purchased the entire collection.

In the Basquiat Venice Collection ("the Collection"), we see the *Self-Portrait* (1982), which is a more developed and impressive painting in color than its black-and-white version *Self-Portrait* (1982). Several of the skulls [*Self-Portrait, Skull* (1982), *Industry Insider* (1982) and *Blue Skull* (1982)] capture key elements of those skull paintings that have recently sold for fantastic prices: *Untitled* (1982) [$110.5 million], *In This Case* (1983) [$93.1 million] and *Flexible* (1984) [$45.3 million]. Many works in this extraordinary Collection embody elements found in the dozen highest-priced Basquiat paintings.

All in all, this treasure trove of Basquiat creations—from the breakthrough year of his best work—richly enhances our admiration of his genius. These exquisite paintings comprising the Collection further cement his iconic stature as a gifted artist whose all-too-brief career from graffiti tagger to stardom left us with works of singular beauty, childhood innocence, sophistication and multi-faceted social, political and racial messaging. It was here in California during 1982, far from the market pressures in New York City that would later overwhelm him, that the young artist—already a mature painter for his tender age of twenty-two—demonstrated the clarity of his vision and expressed his compelling narrative characteristic of his masterpieces.

The following discussion presents samplings of Basquiat's imagery and themes from this Collection with some comparisons to the established known works by Jean-Michel Basquiat as presented in the *Jean-Michel Basquiat Catalogue Raisonné*[2] by Enrico Navarra, a 376-page volume (Volume I) and a 312-page companion volume (Volume II), and *Basquiat Works on Paper*, a 375-page volume.

These three volumes present high-resolution photographs depicting Basquiat's life work. I also consulted *The Notebooks by Jean-Michel Basquiat*, edited by Larry Warsh—a 310-page collection of the artist's handwritings and sketches.

An important significance of a catalogue raisonné is providing a baseline for comparison of any artwork that is newly found to well-known, established works by a particular artist. Having reviewed these 1,373 pages countless times over the last four years and comparing them to the twenty-five paintings in the Collection, I am able share my understanding of the universe of Jean-Michel Basquiat as gleaned from his artwork with my spotlight on the exceptional paintings in the Collection.

2Published by Galerie Enrico Navarra, Paris; 3rd Edition (2000).



Jean-Michel Basquiat's "Untitled," painted in 1982, sold for $110.5 million at a Sotheby's auction in May 2017.

## THE THREE-POINTED CROWN AND CORONATION OF HEROES

One of the preeminent themes in Basquiat's works and the Collection is the three-pointed crown. During my odysseys through the Collection, the signature Basquiat theme of the three-point crown was prevalent, either appearing on a head, incorporated into a head or positioned somewhere alone, less conspicuous in the painting.

In *Blue Skull* (1982) from the Collection, we see the yellow crown positioned at the lower right of the work in an inconspicuous place just above Basquiat's name "JEAN." Throughout the Collection, we see at least fourteen examples of the less-prominent uses of the three-pointed crown.

Sometimes, the three-pointed crown is cleverly incorporated into a head, such as we see in the Collection's *Self-Portrait with his cowboy hat and wearing Leonardo da Vinci's flying suit* (1982) with the ghost head, which is strikingly similar to the images on the right from Volume II, *Catalogue Raisonné*.

In *Crown Face II* (1982) from the Collection, we see the three-point crown positioned on the head of the person in the painting.

Thus, these three uses of the three-pointed crown show us that Basquiat used the crown in different ways as a symbol to sign his paintings as well as to honor his heroes.

In *Crown Face II*, we can also see at the lower right the phrase "World famous all time champion of the World." This boast could easily be attributed to Cassius Clay, aka Muhammad Ali. Indeed, Basquiat even painted the work below to honor "Cassius Clay." (*Catalogue Raisonné*, Volume II, pg 120)

Basquiat loved boxing and revered famous African American boxing champions. He was very attracted to Joe Louis who was widely regarded as the greatest fighter in the history of boxing and was one of the most popular Black athletes of his time. Joe Louis was the youngest boxer of his era to become heavyweight champion of the world—a reign he maintained for twelve years. In the *Catalogue Raisonné* Volume *Works on Paper* (pg 40), we see Basquiat's painting of Joe Louis with a halo.

Basquiat grew up watching Joe Louis, Muhammad Ali and other fighters on TV with his father. "These fond memories with his family also fostered a great deal of respect in Basquiat for the athletes as individuals." (Scott Nussbaum, interview, October 29, 2019) (https://news.artnet.com/market/basquiat-boxer-phillips-1691164) "[T]hroughout his life, Jean-Michel closely identified with boxers, athletes and warriors . . . ." Id.

As a further demonstration of Basquiat's interest in boxing, page 21 of *Works on Paper* depicts a photograph of Basquiat with Andy Warhol (yet another one of his heroes) where they both are wearing boxing gloves and boxing shorts.

Although this BROOKLYN DODGERS piece (*Catalogue Raisonné*, Volume II, pg X) [*Untitled* (1982)] references on its face a baseball team, the work is a listing of famous boxing matches by Basquiat's boxing heroes. Without the assistance of the internet in 1982, Basquiat, a voracious reader, must have called upon his legendary memory and/or had input from his father and others in order to assemble this impressive, detailed list of past boxing face-offs.

   

   

   

## BASEBALL

Growing up in New York City, Basquiat was fond of baseball, as seen by the BROOKLYN DODGERS work above, returning to the national pastime in other pieces.

In the Collection's *Baseball* (1982), the baseball is prominent at the bottom of the painting. Basquiat's interest in baseball is further seen in the sketch below where Basquiat writes "Famous Negro Athletes" (*Works on Paper*, pg 18). On the same page, there is also a sketch of Satchel Paige, a famous African American pitcher who was inducted into the National Baseball Hall of Fame. Coincidentally, Thaddeus Q. Mumford, Jr., who purchased the Collection from Basquiat in 1982, was the first African American batboy for the New York Yankees.

One of his most celebrated and exhibited paintings, *Famous Negro Athletes* (1981) is an oilstick on paper that was originally a graffiti mural. Four roughly scribbled, dark faces are huddled over a baseball and the title. *Famous Negro Athletes* hails sports as one of the few fields where Black Americans were allowed to dominate with their excellence.

A YouTube video shows Basquiat wearing a football helmet on which he has painted "AARON" and his iconic crown. https://www.youtube.com/watch?v=uY9Irc4wsHA

## CHILDHOOD ALLUSIONS

"Basquiat primarily emphasized the symbols of childhood and juvenile popular culture, and his works contain hundreds of examples, such as comic books and cartoon studios: ACTION COMICS, MAD, MARVEL COMICS, DISNEY, WARNER BROS., A.A.P., METRO GOLDWYN MAYER, UNIVERSAL STUDIOS, COLUMBIA; cartoon and comic characters: Porky Pig, Elmer Fudd, Superman, Jimmy Olson, Batman, Robin, Joker, Dick Tracy, Popeye, Olive Oyl, Lone Ranger, Rocky, Bullwinkle, Gumby and Pokey" (*Catalogue Raisonné*, Volume II, pg 38).

The Collection's paintings also illustrate the popular cultural symbols widely televised over the 1960s and 1970s. In the Collection's *Cat & Firetruck* (1982), we observe what I surmise is Felix The Cat, the star of an American animated syndicated television series. Although this series ran only three seasons (1958–1960), the episodes were rerun for many years.

As an example of Basquiat painting cartoon characters in his other works, in the *Catalogue Raisonné*, Volume I, pg 128, we observe a 1983 acrylic featuring a Moose (or Water Buffalo) whose inspiration may have come from the animated cartoon series "The Adventures of Rocky and Bullwinkle" (1959–1964). However, given the message "Secret Society," I wonder if the image is really of a Moose, which could be taken from "The Flintstones" "Water Buffalo Lodge" animated series (1960–1966).

In the *Catalogue Raisonné*, Volume II, pg 37, *A Panel of Experts* (1982), we see a painting with the words at the upper right "SATURDAY MORNING CARTOON." In the right image frame, we see "Beep Beep" and the bird, an obvious reference to Wile E. Coyote and the Road Runner. And what child watching cartoons at that time didn't eat "SUGAR COATED CORN PUFFS" as written at the bottom of the piece?

In the Collection's *Three Birds, Car & TV* (1982), we see three crows inside a television set at the upper left side of the painting. For those who remember, the "Heckle and Jeckle" animated cartoon show was aired from 1956 to 1966 and later from 1969 to 1971. These identical, yellow-billed magpies were always up to something mischievous, which is perhaps why children enjoyed watching the show. However, the birds in this painting may be derived from Dumbo's guardian crows.

In *Three Birds, Car & TV*, Basquiat displays his playful tongue-in-cheek humor. While the crows are themselves inside a TV, they appear bored while watching a plain-looking news reporter who is inside another television set at the upper right of the painting. These TV sets have large knobs on them indicative of the time period. A TV set with large knobs on it can be seen in the Collection's *Industry Insider* (1982) to the right of the tall head.

That Basquiat used cartoon shows as part of his inspiration can further be observed by the painting of Bugs Bunny with his carrot lounging inside the familiar Warner Bros. circle. The image (*Vitaphone*, 1984) is from the *Catalogue Raisonné*, Volume I, pg 243.

In the Collection's *Hit the Brakes* (1982), we see a blue bat. It is likely that the mid-1960s "Batman" television show gave Basquiat the impetus to paint the bat in this painting. For those who remember, in the 1960s television series, Batman wore a blue suit, cape and hood. This painting is also an autobiographical reference to eight-year-old Basquiat getting hit by a car as a young boy.

We also see a blue bat at the right side of the Collection's *Reptile with Claws and Crown (King of Creatures)* (1982) although it is less prominent than in the previous painting.

Bats are widely observed while turning through the pages of the *Catalogue Raisonné* with such examples seen in Volume I, pg 59 and pg 291. In this example from the *Catalogue Raisonné*, Volume I, pg 163 (*Piano Lesson For Chiara* (1983), we see Batman standing next to Robin with the "Batman" logo on the front of his uniform.

       

## COWBOYS AND NATIVE AMERICANS

Back in the 1960s and 1970s, there were many cowboy shows like "The Rifleman" (1958–1963), "Gunsmoke" (1955–1975), "Maverick" (1957–1962), "Cheyenne" (1955–1962) and "Bonanza" (1959–1973). I watched all of these shows and their reruns when I was a child and young teenager growing up. These, too, were the heroes of the time, adored and revered by children and juveniles alike. So, it would be no wonder that shows like these would have influenced Basquiat when he, too, was growing up.

Reflections of cowboy-and-Native American days can be seen in the Collection's *Self Portrait* (1982) with the tribal man holding a spear or arrow. Note the striking detail of similarities between the Collection's painting and that depicted in the *Catalogue Raisonné*.

In addition to spears, arrows, which usually include *fletchings*, are seen in the numerous Collection paintings from 1982: *Crown Face II*, *Cat & Firetruck*, *Hit The Brakes*, *Eyeballs Eat*, *Industry Insider*, *Acme Toy Co.*, *One More King/Czar* and *Red Face & Yellow Crown*.

*One More King/Czar* (1982) from the Collection is an example where we see arrows underneath the three-point crown. Arrows such as these are very common among the known works by Basquiat as can further be observed in the following work, *Hit the Brakes*.

In *Hit the Brakes*, we also see a Native American in the foreground of a pine forest defiantly holding up an arrow (or spear) in the air as a lariat is being cast at him from the upper left of the painting. Although an anachronistic reference, it appears that Batman has swooped in to save the day. Note the crown and distinctive block signature in the lower-right corner.

Basquiat's interest in Native Americans is further seen in the *Catalogue Raisonné*, Volume I, pg 18, with this painting featuring a teepee. With his encyclopedic knowledge of history, culture and art, Basquiat had no problem painting subjects with anachronistic contradictions, like here where cars appear in the same work as a teepee.

In the Collection's *Self-Portrait with his cowboy hat and wearing Leonardo da Vinci's flying suit* (1982), we see in the center of the painting a cowboy with wings. The use of a similarly shaped cowboy hat in a similar color appears in the known works of Basquiat as seen in the *Catalogue Raisonné*, Volume II, pg 106, frame 4. Both paintings have a feather.

In *Self-Portrait with his cowboy hat and wearing Leonardo da Vinci's flying suit*, the vertical lines representing the quills of the wings extend randomly above the horizontal wing structure, and the same carefree random pattern can be observed in the example below found in the *Catalogue Raisonné*, Volume I, pg 132 and 133. Note also the oblong head with no eyes, the boxed/rectangular torso, the spindle legs and the three-pointed toes of the bird feet.

It has been suggested that the bird wings depicted in *Self-Portrait with his cowboy hat and wearing Leonardo da Vinci's flying suit* represent the flying wing suit created by Leonardo da Vinci. It would hardly be surprising that Basquiat, being self-taught in math, science, anatomy and history, would imagine such a suit to dress up one of his subjects.

  

 

  

## MONSTERS AND SCIENCE FICTION

When I was a child during the 1950s and 1960s, I recall the old black-and-white sci-fi thrillers, such as "The Crawling Eye." Although considered "cheesy" and boring by today's cinematic standards, it scared me back then to the point that I still remember it today. I ponder if perhaps that frightening "The Crawling Eye" creature—that crawled around torturing its victims on a Swiss mountaintop—was the inspiration for this *Eyeballs/Eat* (1982) painting in the Collection. Note to the lower left of the painting the cavernous jaws inside of the door entrance where the word "EAT" is written inside the flesh-devouring creature's mouth.

The Collection's *Blue Skull* (1982) is a painting of a creature with an elongated skull and huge caged mouth and large, piercing eyes. We can see magenta outlines of mountains over the front of the skull head with the pine forest in the background, perhaps indicating that this creature lives in the mountains. Many of Basquiat's faces resemble African masks with hallowed eyes and caged mouths. The example below is depicted in the *Catalogue Raisonné Works on Paper*, pg 30.

*Self-Portrait, Skull* (1982) is another Collection painting of a creature with a large caged mouth. In this case, both eyes are created from concentric circles presenting a crazed look. It is impressive that the technique of different coloration and ways of filling in the pupils enhances the disturbed look of this demented creature.

At the upper right of this work are the words running uphill and written in red, "Doesn't Really Matter." Careful study of the image reveals that to the left of these words appears to be a gun with the muzzle flash proceeding from right to left along the top of the painting.

In *Dog & Wolf* (1982) from the Collection, we see a furry Wolf-Dog that has attacked a person who is lying on the ground. The word "Snakes" is added to the painting. This could be a reminiscence of the 1941 movie "Wolfman." However, it may reference the "snakes"—the people who discriminated against boxing champion Joe Louis. The Collection's *Red Face & Rat Monster* (1982) is fraught with meaning pertinent to the *Heroes & Monsters* exhibition. In case there were any questions about it, Basquiat writes of the green creature, "Rat Monster." There must be something evil about it because painted above the Monster's head is "666," along with a pentagram. 666 is called the "number of the beast" in Chapter 13 of the Book of Revelation in the "New Testament" and signifies the Devil or Anti-Christ. Given the "666" reference, the red face may indicate the Devil. This painting could have been a reference to the 1976 movie *The Food of the Gods* in which friends hunting on a remote island find killer rats that have mutated from a substance percolating up from the ground. As a solution to this rat problem, the hunters blow up a nearby dam to flood the killer rats, and that is perhaps why in this haunting painting we see the house toppling down, apparently being swept away by the flood.

In the Collection's *Industry Insider* (1982), a tour de force work chock-full of symbolism, we see what appears to be a mummy in the upper right background and a large creature head in the foreground. Note the concentric circles in the mummy's eyes, which is a very strong representation of creature eyes by Basquiat.

Another Basquiat persistent style is to paint the teeth with very defined block corners and an open mouth, as we see in the colorful head in the foreground. To the left of the creature's mouth is a red door behind, which appear to be small birds hiding from the creature.

To the right center of the painting is another period-era television set with the large knobs where, of course, we would watch TV sci-fi and thrillers and see such creatures as are present in this painting.

*Industry Insider* is one of many Collection paintings where Basquiat's drawing skills are evident.

The Collection's *Reptile with Claws and Crown (King of Creatures)* (1982), the theme painting for this *Heroes & Monsters* show, displays a scary reptile with red claws and a gold crown upon his head. This exquisitely crafted painting is the quintessence of excellence of Basquiat's works from 1982.










## THRILLERS

In the Collection's painting *Yellow & Black Building* (1982), we see what I believe is a reference to Alfred Hitchcock's 1963 classic movie "The Birds." I remember that at the time it came out, I was ten years old, and all the adults were talking about this movie. There was even an advertisement (I recall cleverly disguised as a news report) that the movie was so scary that a man had a heart attack watching it in the theater. Consequently, the adults were talking about making sure they were healthy before going to see the movie.

In *Yellow & Black Building,* we observe the birds flying over Alfred Hitchcock's head and the classic Hitchcock side profile as used in Hitchcock's TV series "Alfred Hitchcock Presents" (1955–1962). As a matter of interest, in 1945, Hitchcock made a request of Salvador Dalí to create a nightmare in a dream sequence for Hitchcock's psycho-analytic thriller movie "Spellbound." After "Spellbound," Hitchcock engaged Dalí to paint works to be used as props adorning the walls in the room scenes of Hitchcock's TV shows and movies.

## INFLUENCE OF PICASSO

Basquiat was influenced by several artists: da Vinci, Pollock and Warhol. In the *Catalogue Raisonné*, Volume I, pg 239, we see a portrait of Pablo Picasso who was another hero of Basquiat. We find the influence of Picasso upon Basquiat in two other paintings where Basquiat positions the eyes offset or on top of one another instead of side-by-side. In the *Catalogue Raisonné*, Volume I, pg 245, we find the classic Basquiat lizard with his orange eyes vertical instead of horizontal. Further, in the *Catalogue Raisonné*, Volume I, pg 224, we find another work by Basquiat, which also shows the eyes in the classic vertical Picasso style.

In *Batman with Top Hat,* we see yet another example where Basquiat positions the eyes of the subject on top of one another. Here, Basquiat honors his hero Pablo Picasso by integrating Picasso's style into his own artwork.

The Collection's painting *Face (With Orange Halo)* (1982) is another example of Basquiat positioning the eyes on top of one another.

The oblong caged mouth and the halo are also features that Basquiat regularly incorporated into his paintings.

## PINE TREES

Of the hundreds of paintings presented in Volume I of the *Catalogue Raisonné*, there are no images of pine trees prior to works painted in 1982, but in 1982 and thereafter, they do appear. Yet, Basquiat's version of pine forests do appear in the Collection's paintings: *Blue Skull* (mountains and pine forest), *Hit The Brakes* and *Three Birds, Car & TV*. This leads me to believe that during his time in Venice/Los Angeles, Basquiat made a trip up to Big Bear, Mammoth or Tahoe where he was impressed by the many towering pine trees. It is during 1982 and later when we begin to see such pine trees in the Venice collection works as well as in other pieces outside of the Collection, such as *Swiss Son* (1983) (*Catalogue Raisonné*, Volume I, pg 170). Sasquatch appears to be protecting its baby from the savage.

## YOUTHFUL MEMORIES AS INSPIRATION FOR HIS PAINTINGS

In the *Catalogue Raisonné*, Volume I, pg 200–201, a 1984 painting (*O.M.R.A.V.S.*) shows a person on an early wall-mount hand-crank telephone with the two large bells on its face. These phones were still around in the 1960s as I myself remember seeing them in my relatives' homes. It was common for Basquiat to reflect back to his earlier memories as resources for subject matters for his paintings.

The Collection's *Acme Toy Co.* (1982) likewise references earlier times with "ACME TOY CO" (featured in the "Roadrunner/Wile E. Coyote" animated shorts) written on a chalkboard. Acme Toy Company was a fictional corporation that was a running gag manufacturing products backfiring and failing at the most inopportune moments.

Note also the Army tank and medical banner images ingrained into post war–era children who heard war stories from WWII returned vets and watched war movies. Similar to the Army tank in *Acme Toy Co.,* the painting *Untitled* (1981) in the *Catalogue Raisonné*, Volume I, pg 27 also includes an Army tank in the painting with its barrel pointed to the left as in this *Acme Toy Co.* painting.

In *Gringo Pilot (Anola Gay)* (1981) (*Works on Paper,* at pages 92–93), Basquiat cites Colonel Paul Tibbets, the best-known pilot of World War II, and his B-29 Superfortress bomber the *Enola Gay* that dropped the atom bomb on Hiroshima.

   
   

    

## CONCLUSION

With these foregoing, notable similarities, it is beyond dispute that these authentic Collection paintings from 1982 mirror and are integral elements of Basquiat's universe. Indeed, some are better conceived, drawn, colored and executed than works in the *Catalogue Raisonné*. The Collection is a significant discovery for the art world that advances our knowledge, and deepens our appreciation, of Basquiat's singular genius.

The works in the *Catalogue Raisonné* reveal a unique universality, social commentary, fascination with popular culture and egalitarianism common to Basquiat's universe vividly depicted in the Collection. The editor of the *Catalogue Raisonné*, Enrique Navara, who assembled imagery from hundreds of Basquiat works to create his official compendium, concludes that Basquiat's paintings:

> *"owe nothing to the myth or to the drugs, or to the skin color of its Hero. They only show us a work that is full, consistent, lively and continuously explosive. Jean-Michel Basquiat is not only the son of the America where he was born and lived, or of the Africa of his distant ancestors. He is from all continents, from all those who have discovered and adopted him. He is from all cultures, his works are heavily influenced by them. He is not simply a witness of Black History because he refers to other peoples and other struggles, such as the Chinese who were used to lay the American railway tracks."*

Enrico Navarra, *Catalogue Raisonné*, Volume II pg 8.

Jean-Michel Basquiat has entertained, scolded, educated and inspired us. Thankfully, in many ways, he has posthumously shown us the way. As reflected in his stunning body of work, including the twenty-five paintings in the Collection, this prodigy helps us interpret our own universe today. To his admirers, Basquiat, in trying so honestly to cope with his own monsters, is our hero.

I have been in the field of Forensic Document Examinations for over thirty years. I was formerly commissioned ("sworn") with the Federal Bureau of Alcohol, Tobacco and Firearms working as a full time Forensic Document Examiner employee in their Western Regional Forensic Science Crime laboratory.

After an extensive background investigation I was issued a federal top secret security clearance due to the sensitive nature of information to which I was exposed. In this position I worked cases for the numerous field offices ("Posts of Duty") in the United States and in the U.S. Protectorates and Territories of the Special Agents of ATF which also occasionally involved joint investigation cases with the DEA and FBI.

I left this position on good terms for a full time Forensic Document Examiner employee position with the California Department of Justice where I examined cases for hundreds of government and law enforcement agencies throughout the State of California. I left this position on good terms to enter private practice as a Forensic Document Examiner and have been in full time private practice now for over eighteen years.

Part of the work of forensic document examiners is to evaluate all forms of written materials (human output) whether symbols, markings, graffiti, pictograms, monograms and stylized writings. Also considered are the methodologies, style and techniques employed. The evaluation further includes an evaluation of the substrate upon which those markings appear as well as the marking implement whether writing pen, pencil, color markers, brushes, stylists or etching and engraving tools.

Over the course of my work as a Forensic Document Examiner I have also examined and offered authentication opinions on paintings concerning the following artists: Henri Matisse, Marc Chagall, Pablo Picasso, Jackson Pollock, Erte (Romain de Tirtoff), Salvador Dali, Jean-Michel Basquiat, Willem de Kooning, Rembrandt van Rijn, Edgar Degas, John Singer Sargent, Claude Monet, Wassily Kandinsky and Edward Hopper.



Jean-Michel Basquiat's "Boy and Dog in a Johnnypump," painted in 1982, sold for over $100 million at auction in June 2020.

85

# BASQUIAT TRANSCENDENT REIMAGINING AMERICA'S MOST INFLUENTIAL ARTIST

BY STEVENSON A. DUNN

The most influential artist in American history is a Black man from Brooklyn: His name is Jean-Michel Basquiat. He was an art auction record holder, clothing designer, band member, Billboard-charting producer and cultural icon. It's clear that Jean-Michel's creative genius took many forms. Transcending beyond the fine art world and touching music, film, fashion and personal style, his inspiration has permeated the globe. Whether you relate to his artwork as prolific or child-like, people appreciate him as a global icon, who in a short time of less than ten years, left a huge impact on the world.

However, the true story of his life and genius has not been told. Raised by a Puerto Rican mother and a Haitian father, Jean-Michel embodied in a myriad of ways the American Dream and all the perils encountered in its pursuit. His exposure to fine art and science by his mother as a young boy would forever profoundly influence his artwork. Jean-Michel's father was a successful accountant who also owned property, but he may not have always been as enthusiastic about his son's path as an artist. It is a cultural norm in some Caribbean homes that a parent's preferred life path for their children is one of working hard to achieve academic excellence, which they hope will lead to financial success. It is the aspiration for a professional degree—doctor, lawyer, engineer or nurse—that takes precedence over creative pursuits, which are seen as less desirable.

Nonetheless, Jean-Michel's mother continued to champion his artistry with trips to the Brooklyn Museum of Art. And she ignited his love of science early on by gifting the young Jean-Michel with a copy of *Gray's Anatomy*, planting the seed that would blossom into and begin the thread of science that is interwoven throughout much of his work—a small, overlooked tidbit that misshapes his legacy.

Art historians often attempt to sell a singular story that Basquiat was a New York City street kid plucked from homelessness. This ubiquitous false narrative is a sensational tale, but it misrepresents Jean-Michel's true origin story. This "street kid" narrative is laughable to those who knew he was raised in a middle-class home, one that a high school friend recalls as "the nicest houses he had ever been to..."

We must stop reinforcing this hackneyed notion that the art world rescued Basquiat from nothingness. This facile characterization is misleading since the temporary life that Jean-Michel lived as a graffiti artist is a far cry from his parents' affluent Brooklyn home. He is not someone who was living in obscurity, destitute on the streets, who happened to have fallen into the art world as many would like us to believe. Rather, Jean-Michel knew what he wanted to become from a young age, professing that he would become a famous artist and often confidentially proclaiming that he would work with Andy Warhol—a prediction that came true.

Jean-Michel wrote for his high school newspaper in a collaboration with famed graffiti writer Al Diaz. Together, they created SAMO© ("Same Old Shit"), a moniker that still inspires and challenges today. Some say "SAMO©" was written to wake up society from its matrix-like slumber; this street poetry was a combination of graffiti and public outcry. It was here that the two started to gain notoriety, and a larger ego is justified for that of two young men at the time. They turned it into a very dynamic, intellectual and important body of work that provoked thought in New York City streets from 1978 to 1979. It was more of a controlled experiment in hype for the teenage duo, an early collaboration that seamlessly mixed an editorial smoothness with words and flips on established concepts that forced unique examination of established norms. They never saw it becoming a cultural icon decades later.

Misinterpretations of Jean-Michel Basquiat's work are often so glaring that the inaccuracies become exasperating. One notable illustration is the commentary about *Oreo*, a painting by Jean-Michel in 1988. The work depicts the word "Oreo" in black on a white circular background encompassed inside of a black oval on a green background. While giving an interpretation of *Oreo*, a world-renowned curator opined that it represented a quintessential example of Warhol's impact on Basquiat's work, drawing parallels to Basquiat's use of brands and commercialism. While it is true that Basquiat and Warhol had a professional relationship, this critique lacks cultural competency.

In the Black community, "Oreo" is an offensive slur, the evolution of the phrase "Uncle Tom." This intensely offensive term is used in the Black community as an insult from one Black person to another. Calling someone an "Oreo" implies that the person is "Black on the outside but white on the inside." This epithet describes a Black person who has adopted behavior, mannerism, attitudes, language styles and values similar to white society at the expense of connecting with one's Blackness. This baneful word implies that someone is either unaware, uneducated, uncomfortable or unaccepting of one's own Blackness. Furthermore, it conveys an idea that there is solely a singular way to be Black. "Oreo" is a reductive term that attempts to reinforce cultural stereotypes rooted in racism. This is a label that is not received well nor does it wash off easily.

No one person is guilty, however. This is a systemic issue that permeates the hierarchy of the art world's ecosystem. The lack of cultural inclusivity extends to every corner of the industry: artists, collectors, gallery owners, curators, managers, auction houses, critics and art fairs. To ensure we communicate accurate depictions based on a multi-faceted viewpoints, the industry itself would need a change in perspective.

Jean-Michel Basquiat was very much a Black artist in a white art world as is evidenced in how the art world views, interprets, hoards and monopolizes his work without regard for the impact. Often, misrepresentations due to a lack of cultural competency go unchallenged because of the perceived expertise of the people—curators, critics, dealers—who create them.

One conspicuous example is a diptych that Jean-Michel Basquiat created for Al Diaz. The two would call each other "WALA"—like one would say when performing a magic trick—part of a shared coded language. Jean-Michel would often behave in ways that drove his friends, especially those closest to him, mad. As an attempt to make amends, he gave Diaz a diptych that read "To and From WALA" at the top. It was the artist's unique olive branch to his friend, an artwork that contained a specific term of endearment only used by Jean-Michel and Diaz to refer to one another. This true sign of friendship and love was regrettably sold by Diaz to raise money to buy recording equipment. Less than a year after he sold the work, Jean-Michel died and though Diaz searched for decades, he was not able to locate it for over 30 years. Then, one day, Diaz was invited to the home of an Ivy League professor for an interview. On the wall, he saw the professor's prized Basquiat. The professor proudly shared a published catalog featuring the work, claiming that Basquiat painted the piece on a road trip from Washington State to Los Angeles, hence the phrase "To and From WALA."

This story points to a fundamental reason behind such misinterpretations: There is a failure to speak to those who knew, loved and lived with Jean-Michel in the interpretive conversation. This inaccurate story has continued to be published in major art publications and has been taught in art and art history programs, which further perpetrates a distorted reality. Many published Basquiat subject matter experts and people who retell his story only knew him in a professional context. Imagine your co-workers being asked to define you in your totality. Since they only know you through a professional lens, their knowledge about your life story would be lacking. To do any person's life justice, we must find a wider set of lenses to view him as a multi-faceted individual.

Too often, the art world unsurprisingly anoints a white male to give his insight into the work of a Black man in America. This not only has inherent glaring negative consequences, but it is also plainly offensive. Their inability to relate to the artist culturally feeds perverse, distorted interpretations of the artwork. For example, how can white males, no matter how well-intentioned, relate to the *Irony Of Negro Policeman* or *Defacement* more than the actual victims of police violence?

Notably, Chaédria LaBouvier was the first Black curator, Black woman curator and first person of color to curate an exhibition in the Guggenheim's 80-year history. Her exhibition "Defacement: The Untold Story" is the most culturally competent Basquiat exhibition ever curated at a major museum. Though a triumph in many ways, LaBouvier described her time at the Guggenheim as "the most racist professional experience of [her] life." She was excluded from key programming and panel discussions and from speaking with the press. Essentially, she was used for her Blackness and femininity. She was a means to make the museum seem like it was becoming more diverse. Her experience is but another example of the un-inclusive environment that permeates the art industry, especially in museums.

LaBouvier's show included *Irony Of Negro Policeman*, which provided insight into the Black community's twisted relationship with and irony of Black policemen. Historically, Black people have been disproportionately subjected to a farce racist punishment system. Thus, the idea that a Black person would subject himself to this oppressive system rampant with white supremacy is ironic at best.

Jean-Michel himself is pulling terminology, cultural references and sentiment from his experience as a Black man—a message that may not be picked up by everyone. He himself was both an artist and a canvas, painting from his own life experience. The title work of the exhibition "Defacement" also explores the institutional racism that exists in the NYPD in particular: It depicts officers brutally beating and killing a young artist named Michael Stewart for doing graffiti in a NYC subway. This work was created by Jean-Michel as a requiem for Stewart and as a cathartic release of emotion for himself. It wasn't something he created to be displayed in a gallery or museum; rather, he painted it on the studio wall of famed artist Keith Haring as an outlet for his grieving after Stewart's death. The intense empathy must have been overwhelming for Jean-Michel, who likely thought the same thing many Black people have thought when confronted with police violence: "That could have been me."

Jean-Michel stood against people being influenced by mass media or big corporations as he proclaimed early on when creating SAMO© graffiti with Al Diaz. If he were alive today, he would recoil at the use of his name and singular images (such as the lizard and the three-pointed crown) in mass advertising—a case in point being Tiffany's rhetoric behind its recent marketing campaign, which claimed Basquiat was inspired by its "robin's-egg blue" and somehow was paying homage to the jewelry giant. This point is further proven when you note that friends, collaborators and even Jean-Michel's former assistant have verified the lack of material connection in *Equals Pi*, the artwork featured in Tiffany's latest campaign.

Jean-Michel's unique aesthetic of combining mundane concepts highlights the need for input from those who were around him during their creation. These people must not be eliminated from the larger story as they know the source of inspiration and shared the artist's journey. As a young man, Jean-Michel borrowed his roommates' things—namely Alexis Adler's textbooks as she was matriculating through her bachelor of science degree, a continuation of his fascination with science and his use of anatomy and skeletal structure heads.

The skyrocketing prices for Basquiat's paintings—largely purchased by non-Blacks—is a testament to his greatness, but it is also a commentary on the perils of exclusion. The results of monopolizing Basquiat's work by affluent groups, nearly exclusively, has allowed many of the narratives created around him and his artwork to eliminate the rich diversity in his life and creations. This creates a paradigm where the diverse viewers, collectors, critics and enthusiasts don't see themselves in the overall narrative.

Through no fault of their own, people tend to pull from either learned or personal experiences when attempting to understand or interpret things, but they are not always aware of the inaccuracies or bias that may be glaringly obvious to other cultures. People are allowed to experience and interpret music without a self-anointed subject matter "expert" explaining the lyrics, references and influences. Thus, the viewpoints and conversation have to expand. The art world so easily champions diverse art. Yet the administrative labyrinth frequently overlooks the value of ethnic inclusivity, thereby further diminishing the voices of color in America whose path is already littered with minefields.

Jean-Michel Basquiat's impact from the early 1980s to today demonstrates his financial and creative influence on the art market, galleries and auction houses as well as fashion and hip-hop. His artwork is more in demand now than ever with the major auction houses, private collectors and financial institutions all clamoring to own or profit from a piece of the Basquiat action.

A major, gratifying aspect of Basquiat's legacy is his continued influence on artists who have forged their own paths in the art world but have clearly been influenced by his aesthetics and charismatic persona. Indeed, his aesthetic is so pervasive that he is deserving of his own style of art: "The Basquiat School." Artists such as Bradley Theodore, Genesis Tramaine, Quiana Parks, Gianni Lee and Banksy, just to name a few, have all been inspired by Basquiat. The crown, crayon depictions and aesthetic constantly show up in art, and given his iconic status, even his image has been made into art, with his picture plastered across T-shirts. In a real sense, Basquiat has become a commodity, like images of Einstein, Monroe and Lennon. His impact on fashion is undeniable as designers and brands such as Coach, Off-White, Reebok and Dr. Martens have used his artwork or aesthetic in some of their most well-known designs. The Brooklyn Nets basketball team even have branded their court with his signature three-pointed crown and their game jerseys pay him homage.

Jean-Michel's musical influence spans 40 years from his days with Test Pattern and Gray, cameos with Blondie and a Billboard-charting song with Rammellzee and Al Diaz. He has shown up in numerous hip-hop lyrics and his personal hairstyle has influenced musicians like Jay-Z, The Weeknd and others who have chosen a similar form of self-expression. He has undoubtedly become one of the most influential forces among creatives and artists around the world for the last forty years.

How can such a multifaceted artist still be viewed through a singular lens? To even begin to understand this genius, one must approach him from a variety of perspectives: from the people he touched, the people who knew him, the people who loved him and the people who share his cultural heritage and who are routinely left out of the mainstream art world. The grave implications from this practice is sidelining any inspiration for the next generation of Caribbean and Latinx kids from Brooklyn because Basquiat's prevailing narrative is not relatable.

If the art world continues to maintain a homogenous power structure that promotes whiteness as the standard, that uses whiteness as its lens and eschews diversity, it will perpetuate the lack of representation we see today, leaving us disadvantaged in our perspective. The arts infrastructure must be re-envisioned to embrace a heightened, sustained level of multi-faceted diversity in artists, managers, curators, galleries, designers, auctioneers, art directors, museum directors, museum staff, art educators, critics, taste makers, authors and publications. If not, we all risk continued marginalization of crucial voices in the dialogue.

This extraordinary exhibition of 25 exquisite paintings by Basquiat from 1982 is a positive step in the direction of making Basquiat accessible to his multi-variegated constituencies. This unique collection offers us the unprecedented opportunity to see Basquiat as Basquiat, at ease painting for himself and not affluent collectors or gallery owners. This is both artist and canvas unleashed as we see in so many delightful ways how Basquiat was free to express in his singular style and voice his thoughts and feelings about a host of issues ranging from his blackness to his demons.

With much appreciation to the Bishop Gallery and Stevenson Dunn.

Stevenson A. Dunn, Jr. was born and raised in Brooklyn, N.Y. and is a Founder and Owner of The Bishop Gallery, alongside his business partner and fellow Founder Erwin John. Dunn has curated Fine Art exhibitions and Arts Programming for over a decade, including hundreds of art shows with emerging and established artists from 6 continents. Focusing on making art more accessible, Dunn has brought exhibitions including a wide range of world-renowned artists to his community of Bed-Stuy, such as Jean-Michel Basquiat, Norman Lewis, Ed Clark, Maria Dominguez, Sam Adoquei, Nanette Carter and Al Diaz. Also, exhibiting acclaimed photographers such as Barron Claiborne, Ernie Panieccioli, Brittany Sensabaugh, Anuar Patjane and Victoria Ford. Currently, working with multidisciplinary artists like Quiana Parks, Jules Arthur, Sophia Dawson, Ron Draper, Juan Carlos Pinto and Zeph Farmby to push the contemporary art conversation forward to a new generation. Dunn, facilitates art collecting classes, moderates artists talks and expert panels internationally. Milestones include working with the Smithsonian, U.S. Congress, Armenian Museum of America, and co-curating seven Basquiat solo exhibitions in New York City, Miami, and Switzerland. Stevenson A. Dunn, Jr. is an accomplished speaker and commentator, presenting at Harvard University, US Naval Academy, and other Universities, appearing on various news programs including BET, MSNBC's Squawk Box and has been recognized in The Art Newspaper and Hyperallergic

# THE MUMFORD COLLECTION: AN ENCYCLOPEDIA OF BASQUIAT

BY MICHAEL KLEIN

To meet Basquiat as I did in 1981—I was all of twenty-nine—was not to immediately like him. He came across as a brat: spoiled, selfish and at the same time, timid and shy. But he was a phenomenon, a growing, developing talent with a longer and larger list of followers and supporters. These included museum curators and directors, the editor of *Artforum* magazine, critics and, of course, dealers who saw in this man gold.

He was set up to work in the basement of Annina Nosei's gallery on Prince Street, and Annina asked me to mind the store while she traveled to Europe on business. It wasn't the most ideal of spaces for the artist, but it was free and useful and so he worked. I would occasionally drop in with a collector, which he found so annoying, but at the same time it was a chance for him to be Basquiat!

In the early spring of 1982, the young Basquiat was invited to prepare for an exhibition at the prestigious Larry Gagosian Gallery in Los Angeles (April 8–May 8, 1982). He was working in a fairly sparse, newly designed and renovated studio space that was completed the year before. Basquiat lived and painted with the radio on, listening to Michael Jackson's latest hit "Thriller," while reports of the Falklands War between Great Britain and Argentina came in on his TV. He watched President Reagan's historic trip to what was still a divided Cold War city, West Berlin. This was ten years before the Rodney King trial and the LA race riots that were to follow.

Though temporarily stationed on the ground floor of Gagosian's warehouse building on Market Street in Venice, California, adjacent to the Pacific Ocean, Basquiat's own world was completely the opposite: no beaches or freeways. He was a New Yorker, an urban child, Brooklyn-born and -raised with a Puerto Rican mother and a Haitian father. He was a young, ambitious artist with street smarts, attitude and high energy, who spoke three languages and had a lingering drug habit. An autodidact, his talent was a never-ending desire to know and demonstrate what he knew. The way Basquiat learned to describe this world and transcribe it visually into his art was picking up on the robust overlay of media and street life and self- taught art history, mixed into a somewhat chaotic, if not frenetic, scratchy and symbolic coded language of recognizable forms and words. From the street came cars, trucks, taxis, apartment houses and tenements, street signs and sometimes a lonely dog. Add to this collective of personal stock images the introduction of language—all languages, that is. These were symbols, numbers that were the tags, marks, logos and emblems that appeared both as graffiti and also as commercial advertising everywhere you looked in the city—from vacant lots to subway cars and billboards along the main Brooklyn artery, Flatbush Avenue. To Basquiat, who was raised in a multilingual household, language was special. As an artist, it was as important as imagery; so, too, was color as fundamental as drawing. For Basquiat, both characteristic elements of his art spilled out onto the paper or canvas, unedited in ways layered and immediate, spirited and intuitive. This abundant, youthful and energetic passion is what grabbed the attention of the art world some forty years ago from the East Village of New York City all the way across the ocean to the galleries of Europe and Japan.

Looking back now almost four decades to his first time in LA, I contacted one former client and collector who attended the Basquiat opening at the Gagosian Gallery that year. "It was a packed event, full of celebrities—a sea of heads," as Jeff Kerns, a creative director for films in Hollywood, recently described the occasion in a telephone conversation from his home in Palm Springs. "Gagosian openings back then were great social events," Kerns continued to tell me. "Gene Kelly, the actor, was there—I had not known he was an art collector—along with many others from Hollywood who came to see the works of this mostly unknown new talent for which there was a growing buzz and a great deal of curiosity and excitement." Kerns recalled seeing some very large paintings, including the triptych *Six Crimee*, 1982, which is now in MOCA's permanent collection. In the description of this work from an auction of Scott Spiegel's collection in 2017, the catalogue reads:

*Six Crimee is the depiction of six black heads, each highly individualized and expressive, each topped by a nimbus, each hovering above abstract gestural paint strokes, a row of numbers, graffiti-like scrawls, and some recognizable imagery resembling game boards. The figures and surrounding space are all bathed in, even caught up in a rich, aqua-marine atmosphere.*

*"I bought a painting on wood from the show, several drawings and a series of xeroxes and two signed posters,"* Kerns continued. *"That painting—my painting, in fact—was part of a documentary film about Basquiat that was made while he was in LA and was featured in his first traveling retrospective."*

Since Basquiat exposed so much of himself through the random and seemingly endless dispatch of imagery, it is hard to pinpoint specific influences on the artist coming from across the board: sources could be day-to-day city life, cars and traffic, religion—lots of halos—and sports. For example, boxers and baseball players are regular characters in his works, as are quotes, phrases and numbers, buildings and houses. His work was filled with the neighborhood and cultural tropes he carried with himself.

No matter where he was, he was a New Yorker. As a person of mixed race in a predominately white, male business, it was quite novel, even in the economic boom of the '80s. In an online issue last year, *ARTnews* reported:

*In 1985, the New York Times Magazine featured a shoeless Jean-Michel Basquiat on its cover. Titled "New Art, New Money," the piece it ran with was ostensibly about the artist, but its focus was really the vague concept of the "art star"—a celebrity who not only made a lot of money (largely unheard of), but who didn't care if others knew how much money they made (terribly uncool). Art stars, the article said, went to the Midtown New York hotspot Mr. Chow, a trendy watering hole that doubled as a place to be seen and a place to have a drink. That made Basquiat quite unlike Jackson Pollock and his contemporaries, whose clubhouse, the West Village Cedar Tavern, was described as "grubby" and anonymous.*

*Inroads had been made by several contemporary women: Jenny Holzer, Barbara Kruger and Cindy Sherman seem to have broken the glass ceiling and established new expectations for women artists both here and abroad. In 1989, for example, Holzer took over the Solomon R. Guggenheim Museum with her Truisms. In the next decade, in 1995, MOMA acquired the entire body of Sherman's black-and-white film stills for a cool million dollars. Art and money were now permanent fixtures of the scene, and Basquiat was going to get his share of that prize no matter what.*

His belief in his own success and future is spelled out in a poem dedicated to Mumford.

If one is to review works made in that very early period for what was to be a short- lived career, '82 saw some of his best work being made. What was the driving force that year: success or recognition or exposure?

Like Pollock's *Lavender Mist*, certain Basquiat works have reached the status of masterpiece. First, he demanded attention—then, his art and now, his prices. He is fulfilling that American dream of becoming a legend long after his death. The question today is: Who next takes his crown?

Even with the influx of new money in the art world with painting coming back and artists across the board having one or two or even three venue shows at uptown and downtown galleries, Basquiat was breaking ground since he was among the first artists of color to achieve such status. He was proud of his mixed race. He also was an artist of color at a time when the world was watching the first impact of the AIDS crisis and its ultimate effects on various groups: rich and poor, black and white. On May 31, *The Los Angeles Times* published the first front-page story on AIDS in the mainstream press: "Mysterious Fever Now an Epidemic." And though race and racism in America would be explored, discussed and argued in the '80s and '90s until a person of mixed race stepped forward as a possible candidate for the President of the United States, Basquiat would appear like a predictor of our future. His art is both witness to and participant in the battle that is at hand for minorities and people of color in the U.S.

As he worked his creative magic in LA, the great wave of new figuration was coming out of the studios of Jonathan Borofsky in California, Malcolm Morley on Long Island and the older Philip Guston in Woodstock, as well as from sculptors like Joel Shapiro and Judith Shea. And there was gallery and institutional recognition: a "Re Figuration," Max Protetch Gallery, New York; "Body Language: Figurative Aspects in Recent Art," MIT List Visual Arts Center, 1981; "Figuration," University Art Museum, University of California, 1982.

Basquiat needed cash, and TV producer Thaddeus Mumford, Jr. offered him $5,000. In exchange, Mumford received these twenty-five works painted on cardboard. I can't imagine that Gagosian would have been pleased to see canvases being removed from the studio and not going to his gallery. Cardboard is very portable and easy to move!

Mumford, a successful producer and writer for such '70s TV shows as "M*A*S*H" and "Good Times," had been the first African American bat boy for the New York Yankees. In fact, it was his baseball memorabilia and the stack of Basquiat works that were auctioned in 2012 as the result of an unpaid storage bill. In Basquiat, Mumford saw the same drive and push that allowed him to break the color barriers in Hollywood and go on to have an enormously successful career.

Basquiat is also an astute, mostly self-taught student of the history of painting and, like most artists, he has his own personal pantheon of those artists he admires the most, encompassing a wide range periods and styles, from the Renaissance of Leonardo to the New York School of Franz Kline and, later, the highly celebrated worlds of Andy Warhol and Cy Twombly. Twombly was an American artist who self-exiled to Italy in the late '50s because of a failed relationship. In Italy, he was more at home to engage in compositions that matched his passion for classic poetry and rough, graffiti-like picture-making. He developed a very personal calligraphy, a language of his own making, like the upstart Basquiat. It is in Italy where Twombly's works were better understood, felt and cherished. "My favorite Twombly," Basquiat is quoted as saying, "is *Apollo and the Artist*, with the big name 'Apollo' written across it." Basquiat, like Twombly, saw the power of text, of bringing together words or phrases and images—a kind of visual slam, if you will. At one moment, there is the word, and at the next moment, there is the visual collision of paint and graphite. Yes, others have used words and images—from Cubism to Larry Rivers, Grace Hartigan and Squeak Carnwath—but no one has used language with such frenetic abandon and impulsive determination. A Basquiat work—no matter the scale—can have the look of a computer monitor flooded with data both linguistic and visual.

And for Basquiat, like most Americans since the invention of radio, there is of course, music: rock and jazz; Jimi Hendrix and Charlie Parker, each men of color with their own strong sound and message to express, and both heroes to the young painter. Charlie Parker ("the Bird") personified the jazz musician as an uncompromising artist. Basquiat, too, was that uncompromising artist. Hendrix is quoted as saying, "You have to go on and be crazy. Craziness is like heaven." Both notions resonated with Basquiat, the uncompromising artist, the crazy man. It is a toxic formula for genius as well as for tragedy.

On the recent anniversary of Basquiat's death at age twenty-seven in 1988, one critic wrote about a photo he had found online:

> Here he is in 1983 with Rammellzee on Santa Monica Blvd, in front of Maxfield's (his favorite clothing store) just a few blocks from Gagosian Gallery on North Almont. On the right is his painting "Hollywood Africans." Jean was a mess, a genius, a victim and his own worst enemy. Brief exposure to him was extremely powerful for me.

Mumford may or may not have been in attendance at the great Gagosian social event in '82, but his unique collection of works were all made subsequent to the opening of the show.

All the works were painted on cardboard or plywood that Basquiat had collected from nearby stores. Some of the cardboard works contain isolated images that would appear later in larger works; others are specific to the buyer of this work, Thad Mumford. Basquiat was working on his forthcoming premiere in LA and though he sold works, he also was willing to do some private deals to keep body and soul alive. Basquiat's introduction and subsequent meetings with this television executive, writer and producer Thad Mumford led to a friendship that continued beyond the artist's time in Venice, California. In exchange for his much and always-needed cash, Basquiat sold Mumford a selection of works made especially for him—each intimate, personal and anecdotal to their friendship. One wonders if in Mumford Basquiat found a role model, someone who was a great success in a creative industry. After all, few fathers imagine art as a means to success or an honest living!

From a critical point of view, the cardboard was a kind of nod to baseball cards since these works are a smaller scale than the paintings. And, as I discovered, not only was Mumford a baseball memorabilia collector, but, as noted, he also was the first African American bat boy for his home team, the New York Yankees. Obviously, they met in LA, but the two men shared a love of their local team and the game.

Typical of Basquiat's "Art Brut" style from this collection are works such as *Blue Skull* and *Baseball*. Each is an amalgamation onto the cardboard of both images and words. It is as if Basquiat is busy talking, thinking, writing, drawing and smoking all at once and translating or transferring that hyper-energy into a small section of cardboard. One might imagine these works as both messages and paintings—savagely autobiographical and simultaneously both hero and monster. When he had no money, explained Daniel Himmelfarb, manager of an art supply store, he simply stole materials. And when he needed drugs, he would take drawings, trade them and move on.

Hung together, these marvelous works might be a long letter to his friend, a long transcription of ideas and conversations that the two shared. In their exchanges and discussions about their lives and background, there was not only an exchange of stories but a measure of lives and emotions of being a Black artist in a white culture. Both men were high achievers and both sought fame, which is the name of the game for many.

Perhaps symbolic of this relationship is another large canvas from the same time: *Orange Sports Figure*, 1982, depicting a crowned head—the artist as prince and hero—and the outline of a baseball, all enmeshed in a field of orange like a work by one of his many painting heroes, the great Abstract Expressionist master Franz Kline. And though Kline is renowned for his early and very dramatic black-and-white paintings, he used orange often in his later bold color paintings; it is a color that bespeaks energy and power. In a lengthy 1977 essay on the artist, art historian Albert Boime described the Abstract Expressionist painter by explaining that "... he [Kline] identified on a day-to-day level not with the solitary intellectual but with matinee idols, star athletes. And the famous political personalities with whom he felt he had a close bond. He equated the ultimate aim of his career with their kind of popular success." How Basquiat-like is that?

One can only surmise how Basquiat would have imagined these works installed, perhaps across a wall, with the two largest, *Acme Toy Co.* and *Industry Insider* in the center around which smaller elements make up a kind of universe of images reflecting on the bigger statements. Among the elements of that universe are plenty of heads, a self-portrait with arrow, a relatively small work that reappears in a larger format in an almost all black-and-white, larger-scale painting entitled *Self Portrait*, 1982.

Basquiat is always there, symbolic as a crown or realistic as a figure. Here he is, a young, Black man standing in front of an otherwise classic expressionist backdrop—meaning the New York School—an arrow in hand, a warrior for a new era. It is not unusual for a painter, or any artist for that matter, to reuse something they fancy in other compositions. His world is very much a measure of Basquiat, the artist, and like so many other artists, from Picasso to de Kooning, the self is present at each turn and at each moment. And both large works presented in the exhibition are a kind of double portrait of Mumford: *Acme Toy Co.* could be a nod to Mumford's work on "M*A*S*H," a network television program that focused on the men and women serving in the U.S. Army Mobile Army Surgical Hospital during the Korean War, and *Industry Insider*, of the producer/writer himself.

Is it possible that for each of the twenty-five elements in the Mumford Collection, we could find that element used in a larger painting? Is the real gift here a kind of encyclopedia of Basquiat at age twenty-two?

These are the two largest works in this collection. The latter might be considered as an unofficial portrait of Mumford himself. Here is a large-scale head surrounded by specific references to Mumford's career in Hollywood and in television production. In composition, this portrait is very much akin to the *Portrait of Glenn* painted two years later in 1984, a portrait of the writer and editor Glenn O'Brien and long-time Basquiat supporter, which is now on view at the Museum of Modern Art. Of their friendship, O'Brien wrote in 2013:

*Basquiat and I became very good friends and he continually amazed me. Here was someone who had introduced poetry to the spray paint on the walls, but then he turned out to be the most amazing draughtsman I'd ever seen. To watch him draw was a revelation. His line and his concept came from beyond. He was a star. So I put him in the starring role of the film Downtown 81, playing a kid trying to make it as an artist. For the first time he had enough money to make pictures on canvas and good paper, and a place to sleep where he had the key. I knew he was great—he was electric. A tesla coil with dreadlocks—cool fire emanating wherever he went.*

This "draughtsmanship" is not that classical line of Ingres or Degas or Picasso. It is a style that is far more expressive and at the same time child-like but ever so intense and decisive.

Mumford's head is frontal with his teeth in profile. His head is like an enlarged photograph, surrounded by bits and pieces of the sitter's world, from a TV set to an award statue standing atop it. The head is a kind of X-ray of the man, the head separated into compartments, with Fauve-like segments of color, a characteristic of Basquiat, which is found in a similarly painted small panel painting of around the same time and recently exhibited in a Basquiat show at the Bishop Gallery in Brooklyn, New York, entitled *Neptune's Palace*, referring to the apartment where Basquiat procured his drugs and swapped his art for coke and pot. The material around him, like bits of hieroglyphs that explain life, tell a story and detail the personality.

Large or small, there is an attention to detail and to a well-crafted surface in all the works in this collection. Basquiat was determined to always include something of himself, whether it is the stick figure–like form that stands with an arrow in hand that surely is a self- portrait or the image of a crown or the cluster of birds that, like pigeons, seem to be everywhere in these works and is a reminder no doubt of home in New York City.

Everything is relatively small and easy to pack up and move to another place because Basquiat was always on the move, almost unable or unwilling to stand still. Most were made before and around the time of his first solo show as SAMO in 1981—no, not in New York, as one might think, but in Italy. Back in New York, Basquiat's work was next shown at the Fun Gallery in the East Village, Basquiat's neighborhood, instead of in the then-trendy Soho galleries. This was followed by additional shows in Europe and in larger mainstream New York galleries, which initiated his long relationship with Annina Nosei. He had his first show with her in 1981 and the use of her basement space for work. Later, she set him up with a studio on Crosby Street. He moved on to Mary Boone's hugely famous West Broadway gallery after which the marketplace took over.

By the time of Basquiat's death in 1988, the resale market had become strong and then stronger. As the public now knows, a painting by Basquiat can bring a king's ransom. He is sought-after by collectors around the globe and admired no doubt as much as President Obama. And like his hero Warhol, Basquiat was an artist whose work was understood by both the art crowd and the non-art crowd. His popularity is his communication understood by all.

It is interesting that these same images are never of a specific place or time of day, like an artist's studio or a room in a house. They seem to be made on the go, between places, no time to hang around, no backgrounds, no features and little detail other than the structure and color of a head or face—each flat, frontal, somewhat naive in execution. Many recall the neighborhoods whose walls are marked with names, numbers, signs. Crowns symbolizing the local gang, the Latin Kings, found their way into many of Basquiat's later works. The presence of the crowns asks us: Isn't he, too, in some way a Latin King?

Faces stare back at the viewer: some are skulls, some are masks, some monochromatic heads. All are visualized translations of emotions and thoughts into sketchy, nervous lines. Some are more subtle drawings and paintings in which the face is rendered with delicacy, grace, and though reckless in appearance, are sophisticated in structure. Basquiat focused mostly on the eyes, mouth and hair. The wild eyes of youth, a sure indicator of emotional states—anxiety, rage, fear, love— are truly the window to the soul. The mouth is a grill of teeth, and his hair is tall and spiked. And for the young Basquiat, this soul was neither at peace nor satisfied. It was a soul on fire. The immediate, and yet contained, passion suggests that the fire was an engine for a deeply creative and passionate man. He was a man who Al Diaz, a longtime friend and collaborator in the days of SAMO, said didn't have a practical bone in his body but who was committed to art-making for years. Yet at the same time, he was predestined to never attain maturity and enjoy days of looking back at his own past and reminiscing. For Basquiat, everything envisioned in these works is about the immediate present. There is no future, there is no past, there is only now.

Today, we are well aware of self-portraits by such contemporary artists as Chuck Close, Alex Katz or Alice Neel. They seem more interested in representing the physical self: how they or others look. But other artists have used the process of portraiture, specifically self- portraiture, to explain and explore their character—their inner being, if you will—to tap into the psychology of the self.

Dürer's self-portrait at age twenty-eight, painted in 1500, or Warhol's platinum-blond fright wig selfies from 1986, or the late, now-famous 1973 self-portrait by Picasso at age ninety-two, are examples of pictures of the self in the mirror or an X-ray–like outline of the artist's skull. They are factual representations of age the way Basquiat's works are a factual representation of boyhood; Basquiat was only twenty-seven when he died. In some ways, these images are akin to those by Cindy Sherman, in which she changes into different persona for the camera. For Basquiat, it is a change of the state of being, of mind, of the attitude of self. This cache of self-portraits seems to swing between the extremes of self-doubt and excitement, between clear-headedness and a mind affected and altered by drugs.

Seeking approval in a mostly white male–dominated art world, one wonders how he would have felt had he lived to be forty-seven, in 2008, the year Barack Obama—a mixed-race man like Basquiat— became our President, a man who won against all odds.

Basquiat lived in the pre-AIDS world, the world of the early Reagan years and the trickledown economy, a world before fax machines and before the internet and the cell phones that are now ubiquitous parts of our lives. Now, so many years later, we are living in a new order, one that is marked by the tragedy of 9/11, which in some ways threw the events and stories of the previous decades aside, placing our focus on the events since. Now, we are catching our breath, looking back again to see what happened. It is noteworthy, I think, that of all the artists of the '80s, Basquiat was both in and out of the picture the way Keith Haring was. He was less mainstream in a way for his time, and though he was presented by major galleries, there was less critical support, it seems, for a gay man or a man of color. Now, though, there is a rush to collect and present works from these communities, both in books and museum exhibitions, for they do tell us about a time now lost. In fact, I was struck that even John Berger, a remarkable writer and thinker about art, had included a brief essay on Basquiat in his latest book, *Portraits*. Among the seventy-four artists he has written about, he explains this about Basquiat: "With this vivid, amusing, furious and diverse alphabet, he spells out what he sees happening around him or within him, or he spells out what he knows in his blood but has never been fully acknowledged."

Basquiat is like the recently deceased singer/songwriter/performer Prince, a ladies' man, but also something androgynous, middle-class roots but a rebel for a myriad of reasons. He is gifted, wounded and almost unapproachable. He is that rare species of poet, hustler, lover and creative powerhouse who followed no rules but was eager to learn and then to transform everything into his own brand of art, made on his own terms, and he survived because of it. The material around him, like bits of hieroglyphs that explain life, tell a story and detail the personality.

By summer of 1982, Basquiat headed back to New York, with shows being planned there and in Boston, Zurich and Tokyo. Basquiat was becoming a known entity, an artist who went from a street artist—he did not like being called a "graffiti artist"—to participating in exhibitions at mainstream galleries and museums. He entered a now-more-than-ever international art world flush with new money and anxious to discover new talent and new energies that seemed in line with an emerging new class of collectors. This new world was becoming a global one as jet travel, the fax machine and the new desktop computer began to reform our culture. This is one of the reasons that Basquiat was so immediately recognized beyond the U.S., with shows and dealers in Europe and Japan. His great success in LA and the works he produced for Mumford all are now part of a larger repertoire of highly sought-after art produced by a young artist with great drive, intensity and a vision of himself as both hero and victim in late 20th-century America. What this collection of twenty-five works represents is a model of a world lived by an artist, a bright shooting star that appeared, gave light and quickly dimmed. Left behind is his message—in color and on numerous fragments of cardboard—for all to now enjoy.

Michael Klein is a private dealer and freelance and independent curator for individuals, institutions and arts organizations. He is a highly regarded writer, curator, and program director. He served as the first in house Curator for the Microsoft Art Collection based in Redmond, Washington between 1999 and 2006 directing art acquisitions, commissions, collection management in house exhibitions and an education program for the company's 50,000 employees and has been the executive director of the International Sculpture Center based in New Jersey. Klein has been a regular contributor to Sculpture Magazine in addition to writing reviews and feature articles for Art in America, ARTnews, Artnet and www.theartsection.com, among others. He has presented public lectures across the US and has served as adjunct faculty to New York University in New York as well as other universities and colleges.



# WORK ENTRIES

## UNTITLED
## (REPTILE WITH CLAWS AND A CROWN / MONSTER KING)

This image of the demon/dragon/lizard creature has also been referred to as the "King of Creatures." But we believe it represents something else. The central figure is created in black, green, purple, blue, orange and red. Its arms are raised with interesting attention paid to the joint areas. The arms terminate in clawed "hands" depicted in red crayon and outlined in red marker. The claws face toward the Monster and not away from it. The circular eye of the Monster is heavily worked in multiple colors. There are various scratchings, markings, symbols and colors that also compose this work.

The snarling Monster bares its razor teeth in such a way that the viewer can look through its mouth to see the teeth on the other side. The depiction of the teeth this way may be unique to this image by Basquiat. We will see many teeth in the pages to come, but none like this. Atop the Monster's head sits a significant three-pointed crown worked in gold and purple crayon...the colors of royalty. The crown also has magenta and purple emanations coming from it. This is a common motif in Basquiat's depictions of crown and halos, which are at times interchangeable and shown together and sometimes become a "crown of thorns."

There is an orange phallus-like appendage that also may serve as an arm, but the reference is unmistakable. That shape may also have a basis in Hobo Code (meaning "easy mark"), which Basquiat would have known only too well from being for a brief time both a homeless person living on the street, or specifically in a box in Washington Square Park. He was a graffiti artist and tagger, who was originally discovered because of his street philosophy writings with his cohort, Al Diaz, the second half of the pair of street artists known as SAMO© (Same Old Shit), which they began in the spring of 1977. Along the bottom are markings and colorings in predominantly orange, with red marker and a purple grid shape, which in Hobo Code refers to the "police" or even "jail."

As in all of Basquiat's works, there are various words and references, either real or otherwise, though nothing is arbitrary in the art of his world. We see the word "Bat" occur three times in magenta and blue on the right side of the painting. We see the word "Bat" several times in green just in the background of the words in magenta. We also see a magenta and blue depiction of a bat along with the words "Eat Bat" and "Feed Me, Fry Me" seemingly emanating from the creature's mouth. Bats are a recurring motif in Basquiat's works and they are depicted in several ways, including like the one shown here. But others are clear references to the superhero Batman, to bats that are shown with upside-down Basquiat crowns for wings. On our left side of the painting in the white area, there are incised lines in the paint that are grid-like; in other works in the Mumford Collection, Basquiat uses these grids to represent structures and buildings.

The reason we chose this to be the signature image of the *Heroes & Monsters* groundbreaking exhibition because it encapsulates the entire theme as we interpret it. Basquiat is the Hero, autobiographically seen in the form of the crown (his "signature"), and the Monster is Life. It is rough and savage. The streets are a hard life with everything against you...poverty, homelessness, racism, drugs, scams, prostitution, pansexuality, vampires and vultures (of the art world, in Basquiat's case), and the new terror on the streets of New York beginning in 1980...AIDS. Basquiat experienced it all very acutely, and as we will see in the coming pages, he frantically, frenetically, emotionally and psychologically vomits all this out in an attempt to deal with the Monster, while all the while attempting to escape into the world of ecstatic substances, such as cocaine and heroin, that would ultimately be the poisons that ended his life.

A.D.G.





Previous: Jean-Michel Basquiat, Untitled (Self-portrait, Skull) (detail)
1982, Matte acrylic, oil paint, wax crayon and paint stick on corrugated cardboard, 12 x 12 inches, Basquiat Venice Collection Group

Jean-Michel Basquiat, Untitled (Reptile with Claws and a Crown / Monster King), 1982, Matte acrylic, wax crayon, paint stick, marker and incisions in the paint, on corrugated cardboard, 15 x 14 5/8 inches, Basquiat Venice Collection Group

## UNTITLED
## (MYSTERY CREATURE/BAT)

On the reverse side of *Untitled (Reptile with Claws and a Crown)*, there is a mysterious figure drawn on top of what appears to be a painted black background with white superimposed on it. Basquiat has drawn two large concentric-circular eyes and an oval mouth worked in purple, blue, yellow, green and orange. The teeth are exposed in the mouth and are highly unlike the Monster "relative" on the other side of this painting. These teeth are rounded and depicted in purple, white, red, orange and green.

Many references can be made to what this face may be—such as a werewolf or Lon Chaney Wolf Man horror character. However, we believe that given the upturned nostrils of the simply depicted nose and the spiky ears on top on the head, this is the face of a bat. Thus, the verso is now linked with the painting on the front side. Unlike the other side with the Monster, no words are depicted here.

In the Mumford Collection, many of the works have some sort of work (however minor) on the reverse. Whether it be a crown with emanations or a doodle of a bird's head, Basquiat liked marking the back. Maybe in this way, he believed he was "sealing" the two sides of the cardboard. In any event, by using cardboard, Basquiat had the freedom to create whatever he wanted on both sides of the piece—an opportunity not afforded by canvas.

A.D.G.





Jean-Michel Basquiat, Untitled (Mystery Creature/Bat) on reverse of Untitled (Reptile with Claws and a Crown / Monster King), 1982, Matte acrylic with wax crayon and paint stick on corrugated cardboard, 15 x 14 5/8 inches, Basquiat Venice Collection Group

# UNTITLED
## (THREE BIRDS, A CAR, AND A TELEVISION)

Muddled layers of black and green fill the voids between three vignettes in *Three Birds, a Car, and a Television*. Highlighted with bright yellow and disconnected, the images incorporate several elements that permeate Basquiat's work.

The upper-left corner holds three birds, resembling either crows or ducks. Done in a cartoon-like style, the birds appear inspired by the likes of Daffy Duck and the crows from Disney's 1941 movie *Dumbo*. Looney Tunes are often referenced in Basquiat's work, as he appreciated cartoons as well as comics. *Dumbo's* crows, however, could have a deeper context. In the movie, the gang of crows is led by Jim "Dandy" Crow, an obvious nod to the racial segregation laws enacted in the U.S. South. A collection of similar birds can be seen in the artist's *Tenor* (1985). In *Dumbo*, the group of birds "talk jive" and perform other caricatures of offensive Black stereotypes. Yet, the gang of crows sympathize with the downtrodden titular character, eventually helping Dumbo learn to fly and reunite with his mother. Race was a prominent theme throughout Basquiat's work, and he often spoke of the role his race played in his feeling like an outsider in the predominately white art world.





To the right of the birds is a linked chain of circles in yellow, transitioning to a hollow red outline. The chain extends from the top of the page, drawing the viewer's eye to the bottom. A yellow car dominates the lower half of the composition, outlined in green and purple. Underneath the left tire is a scribbling of bright red, perhaps representative of blood, while the left hood of the car appears scratched. This could be a reference to Basquiat's automobile accident at the age of seven, resulting in a splenectomy and month-long hospital stay. In the car are two figures, one drawn in pink and the other a nude woman. The female figure's genitals are drawn facing outward, though she lacks defined facial features, potentially implying that her womanhood is of greater concern than her identity. A glimpse of a halo can be identified in orange above her head, indicating that the artist may hold her in high regard, bestowing her with honor or a sense of protection. The figure could represent his mother, who often visited him while he was in hospital and who helped instill a love of art in her son. There are few women in Basquiat's paintings.

To the right of the car is the familiar word "SAMO©" stacked vertically. The same can be found in purple in the upper-center of the composition, referencing Basquiat's earlier graffiti period with friend and collaborator Al Diaz. The far right of the work shows a gridded form with almost-geometric X-like lines below it. This is somewhat referential to the trunk of a body, as a head can be seen atop the form. The head features one over-circled left eye and one squinted right eye, as well as the recognizable gridded mouth. The portrayal of these differently shaped eyes recurs in Basquiat's paintings, including *Self-portrait, Skull, Colorful Face or Skull, Industry Insider, Crown Face, Self-portrait or Black Skull with a Crown inscribed with the word Milk, Self-portrait or Crown Face II, Face with Orange Halo* and *Head with Halo* in the Mumford Collection.

From there, a black arrow points to three purple arrows, moving the viewer's eye back to the top of the composition. A television is drawn, emphasized in purple, and shows a garish face with stacked eyes and a stitched mouth. This image could be linked to whichever program was playing while the artist created the work, as he was often known to do.

The entire composition has been accented with dark blue and rusted orange oilstick, filling the remaining negative space with three music notes trailing from the car. The top of the work sees lines of repeated stars, which soon evolve in capital A's, trailing out of frame. Basquiat was known to cover previous artworks with layers of paint, redacting anything he deemed distracting or obtuse. *Three Birds, a Car and a Television* is a prime example of the layers of work that lie beneath the surface of some of Basquiat's creations.

D.R.C.



Jean-Michel Basquiat, Untitled (Three Birds, a Car, and a Television), 1982, Oilstick and acrylic on cardboard, 19 ¼ x 15 inches, MJL Family Trust, LLC, c/o Mr. Richard LiPuma, Manager

# UNTITLED
## (SELF-PORTRAIT WITH A COWBOY HAT AND LEONARDO DA VINCI'S FLYING SUIT)

Signed "Jean-Michel Basquiat" with the typical Basquiat spineless E along the lower-right side, this image depicts Basquiat with his favorite hat, faceless and wearing something that fascinated him: Leonardo da Vinci's flying suit. There are multiple images of tall city buildings in black and yellow as well as several allusions to buildings on the upper-right and upper-left sides. There are two faces: one with dreads and wearing a green hat, a moustache and beard and the other of an African American with the two eyes stacked above each other rather than side-by-side as in the other head. This is Basquiat's nod to Picasso in taking the face apart and putting it back together again. Basquiat does this often, and he said that Picasso influenced him.

In the upper-right is a swatch of red as it is balanced in the lower-left, and this balance is mirrored in the swaths of bright yellow in the upper-middle-left and then again on the lower-right. In the upper-left is also a ghost-like figure in white with the eyes and mouth drawn in black. The top of this "spook" turns into a Basquiat crown. This image is also found on another of Basquiat's work from this time period. The only other figure is an image of Abraham Lincoln giving the Black Power upraised fist as he sits on the left arm of the Basquiat winged figure.

Many things showing through the paint make us wonder what the images of writing really are including by the right wing, the feathers of a hidden arrow; spears and arrows, which show up very often in Basquiat's work as symbols of power, are seen here. Basquiat said that he liked to scratch out or cover over images and words because it makes people look harder. It is also a nod to some new music just beginning and becoming popular in the early 1980s—rap and bebop—where "scratching" and "mixing" was a common technique. In the lower-left, painted in white on a blue field, is a symbol in Hobo Code, which means "good place for a handout."

Basquiat was known to wear this hat with feathers at times when he was out and about, hence the concept of the self-portrait. In fact, in Tokyo in 1983, Yutaka Sakano did a full-day photo shoot of Basquiat in his hat. He also studied the notebooks of Leonardo and illustrated and copied Leonardo drawings into his own paintings.

The image of Lincoln giving the Black Power fist could be a reference to this specific moment in Los Angeles in 1982 when the Los Angeles chapter of the Black Panthers was being disbanded and the fact that Abraham Lincoln was a hero to African Americans. The once-powerful chapter and home to Huey Newton had been greatly diminished by the late 1970s and early 1980s when power was solidified and moved to Oakland. The Lincoln figure with his upraised fist occurs several more times in Basquiat's paintings.

Another thing on which Basquiat commented and referenced several times in the Mumford Collection and in this painting are the black buildings with yellow windows. Basquiat painted these a bit differently than in other works, first laying down the yellow in oil paint and then painting the black grid over top. The oil paint dries with a glossy sheen that sets the yellow off as "glass windows" and is texturally very different than the acrylic, paint stick, magic marker or the spray paint that Basquiat did use in some of these works. Basquiat said that he was always interested in buildings with lights in the windows because they made him wonder what people were doing inside.

Dr. Jordana Moore Saggese is a leading scholar on Basquiat and has confirmed the attribution of this and other paintings in the collection to Basquiat. Dr. Saggese has aptly noted that this painting was a compilation of sorts, an assortment of images of Basquiat's "greatest hits" of his vocabulary and imagery.









Jean-Michel Basquiat, Untitled (Self-portrait with a cowboy hat and Leonardo de Vinci's flying suit), 1982, Matte acrylic, oil paint, wax crayon and paint stick on corrugated cardboard, 12 x 12 inches, Basquiat Venice Collection Group

# UNTITLED
# (COLORFUL FACE OR SKULL)

This small but powerful work is one of the heavily painted works in the Mumford Collection, along with its equal, the largest work in the collection, *Untitled (Big Painted Head or Skull)*, measuring 56 inches by 36.5 inches. This work also contains many characteristic mannerisms and techniques employed by Basquiat in other works during these same early years.

The central image is a head, a skull or a mask, a face-like image with one squinting eye and one round eye, both done in many colors of red, purple, yellow, green and white. This is very reminiscent of African or other tribal masks. Basquiat was familiar with this as he was with the writings on *African Art in Motion* and *Flash of the Spirit: African & Afro-American Art and Philosophy* by distinguished Yale art professor Robert Farris Thompson, who also wrote about Basquiat. There is a jagged mouth filled with two rows of teeth and a sharp jawline in red and blue. One ear is red and the other is blue. A halo with emanations, or perhaps it is a crown of thorns, is found above the head—an image employed by Basquiat in many works with such halo/crowns (some of which are in this catalogue). The halo/crown is done in the same multi-colors as are the face and eyes.

Across the top of the painting is a series of letters and writing that are intentionally covered over and obscured, thereby converting written language into expressionistic forms and abstract shapes. Basquiat did this very specific thing in an *Untitled* piece from 1983 as an oilstick on paper work. As we have said before, this was an often-used trait and element in Basquiat's works of this period to cover over and obscure elements rendered in ghost-like pentimenti, or "remembrances." *Pentimenti*, from its Italian roots of the word "to repent," is very interesting in this context of Basquiat's heavy use of this as a technique. In every painting in the Mumford Collection, Basquiat employs this. In this work, the upper background appears to be covered in words or symbols and then heavily obscured with multiple colors.

The work is signed with his trademark "JEAN" in the lower-right in white on top of blue. It appears the head has a neck and shoulders in blue, white and red. Yellow hovering just above the shoulders appears to function almost as epaulettes. Epaulettes as decorative ornaments are worn on the shoulders of some dress military uniforms and were often gold and signified high officer rank as well as recognizing power. Basquiat's continued use of the crown as a symbol of himself, Black power and the history of African kings signifies to him as well the power of Black athletes—a well-known vocabulary for Basquiat throughout his short career.

On the left side of the work, depicted in red, is a grid, or more appropriately, a ladder. The primary use of a ladder is to climb upwards and is symbolically significant to Basquiat's visual vocabulary where nothing is arbitrary. This symbol could also have significance in Hobo Code, where the grid symbol means jail or prison, another thematic issue Basquiat grappled with in the sense of "societal" prison. Basquiat and Mumford felt imprisoned as Black men in a white man's world. This was poignant for Basquiat as the only Black artist star at the time. Racism and oppression, as Basquiat often talked and depicted pictorially and in symbology, was a recurring theme and motif in Basquiat's art. As mentioned previously, even Andy Warhol, his idol and supposed friend, called Basquiat the "N" word multiple times in his own diaries. This social injustice and racism was clearly seen and experienced by Basquiat. He talked openly in interviews that he would attend events with the art world glitterati, but as a young Black man, he could not get a cab to stop to pick him up when he left such events and he was not allowed in or welcomed in some restaurants.

This "brotherhood" between Basquiat and Mumford is explored in the context of a remarkable autobiographical poem that they likely derived together, which was specifically written in honor of this joint effort that were these paintings. (The poem is included in this catalogue.) Mumford likely typed it up as a veteran screenwriter would do, and Basquiat initialed it. Those initials have been verified by James Blanco, a handwriting and document expert and written about by him in this catalogue.





Jean-Michel Basquiat, Untitled (Colorful Face or Skull), 1982, Matte acrylic, oil paint, wax crayon and paint stick on corrugated cardboard, 8 x 11 inches, Basquiat Venice Collection Group

## UNTITLED
## (TWO BLUE CARS)

*Two Blue Cars* paints a scene outside the artist's pictorial strategy of other works in the Mumford Collection. The horizontal composition features two cars traveling in opposite directions. Both are rendered in blue and white, with bright red wheels and outlines, the left car more heavily. There are accents of yellow and orange around the windows and emphasizing the wheels. A murky green is brushed behind the two cars, mixed with streaks of white, blue and yellow to create a blurring effect, not unlike the movement of headlights at night. The green is flanked on both sides by deep black that surrounds the central scene. Thin red and blue lines are scratched across the center of the composition, as if coming from the two cars, propelling the vehicles away from one another.

At the top of the picture frame, there are several blue brush strokes extending a quarter of the length of the cardboard. These lines, painted in succession, resemble the striped awnings seen on the facades of storefronts.  The left car is slightly smaller than the right, constructing a depth of field that tells the viewer it is traveling on the other side of the road. It is as if the artist is standing on the side of the street, staring at the traffic whizzing past him.

Cars and urban landscapes are frequently recognized in Basquiat's work, especially between 1980–81. In *Cadillac Moon* (1981), a similar gestural style and texture can be noted in both vehicles, as well as the same childlike profile perspective. *Untitled (Car)* (1980) uses the same horizontal lines to imply speed and movement. Basquiat often depicts crashing cars and ambulances, referring to the trauma the artist endured due to a car accident during his childhood. In addition, Suzanne Mallouk recalls his love of toy cars, stating in *Widow Basquiat*, "There were lots of toys around. Jean loved toys. Toy trucks and cars."  Mallouk also recounts a day when they drove past an old 1940s Chevy, insisting he should buy it: "He said 'no.' But a month later he bought the car pretending it was his idea. But he never learned how to drive so he hired people to drive for him. When he went to L.A. he shipped the car there along with a driver."

At the bottom-right, there is the distinctive "JEAN" with the E lacking the vertical line.  This form of signature or his full name spelled out permeate his early paintings.  In the Mumford Collection, ten paintings bear these marks, while SAMO© and his trademark three-pointed crown populate most of the others.  This ubiquitous branding was fit for a king.

D. R.C.





Jean-Michel Basquiat, Untitled (Two Blue Cars), 1982, Oilstick and acrylic on cardboard, 5 ¾ x 17 ½ inches, MJL Family Trust, LLC, c/o Mr. Richard LiPuma, Manager

# UNTITLED ("BOXER")

The composition is dominated by a blindfolded, truncated, skeletal figure with upraised arms in orange and white. The arms create a protective "umbrella" or "dome" over the head in white, orange and green. The head and face are created with bright orange, white, blue, black and red colors. The mouth is depicted as open with eight rounded teeth. Around the head is a halo with emanations.

The body depicts the spine, pelvis and "lungs" exposed, all drawn in white. The heart is shown in red with both red and white emanations possibly indicating movement or "beating." To the left of the skeletal body is the inscription "HE DIDN'T" in white. Just under this is white "COUNT PLUS" and under this is a series of circles (chains) and spiraling squiggles (which in Hobo Code indicates the symbol for judge or "judgment")[1] in white, which terminates in a bat drawn in white. The wings of the bat are depicted as upside-down Basquiat crowns.

To the right of the upraised arm on our right is a crown in white, and just under this is the inscription "FULLY EMBLEMATIC" in white. Beneath this is a bright-blue "triangle" of color, and just beneath that is another patch of light blue encircled in white with what appears to be an X, which has meaning in Hobo Code and indicates a great place for a handout[2]. It also appears to contain the inscription in white "MOMOA," which could be a reference to Basquiat's mother, who was non-existent in Basquiat's life because his father had her committed to a mental institution. This notion may be reinforced just to the left of this by the inscription "NEVER NEVER." Just under this, inscribed in white is "© = 18" as a fraction over a Basquiat crown with emanations. Clearly the © is an autobiographical reference to Basquiat and

the numbers are not just numbers: In street code, they mean "I ate," something that was very hit-or-miss when living on the street, as Basquiat did when he was young.

As for the question of who the work depicts, that is up for debate. Almost all the figures and heads that Basquiat paints are "self-portraits." The figure in cruciform suggests a Christ-like figure, especially with the halo and its emanations. However, the figure is blindfolded (blinded) and its body is exposed down to the organs and bones. We know Basquiat felt this way himself as not only a Black man in a white man's world and in his struggle with racism, but maybe more so in the art world, where he was a rising star, but still looked down upon by his contemporaries. Even his supposed later good friend Andy Warhol described Basquiat's apartment after visiting that it smelled like a "N-----r's apartment" (N-word.)[3] According to Warhol's diaries, he referred to all Black people as "N----rs."



Another possible autobiographical interpretation springs from racism and the notion that Basquiat felt vulnerable and exposed. Throughout his life, Basquiat closely identified with Black boxers, athletes and warriors. Growing up on the hardscrabble streets of Brooklyn, Basquiat, while comfortably middle-class, came face-to-face with economic struggle and racism for the working class most especially. We know Basquiat identified with the spirit of boxers as those of determined fighters who took body blows but continued to soldier on. He makes specific references and drawings commemorating Cassius Clay (Muhammad Ali), Jersey Joe Walcott, Jack Johnson, Joe Louis and Sugar Ray Robinson. Basquiat made many works with references to boxers or outright depicted them in works like *Untitled (The Boxer)*, 1982, and *Untitled*, 1982. The work depicts





a boxer standing in the ring with his fists raised. In one instance, Basquiat depicts a boxer in a ring with arms raised over his head and clutching a spear in *The Ring*, 1981. Juxtapose this boxer image with one of Basquiat posed as a boxer in trunks and gloves: Basquiat, the warrior, the king, the winner. Although his arms are upraised in victory, Basquiat's boxer also seems marked by vulnerability in the way that his monolithic body is pierced in areas that expose an abstracted skeletal grid, while his mask-like face suggests a skull-like specter of death. In fact, the outstretched arms also call to mind the pose of Christ upon the cross, while the halo might morph into a crown of thorns. Both victor and victim, the boxer that dominates the frame of Basquiat's monumental painting is a complexly conflicted figure.[4]

1 Robert Nance, Hidden Signals: Hobo Signs to Underground Railroad Quilts, A Quest Club Paper, December 15, 2017, pp. 13-17.
2 Nance, pp. 13-17.
3 "...skimming through the Andy Warhol diaries at a friend's house and I stumbled upon some stuff that I can't really process. In the Andy Warhol Diaries, Andy commonly uses the word "N-----r" to describe black people. It's not just that he uses that word for an old-fashioned identifier of black people either, he uses it with negative connotations. For example, when he was visiting the artist Jean-Michel Basquiat's apartment he said that it smelled like a "N----r's apartment." He also comes off as homophobic, which confuses me because he was gay himself. In one entry he even refuses to eat a sandwich because it was made by a gay man." https://www.reddit.com/r/ArtHistory/comments/a7nwxq/was_andy_warhol_racist_and_homophobic/
4 Shaun Randol, https://www.themantle.com/arts-and-culture/art-boxing-jean-michel-basquiat.



Jean-Michel Basquiat, Untitled ("Boxer"), 1982, Matte acrylic, wax crayon and paint stick on corrugated cardboard, 20 x 25 inches, Basquiat Venice Collection Group

# UNTITLED
# (ACME TOY CO.)

*"I usually put a lot down and then I take a lot away, then I put some more down and then I take some more away, so it's like a constant editing process." —Jean-Michel Basquiat*

*Acme Toy Co.* commands the viewer's attention with its size, color and pictorial strategy. Swatches of red, orange, yellow and black are overlapped with broad strokes of white, emphasizing the text scrawled within each block. Two central images weight the center of the composition with black, gestural lines and white details. The piece is permeated with contextual puzzle pieces and messages for the viewer to discover, referencing Basquiat's life, interests and body of work.

The background of *Acme Toy Co.* is made of strips and blocks of color and text. The use of white to highlight and cover the layers of the composition recalls Mondrian's exploration of asymmetry and planes of color in *Composition with Red, Blue, and Yellow* (1930). Within the blocks of orange and yellow are disorienting layers of singular letters, words and phrases. The letter A, both capital and lowercase, can be seen in long rows and varied orientations, rendered in white oilstick. Basquiat appropriated the letter A for many meanings. Some works use it as a reference to the baseball great Hank Aaron, others use it as a phonetic representation of screaming or wailing. Alternatively, the letter could be argued as a graphic symbol evolved from the similar lines of pointed arrows, triangles or even the points of a crown. As the A's stop, words and sentences come through: "JUST US" and "SO YOU DID KNOW?" Underneath those words, the phrase "HERE COMES THE SAINTS" can be made out in blue block letters and covered by orange paint. In an interview with Isabella Graw in 1987, Basquiat said, "I cross out words to move them into the background."

A strip of yellow in the upper-left corner features strong black letters and the repeated words "SYNDROME," "NEGATIVE," "SIGNED" and "NEW." The text style pays homage to the artist's graffiti tagging roots, in a developed and painterly way. Basquiat often copied words he liked, based on sound or line, and repeated them over and over. A similar street-art style cloud is painted in the bottom-right corner, surrounding the artist's signature.

Tucked in the upper-right corner of the composition is a small triangle with the number 3 inside, with a 1/2 mark next to it, followed by two crowns. This is explained in *Widow Basquiat* when his lover, Suzanne Mallouk, describes when a buyer asked Basquiat for his CV:

*"He said that if anyone ever asked him for it again he was going to give the measurements of his hand. He left the apartment and went out to buy a ruler. When he came back he began to measure his hand and write it all down: Right hand with four fingers and one thumb. Palm measures: three and one half inches wide and three and one half inches long."*

The triangle acts as a coded signature and proof of merit, a jab at those who dare to lessen him to an outsider within the art world.

The two central figures contrast the colorful orange, yellow and white with their strong and detailed black composition. The figure is painted in two styles, divided at the waist. The bottom ribcage and hipbones are rendered in hollow geometric shapes, while the upper body is drawn over black paint in sketched white oilstick. The figure raises his arms to hold a sign that reads "ACME TOY CO." in scratchy white letters. This near-exact figure can be seen in *Native Carrying some Guns, Bibles, Amorites on Safari* (1982), though that sign reads "ROYAL SALT INC ©." *Acme Toy Co.* may have been a study for *Native Carry some Guns.* Conversely, the artist could be referencing his own previous work, exploring his application of the figure in a different way.

The phrase "Acme" has several cultural meanings within the 20th century. Businesses often used "Acme" in their title, as it was closest to the top in the Yellow Pages directory. Originating from ancient Greek for "highest point," businesses chose the word to signify the best. American Acme Company manufactured furniture and toys until 1967, including toy cars, of which the artist was fond. The most well-known example of "Acme," however, would be the anything-you-could-ever-need provider from the *Looney Tunes* and *Merrie Melodies* cartoons. Wile E. Coyote and the Road Runner would use Acme-brand anvils and bombs to thwart their rival, to no avail. Basquiat was an avid cartoon enthusiast, and frequently depicted the likenesses of characters like Bugs Bunny and Daffy Duck. The cartoons were a touchstone of both the artist's childhood and creative process.

The tank that accompanies the figure is drawn in great detail, unusual for Basquiat's vehicles. Both the tank's barrel and track feature strokes of green, black and yellow, giving it added dimension. One of the wheels features the © symbol, a favorite of Basquiat for both artistic detail and his signature. The barrel is taking a shot, indicated by the emanating yellow and orange streams. Tanks were not often depicted in the artist's work, though one appeared in *Untitled* (1981), in far less detail.

One of the two largest compositions belonging to the Mumford Collection, *Acme Toy Co.* exemplifies Basquiat's layered style and weaves together imagery and text in a playful, stimulating way.

D. R.C.

 



Jean-Michel Basquiat, Untitled (Acme Toy Co.), 1982, Oilstick and acrylic on cardboard, 54 x 36 inches, MJL Family Trust, LLC, c/o Mr. Richard LiPuma, Manager

## UNTITLED
## (ONE MORE KING/CZAR)

The dominant and central image in this painting is a familiar Basquiat crown (this one white on black), framed on our left in white. The painting is signed in black "JEAN (crown)" with Basquiat's trademark E without a "spine." On our right side in white written on black are the words "One More King" and the words "Czar," twice, but crossed out. There is also a white arrow pointing downward, and then an arrow pointing left and one pointing right, with the words "Czar," twice, with one of them partially obscured.

In the center left, there are a series of the letter A in white with the name "Albert," which may refer to Basquiat's SAMO© compatriot, Al Diaz. There is a white grid on black just beside this, and in Hobo Code, this symbol can mean "police" or "prison."[5] This painting is all monochromatic, except for one delicate feature: The long purple flower, or stem, on our left stretches from the bottom of the painting to the top. We do not know what this means.

To return to the subject of the many A letters we find here: This is nothing compared to other paintings in the Mumford Collection that are covered in the letter A all across the surfaces, mostly in lines or grids of the letter. It is not difficult to conclude that what Basquiat is doing here so prolifically with these A letters is screaming.

The crown is pervasive, and many have tried to deduce its origins. Many have likened it to power, kings and Basquiat's idols as seen in Black athletes, specifically boxers. Whether this is a self-proclaimed "king of the jungle," "king of New York" or "king of the world," these titles of power were self-possessed outwardly as part of Basquiat's "brand." The kings of jazz, which is almost totally a Black art form, were led by "Duke" Ellington or "Count" Basie. Hank Aaron was also the homerun king.

The artist grew up watching Joe Lewis, Muhammad Ali and other fighters on TV with his father. "These fond memories with his family also fostered a great deal of respect in Basquiat for the athletes as individuals." "His idols were always fighting two battles—constantly having to overcome racial inequality outside of the ring as they worked toward their championship titles in the ring. Their endeavors resonated with Basquiat and he chose to portray them this way."[6]

Needless to say, the crown, this crown, has become so synonymous with Basquiat and his brand, that the Brooklyn Nets of the NBA have taken the crown and the brand of Basquiat as their own—even including the crown on their court, twice, using Basquiat's color schemes, the type and style of how he wrote and, perhaps, even how he spelled Brooklyn (BKLYN).

5Robert Nance, Hidden Signals: Hobo Signs to Underground Railroad Quilts, A Quest Club Paper, December 15, 2017, pp. 12-17.
6https://news.artnet.com/market/basquiat-boxer-phillips-1691164.

In the end, the "crown" equals Basquiat both in his own created visual language and how he associates the power symbol to what he is "writing" and albeit "saying," but the crown stands in for the artist himself. In fact, when Basquiat grew out his hair, it was shaped like a crown, so he always wore one personally.

A.D.G.









Jean-Michel Basquiat, Untitled (One More King/Czar), 1982, Matte acrylic, wax crayon and paint stick on corrugated cardboard, 9 1/2 x 10 inches, Basquiat Venice Collection Group

# UNTITLED
# (CAT AND FIRETRUCK)

"FIRE WILL ATTRACT MORE ATTENTION THAN ANY OTHER CRY FOR HELP."
—Jean-Michel Basquiat, from his *Notebooks*

The composition is, at first sight, a dizzy layering of dense text and color. The left half of the painting is riddled with the word "FIRE," written repeatedly in overlapping linked block letters, as well as "911" and "FIRETRUCK." In the lower-left corner is a drawing of a firetruck, ladder and all, pictured on a stark white background framed on three sides by weighty black lines. The repeated "FIRE" carries down, this time in neat lines, with several words highlighted in red and yellow. The E in "FIRE" is written without a spine, a trait often observed in Basquiat's handwriting. This style can also be seen in his "JEAN" signature in the lower-right corner, alongside the signature three-point crown.

In the center of the composition is a vague rendition of an American flag. The red-and-white stripes are murky, blending into streaks of pink, with thin blue lines shooting across. Where there would typically be stars, there are blue X's instead. The image tapers down, becoming absorbed by the central image and text.

At the center of the painting, and extending to the right half of the composition, is a large head resembling Felix the Cat of cartoon fame. Felix is drawn in rich violet and accented with orange in the gridded mouth and agitated, encircled eyes. The artist's sketchy lines are overdrawn, allowing the oilstick to expose the cardboard substrate's ridged texture. Emanating out of the top of the head and into the upper-right corner are several layered circles. Some circles feature claw-like marks at their bottom, not unlike those seen in *Untitled (Hit the Brakes)*, also part of the Mumford Collection. Basquiat often drew inspiration from cartoons and comic books. Characters like The Flash, Batman, Daffy Duck and Bugs Bunny frequently appear in Basquiat's oeuvre. Felix the Cat would reappear in a collaborative work between Basquiat and Andy Warhol in 1984–85.

"I'm usually in front of the television," Basquiat remarked in 1985. "I have to have some source material around me to work off."[7] Basquiat created in a space of near-constant stimulation: television on, records spinning, books strewn around. These sources of inspiration bleed into everything he touches, whether in imagery or in visual movement. The repetitive clustering of the word "FIRE," with varying levels of sharpness and clarity, creates a visual syncopation that mimics the complex and layered notes of bebop jazz, one of Basquiat's greatest influences. The artist's repetitious use of text nearly strips the word of its meaning—like when you say a word too many times—and it begins to sound foreign. Instead, the word becomes a graphic symbol, simply an arrangement of lines. Basquiat had a playful way of manipulating and reappropriating meaning, as if his art was an inside joke with himself.

This painting is rich in numerous colors: red, white, black, green, blue, purple and orange.  Basquiat's palette was seemingly endless, allowing him the creative flexibility to message with color and express his feelings.  Color helped hold his paintings together.

7(Basquiat 1985)



Jean-Michel Basquiat, Untitled (Cat and Firetruck), 1982, Oilstick and acrylic paint on cardboard, 21 x 25 ¾ inches, MJL Family Trust, LLC, c/o Mr. Richard LiPuma, Manager

# UNTITLED
# (HEAD WITH HALO)

Basquiat's adroit grasp of color and line are on display in *Head with Halo*. Beyond its surface-level composition lies a thoughtful study of one of Basquiat's most recurring subjects. The head occupies the entire frame, tilted to a near half-profile. An implied line of smudged black bisects the face, using planes of green, yellow and white to divide the forehead. The figure's right eye creates a bright white void in the center of the picture plane, emphasized by repeated circles of red, green and blue. A strong sweep of yellow on the lower eye socket looks almost like a sleep-deprived undereye bag. A cyclone of blue defines the figure's left eye. There are a few black lines near the inner corners of both eyes, giving the face an agitated expression. The mouth bares Basquiat's typical gridded teeth, while a scribble of red creates a gestural bottom lip. The halo sitting atop the head is repeatedly drawn over with layers of blue, green and purple, and casts beams of vivid red onto the face. The rainbow of colors used to outline the halo are observed in several other works in the Mumford Collection, including the dome over the figure in *He Didn't* and the facial features in *Mystery Creature/Bat*.

The expressive blocks of color in *Head with Halo* are typical of Basquiat's Neo-expressionistic style and can be seen throughout his work. Yet this composition appears to have strong influence from the architectonic color fields of Hans Hofmann's later periods, particularly *Combinable Wall I and II* (1961). The alternating blocks of yellow, green and blue in Hofmann's work are given Basquiat's expressive strokes in *Head with Halo*. The blue "square" of the figure's left eye is balanced by the blue in the right of the jaw; the forehead's green and yellow are checkerboarded with the bottom half of the jaw. Just as Hofmann's geometric fields famously "push and pull" the work's surface, so does Basquiat "push and pull" the facial planes of his figure. Basquiat has taken Hofmann's geometric balance and applied it to his own chaotic strokes.

Basquiat often discussed how his contemporaries, as well as his independent studies of art history, had impacted his work. "I wouldn't say a lot [about art history], but that's the majority of the time the kinds of books I read." As a child, Basquiat frequented the Brooklyn Museum with his mother, helping foster his interest in art. In Jennifer Clement's book *Widow Basquiat*, Basquiat's lover, Suzanne Mallouk, recalls exploring MoMA with him:

> *"I realized that he must have been to the MoMA millions of times. I had no idea. I never knew when he went. He never mentioned it to me. I knew that his mother had taken him to museums. Jean knew every inch of that museum, every painting, every room. I was astonished at his knowledge and intelligence and at how twisted and unexpected his observations could be."*

It would make sense that Basquiat's exposure to artists like Hofmann, Twombly and Picasso would greatly influence his own artistic style. He often aimed to not only emulate, but also challenge the works that came before him, carving out his own place in history. While other great artists influenced Basquiat, he developed a distinctive style, use of color and line, and expression that would elevate him to the exalted status as superstar that he achieved in only a decade of painting.

D.R.C.





Jean-Michel Basquiat, Untitled (Head with Halo), 1982, Oilstick and acrylic on cardboard, 12 ¾ x 8 1/8 in. MJL Family Trust, LLC, c/o Mr. Richard LiPuma, Manager

Case 6:24-cv-02180-PGB-RMN    Document 37-4    Filed 01/30/25    Page 61 of 86 PageID 1255

## UNTITLED
## (SELF PORTRAIT WITH ARROW)

Despite its smaller size, *Self-Portrait with Arrow* is a commanding piece due in large part to its stark contrast between the central figure and the white background. The figure is drawn in thick black lines, quickly sketched, allowing some white background to peek through. Bright yellow and blue fill the figure's torso, legs and crown of the head. The mouth has the familiar teeth shaped like a grid like *Self-portrait, Skull, Cat and Firetruck, Self-portrait with his cowboy hat and wearing Leonardo da Vinci's flying suit, Colorful Face or Skull, Blue Skull, Face with Orange Halo, Head with Halo* and *Acme Toy Co.*

The figure is drawn with a raised left arm clutching a downward-facing arrow with fletches, while the right arm rests at the side. Both the right hand and foot have defined fingers and toes, while the left foot appears clubbed. The right buttock is pushed out to the side, and an elongated penis hangs between the legs. The hair is in a crown of dreads, often seen in Basquiat's self-portraiture. Dots and dashes fall from the right hand, while a flag-like form stakes claim in the bottom-right of the artwork. Black lines form a gridded symbol, while another symbol has been smudged out.

This composition is seen in several of Basquiat's works from 1982. In *Hit the Brakes* in this catalogue, the figure is mirrored and features similar yellow and blue coloring. In *Self Portrait* (1982), the same figure can be recognized with the exact arrangement, gridded flag and forms included. However, that self-portrait is in unyielding black. While the raised fist would initially give off an air of power or victory, the downward arrow in its grasp indicates a defensive warning.

The wielding of arrows is a common thematic element in Basquiat's work. This could be a defensive mechanism, meant to ward off those he deemed predatory or unappreciative of his work, or perhaps a way to signify his own power. The arrow, much like the halo or the crown, may be a gift that Basquiat gives to those in power or strength.

D. R.C.





Jean-Michel Basquiat, Untitled (Self Portrait with Arrow), 1982, Oilstick and acrylic on card-board, 12 x 7 inches, MJL Family Trust, LLC, c/o Mr. Richard LiPuma, Manager

## UNTITLED
## (YELLOW AND BLACK BUILDINGS)

Like several other works in the Mumford Collection, *Yellow and Black Buildings* highlights the influence New York's urban landscape had on Basquiat in his early career. The composition's skyline is comprised of five multistory buildings, all anchored at the bottom of the frame with a bright, golden yellow. In fact, it appears the artist painted broad strokes of yellow acrylic paint first, only to define the buildings' structure with a layer of black paint over top. This composition and coloring can also be identified in *Self-Portrait with His Cowboy Hat and wearing Leonardo da Vinci's flying suit* in the Mumford Collection. Between the second and third buildings is a tall rectangle, of similar building shape and size, rendered in orange oilstick. The orange appears to be added in after the black, as it can be observed overlapping the black edges of the buildings. This form does not have windows like the others and could represent fire or additional light shining from the skyline.

The right third of the composition is dominated by a solid figure painted black, appearing to be a head in profile, nearly the same size of the buildings. The head features a bulbous nose, one eye and one ear, all drawn in white oilstick. The mouth is a quick line with a few implied teeth, while the jagged white marks atop the head could be either hair or thorns. The features are unlike Basquiat's typical style of over-circled eyes and gridded mouths, leading us to believe this figure is more monster than human.

In the upper-right corner, just above the figure's head, are several black symbols. One small bird-like figure flies in the sky, its beak pointed downward. Flying in formation behind the bird are five small points, resembling the V shape that children often use to represent birds in their drawings. There is also a circle with a line slashed through it. This symbol is a documented part of the Hobo Code, meaning "good road to follow." Hobo Code was a cryptic signage used by transient and vagabond communities to communicate and was used as early as the 1870s until the 1940s. A key for the coded language was included in Henry Dreyfuss' *Symbol Sourcebook*. Published in 1972, it was a practical guide of international graphic symbols and a notable reference source for Basquiat. Many symbols found in Dreyfuss' compendium can be seen in Basquiat's work throughout his oeuvre, including several paintings in this catalogue.

Basquiat's depiction of cityscapes remained a major theme for the duration of his career. A similar arrangement and simplistic style can be seen in *The Bond, the Earle or Stanhope* (1982), and in *Prayer* (1984). *Industry Insider* not only depicts a two-column building with similar windows, but within those windows sit small birds drawn in the same style as the bird in *Yellow and Black Buildings*. The artist could be drawing stylistic inspiration from the Hobo Code bird symbol, meaning "telephone here," without intending to communicate a message with the design's linguistic purpose.

Additionally, the structure of the buildings evolved over the course of Basquiat's career. Originally a pictorial element, the long columns and window grids evolved into compositional structure. Soon, the artist would experiment with canvases divided into segments with long swatches of color, even creating multi-panel frames from doors, fences and wood panels like those used in *Grillo* (1984).

D.R.C.

 





Jean-Michel Basquiat, Untitled (Yellow and Black Buildings), 1982, Oilstick and acrylic on cardboard, 8 ½ x 11 1/8 inches, MJL Family Trust, LLC, c/o Mr. Richard LiPuma, Manager

# UNTITLED
## (SELF-PORTRAIT OR BLACK SKULL WITH A CROWN INSCRIBED WITH THE WORD MILK)

The single image of a black "head" or "skull" is roughly painted, and it dominates this painting. We see one large round eye and one squinty eye rendered in red, a nose and open mouth with two rows of circular teeth in both red and white. The facial illustration is done in one single, unbroken line of red. There are also orange eyebrows and a pink ear. We have seen many of the same things in other works from this collection, including round and squinty eyes, rendering this head mask-like.

The other most dominant feature of this work is a "white" "crown" incised with the word "MILK." The whole composition sits on a field of white with some dabs of blue on the left side. In these dabs of blue are partial and almost full fingerprints. Beside these blue dabs are a number of white X's. There is overpainted red on the lower-left side. On the very lower-left are three symbols in Hobo Code discussed below. To the left of the "MILK" crown is the letter H, and this may give us a clue as to the meaning of the work.

The black "tar-like" rendering of the head could reference several things and when coupled with the nostrils and eyes could reference heroin, which is sometimes referred to as "black tar." Basquiat was addicted to heroin, and that is why Madonna left him. Larry Gagosian—the famed dealer who gave Basquiat the chance for a second major show in the spring of 1983 (following his successful 1982 show for Gagosian) and the reason Basquiat was in Los Angeles in 1982—remembered that Basquiat had done so much cocaine that he had a deviated septum and therefore converted to heroin for his highs. The grotesque face here is ravaged and whether it was by drugs, pain, life or successes, decay is setting in, and that sense is exuded rawly.

The symbols in the lower-left support this possible interpretation. The curly figures (used elsewhere) are Hobo Code for the police, judge or judgment. The symbol in the middle is that of "Workhouse jail," which was a symbol warning visitors to do their business and leave town as quickly as possible. If your timing was bad, you could easily get locked up and find yourself working long, hard hours digging ditches with no pay and release date. Get "snagged" in one of these situations, and you had better plan your escape from the beginning. The "jail" of life—of drugs and fame—would later lead to the early escape/death of Basquiat by just those same things...life and drugs (most specifically).

The nature of the crown has a specific meaning, especially when paired with the H just to the left of it. This could very well refer to Harvey Milk. Milk was born and raised and went to college in New York City. He served in the military in Korea until he was discharged for engaging in sex with other enlisted men. He returned to the city, where he worked as a financial analyst. In 1972, he moved to San Francisco, where he became more vocal about his sexuality and gay community issues. He became so popular that he ran for office to challenge the gay leadership, which he thought was too conservative on gay issues and gay rights.

Milk ran for a Supervisor seat in 1973 and lost, but his popularity grew. He ran again unsuccessfully in 1976 but was finally successful in 1977. He was one of the first openly gay political figures in history. Milk served almost eleven months in office, during which he sponsored a bill banning discrimination in public accommodations, housing and employment on the basis of sexual orientation. The Supervisors passed the bill by a vote of 11–1, and it was signed into law by Mayor George Moscone. On November 27, 1978, Milk and Moscone were assassinated by Dan White, a disgruntled former city supervisor, because of their views and support of gay rights.

Milk became a hero/martyr not only for gay people, but anyone oppressed by society. Basquiat was eighteen when this tragic, monumental event about people's rights occurred. Given Basquiat's open attacks on racism in his works, this event would not have gone unnoticed by him as he felt oppressed as a Black man in a white man's world, which is the subject of one of the essays in this catalogue.

This painting is a cry of emotion for the many ills in this world perceived or experienced by Basquiat cruelly in many ways despite his rising success. By now in 1982, Basquiat was starting to experience the stress of fame. That bittersweet duality would haunt Basquiat as poignantly as the haunting nature of this raw skull here. So, maybe this is self-portrait. Every work in the Mumford Collection is autobiographical in one way or another.

Interestingly, on the verso of this painting is a symbol that comes from Basquiat's book of symbols by Henry Dreyfuss, *Symbol Sourcebook: An Authoritative Guide to International Graphic Symbols*. The symbol is composed of two E's facing each other, and it means "there exists."

A.D.G.



Jean–Michel Basquiat, Untitled (Self-Portrait or Black Skull with a Crown inscribed with the word Milk), 1982, Matte acrylic, wax crayon and paint stick on corrugated cardboard, 12 1/2 x 9 inches, MJL Family Trust, LLC, c/o Mr. Richard LiPuma, Manager

## UNTITLED
## (RED FACE AND RAT MONSTER)

*Red Face and Rat Monster* is an unusual composition, considering Basquiat's body of work. The artist anchors the piece with a central head, seen in profile and rendered in bright red strokes. Beams of light radiate from the face, highlighting the left half of the composition, while the right half is concealed with murky black paint.

While Basquiat depicts heads in nearly all his paintings, here he abandons his typical techniques of over-circled eyes and gestural lines for a more straightforward design. The forehead is broad and outlined in one line, while the eye is a single ellipse with three vertical slits for the pupil. The mouth is agape, with eight defined and connected yellow teeth. These teeth recall those from the enormous head in *Industry Insider,* as well as the lower-left head in *Self-Portrait with his Cowboy Hat* in the Mumford Collection.

Perhaps the most notable departure from Basquiat's familiar style is the figure's nose. With its rounded tip and defined nostril, the nose is unlike the simple geometric shapes used in much of the artist's work. However, a similar representation can be seen in several works on paper in 1983. *Untitled (Charles Darwin)* depicts portraits of both Darwin and Gregor Mendel with similar nose styles. Additionally, *Liberty* shows a profile that features both the nose and teeth observed in *Red Head and Rat Monster*. Basquiat appears to have drawn these figures from reference material, implying that the figure in *Red Head and Rat Monster* could be sourced from an outside image or based on someone's likeness.

Both the figure's eyes and mouth glow with transparent yellow, which blends outward into cloudy beams with purple waves, as if shining through the black void. Within that beam of light, there is a second head belonging to a "rat monster," rendered in green. The figure has an angular snoot and two rows of defined, pointed teeth on the upper and lower jaws. Just like the red head, the mouth is open and radiates a glowing, yellow beam. The eye is a red ellipse with a small, beady pupil. While the phrasing of the work implies it is a rat, the creature's color and teeth could also be perceived as reptilian, like Godzilla.

Surrounding the creature and head are several words and symbols. "RAT MONSTER FUCK" sits below the creature, with half the phrase struck through with a smudged line. "CYCLONE" is repeated twice, sandwiching the word "HOLA." The word "RAT" can be seen with the word "COCK" adjacent. Near the head's nose is "666," a widely recognized symbol of the devil, used to invoke Satan. Conversely, next to the number is a five-point star circumscribed by a circle, with lines around the outside. This symbol bears a striking resemblance to a traditional hex symbol meaning "against demons," which has roots in cultures ranging from Mesopotamia, the Amish and witchcraft. The symbol can be found in Henry Dreyfuss' *Symbol Sourcebook,* a common reference material for Basquiat. The inclusion of both demonic and protective symbols may represent the dichotomy of good and evil that the artist perceives from those around him or within himself.



The right half of the composition is a black void, with a tilted house layered over the back of the red head's jaw. The orientation of the house could be connected to the word "CYCLONE," as if the structure was swept up in the eye of a raging storm, à la *The Wizard of Oz.* The white splattering of paint could be debris within the cyclone. The windows of the house are lit with white and yellow, adding a more hopeful tone to an otherwise nightmarish composition.

D.R.C.



Against Demons

 

Jean-Michel Basquiat, Untitled (Red Face and Rat Monster), 1982, Oilstick and acrylic on cardboard, 10 ¼ x 19 ¾ inches, MJL Family Trust, LLC, c/o Mr. Richard LiPuma, Manager

## UNTITLED
## (SELF-PORTRAIT OR CROWN FACE II)

A brown face with large circular eyes and wide-open mouth. The eyes are rendered in white with green, blue, yellow and purple lines. There are large blue nostrils drawn in blue, and the mouth is done in blue and green. Interestingly, unlike almost every other head, face or skull, there are no teeth rendered. The brown face is also outlined in blue.

Basquiat's trademark autograph crown is painted in white and also illustrated with orange crayon. The entire "face" is rendered on a background of black, grays and blues laid down almost like the Abstract Expressionists, by whom, according to Basquiat, he was influenced. However, Basquiat has oddly said, "If you want to talk about influence, man, then you've got to realize that influence is influence. It's simply someone's idea going through my new mind." Well, to most people this is exactly what influence is.

There is a black and white shape in the upper-right outlined in blue, and it suggests the outline of a facial profile. This is balanced in blue in the lower-left corner with another of Basquiat's autobiographical autographs, the copyright sign ⓒ that he had been using continuously since his SAMOⒸ tagging days. Interestingly, this incised ⓒ is created with his finger, and he has left a partial fingerprint in the same blue on the edge of the cardboard just three inches above the copyright sign.

Probably most interesting is the written words in the lower-right. Basquiat does what he usually does by writing and then painting over the words, but in this case he left enough visible for us to know what it says. It appears as: "WORLD FAMOUS. ALL TIME CHAMPION OF THE WORLD. IF YOU DO NOT KNOW." This alludes to many things. This is Basquiat's adaptation of Muhammad Ali's famous saying "I am the greatest!"

*"This is the legend of Cassius Clay, the most beautiful fighter in the world today. He talks a great deal and brags indeed-y of a muscular punch that's incredibly speedy. The fistic world was dull and weary. With a champ like Liston, things had to be dreary. Then someone with color—someone with dash—brought fight fans running with cash. This brash, young boxer is something to see. And the heavy-weight championship is his destiny. This kid fights great. He's got speed and endurance. But if you sign to fight him, increase your insurance. This kid's got a left. This kid's got a right. If he hits you once, you're asleep for the night. And as you lie on the floor while the ref counts 10, you pray that you won't have to fight me again. For I am the man this poem is about, the next champ of the world, there isn't a doubt. If Cassius says a cow can lay an egg, don't ask how. Grease that skillet. He is the greatest. When I say two, there's never a third. Betting against me is completely absurd. When Cassius says a mouse can outrun a horse, don't ask how. Put your money where your mouse is. I am the greatest."[8]*

As already discussed in these entries, Basquiat revered and looked up to not only Black athletes, but most specifically Black baseball players and Black boxers. The inclusion of these written lines with an African American face with a crown is Basquiat's evolving brand. No doubt this is how he felt about himself as well as other Black "heroes" who he "crowned" in the tradition of how street graffiti artists paid respects. Basquiat borrowed this device with its street tradition of using the crown to establish rankings and power among graffiti peers. According to Steven Powers, graffiti (the origins of the word come from Italian, but extend back to ancient history and mean to "scratch" or "scribble") artists who admired the work and words of other such artists tagged it themselves, often with a three-pointed crown next to the work to show their respect, essentially "kinging" them, thus making them the "king" of the wall or the "king" of the subway car.[9] In an interview in 2006, Fab 5 Freddy talked about this and explained:

*"That was a standard in the graff world. If you were a king, you would crown yourself. It was common as part of the street graffiti vocabulary to put a crown over your name—specifically if your tag was on a particular train the most. You were essentially designated the king of that line."[10]*

8 https://www.goodreads.com/quotes/326903-this-is-the-legend-of-cassius-clay-the-most-beautiful; Cassius Clay's 1963 poem "I Am The Greatest" https://www.npr.org/2016/06/10/481590365/remembering-muhammad-ali-through-his-poem-i-am-the-greatest
9Stephen Powers, The Art of Getting Over: Graffiti at the Millennium, 1st ed. (New York: St. Martin's Press, 1999), p. 10.
10 "Rapping with Fab 5 Freddy," in Jean-Michel Basquiat 1981: The Studio of the Street, eds. Jeffrey Deitch, Franklin Sermins, Nicola Vassell (Milan: Edizioni Charta, 2007), p. 120.



Jean-Michel Basquiat, Untitled (Self-Portrait or Crown Face II), 1982, Matte acrylic, wax crayon and paint stick on corrugated cardboard, 9 ¾ x 10 ¾ inches, MJL Family Trust, LLC, c/o Mr. Richard LiPuma, Manager

Understanding this phenomenon, this work is a portrait of someone or something, though we believe this to be a self-portrait with recognition of himself to others. Basquiat famously told his father when he was young that he was not going to be just an artist, but "a famous artist."

Regarding his words "ALL TIME CHAMPION OF THE WORLD": Another popular source that Basquiat undoubtedly knew, as discussed before, is the song by the rock band Queen. Written by lead singer Freddie Mercury and first released on their 1977 album "News of the World," "We are the Champions" is one of Queen's most popular songs and one of rock's most recognizable anthems.

*"I've paid my dues*
*Time after time*
*I've done my sentence*
*But committed no crime*
*And bad mistakes*
*I've made a few*
*I've had my share of sand*
*Kicked in my face*
*But I've come through*
*And we mean to go on and on and on and on*
*We are the champions, my friends*
*And we'll keep on fighting till the end*
*We are the champions*
*We are the champions*
*No time for losers*
*'Cause we are the champions of the World*
*I've taken my bows*
*And my curtain calls*
*You brought me fame and fortune*
*And everything that goes with it*
*I thank you all*
*But it's been no bed of roses*
*No pleasure cruise*
*I consider it a challenge before*
*The human race*
*And I ain't gonna lose*
*And we mean to go on and on and on and on*
*We are the champions, my friends*
*And we'll keep on fighting till the end*
*We are the champions*
*We are the champions*
*No time for losers*
*'Cause we are the champions of the World*
*We are the champions, my friends*
*And we'll keep on fighting till the end*
*We are the champions*
*We are the champions*
*No time for losers*
*'Cause we are the champions of the World"*

Freddie Mercury's lyrics are more than fitting for Basquiat. It is the story of his life, and he may be reminding us through this writing, which he did not obscure beyond recognition, but rather made sure we could read it and his imagery. This word and image juxtaposition in this painting conveys a powerful message that Basquiat is making about himself, to himself and to the world. All of this is laid out on a small piece of painted cardboard with a powerful autobiographical statement, just as his rocket is taking off in the art world in 1982.

A.D.G.



Jean-Michel Basquiat, Untitled (Self-Portrait or Crown Face II) (detail), 1982, Matte acrylic, wax crayon and paint stick on corrugated cardboard, 9 ¾ x 10 ¾ inches, MJL Family Trust, LLC, c/o Mr. Richard LiPuma, Manager

## UNTITLED (CROWN FACE)

In *Untitled (Crown Face)*, a single squarish face in frontal view fills most of the board. The background is predominantly white. The face has two eyes: one rounded green eye appears to be open, while the other, almond-shaped and blue green, appears closed. The face is adorned by a three-point crown contoured in a peachy-pink wax crayon and subsequently filled in with a muddy grayish-white paint. The paint has been scored while still wet (presumably with the handle of the brush). This is a practice known in the art world as *sgraffito*, which is usually used to reveal the underlayer or patterning. Here, it emphasizes the shape of the crown and the vigorous and highly gestural way it was designed.

Peachy-pink crayon lines atop the crown seem to evoke the glint of a precious or sacred object. A long purplish vertical line in the lower half of the board and the middle of the face defines the nose. This line may be connected to an under grid visible to the left of the face, the top of the eyes and to the top of the mouth. Colorful teeth complete the portrait at the bottom of the piece, alternating in a regular pattern, in shades of green, blue, yellow and pink—colors that are also found in other areas of the painting. The teeth are finished with a double strikethrough in black marker, giving the appearance of a grin or perhaps delineating lips. To the right of the painting, an orange line connected to three shorter lines fanning at the top resembles an arm with a three-fingered hand raised.

This is a rather simple, yet typical Basquiat portrait of a crowned character. The face represented with two differing eyes suggests the notion of looking outside (with the open eye) and looking inside—or introspectively—(with the closed eye). They may also evoke the sensation/the idea of "sleeping with one eye open" to remain alert and cautious in an environment evoking mistrust and fear, and they may be connected to the fact that Basquiat had to remain streetwise while sleeping on the streets and park benches of New York City as a youth. It is also plausible that the eyes hint at the artist's vulnerability in an unforgivable art world where the artist may have felt he could trust no one and had to remain on his guard. Two other pieces in this collection—*Self-portrait or Black Skull with a Crown inscribed with the word Milk* and *Crown Face II*—have differing eyes.

*Crown Face* embodies the best of Basquiat in his 1982 breakout works. After examining the Mumford Collection, Diego Cortez, arguably the most authoritative Basquiat connoisseur, remarked: "Strong graphic work with a central iconic figure is an excellent example of Basquiat's work from that period."



Jean-Michel Basquiat, Untitled (Crown Face), 1982, Oilstick and acrylic paint on cardboard, 12 ½ x 7 ¾ in., MJL Family Trust, LLC, c/o Mr. Richard LiPuma, Manager

# UNTITLED
# (HIT THE BRAKES)

In *Untitled (Hit the Brakes)* and unlike other paintings in the Mumford Collection, a significant portion of the cardboard substrate is exposed and only partly covered in a thin white paint, which has been brushed intentionally and vigorously in broad strokes toward the top-right and bottom-right corners as well as in three parallel vertical strokes at the bottom of the painting. The overall white shape is contoured in a single continuous line drawn in red marker, evoking an animal shape—an impression that is reinforced by the appearance of a large bear-looking face to the top-left of the painting, which has been drawn in the same red marker. At the end of each "paw" is a series of little Q shapes resembling claws. A cluster of red birds is on the flank of the menacing beast; on its shoulder, three pine trees echo Basquiat's familiar rendition of arrows with fletching. A cluster of unfinished A's or upside-down V-shaped birds is drawn in a thinner black pen. A single yellow figure brandishing an arrow stands in the bottom-left quadrant of the piece. He is wearing what appears to be blue jeans and a brown belt. His chest and feet are bare. The Batman emblem adorns his torso, like a tattoo or a logo on a shirt, and echoes the larger blue Batman sign drawn in oilstick to the right of the work. The eyes of the figure are bulging and bloodshot (with a series of six red streaks radiating from the pupil). On the head, a touch of neon pink has been placed above one eye—that color is not used anywhere else in the painting and looks deeply intentional as if it were meant to evoke the presence of a bump, a wound or exposed flesh. The figure's mouth is agape with no visible teeth. His hair stands on his head like dreadlocks. In his right hand, he is brandishing an arrow with fletching pointed upward. This figure is almost identical to the figure in *Untitled (Self-Portrait with Arrow)* in the Mumford Collection and also bears a strong resemblance to *Self-Portrait (Figure with an arrow)*, 1984, acrylic on oilstick on paper mounted on canvas. In all three instances, an intentional mark has been made outside of the contoured lines between the legs, resembling a phallus. The "clubfoot" is similar in all instances, with one foot depicted with toes and the other rounded.

A red STOP sign and the word EMERGENCY are visible in *pentimento* (an earlier drawing that has been painted over) as are four irregular red squares resembling a pedestrian crossing and an underdrawing of a red cross with pointed arrows at the end of at least one branch. There are also several circle-A's (the sign for "anarchy") present at the top of the painting. Several phrases in blue marker and block letters are legible. They read "IT'S BLINKING and BLINKING / BREAK / BREAK / HIT THE BRAKES!" in the middle of the piece, while in the bottom-left corner is a cluster of blue cartoon "dead" faces. Dotted around the painting are also small scribbles in thin green marker pen of little arrows, words and what appears to be a stylized dollar sign. To the right, a Batman icon in blue oilstick completes the piece. At the bottom, Jean-Michel Basquiat's name appears in full letters, topped by his signature crown; both are written in the same black marker used to draw the figure. This is a telling detail as both the crown, signature and figure are all icons of the artist himself.

There is a great chance that this painting is a self-portrait because we have reason to believe the "Yellow Man" is indeed a representation of Basquiat himself. Suzanne Mallouk is quoted in Jennifer Clement's book *Widow Basquiat*: "We watched D.W. Griffith's *Broken Blossoms* dozens of times and Jean could quote sections of it [...]. The quote he loved best was, 'The yellow man holds a great dream to take the glorious message of peace to the barbarous Anglo-Saxons...' I remember he did a few paintings of the yellow man on some cardboard boxes. For a short time he called himself the Yellow Man and he called me the Girl or Lucy, using a funny, formal language."[11]

There is something rather poignant about *Untitled (Hit the Brakes)*. It has been extensively documented that Basquiat was involved in a car accident as a seven-year-old, having been run over by a car while playing on the street. The accident caused life-threatening internal injuries to the boy, keeping him in the hospital for months. The idea that this work could be a memory painting seems highly likely. The central figure has been identified as a self-portrait in other visually similar paintings by Basquiat. That figure is adorned with the emblem of one of his childhood icons and perhaps his protector: Batman. His superhero will protect him from danger in the form of an overwhelmingly huge bear with sharp-looking teeth, a foreboding red stop sign and the "BREAK / BREAK / HIT THE BRAKES!" sentence reinforcing the sense of urgency. The "BLINKING" connotation may be a reference to a vehicle's flashers, emergency lights (such as police or ambulance flashing beacon lights), or the light-emitting diodes on medical equipment. The "Q" letters used to represent the bear claws are a common sign in the Hobo Code, which means "Go this way," and was "a common directional sign that indicated the right direction to go when faced with a crossroads or intersection. By heading in the direction indicated by the line, [one] could save time and avoid danger." A couple of quotes from Basquiat's *Notebooks* (2015) may also relate to this accident: "HE PUTS A CHALK MARK ON HIS BACK AND WATCHES HIM GET HIT BY A CAR FROM A SAFE DISTANCE" and "CHALK MARKS CAUSE ACCIDENT." The placement of the Batman emblem on the figure's torso, while connoting a beloved childhood icon, could also mean invincibility and protection during one of the most vulnerable moments of the artist's life and could be a way of counteracting and even reclaiming the huge scar left by the accident on his upper body: the mark of having overcome significant trauma. The figure appears somewhat victorious with his raised fist brandishing an arrow pointed upward as a sign of victory, and while he does not come out of it unscathed, ultimately he has "slayed the bear." He has overcome.

11 Clement, 2014: 76



   

Jean-Michel Basquiat, Untitled (Hit the Brakes), 1982, Oilstick and acrylic paint on cardboard, 9 5/8 x 15 in., MJL Family Trust, LLC, c/o Mr. Richard LiPuma, Manager

## UNTITLED (BASEBALL)

Three colors are predominant in *Untitled (Baseball)*: red, white and blue, traditional American colors. American tradition is also represented by the semblance of a flag at the top-right of the painting and the large baseball featured prominently at the bottom of the image. An additional baseball accompanied by a basketball, both drawn in brownish-red, are featured in the top part of the work, appearing inside a large three-point crown. The crown itself has been delineated with two large arrows pointing down. Many other smaller crowns appear in the painting, rendered in blue, red and even purple.

Several phrases are visible: Basquiat's series of repeated A's are omnipresent as well as his signature SAMO© in the center. Other major phrases include "MARKET PRICE" and "SAMO EAT," where the word "EAT" has been crossed off in red; and the word LION with its letters stacked vertically, flanked with two stars of David. Perhaps most importantly one of the clearest areas of the painting is a square area of about four-by-four inches, which remains unencumbered in an otherwise rather dense piece. Painted a light yellow, it contains the unobscured words "SICK MAMA NO NO," followed by the words "MAMA" crossed out in blue and "POP" crossed out in red.

Sports and especially Black athletes are a recurrent theme in Basquiat's work, with boxing and baseball being some of his greatest sources of inspiration. Many of his works, such as *Famous Negro Athletes* intended to provide visibility to Black people. Basquiat was quoted by his friend Jennifer Clement as saying, "This is why I paint, to get black men into museums."[12] As a result, several of his works contain specific references to baseball player Hank Aaron. The word AARON itself and the repeated letter A are also recurrent motifs in many of Basquiat's paintings and another specific reference to Hank Aaron[13], while it has been mentioned by scholars that it could also be a reference to painter Aaron Douglas, a prominent artist of the Harlem Renaissance. *Untitled (Baseball)* holds a special place in the Mumford Collection, since it may have been created specifically as an homage to Thaddeus Mumford himself, who was a batboy for the New York Yankees—the first African American batboy for the squad. A reference to this work is also specifically made in the last line of the poem written by Mumford and initialed by Basquiat, which reads: "a baseball a bird a television our play a future bright," making *Untitled (Baseball)* one of the few pieces specifically mentioned in this important document.

12Clement, 2014: 92
13Saggese, 2014: 25

The series of consecutive plus signs (+++) that accompany the words "SICK MAMA NO NO" appear in the Medicine section of Dreyfuss' *Symbol Sourcebook*[14] as a symbol commonly used in the medical field for a patient case that is "increased to moderately severe." The juxtaposition of the plus signs with the words "SICK MAMA" may be a reference to Basquiat's mother: Matilda Andrades, a Puerto Rican woman diagnosed with severe depression and bipolar disorder, who was subsequently checked into a mental institution. There is a second occurrence of the word "MAMA" underneath the first one, this time obliterated in blue oilstick. There is also a reference to Basquiat's father with the word "POP" written in black pen and struck through with a single red line. The colors chosen to cross out his parents' names seem rather significant, with blue being a calming and soothing color, evoking the slow disappearance of his mother due to mental illness, whereas the red can be interpreted as more definitive, somewhat aggressive obliteration of the father, Gerard Basquiat, who has often been portrayed in Basquiat's biographies as a strict and violent man who believed in the use of corporal punishment and would beat his son regularly.

14Dreyfuss, 1972: 113







Jean-Michel Basquiat, Untitled (Baseball), 1982, Oilstick and acrylic paint on cardboard, 19 x 12 in., MJL Family Trust, LLC, c/o Mr. Richard LiPuma, Manager

## UNTITLED (BLUE SKULL)

*Untitled (Blue Skull)* is composed of a single element: a skull, seen in a three-quarter profile. The background is black and recalls a school chalkboard, a touch of green is visible in *pentimento* in the lower-right quadrant. To the top and the left edges, the cardboard substrate is still visible. The skull has been delineated in light blue oilstick and cyan, green and yellow paint. It has two defined oval-shaped eyes and jaw composed of a set of sixteen double-stacked teeth in a four-by-four slanted grid that leans to the left. Thirteen of the teeth are filled in with black paint whereas the remaining three are painted yellow; an additional grid drawn in light blue oilstick makes them look like crosshairs. The stacking of the teeth and combination of yellow and black paint is reminiscent of Basquiat's skyscrapers in another painting from the Mumford Collection: *Untitled (Yellow and Black Buildings)*.

To the front of the skull an appendage delineated in light blue oilstick resembles a penis, partially painted in orange and green. To the top-left, two circle crosshairs with parallel lines are visible and to the left are a series of unfinished A's, similar to the ones in *Untitled (Hit the Brakes)*. A couple of red zigzag lines cross the brain area, like EKG lines, and combine with the unfinished orange A's and three jittery blue lines at the curvature of the neck and base of the skull. They give the skull a frenzied, befuddled look. It appears as if it is shaking or shivering—from an electric shock or from being high on drugs.

The work is signed JEAN and topped with a crown, both drawn in yellow pastel or oilstick, in the bottom-right corner. Curator Diego Cortez, one of Basquiat's first supporters and the man who helped launch his career, was quoted in 1982 saying, "Jean-Michel Basquiat [...] constructs an intensity of line which reads like a polygraph, a brain-to-hand shake," a quote particularly fitting to *Untitled (Blue Skull)*.



Jean-Michel Basquiat, Untitled (Blue Skull), 1982, Oilstick and acrylic paint on cardboard, 10 ¼ x 10 3/8 in., MJL Family Trust, LLC, c/o Mr. Richard LiPuma, Manager

# UNTITLED
# (FACE WITH ORANGE HALO)

*Untitled (Face with Orange Halo)* is another example of a painting focused on a single element: a large face that fills the board entirely. This face is depicted in a frontal view and in such a gestural way that one can follow each paint stroke from start to finish. The cardboard substrate has been almost entirely painted white. Instead of the customary crown, the face is topped by a halo in a spiral shape that curls on itself. The colors used to delineate the face and halo are bright and in harmonious tones of two complementary oranges, a warm yellow, a shade of green which—when combined with the yellow—generates a second lighter shade. There are also two shades of blue, barely discernible one from the other, yet one is in oilstick and one is in paint.

The face has two blue, oval-shaped, stacked eyes with pupils, a blue-and-green button nose, a blue grinning mouth circled in orange as if to evoke lips and an overdrawing in green paint marker, more angular and with two squarish blocks near the eyes that resemble glasses or help to define the eye sockets, one of which is left empty. The face remains mostly white but seems bathed in a golden balmy light and is being rained upon by a fringe of multicolor vertical lines. We are left with the impression that the face may be that of an angel, a saint or an individual being blessed and drenched in colors. While Basquiat's use of faces with bared teeth often suggests a threatening and aggressive attitude in many of his paintings, the overall effect in this piece, however, suggests a beaming smile, with the orange oval of the mouth echoing the oval of the halo.



Jean-Michel Basquiat, Untitled (Face with Orange Halo), 1982, Oilstick and acrylic paint on cardboard, 10 x 7 in., MJL Family Trust, LLC, c/o Mr. Richard LiPuma, Manager

# UNTITLED
## (DOG AND WOLF)

In *Untitled (Dog and Wolf)*, the artist has used the same yellow and orange he used in *Untitled (Face with Orange Halo)*, another smaller piece from the Mumford Collection that happens to be of the exact same dimensions (7 x 10 in.). The two paintings, indeed, have been worked on simultaneously. *Dog and Wolf* is interesting in the sense that it is one of the only mostly abstract pieces in the entire collection. There is no real central element, figure or main object to feast our eyes on. Instead, this piece's main focus seems to be on the words "DOG" and "WOLF," which appear recurrently, almost as an obsessive chant, repeated over and over throughout the piece.

The composition follows an almost-perfect diagonal, which splits the piece into two triangular halves from the upper-left corner to the bottom-right corner, with the upper half empty of words and signs and the bottom half filled with the repeated words and additional phrases, such as "EARN STRIPES," "SNAKES," a series of three E's, two boxed stars and a face lying on its side with a sinister-looking touch of red oilstick (blood) underneath it, as if it were left there, wounded or dead. Altogether, the two words "WOLF" and "DOG" are repeated at least eight times each, possibly more, with instances that may have been covered by additional paint. The juxtaposition of the two words interestingly suggests two highly different animals: one considered to be man's most loyal companion, the other represents man's predator. They are highly different in their behavior, perhaps, yet in their appearance the two could easily be mistaken for each other. This is what is suggested by the idiomatic French phrase *entre chien et loup* (literally "between dog and wolf"), which Basquiat—raised in a trilingual household—would have surely known. The expression describes dusk/twilight as that hour between day and night when light starts to fade and a dog and a wolf could be mistaken for each other. Friend and foe indeed, this connotation seems highly relevant to an artist who—after having lived on the streets—may have been deceived more than once and would have had to constantly watch his back. *Dog and Wolf* could very well be an analogy that would have also applied to Basquiat navigating a treacherous art world.

Dog and wolf are also two words that can be read backwards, a trick that Basquiat often used in his paintings such as in *Dog Leg Study* (1982) where Basquiat has reversed the order of the letters of the word "dog" so that the work now reads "famous god leg study". Here, thus, "DOG WOLF" can become "GOD FLOW," perhaps an allusion similar to Basquiat's use of the symbol of the crown to elevate himself and Black men to the rank of kings, this time endowing them the status of a divinity, a god. Apart from the omnipresence of the words, little can be said of the more abstracted background, which seems to be mostly composed of brown and white paint applied in large, almost stripy strokes. Added touches of yellow paint and orange oilstick give an overall warmth to the background, while a large splatter of blue—the same that was used to color in the lifeless face and one of the boxed stars—sits unapologetically and unavoidably in the middle of the piece, obliterating most of the previous layers. This may be an allusion to an explosion or a clash of some sort, perhaps then indicating another possible outcome to Basquiat's accident as a child (cf. *Untitled (Hit the Brakes)*), with the figure, this time, lying on the ground instead of standing victorious.





Jean-Michel Basquiat, Untitled (Dog and Wolf), 1982, Oilstick and acrylic paint on cardboard, 7 x 10 in., MJL Family Trust, LLC, c/o Mr. Richard LiPuma, Manager

## UNTITLED
## (RED FACE AND YELLOW CROWN)

*Untitled (Red Face and Yellow Crown)* is another small piece composed of roughly three sections. First, the painting has been split into two halves by a single line in red oilstick. The bottom half seems divided in another two sections, with the left composed of two sets of red grids while the right has been washed over in white paint, leaving only two small orange arrows visible in *pentimento* at the bottom, but obscuring most of the underlayer. The effect of the white paint roughly applied and scratched over an underlayer of colorful paint gives the piece both a Richteresque feel and an unfinished look. "There are several lives in Basquiat's paintings. . . .The colors—faded, scratched, covered over are superimposed—they reappear in transparency, as if they were anterior lives."[15]

The red grids may evoke buildings or cages (often a symbolizing imprisonment in Basquiat's work), but one seems to also stand for the mouth of a larger face whose eyes are visible in the upper half of the painting: two concentric shapes, resembling "goggly" eyes without pupils. The spectral head is topped by a rainbow shape with colorful rays emanating from it, perhaps evoking a caricatural bald head with a few hirsute hairs sprouting from it or the halo of a saint with rays. A three-pointed golden yellow crown hovers to the right, contoured in blue oilstick.

Despite the rather alarming ghostly face with its mouth gaping as if in a scream, overall this piece seems somewhat satirical. The head is not crowned, its hair is unkempt, and it has been reduced to its simplest attributes: a caged mouth, two eyes. The colorful tones used to define the hair or halo rays are almost comical and seem somehow unconnected to the face as if perhaps they belonged to the face of a prior drawing painted over in white. The crown, however, reigns, remote and unattainable.

One wonders if this painting was an experiment where Basquiat was "auditioning" different elements for future works. It lacks the rich detail, variety of colors and implied and express messaging of its siblings in the Mumford Collection. It may also be the case that the work was not completed or Basquiat, with so much cardboard substrate available, decided to move on to a fresh "canvas." In any event, *Red Face and Yellow Crown* points to the rich diversity of works in the Mumford Collection.

15 Valérie Duponchelle, in "Basquiat L'Artiste Roi et sa Couronne d'Epines", Le Figaro, May 30, 2010



Jean-Michel Basquiat, Untitled (Red Face and Yellow Crown), 1982, Oilstick and acrylic paint on cardboard, 11 ¾ x 9 1/8 in., MJL Family Trust, LLC, c/o Mr. Richard LiPuma, Manager

# UNTITLED (EYEBALLS/EAT)

*Untitled (Eyeballs/Eat)* is one of the richest paintings in the Mumford Collection. It is visually stimulating and chock-full of symbols, rich layers and compositional elements. The main element is a huge eyeball positioned almost in the dead center of the piece. The ex-aggerated eye has been carefully and sophisticatedly painted with a range of blues, greens and gray, giving it an almost-lifelike appearance. It is bulging, and its frenetic motion is implied by the yellow and red lines radiating from it. It appears at first to have been dislodged from any apparent body or face, as if disembodied. Several other orbs of differing sizes, resembling targets with their concentric circles, serve as secondary eyes, but can also be interpreted as celestial bodies, such as the sun or planets, or even a lens flare.

Pareidolia, the human brain's tendency to look for a familiar shape (often a face) in an abstract image, applies when first looking at *Eyeballs/Eat*. One may immediately look at the two predominant orbs and consider them the eyes of a larger face and thus look underneath for a mouth. In the painting, however, the mouth has been positioned to the bottom-left. It is shaped like an architectural element, more specifically, a carefully drawn three-pointed gothic arch defining the lip, which has been painstakingly filled in with rows of colored pennant flags, alternating in white, yellow ochre and red—the same colors used to draw the additional orbs and a checkered grid between the eyes. The gaping mouth is black, revealing a cartoon-looking red tongue topped by the word "EAT," and two rows of four square teeth and four sharp fangs with bloodied tips. A red-and-blue nose is visible directly above the mouth. At the top of the lip, near the nose, a shape resembles the head of a snake, which, when connected to the rows of pennants underneath, finally emerges clearly from the painting and reveals itself obviously as a brightly colored snake. Two three-point-ed crowns complete this side of the panel. At the bottom, a series of three snow-capped mountain peaks emerges. Their arrangement recalls both the pointed fangs, the three-pointed crowns and the triangle shapes (pennants) of the snake's body. Above the mountain range, a succession of red and blue arrows pointing up or down and a cluster of familiar A's fill the void between the eyes. A rather unusual sight is the presence of a painted frame encapsulating the complete image in a peachy-pink and yellow ochre color. Basquiat's signature SAMO© is visible in the bottom-right corner.

Like most of Basquiat's paintings, a general interpretation of the piece is somewhat problematic as the artist would have a tenden-cy to reuse symbols and imagery randomly, as they would come to him—a practice similar to that of "sampling" in the musical world. We can, however, attest that the overall painting exudes a feeling of angst, with the presence of a menacing blood-shedding beast and a serpent: an icon associated with that of a traitor since biblical times. The other impression left by the painting is that of a state of deep confusion, associated with hallucinatory visions, with the occurrence of jittery eyes and lens flares, evoking a momentary disorientation and dazzled stare, which perhaps refers to a drug-induced state.

*Eyeballs/Eat* is a genuine triumph for Basquiat on many levels. The stunning symbology, along with the adroit choice and patterning of a variety of colors, draws us into the labyrinth of Basquiat's imagina-tion. Basquiat once said, "I wanted to make very direct paintings that most people would feel the emotion behind when they saw them." This painting brilliantly communicates an ominous feeling of dread, anxiety on steroids.



Jean-Michel Basquiat, Untitled (Eyeballs/Eat), 1982, Oilstick and acrylic paint on cardboard, 22 x 26 3/8 in., MJL Family Trust, LLC, c/o Mr. Richard LiPuma, Manager

## UNTITLED
## (INDUSTRY INSIDER)

*Untitled (Industry Insider)* is one of the crown jewels of the Mumford Collection. The large panel features a massive head, a secondary figure in the form of a skeleton and a TV as well as a plethora of phrases, grids and symbols. Three main colors are readily identifiable: the primary red, yellow and blue as well as the black value. This color combination immediately calls to mind Piet Mondrian's work *Composition in Red, Yellow and Blue*, 1929, an oil and paper on canvas, from the Dutch De Stijl movement. As a child Basquiat would often frequent museums with his mother who enrolled him as a junior member of the Brooklyn Museum of Art when he was only 6 years old. Furthermore, Basquiat came from a highly cultured trilingual household, his father was an accountant and his mother exposed him to a wide range of cultural references early on, from books to art exhibitions. It is thus accepted that Basquiat would have known the work of Mondrian. With this in mind, the presence of a black grid with red background in the lower-left is interesting. It represents a cage with a black bird in each "cell."

On the opposite side of the face, by contrast, a cluster of white birds on a blue background, is left free. This comparison could be interpreted as a discourse on race, with the Black man captive and isolated, endangered, while the white man is allowed to roam free. In the Hobo Code, the grid is the symbol for jail. In the larger scope of this painting, one may speculate that perhaps the large face is meant to represent Thaddeus Mumford himself as a Black man who achieved tremendous success in the then white-dominated film industry and was thus able to mix with both crowds—here visibly represented in between the two different clusters. The face itself offers a rich combination of various art references: from Cubism (with the deconstructed face, partly represented in three-quarter view, with one eye and the nose facing front, and the jaw in profile) and Mondrian's varied color planes (with the intentional addition of a peachy-pink, perhaps a nod to a fair skin color and Mumford's ability to blend in with his white counterparts). The image of the television set may be another nod to Mumford as a writer for the TV series *M*A*S*H* and many others and the film industry as a whole. Among the multitude of phrases adorning the surface of the painting, one stands out: the partially redacted "INDUSTRY INSIDER," which reinforces the overall interpretation that the piece may have been an homage to Mumford.

Other secondary phrases seem more random and evoke the customary sampling of Basquiat's street poetry and painting practices, where the artist would hear slogans on the television or read words in magazines and reuse them in his work in a sort of stream of consciousness. As Jennifer Clement states, "He paints, pauses, picks up a book or magazine and when he finds a word or sentence that he likes he paints it on the board or canvas." (2014: 33) One can identify several such phrases as "PLAN B"/ "SUCKS"/ "CHECKS BALANCES," "STEAK IS FREE" / "FRIDAY," "BECAUSE SHE SAID" and "SHE SAYS SAMO IS HERE" / "TURNED OFF," applied layer over layer, like city walls that have been covered over and over with random messages, providing a polyphony or even a cacophony of messages. Basquiat has returned to his street artistry.

The skeleton with its rib cage exposed, in the upper-right corner, recalls Basquiat's love of anatomy, which emerged after his mother gifted him a copy of Henry *Gray's Anatomy* during his months-long hospital stay as a child. It may also represent Basquiat's alter ego himself since the skeleton appears to be wearing a cast. As Dr. Jordana Moore Saggese recalls in her review: "He breaks an arm and sustains internal injuries, which require the removal of his spleen. [...] During his stay, his mother brings him a copy of the medical textbook *Gray's Anatomy*; it provides the seven-year-old Jean-Michel with a detailed view of the human body—a subject that would appear frequently in his later works."[16] The skeleton is standing on top of a television set, much like a Hollywood trophy, like those awarded to Mumford by his peers. Basquiat was a lifelong child of television.

A single tilted, three-point crown, painted in a light yellow on black, appears to the left of the piece, while a smaller, inconspicuous crown has been carefully cut in the cardboard substrate, to the bottom-right edge of the painting. That's the magic of looking at Basquiat's paintings: the constant discovery of seemingly unnoticeable elements, which are all independently meaningful and, when scrutinized, offer us a glimpse of the mind of a genius artist.

16Saggese, 2021: 329-30






Detail of a crown cut in the cardboard substrate on the bottom-right of the painting (image is rotated to show the crown). © Lunardi Photography



Jean-Michel Basquiat, Untitled (Industry Insider), 1982, Oilstick and acrylic paint on cardboard, 56 x 36.5 in., MJL Family Trust, LLC, c/o Mr. Richard LiPuma, Manager

# UNTITLED
# (SELF-PORTRAIT, SKULL)

The central black mass of paint has been manipulated by drawing into a "skull" which in many ways is a self-portrait according to Basquiat's images of himself. The angle of the face is confusing and could be read in two ways, both as a three-quarter view. The concentric circle eyes in white, red and green could be just that, with an exposed ear on our right side.  This included a "T" shaped nose with both round and square nostrils. The open mouth, which extends beyond the bounds of the face, with the grid of teeth is trademark Basquiat.  This is a known tendency of Basquiat beginning in 1982. Inside the mouth, the squiggly line and the "S" reoccurring in a line, could represent a tongue. The other way to read this skull/face, is that the exposed ear becomes and eye and the left eye as we view it, becomes the ear.

There are other colors that make up this painting including blue, green, red, orange and white, with some smudges of yellow.  Also, the black of the head is smudged outward towards the edges of the cardboard creating and interesting effect.   There is a discernible white crown atop the skull.

On our right side is the signature "JEAN" where the "E" has no spine.  Just under this in white is the inscription "TRUMPET HORN" with a white arrow pointing downwards.  This could be a reference to the well-documented interest Basquiat had in jazz, mostly a black-dominated art/ music form.  Beneath the arrow is the inscription in white the word, "NONE."  Just beneath this in red is the word, "EXEPT."  Underneath this in red is the signature "JEAN" and a crown.

One of the most interesting things about this painting is the inscription in red at the top right of the work as we view it, "DOES IT REALLY MATTER."  This could be a transcendental question, or a play off the lyrics of Queen in *Bohemian Rhapsody*, "Nothing really matters, Anyone can see, Nothing really matters, Nothing really matters to me, Any way the wind blows…"  The lyrics of the song just before this may provide a clue, "So you think you can stop me and spit in my eye, So you think you can love me and leave me to die, Oh, baby, can't do this to me, baby…"  While we are not exactly sure the exact time in 1982 in Venice that Basquiat created the Mumford Collection for Thaddeus Mumford, Jr., Basquiat and his girlfriend, Madonna, had a pretty ugly break up.  They were both on the verge of much fame, as Basquiat was coming into his own nationally and internationally.  The year 1982 was both his breakout year and his crescendo year.  At the same time, Madonna was working on the debut of her first album and song, *Everybody*, which was released on October 6, 1982.

According to Madonna, "He wouldn't stop doing heroin. He was an amazing man and deeply talented, I loved him," said Madonna on the Howard Stern Show (via Art Market Monitor). "When I broke up with him he made me give [the paintings he gave me] back to him. And then he painted over them black." Madonna was also mes-

merized, "I remember getting up in the middle of the night and he wouldn't be in bed lying next to me; he'd be standing, painting, at four in the morning, this close to the canvas, in a trance. I was blown away by that, that he worked when he felt moved."[17]  You can see in this image of Madonna at the Barbican Exhibition in London in 2017, above her right shoulder you see one inscription 'VENUS' that refers to his long-time love Suzanne Mallouk and who he called such, and "MADONNA" who he "X-ed" out.

"The relationship between them is now only a faint glimmer in the great annals of music and art. The outlandish photographs document this ephemeral love, which was ultimately enshrined in fame and glory. Madonna loved Basquiat, but this devotion wavered under the pressures of his heroin addiction. Basquiat was at the epicenter of the social and artistic elite, since he took the consumerist pop model of the time and transformed it into a social commentary that lashed out against systems of racism and power structures. Madonna was a step away from reaching stardom, and in the second year of their relationship, she released her album, which launched her career as one of the most influential pop figures in music. He introduced her to the highest artistic circles of the time, and Madonna became a new post-modern muse that both enlightened and created in equal measure. Fashion designers, artists, and other musicians gravitated towards her, towards Basquiat's girlfriend, the future queen of pop."[18]

Interestingly, there are several sets of Basquiat's fingerprints around the edges found on the exposed cardboard.  More Basquiat fingerprints and partial prints are found on many of the Mumford Collection work both in the images themselves and around the edges.  This may be the first time this is noted and recorded in the Basquiat literature.

*A.D.G.*

17 https://news.artnet.com/art-world/basquiat-took-back-madonna-paintings-277735
18. https://culturacolectiva.com/en/art/the-love-story-of-madonna-and-basquiat.

 



Jean-Michel Basquiat, Untitled (Self-portrait, Skull)
1982, Matte acrylic, oil paint, wax crayon and paint stick on corrugated cardboard, 12 x 12 inches, Basquiat Venice Collection Group

# INTERVIEW TRANSCRIPTS

*Barbican Meets Diego Cortez at Basquiat Boom for Real*

Basquiat Boom for Real exhibition, Thursday, September 21, 2017—Sunday, January 28, 2018, Barbican Art Gallery

This is the transcript of the last interview Diego Cortez gave with regards to the re-enactment of the part of the Basquiat exhibition in NYC, titled New York/New Wave in 1981.

*Diego Cortez:*

Well, my name is Diego Cortez. I'm a curator and I organized this exhibition, New York/New Wave in 1981, which this room is kind of re-configuring New York /New Wave. That was the title because it wasn't really a show about the artists, the visual arts. It was a show about the detritus from the music scene of the time because the punk new wave scenes were kind of expiring at that moment. So it was looking back on the last three or four years of what was going on. So that's why I used the tacky term New Wave. It wasn't to copy, it was Jean-Luc Godard or something.

*Diego Cortez:*

It's great to see it. I've always liked the work. I still like the work. The looks always great. The one thing I noticed about this early work that is different then ... because now I have new theories about his work, which focuses on the idea that the background of his work is where the radical change is that makes him the important artist that he became, which is that of the exploded collage, as opposed to the 20th century's use of contrived or configured or constructed collage, man or woman made collage. Whereas Jean-Michel kind of explodes it, but you don't see it in this work yet.

*Diego Cortez:*

What makes this work interesting is the intensity of the line. And drawing was always the underpinning of this work, like Twombly. Even though they're painters, drawing's the key element of the work that really prefigures the work. Other people are real painters. They paint. That's where ... Jean-Michel is actually more of a drawer. And it keeps that kind of innocence aspect, or the childish aspect that's so popular with people, because it's slightly not adult.

*Diego Cortez:*

I was attracted to the intensity of line. And I thought that was something that ... I liked Twombly at the time, I liked Rauschenberg, they were art Dubuffet. These are some of my favorite artists, and Jean-Michel was somewhat dealing with those artist's ideas. I mean, Dubuffet in 1954, wrote a text called Anticultural Positions. And it was about the Art Brut, or the folk art, idea as being of superior... That the so-called primitive has a superior notion of art than the fine artist. So these are things that attract me to this kind of work.

*Diego Cortez:*

Later, when he became more sophisticated, then you could say, that's where his real breakthroughs happen. Not in this work. You don't see the real advancement until like 1982. But I think his whole career, even though it was real short, it was a very full evolution of movements and styles, the way a 45 year career by most people who live full lives, you see that over a 45 year period. Here, you see it in seven or eight years, but it's a full career. I mean, he made as many artworks as people who live, who work 45 years as an artist. But he just worked very quickly and he was very intense. And so he kind of packed it in, you know.

*Diego Cortez:*

Well, the piece out on the front-

*Speaker 2:*

Shall we peek over there?

*Diego Cortez:*

Shall we move over there?

*Diego Cortez:*

I just wanted to talk a little bit about this piece because it was the title plate for the show, because we didn't have fancy graphics like you have. These things are expensive. This was cheaper than that, the material... is that me?

*Speaker 2:*

You might want to...

*Diego Cortez:*

But you know that was my piece so I can touch it. And then in the other room, should we go over there?

*Diego Cortez:*

This piece was in the corridor of about twelve of the major graffiti artists who did the big subway trains and things like that, like Fab Five and Haze and Daze, and all the people whose names ended with A-Z-E. So this was his participation in that corridor of graffiti. Jimmy Best is actually me. That was my real name. It was James, Jimmy, Jim. And he used to call me Jim all the time. Everyone else called me Diego, but he jokingly always called me Jim, and he dedicated some catalogs like that. I noticed this, the big Glenn painting down there, that's Glenn O'Brien . He did do some paintings of his friends, kind of homages to his friends. And this one, he actually gave me out right after the show. Boom, for real. I mean, these were all like SAMO graffiti texts, you know?

*Diego Cortez:*

Well, his work from the very beginning was very popular with the public. That's the great thing about him is that [from] people who know nothing about art to the connoisseurs of art, they all like his work. He's always been well loved, from the get go. I mean, even before, like when we were dancing together and being friends, everyone always loved him. All of his friends were very helpful, and everyone realized that he was a kind of genius and that something was going to happen with him. I mean, otherwise he wouldn't [appear] in the movie, "Downtown 81." I mean, it's the story of somebody who's an artist who becomes famous.

*Speaker 2:*

No.

*Diego Cortez:*

Just kidding.

\*\*\*Transcript of Diego Cortez interview on opening night of New York/New Wave.

New York/New Wave. Cortez mounted the exhibition and "discovered" Jean-Michel Basquiat at MoMA PS 1 gallery in February 1981.

*Speaker 1:*

On this tape, we'll visit PS1, an alternate space in the borough of Queens. Alternate spaces specialize in showing the most recent developments in art and perhaps nothing is newer and more contemporary than the exhibition we'll see today. New York/New Wave organized by Diego Cortez.

*Marc Miller:*

It was back in 1975 that the terms punk and new wave were first used to describe a new youth culture that sprung up first in New York and shortly after in England. Punk culture is best known for its rock and roll music, but it has also produced a large amount of visual art. This has been especially true in New York where the principal rock clubs have been located on the edges of Soho, the city's visual art district.

*Marc Miller:*

(singing)

*Marc Miller:*

But what constitutes punk art? The uninitiated looking at the nearly 1000 works by close to 150 artists that hang at PS1 are bound to be confused. It is a mixture of media and style with the differences being more obvious than the similarities.

*Marc Miller:*

How do you envision the future here for these artists? Do you think that a lot of them are professionals or--?

*Diego Cortez:*

Yeah. I mean, I don't think all of them are professionals right now, but I mean I don't really worry about the word professionals. I haven't worried about the word professionals. I mean, what's a professional? I mean, were most of the musicians who made most of the good music for the last four years that comprise punk and new wave professionals? No. Yes and no. The important thing to me is still for at least 50% of it is building a sociology of elements that kind of make up a scene or depict the scene.

*Diego Cortez:*

Definitely some of the work in the show is not art, but some of the show is like very commercial stuff. And some of it is very precious, original art objects and some of it's for reproduction only. But as a whole, I think it works.

# BIBLIOGRAPHY

Abrahams, Megan. "The Los Angeles Art Association Legacy." *Fabrik Magazine*, January 1, 2016. https://fabrikmagazine.com/the-los-angeles-art-association-legacy/

Andersen, Thom. *Los Angeles Plays Itself*. 2004.

Aniftos, Rania. "Madonna Posts Throwback Photo With Ex-Boyfriend Jean-Michel Basquiat." *Billboard*, December 6, 2018. https://www.billboard.com/articles/news/8489113/madonna-throwback-photo-jean-michel-basquiat

*Art and Living*. "A Legend in Her Own Time." https://artandliving.com/a-legend-in-her-own-time/

Basquiat, Jean-Michel, and Larry Warsh. *Basquiat-Isms*. Princeton: Princeton University Press, 2019.

Basquiat, Jean-Michel, and Larry Warsh. *The Notebooks*. Princeton: Princeton University Press, 2015.

Bienstock, Richard. "Decade of Decadence: A Timeline of the Eighties Sunset Strip." *Rolling Stone*, October 23, 2015. https://www.rollingstone.com/music/music-lists/decade-of-decadence-a-timeline-of-the-eighties-sunset-strip-157726/

Bjorkegren, Francesca. "A Year in History: Timeline of 1982 Events." *HistoricNewspapers.com*, updated December 14, 2020. https://www.historic-newspapers.com/blog/1982-timeline/#

Blasberg, Derek. "Spotlight: Basquiat." *Gagosian Quarterly*, Fall 2017 issue. https://gagosian.com/quarterly/2017/09/01/gamechanger-basquiat/

Boucher, Brian. "Rosamund Felsen to Close LA Gallery After 38 Years." *Artnet*, June 30, 2016. https://news.artnet.com/art-world/rosamund-felsen-close-la-gallery-537173

Boyd, Todd. "Time Decorated: The Musical Influences of Jean-Michel Basquiat | Part 3." YouTube. The Broad, February 4, 2021. https://www.youtube.com/watch?v=ST6Cp3S5uLs&t=3s.

Buchhart, Dieter, and Eleanor Naire, eds., with Lotte Johnson. *Basquiat: Boom for Real*. Munich: Prestel, 2017.

Cascone, Sarah. "Madonna Says Jean-Michel Basquiat Took Back and Destroyed Paintings He Gave Her." *Artnet*, March 16, 2015. https://news.artnet.com/art-world/basquiat-took-back-madonna-paintings-277735

Cavazos, Nidia. "Professor discusses Basquiat's use of appropriation in artwork." *The Daily Texan*, October 8, 2014. https://thedailytexan.com/2014/10/08/professor-discusses-basquiats-use-of-appropriation-in-artwork/

Clement, Jennifer. *Widow Basquiat: A Love Story*. New York: Broadway Books, 2014.

Cooper, Sabrina. "A Historical Look at the Mudd Club." *CR Fashion Book*, November 15, 2018. https://www.crfashionbook.com/culture/a24889980/a-historical-look-at-the-mudd-club/

Counter, Bill. "Silent Movie Theatre / Cinefamily / Fairfax Cinema / Brain Dead Studios." *Los Angeles Theaters* blog, March 2017, https://losangelestheatres.blogspot.com/2017/03/silent-movie-theatre.html

Dambrot, Shana Nys. "The History of Contemporary Art on La Cienega." *West Hollywood Lifestyle*, Winter 2014 issue, pp. 48-52 https://www.ospix.com/1412-west-hollywood-lifestyle-issue-1.pdf

Davis, Mike. *City of Quartz: Excavating the Future in Los Angeles*. 1990. Kindle edition: Verso, September 17, 2006.

Davis, Tamra. *Jean-Michel Basquiat: The Radiant Child*. 2010.

Deron, Bernadette. "44 Retro Images Of What Life Was Like In 1980s Los Angeles." Edited by Leah Silverman. *All That's Interesting*, January 10, 2019. Updated January 12, 2019. https://allthatsinteresting.com/1980s-los-angeles

Dominguez, Laura. "The Woman's Building: L.A.'s 'Feminist Mecca'." KCET, February 21, 2017. https://www.kcet.org/shows/lost-la/the-womans-building-l-a-s-feminist-mecca

Dreyfuss, Henry. *Symbol Sourcebook: an Authoritative Guide to International Graphic Symbols*. New York: Van Nostrand Reinhold, 1984.

Drohojowska, Hunter. "Schnabel and Basquiat: Explosions and Chaos." *LA Weekly*, April 29, 1982, page 19.

Foster, Hal. "Between Modernism and the Media." 1982. Originally published in *Art in America*, Summer 1982 edition. Reprinted in *Recodings [sic]: Art, Spectacle, Cultural Politics*. 1985. Second edition: Seattle: Bay Press, 1987, pp. 33-58.

Fretz, Eric. *Jean-Michel Basquiat: a Biography*. Greenwood, 2010.

Frost, Amber. "Rammellzee and Jean-Michel Basquiat's Little-Known 1983 Underground Hip-Hop Collaboration." *Dangerous Minds*, July 18, 2013. https://dangerousminds.net/comments/rammellzee_jean_michel_basquiats_little-known_1983_underground_hip_hop_coll

Gamson, Carly. "Figure 2: Deblackboxing [sic] Basquiat by Coloring His Decade of Fame." In *Constructing the Valuation of "Art" as Economic & Social/Cultural*, an essay posted online as part of Georgetown University's "CCTP 802 – Art and Media Interfaced" course, Spring 2017. https://blogs.commons.georgetown.edu/cctp-802-spring2017/files/2017/05/Figure2CCTP802Final-1.pdf

Ghorashi, Hannah. "Los Angeles's Rosamund Felsen Gallery to Close." *ARTNews*, June 30, 2016. https://www.artnews.com/art-news/market/los-angeless-rosamund-felsen-gallery-to-close-6608/

Giacobbe, Alicia. "Mr. Chow—Iconic Restaurateur to the Stars—Looks Back on 50 Years at the Top." *Architectural Digest*, February 14, 2018. https://www.architecturaldigest.com/story/mr-chow-50-years

Gotthardt, Alexxa. "What Makes 1982 Basquiat's Valuable Year." *Artsy*, April 1, 2018. https://www.artsy.net/article/artsy-editorial-1982-basquiats-valuable-year

Gottlieb, Laurie. "Home is Where the Art Is." *Los Angeles Times Home Magazine*, January 26, 1975. Accessed via Adsausage Archives Facebook post, December 17, 2020. https://www.facebook.com/adsausagearchives/posts/683327472221687?comment_id=684455318775569

Gagosian Gallery. "About the Gallery". https://gagosian.com/about/about-gallery/

Gagosian Gallery. "Beverly Hills 20-Year Anniversary Invitational Exhibition, 1995–2015." https://gagosian.com/exhibitions/2015/beverly-hills-20-year-anniversary-invitational-exhibition-1995-2015/

Golden Globes. "Winners & Nominees 1982." Hollywood Foreign Press Association. https://www.goldenglobes.com/winners-nominees/1982.

Grenier, Catherine, ed. *Catalog L.A.: Birth of an Art Capital, 1955–1985*. San Francisco: Chronicle Books, 2007.

Grierson, Tim. "L.A. Story." *Los Angeles Times*, June 7, 2009. https://www.latimes.com/la-mag-june072009-la-music-history-story.html

Haden-Guest, Anthony. "Burning Out." *Vanity Fair*, April 2, 2014. https://www.vanityfair.com/news/1988/11/jean-michel-basquiat

Hazlitt, Gordon. "Venice, California: Unique Among the World's Bohemias." *ARTnews*, January 1980, pp. 94–98. http://www.lafineartssquad.com/press/artnews-jan-1980/

Heritage Gallery. "Heritage Gallery." http://www.heritagegallery.com

Hoban, Phoebe. *Basquiat: A Quick Killing in Art*. 1998. Kindle edition: Open Road Media, May 17, 2016.

Hoffman, Fred. "Jean-Michel Basquiat in Venice." *HUMANITY Magazine*, December 14, 2015. https://mag.citizensofhumanity.com/blog/2015/12/14/jean-michel-basquiat-in-venice/

Hoffman, Fred. "Basquiat's L.A." *Los Angeles Times*, March 13, 2005. https://www.latimes.com/archives/la-xpm-2005-mar-13-ca-basquiat13-story.html

Hoffman, Fred. "Jean-Michel in Black and White." *Gagosian Quarterly*, Fall 2018. https://gagosian.com/quarterly/2019/01/25/essay-jean-michel-basquiat-black-and-white/

Hyacinthe, Genevive. "I Am Basquiat: Tracing Jean-Michel Basquiat's Alterity and Activism in Paint and Performance." In *African American Arts: Activism, Aesthetics, and Futurity*, edited by Sharrell D. Luckett, 175-205. Lewisburg, Pennsylvania: Bucknell University, 2019.

IMDB. "M*A*S*H (1972–1983) Awards." https://www.imdb.com/title/tt0068098/awards

IMDb. "Thad Mumford.". IMDb. https://www.imdb.com/name/nm0612588/awards.

Infoplease. "Top News Stories from 1982." https://www.infoplease.com/year/1982.

Iris Project. "Exhibition Archive." https://www.irisproject.com/exhibitions/archive

Jancargallery. "Information.". https://www.jancargallery.com/info.php

Jancargallery. "Jancar/Kuhlenschimidt Gallery - History 1980-1982." https://www.jancargallery.com/show.php?num=272

James A. Blanco in discussion with the author, June 2021.

Knopka, Rosemarie. "Outsiders Welcome: Brockman Gallery & the Art of Inclusion." *Los Angeles Archivists Collective*. https://laacollective.org/work/ousiders-welcome-brockman-gallery

L.A. Louver Gallery. "Artists." https://lalouver.com/artists.cfm

L.A. Louver Gallery. "Information." https://lalouver.com/info.cfm

LeRoy, Dan. *The Beastie Boys' Paul's Boutique*. New York: Bloomsbury, 2006.

Los Angeles Almanac. "Gasoline Prices Monthly & Annual Averages." http://www.laalmanac.com/energy/en12.php

Maneker, Marion. "Phillips to Sell Hip Hop Pioneer Matt Dike's Basquiats." *Art Market Monitor*, April 10, 2019. https://www.artmarket-monitor.com/2019/04/10/phillips-to-sell-hip-hop-pioneer-matt-dikes-basquiats/

Marino, Christina, Katharine Lawrie, and Jessica Gambling. "Los Angeles County Museum of Art exhibition records, 1973–2003." Online Archive of California. https://oac.cdlib.org/findaid/ark:/13030/c8qz28q5/entire_text/

Marshall, Richard, and Richard Marshall. *Jean-Michel Basquiat* New York: Whitney Museum of American Art, 1992.

Martin, Terrace. "Jazz and Bebop." In *Time Decorated: The Musical Influences of Jean-Michel Basquiat*. Part 1 of 3. The Broad, 2021. https://www.youtube.com/watch?v=TBG5571XUBE

McKenna, Kristine. "Opening a New Window on L.A.'s Art : Peter Goulds' L.A. Louver gallery moves to bigger quarters but takes with it years of support for West Coast artists." *Los Angeles Times*, January 15, 1995. https://www.latimes.com/archives/la-xpm-1995-01-15-ca-20295-story.html

McKenna, Kristine. "Scenes From a Family Gallery: Paul Kantor, his former wife Ulrike and their son Niels have devoted their lives to art in L.A.—even if the role of art dealer is misunderstood." *Los Angeles Times*, January 22, 1995. https://www.latimes.com/archives/la-xpm-1995-01-22-ca-23145-story.html

Mersereau, Jeremy. "Thriller is 35—here are some other iconic things from 1982." *A.Side*, November 30, 2017. https://ontheaside.com/music/thriller-is-35-here-are-some-other-iconic-things-from-1982/

Metcalf, Stephen. "The Enigma of the Man Behind the $110 Million Painting." *The Atlantic*, July/August 2018 issue. https://www.theatlantic.com/magazine/archive/2018/07/jean-michel-basquiat-artist-or-celebrity/561728/

Miller, M.H. "The Artists." In *We Are Family*. *The New York Times Style Magazine*, April 13, 2020. https://www.nytimes.com/interactive/2020/04/13/t-magazine/black-art-galleries.html

Miranda, Carolina A. "The real art pioneers of downtown L.A. and the wild, barrier-busting shows that made the Arts District." *Los Angeles Times*, March 10, 2016. https://www.latimes.com/entertainment/arts/miranda/la-ca-cam-downtown-la-arts-scene-20160313-column.html

Miranda, Carolina A. "'Get out!' said the cops: Art pioneers of downtown L.A. share memories of building a scene." *Los Angeles Times*, March 17, 2016. https://www.latimes.com/entertainment/arts/miranda/la-et-cam-feedback-downtown-la-arts-scene-20160316-column.html

Mr. Pop Culture. "Pop Culture In Review for the Year 1982: Mr. Pop Culture." Mr. Pop Culture | Exploring the World of Pop Culture, June 29, 2021. https://mrpopculture.com/pop-culture-in-review-for-the-year-1982/.

Muchnic, Suzanne. "The Galleries: La Cienega Area." *Los Angeles Times*, March 11, 1983, page 116.

Muchnic, Suzanne. "Institute at a Crossroads: Artists Have Their Say on LAICA." *Los Angeles Times*, February 27, 1985. https://www.latimes.com/archives/la-xpm-1985-02-27-ca-8974-story.html

Muchnic, Suzanne. "Betty Asher; Collector of Contemporary Art." *Los Angeles Times*, May 14, 1994. https://www.latimes.com/archives/la-xpm-1994-05-14-mn-57412-story.html

Nilson, Lisbet. "New Photography Gallery Focuses on Both Classic and Contemporary Work." *Los Angeles Times*, July 7, 1991. https://www.latimes.com/archives/la-xpm-1991-07-07-ca-2930-story.html

Norklun, Kathi. Review of Janus Gallery exhibition *Drawings/Vision: New York*. *LA Weekly*, July 22, 1982, page 97.

Nosnitsky, Andrew. "Basquiat's 'Beat Bop': An Oral History of One of the Most Valuable Hip-Hop Records of All Time." *Spin.com*, November 14, 2013. https://www.spin.com/2013/11/beat-bop-basquiat-k-rob-rammell-zee-freak-freak/

Official Data Foundation."CPI Inflation Calculator." https://www.officialdata.org/

Peabody, Rebecca, Andrew Perchuk, Glenn Phillips, Rani Singh, and Joan Weinsten, eds. *Pacific Standard Time: Los Angeles Art, 1945–1980*. Los Angeles: Getty Publications, 2011.

Peter Relic in discussion with the author, June 2021.

Pincus, Robert L. "Galleries." Review of Janus Gallery exhibition *Drawings/Vision: New York*. *Los Angeles Times*, July 16, 1982, page 115.

Relic, Peter. "Got the Time: Matt Dike & Jean-Michel Basquiat." *To Repel Ghosts: The Collection of Matt Dike*. Phillips, 2019. https://www.phillips.com/article/42810482/got-the-time-matt-dike-and-jean-michel-basquiat

Roberts, Randall. "Appreciation: Matt Dike, mercurial co-founder of rap label Delicious Vinyl and collaborator on Beastie Boys' 'Paul's Boutique'." *Los Angeles Times*, March 15, 2018. https://www.latimes.com/entertainment/music/la-et-ms-matt-dike-obituary-20180313-story.html

Roberto Juarez in discussion with the author, June 2021.

Rodrigues, Laurie. "'SAMO© as an Escape Clause': Jean-Michel Basquiat's Engagement with a Commodified American Africanism." *Journal of American Studies*, May 2011, Vol. 45, No. 2 (May 2011), pp. 227-243

Saggese, Jordana Moore, ed. *The Jean-Michel Basquiat Reader: Writings, Interviews, and Critical Responses*. Oakland: University of California Press, 2021.

Saggese, Jordana Moore. *Reading Basquiat: Exploring Ambivalence in American Art*. Berkeley and Los Angeles: University of California Press, 2021.

Salomon Emquies in discussion with the author, June 2021.

Schimmel, Paul, and Lisa Gabrielle Mark, eds. *Under the Big Black Sun: California Art 1974–1981*. New York: Prestel Publishing, 2011.

Schnabel, Julian. *Basquiat*. 1996.

Scott, Allen J. And Edward Soja, eds. *The City: Los Angeles and Urban Theory at the End of the Twentieth Century*. Berkeley and Los Angeles: University of California Press, 1996.

Seed, John. "Driving Mr. Basquiat." JohnSeed.com, January 26, 2011. http://www.johnseed.com/2011/01/driving-mr-basquiat.html

Shulman, David, dir. *Basquiat: Rage to Riches*. 2017.

Sieroty, Chris. "Celebrity chef Wolfgang Puck to close Spago." *United Press International*, February 12, 2001. https://www.upi.com/Archives/2001/02/12/Celebrity-chef-Wolfgang-Puck-to-close-Spago/5956981954000/

Smithsonian Institute. "Los Angeles Institute of Contemporary Art records, 1973-1988." Archives of American Art. https://www.aaa.si.edu/collections/los-angeles-institute-contemporary-art-records-5495

Smithsonian Institution. "Rosamund Felsen gallery records,1978–2014." Archives of American Art. https://www.aaa.si.edu/collections/rosamund-felsen-gallery-records-16203

Soleau, Teresa. "Finding aid for the Mizuno Gallery records, 1955-2005, bulk 1966-1988." Online Archive of California. The Getty Research Institute, Special Collections. https://oac.cdlib.org/findaid/ark:/13030/kt0c6033v5/entire_text/

Sooney, Pia. "What Happened in 1982?" *LikeTotally80s.com*, August 27, 2006. http://www.liketotally80s.com/2007/08/80s-capsules-1982/

Spooner, James. "Punk and No Wave." In *Time Decorated: The Musical Influences of Jean-Michel Basquiat*. Part 2 of 3. The Broad, 2021. https://www.youtube.com/watch?v=H7f5ZaiUZg0

Spooner, James, and Ed Patuto. "James Spooner and Ed Patuto on the Lasting Influence of Jean Michel [sic] Basquiat." *Autre*, January 28, 2021. https://autre.love/interviewsmain/2021/1/27/james-spooner-and-ed-patuto-on-the-lasting-influence-of-jean-michel-basquiat

Stern, Karl. "1982 - Your complete When It Was Cool Guide to the year 1982 in pop-culture, music, and more." *WhenItWasCool.com*, https://www.whenitwascool.com/1982-guide-to-when-it-was-cool-pop-culture

Tamra Davis in discussion with the author, June 2021.

The Lazy Journalist. "1982-83 Ratings History." The TV Ratings Guide, Thursday, August 15, 1991. http://www.thetvratingsguide.com/2020/03/written-asking-where-cheers-is-by.html

The Getty. "Brockman Gallery." Pacific Standard Time at the Getty Center: Explore the Era. https://blogs.getty.edu/pacific-standardtime/explore-the-era/locations/brockman-gallery/

The Getty. "The Los Angeles Institute of Contemporary Art (1974–77)"Pacific Standard Time at the Getty.". http://blogs.getty.edu/pacificstandardtime/explore-the-era/locations/the-los-angeles-institute-of-contemporary-art-laica-1974%E2%80%9377/.

The Getty Research Institute. "Chronology for Gallery 669 and Mizuno Gallery." Mizuno Gallery records, 1955-2005, bulk 1966-1988. http://archives.getty.edu:30008/getty_images/digitalresources/2010m84_mizuno_chron.pdf

The Getty Research Institute. "Margo Leavin Gallery records." Online Archive of California. The Getty Research Institute, Special Collections. https://oac.cdlib.org/findaid/ark:/13030/c8g44x4q/admin/

The Getty Research Institute. "Patricia Faure Gallery Records, 1952-2006, Bulk 1970-2006." Collection Inventories and Finding Aids. http://archives2.getty.edu:8082/xtf/iew?docId-ead%2F2F2010.M.13%2F2010.M.13.xml.

"For the Record." *Los Angeles Times*, February 5, 1998, p. 96.

The Woman's Building. "The Woman's Building, a brief history". http://thewomansbuilding.org/history.html.

Thompson, Robert Farris. *Flash of the Spirit: African and Afro-American Art*. New York: Vintage Books, 1984.

UCLA Hammer Museum. "Dale Brockman Davis." *Now Dig This! Art and Black Los Angeles, 1960–1980* digital archive. https://hammer.ucla.edu/now-dig-this/artists/dale-brockman-davis

Warner, Alex, and Bianca Rodriguez. "40 Celebrities Who You Forgot Dated at One Time." *Marie Claire*, April 24, 2018. https://www.marieclaire.com/celebrity/g19872761/celebrities-you-forgot-dated/

Water and Power Associates. "Historical Timeline of Los Angeles." https://waterandpower.org/museum/Historical_Timeline_of_Los_Angeles.html

Wilson, William. "N.Y. Subway Graffiti: All Aboard for L.A." *Los Angeles Times*, April 16, 1982, page 99.

Wilson, William. "MOCA: A Downtown Oasis in a Former Wasteland." *Los Angeles Times*, August 25, 1985. https://www.latimes.com/archives/la-xpm-1985-08-25-ca-24782-story.html

Wojciechowski, Gene. "NFL STRIKE: 1982: A History Lesson Not Learned." *Los Angeles Times*, September 23, 1987. https://www.latimes.com/archives/la-xpm-1987-09-23-sp-6303-story.html

Wolfe, Shira. "Lost (and Found) Artist Series: James Van Der Zee." *Artland Magazine*. https://magazine.artland.com/lost-and-found-artist-series-james-van-der-zee/

Wulfe, Steve. "The Oscars of 1982." *Entertainment Weekly*, updated January 26, 2007. https://ew.com/article/2007/01/26/oscars-1982/

Wulffson, Jennifer. "The Adorable Patricia Faure, 1928-2008." *X-Tra*, Fall 2009, vol. 12, no. 1. https://www.x-traonline.org/article/the-adorable-patricia-faure-1928-2008

# CHECKLIST

Jean-Michel Basquiat
Untitled (Acme Toy Co.)
1982
Oilstick and acrylic paint on cardboard
54 x 36 in.
MJL Family Trust, LLC, c/o Mr. Richard LiPuma, Manager

Jean-Michel Basquiat
Untitled (Baseball)
1982
Oilstick and acrylic paint on cardboard
19 3/8 x 12 ½ in.
MJL Family Trust, LLC, c/o Mr. Richard LiPuma, Manager

Jean-Michel Basquiat
Untitled (Blue Skull)
1982
Oilstick and acrylic paint on cardboard
10 ¼ x 10 3/8 in.
MJL Family Trust, LLC, c/o Mr. Richard LiPuma, Manager

Jean-Michel Basquiat
Untitled (Boxer)
1982
Matte acrylic, wax crayon and paint stick on corrugated cardboard
25 ¾ x 20 ¾ in.
Basquiat Venice Collection Group

Jean-Michel Basquiat
Untitled (Cat and Firetruck)
1982
Oilstick and acrylic paint on cardboard
21 x 25 ¾ in.
MJL Family Trust, LLC, c/o Mr. Richard LiPuma, Manager

Jean-Michel Basquiat
Untitled (Colorful Face or Skull)
1982
Matte acrylic, oil paint, wax crayon and paint stick on corrugated cardboard
11 x 8 ½ in.
Basquiat Venice Collection Group

Jean-Michel Basquiat
Untitled (Crown Face)
1982
Oilstick and acrylic paint on cardboard
12 ½ x 7 ¾ in.
MJL Family Trust, LLC, c/o Mr. Richard LiPuma, Manager

Jean-Michel Basquiat
Untitled (Dog and Wolf)
1982
Oilstick and acrylic paint on cardboard
7 x 10 in.
MJL Family Trust, LLC, c/o Mr. Richard LiPuma, Manager

Jean-Michel Basquiat
Untitled (Eyeballs / Eat)
1982
Oilstick and acrylic paint on cardboard
22 x 26 3/8 in.
MJL Family Trust, LLC, c/o Mr. Richard LiPuma, Manager

Jean-Michel Basquiat
Untitled (Face with Orange Halo)
1982
Oilstick and acrylic paint on cardboard
10 x 7 in.
MJL Family Trust, LLC, c/o Mr. Richard LiPuma, Manager

Jean-Michel Basquiat
Untitled (Head With Halo)
1982
Oilstick and acrylic paint on cardboard
12 ¾ x 8 1/8 in.
MJL Family Trust, LLC, c/o Mr. Richard LiPuma, Manager

Jean-Michel Basquiat
Untitled (Hit the Brakes)
1982
Oilstick and acrylic paint on cardboard
9 5/8 x 15 in.
MJL Family Trust, LLC, c/o Mr. Richard LiPuma, Manager

Jean-Michel Basquiat
Untitled (Self-Portrait, Skull)
1982
Matte acrylic, wax crayon and paint stick on corrugated cardboard
25 ½ x 20 ¾ in.
Basquiat Venice Collection Group

Jean-Michel Basquiat
Untitled (Industry Insider)
1982
Oilstick and acrylic paint on cardboard
56 x 36.5 in.
MJL Family Trust, LLC, c/o Mr. Richard LiPuma, Manager

Jean-Michel Basquiat
Untitled (Mystery Creature / Bat)
On reverse of Untitled (Reptile with Claws and a Crown / Monster King)
1982
Matte acrylic with wax crayon and paint stick on corrugated cardboard
14 ½ x 14 in.
Basquiat Venice Collection Group

Jean-Michel Basquiat
Untitled (One More King /Czar)
1982
Matte acrylic, wax crayon and paint stick on corrugated cardboard
10 ¼ x 10 in.
Basquiat Venice Collection Group

Jean-Michel Basquiat
Untitled (Receipt / Poem)
1982
Oilstick and typewritten text on perforated computer paper (continuous feed)
11 x 7 5/8 in.
MJL Family Trust, LLC, c/o Mr. Richard LiPuma, Manager

Jean-Michel Basquiat
Untitled (Red Face and Rat Monster)
1982
Oilstick and acrylic on cardboard
10 ¼ x 19 ¾ in.
MJL Family Trust, LLC, c/o Mr. Richard LiPuma, Manager

Jean-Michel Basquiat
Untitled (Red Face and Yellow Crown)
1982
Oilstick and acrylic paint on cardboard
11 ¾ x 9 1/8 in.
MJL Family Trust, LLC, c/o Mr. Richard LiPuma, Manager

Jean-Michel Basquiat
Untitled (Reptile with Claws and a Crown / Monster King)
1982
Matte acrylic, wax crayon, paint stick, marker, and incisions in the paint, on corrugated cardboard
14 ½ x 14 in.
Basquiat Venice Collection Group

Jean-Michel Basquiat
Untitled (Self-Portrait or Black Skull with a Crown inscribed with the word Milk)
1982
Matte acrylic, wax crayon and paint stick on corrugated cardboard
12 ¾ x 8 ¾ in.
MJL Family Trust, LLC, c/o Mr. Richard LiPuma, Manager

Jean-Michel Basquiat
Untitled (Self-Portrait or Crown Face II)
1982
Matte acrylic, wax crayon and paint stick on corrugated cardboard
9 ¾ x 10 ½ in.
MJL Family Trust, LLC, c/o Mr. Richard LiPuma, Manager

Jean-Michel Basquiat
Untitled (Self Portrait with Arrow)
1982
Oilstick and acrylic on cardboard
12 x 7 in.
MJL Family Trust, LLC, c/o Mr. Richard LiPuma, Manager

Jean-Michel Basquiat
Untitled (Self-portrait with Cowboy Hat and Leonardo da Vinci's Flying Suit)
1982
Matte acrylic, oil paint, wax crayon and paint stick on corrugated cardboard
12 x 12 in.
Basquiat Venice Collection Group

Jean-Michel Basquiat
Untitled (Three Birds, a Car, and a Television)
1982
Oilstick and acrylic paint on cardboard
19 ¼ x 15 in.
MJL Family Trust, LLC, c/o Mr. Richard LiPuma, Manager

Jean-Michel Basquiat
Untitled (Two Blue Cars), 1982
Oilstick and acrylic on cardboard
5 ¾ x 17 ½ in.
MJL Family Trust, LLC, c/o Mr. Richard LiPuma, Manager

Jean-Michel Basquiat
Untitled (Yellow and Black Buildings)
1982
Oilstick and acrylic on cardboard
8 ½ x 11 1/8 in.
MJL Family Trust, LLC, c/o Mr. Richard LiPuma, Manager

# IMAGE CREDITS

*All photographs from the Basquiat Venice Collection Group and MJL Family Trust, LLC, c/o Mr. Richard LiPuma, Manager are courtesy of © Lunardi Photography.*

(Inside cover): Photo by Beth Phillips, Courtesy Galerie Bruno Bischofberger AG, Männedorf-Zurich, Switzerland.

(Page 98 & 135): The Hobo Code (https:/owlcation.com/humanities/All-things-HOBO-signs-and-symbols)

(Page 100): Lon Chaney as a werewolf. Undated still from *The Wolf Man* movie. © Bettmann, Getty Images, January 1, 1941.

(Page 102): Movie still from *Dumbo*, 1941. © Disney

(Page 102): Jean-Michel Basquiat, *Tenor*, 1985. © The Estate of Jean-Michel Basquiat

(Page 104): Jean-Michel Basquiat, Tokyo, 1983 © Yutaka Sakano, courtesy Galerie Patrick Gutknecht

(Page 104): Leonardo da Vinci's Design for a Flying Machine, 1488. Public Domain

(Page 106): Jean-Michel Basquiat, *Untitled*, 1983. © The Estate of Jean-Michel Basquiat

(Page 108): Jean-Michel Basquiat, *Cadillac Moon*, 1981. © The Estate of Jean-Michel Basquiat

(Page 110): Jean-Michel Basquiat, *Untitled (The Boxer)*, 1982, *Untitled*, 1982, and *The Ring*, 1981. © The Estate of Jean-Michel Basquiat

(Page 112): Jean-Michel Basquiat, *Native Carrying some Guns, Bibles, Amorites on Safari*, 1982, and *Untitled*, 1981. © The Estate of Jean-Michel Basquiat

(Page 114): *Jean-Michel Basquiat*, 1987. © William Coupon

(Page 118): Hans Hofmann, *Combinable Wall I and II*, 1961. © UC Berkeley, Berkeley Art Museum and Pacific Film Archive

(Pages 120 & 134): Jean-Michel Basquiat, *Self Portrait*, 1982. © The Estate of Jean-Michel Basquiat

(Page 122): Jean-Michel Basquiat, *The Bond, the Earle or Stanhope* (1982), and *Prayer* (1984). © The Estate of Jean-Michel Basquiat

(Page 122): Jean-Michel Basquiat, *Grillo*, 1984. © The Estate of Jean-Michel Basquiat

(Page 127): Jean-Michel Basquiat, *Untitled (Charles Darwin)*, 1983, and *Liberty*, 1983. © The Estate of Jean-Michel Basquiat

(Page 127 & 148): Henry Dreyfuss, *Symbol Sourcebook: An Authoritative Guide to International Graphic Symbols*, 1972.

(Page 136): Jean-Michel Basquiat, *Famous Negro Athletes*, 1981. © The Estate of Jean-Michel Basquiat

(Page 136): Thad Mumford as a bat boy © Variety https:/variety.com/2018/tv/news/thad-mumford-dead-dies-african-american-writer-mash-1202942657/

(Page 142): Jean-Michel Basquiat, *Dog Leg Study*, 1982. © The Estate of Jean-Michel Basquiat

(Page 148): Piet Mondrian, *Composition in Red, Yellow and Blue*, 1929. © Kunsthaus Zürich

(Page 150): Madonna visits the Basquiat exhibition at the Barbican © instagram.com/Madonna

(Page 150): Portrait of Jean-Michel Basquiat and Madonna, 1982. © Maripol

(Back cover): Artwork by (c) KOBRA, Mount Rushmore – 10th Avenue and 22nd Street, NYC (Andy Warhol, Frida Kahlo, Keith Haring and Jean-Michel Basquiat)

# ENDNOTES

1 Chris Sieroty, "Celebrity chef Wolfgang Puck to close Spago," *United Press International*, February 12, 2001, https://www.upi.com/Archives/2001/02/12/Celebrity-chef-Wolfgang-Puck-to-close-Spago/5956981954000/

2 Gasoline Prices Monthly & Annual Averages, http://www.laalmanac.com/energy/en12.php

3 Wulfe, Steve. "The Oscars of 1982." Entertainment Weekly, updated January 26, 2007. https://ew.com/article/2007/01/26/oscars-1982/

4 The Lazy Journalist, "1982-83 Ratings History," The TV Ratings Guide, Thursday, August 15, 1991, http://www.thetvratingsguide.com/2020/03/written-asking-where-cheers-is-by.html

5 James Blanco in discussion with the author, June 2021.

6 Mike Davis, *City of Quartz: Excavating the Future in Los Angeles* (1990, Kindle edition: Verso, September 17, 2006), loc. 140 of 9605.

7 "Chronology," in *Basquiat: Boom for Real*, ed. Dieter Buchhart and Eleanor Naire with Lotte Johnson (2017, Paperback edition: New York: Prestel Publishing 2020): 272–273.

8 "Chronology," in *Basquiat: Boom for Real*, ed. Dieter Buchhart and Eleanor Naire with Lotte Johnson (2017, Paperback edition: New York: Prestel Publishing 2020): 273.

9 Phoebe Hoban, *Basquiat: A Quick Killing in Art* (1998, Kindle edition: Open Road Media, May 17, 2016): 162.

10 Sarah Cascone, "Madonna Says Jean-Michel Basquiat Took Back and Destroyed Paintings He Gave Her," *Artnet*, March 16, 2015, https://news.artnet.com/art-world/basquiat-took-back-madonna-paintings-277735

11 Madonna, "#tbt #art #magic #JMB #babies #dreaming," Instagram photo, December 6, 2018, https://www.instagram.com/p/BrDvgLfBRpb/?utm_source=ig_embed&utm_medium=loading

12 Rania Aniftos, "Madonna Posts Throwback Photo With Ex-Boyfriend Jean-Michel Basquiat," Billboard, December 6, 2018, https://www.billboard.com/articles/news/8489113/madonna-throwback-photo-jean-michel-basquiat

13 Gene Sizemore, quoted in Hoban, p. 87.

14 Fred Hoffman, *The Art of Jean-Michel Basquiat, https://fredhoffmanfineart.com/landingpage*

15 Peter Relic, "Got the Time: Matt Dike & Jean-Michel Basquiat," *To Repel Ghosts: The Collection of Matt Dike* (Phillips, 2019), https://www.phillips.com/article/42810482/got-the-time-matt-dike-and-jean-michel-basquiat

16 Tamra Davis in discussion with the author, June 2021.

17 Tamra Davis in discussion with the author, June 2021.

18 Tamra Davis in discussion with the author, June 2021.

19 Phoebe Hoban, *Basquiat: A Quick Killing in Art* (1998, Kindle edition: Open Road Media, May 17, 2016): 126.

20 Tamra Davis in discussion with the author, June 2021.

21 Peter Relic, "Got the Time: Matt Dike & Jean-Michel Basquiat," *To Repel Ghosts: The Collection of Matt Dike* (Phillips, 2019), https://www.phillips.com/article/42810482/got-the-time-matt-dike-and-jean-michel-basquiat

22 Tamra Davis in discussion with the author, June 2021.

23 Salomon Emquies in discussion with the author, June 2021.

24 Phoebe Hoban, *Basquiat: A Quick Killing in Art* (1998, Kindle edition: Open Road Media, May 17, 2016): 124.

25 "Chronology," in *Basquiat: Boom for Real*, ed. Dieter Buchhart and Eleanor Naire with Lotte Johnson (2017, Paperback edition: New York: Prestel Publishing 2020): 272.

26 Salomon Emquies in conversation with the author, June 2021.

27 William Wilson, "N.Y. Subway Graffiti: All Aboard for L.A.," *Los Angeles Times,* April 16, 1982, page 99.

28 Hunter Drohojowska, "Schnabel and Basquiat: Explosions and Chaos," *LA Weekly*, April 29, 1982, page 19.

29 "Interview by Becky Johnston and Tamra Davis, Beverly Hills, California, 1985," in *The Jean-Michel Basquiat Reader: Writings, Interviews, and Critical Responses*, ed. Jordana Moore Saggese (Oakland: University of California Press, 2021): 54

30 Hal Foster, "Between Modernism and the Media," (1982; Originally published in *Art in America*, Summer 1982 edition, reprinted in *Recodings [sic]: Art, Spectacle, Cultural Politics*, 1985, Second edition: Seattle: Bay Press, 1987), 33-58.

31 Suzanne Muchnic, "The Galleries: La Cienega Area," *Los Angeles Times*, March 11, 1983, page 116.

32 Robert L. Pincus, "Galleries," Review of Janus Gallery exhibition *Drawings/Vision: New York, Los Angeles Times*, July 16, 1982, page 115.

33 Kathi Norklun, Review of Janus Gallery exhibition *Drawings/Vision: New York, LA Weekly*, July 22, 1982, page 97.

34 This show is also mentioned in the Basquiat exhibition history hosted by Vito Schnabel Gallery, although it is listed as having taken place at "Jauns" [sic] Gallery in New York. See: https://www.vitoschnabel.com/attachment/en/55cd07616aa72cc608d19704/TextOneColumnWithFile/578e86538cdb50cf3b9bfc57

35 Derek Blasberg, "Spotlight: Basquiat," *Gagosian Quarterly*, Fall 2017 issue, https://gagosian.com/quarterly/2017/09/01/gamechanger-basquiat/

36 Peter Relic in discussion with the author, June 2021.

37 Tamra Davis in discussion with the author, June 2021.

38 James Blanco in discussion with the author, June 2021.

39 Fred Hoffman, "Jean-Michel Basquiat in Venice," *HUMANITY Magazine*, December 14, 2015, https://mag.citizensofhumanity.com/blog/2015/12/14/jean-michel-basquiat-in-venice/

40 "M*A*S*H (1972–1983) Awards," IMDB. https://www.imdb.com/title/tt0068098/awards

41 "Thad Mumford: Awards," IMDB. https://www.imdb.com/name/nm0612588/awards

42 Tamra Davis in conversation with the author, June 2021.

43 Phoebe Hoban, *Basquiat: A Quick Killing in Art* (1998, Kindle edition: Open Road Media, May 17, 2016): 16-17.

44 Tamra Davis in conversation with the author, June 2021.

45 Stephen Metcalf, "The Enigma of the Man Behind the $110 Million Painting," *The Atlantic*, July/August 2018 issue, https://www.theatlantic.com/magazine/archive/2018/07/jean-michel-basquiat-artist-or-celebrity/561728/

46 Tamra Davis in conversation with the author, June 2021.

47 James Blanco in conversation with the author, June 2021.

48 Tamra Davis in conversation with the author, June 2021.

49 Eleanor Naire, "Basquiat's Books," in *Basquiat: Boom for Real*, ed. Dieter Buchhart and Eleanor Naire, with Lotte Johnson (2017, Paperback edition: New York: Prestel Publishing, 2020): 191.

50 Jordana Moore Saggese, *Reading Basquiat: Exploring Ambivalence in American Art* (Berkeley and Los Angeles: University of California Press, 2021): 25.

51 Tamra Davis in discussion with the author, June 2021.

52 Tamra Davis in discussion with the author, June 2021.

53 Peter Relic in discussion with the author, June 2021.

54 https://www.upi.com/Archives/2001/02/12/Celebrity-chef-Wolfgang-Puck-to-close-Spago/5956981954000/

55 https://oac.cdlib.org/findaid/ark:/13030/c8s75p41/

56 https://welcometolace.org/lace/paul-mccarthy-humanoid/

57 https://baseballhall.org/discover-more/stories/inside-pitch/hank-aaron-frank-robinson-elected-1982

58 L.A. Weekly, Galleries, January 21, 1982, 79

59 https://www.washingtonpost.com/arts-entertainment/2019/01/23/ozzy-osbourne-bit-head-off-bat-years-ago-some-reason-now-toy-commemorates-it/

60 http://www.liketotally80s.com/2007/08/80s-capsules-1982/#sports

61 L.A. Weekly, University and Community Galleries, January 28, 1982, 80

62 https://www.goldenglobes.com/winners-nominees/1982

63 https://www.vulture.com/2015/05/lettermans-first-late-night-episode-was-great.html

64 L.A. Weekly, Downtown, February 11, 1982, 82

65 https://lalouver.com/exhibition.cfm?tExhibition_id, 93

66 https://www.biography.com/musician/thelonious-monk

67 https://www.the-numbers.com/movies/year/1982

68 https://welcometolace.org/lace/jim-morris-drawings/

69 https://www.infoplease.com/people/b/john-belushi

70 Saggese reader, 377

71 https://www.the-numbers.com/movies/year/1982

72 L.A. Times, Calendar, March 14 1982, 362

73 https://movieweb.com/tv/cagney-lacey/

74 https://www.oscars.org/oscars/ceremonies/1982

75 L.A. Times, "'82 Writers Guild Awardees Named," April 1, 1982, 132

76 https://www.imdb.com/name/nm0612588/awards

77 https://oac.cdlib.org/findaid/ark:/13030/c8g44x4q/dsc/?dsc.position=2501

78 https://www.phillips.com/detail/jeanmichel-basquiat/NY010718/15

79 Wilson, William. "N.Y. Subway Graffiti: All Aboard for L.A." *Los Angeles Times*, April 16, 1982, page 99.

80 Hunter Drohojowska, "Schnabel and Basquiat: Explosions and Chaos," *LA Weekly*, April 29, 1982, page 19.

81 https://oac.cdlib.org/findaid/ark:/13030/c8qz28q5/entire_text/

82 http://gallery.98bowery.com/2020/new-york-road-runners-club-running-82-basquiat-haring-de-kooning-katz-etc-card-1982/

83 https://www.nasa.gov/feature/sally-ride-first-american-woman-in-space

84 https://www.hockey-reference.com/playoffs/1982-new-york-islanders-vs-vancouver-canucks-stanley-cup-final.html

85 https://www.the-numbers.com/movies/year/1982

86 https://oac.cdlib.org/findaid/ark:/13030/c8g44x4q/dsc/?dsc.position=2501

87 https://www.the-numbers.com/movies/year/1982

88 Pincus, Robert L. "50 U.S. Artists in Documenta 7." *Los Angeles Times*, May 23, 1982, 378

89 L.A. Times, Calendar, May 23, 1982, 374.

90 https://www.basketball-reference.com/playoffs/1982-nba-finals-lakers-vs-76ers.html

91 https://www.the-numbers.com/movies/year/1982

92 Saggese reader, 339

93 https://totally80s.com/article/june-1982-moon-unit-and-frank-zappa-release-valley-girl

94 https://www.the-numbers.com/movies/year/1982

95 https://www.jancargallery.com/show.php?num=272

96 http://gallery.98bowery.com/2018/marlborough-gallery-diego-cortez-basquiat-haring-schnabel-the-pressure-to-paint-exhibition-catalogue-1982/

97 https://www.nytimes.com/1982/06/09/obituaries/satchel-page-black-pitching-star-is-dead-at-75.html

98 https://welcometolace.org/lace/sunday-paintings-lari-pittman/

99 https://lalouver.com/exhibition.cfm?tExhibition_id=100

100 https://www.mcall.com/sports/mc-nws-holmes-cooney-rematch-charity-20200130-tntvutoo-presnkhuc3wxnypkkm-story.html

101 https://www.the-numbers.com/movies/year/1982

102 https://www.google.com/books/edition/Fast/ZshJAQAAIAAJ?hl=en

103 https://studiomuseum.org/sites/default/files/Studio%20Museum%20Fact%20Sheet_1.pdf

104 https://www.documenta.de/en/retrospective/documenta_7

105 http://gallery.98bowery.com/2018/blumhelman-gallery-basquiat-haring-salle-drawings-folded-card-1982/

106 https://oac.cdlib.org/findaid/ark:/13030/c8qz28q5/entire_text/

107 https://www.the-numbers.com/movies/year/1982

108 https://www.the-numbers.com/movies/year/1982

109 https://lalouver.com/exhibition.cfm?tExhibition_id=101

110 https://welcometolace.org/lace/bruce-and-norman-yonemoto-green-card-an-american-romance/

111 https://www.the-numbers.com/movies/year/1982

112 Robert L. Pincus, "Galleries," Review of Janus Gallery exhibition *Drawings/Vision: New York, Los Angeles Times*, July 16, 1982, page 115. Kathi Norklun, Review of Janus Gallery exhibition *Drawings/Vision: New York, LA Weekly*, July 22, 1982, page 97.

113 https://www.the-numbers.com/movies/year/1982

114 https://www.queenconcerts.com/live/queen/1982-hotspaceus.html

115 https://baseballhall.org/discover/inside-pitch/class-of-1982

116 L.A. Times, Calendar, August 1, 1982, 305

117 https://www.the-numbers.com/movies/year/1982

118 Interview with Emquies conducted by author

119 http://www.bboycult.com/2014/07/ramellzee-toxic-c1-and-basquiat-rhythm.html

120 L.A. Times, Openings, September 9, 1982, 114.

121 L.A. Weekly, Galleries, September 16, 1982, 83.

122 http://etd.ohiolink.edu/apexprod/rws_etd/send_file/send?accession=ohiou1217965257&disposition=inline

123 https://www.queenconcerts.com/live/queen/1982-hotspaceus.html

124 https://www.emmys.com/awards/nominees-winners/1982

125 https://www.imdb.com/name/nm0612588/awards

126 https://www.nydailynews.com/sports/football/nfl-strike-ends-57-days-1982-article-1.2365947

127 https://genius.com/albums/Janet-jackson/Janet-jackson

128 L.A. Weekly, Galleries, September 30, 1982, 83

129 https://www.mentalfloss.com/article/56133/30-things-you-might-not-know-about-cheers

130 https://totally80s.com/article/october-1982-madonna-releases-debut-single-everybody#:~:text=Dance%20and%20sing%2C%20get%20up,6%2C%201982.

131 http://www.tonyshafrazigallery.com/index.php?mode=artists&object_id=14&view=ae

132 https://www.baseball-reference.com/postseason/1982_WS.shtml

133 L.A. Weekly, Galleries, October 21, 1982, 98

134 https://www.the-numbers.com/movies/year/1982

135 Saggese Reader, 341

136 https://www.thecurrent.org/feature/2019/11/27/1999-era-timeline

137 http://gallery.98bowery.com/2020/squat-theater-iconoklast-panzerism-versus-tricnology-jean-michel-basquiat-at-rammellzee-stephen-torton-1982/

138 https://www.latimes.com/archives/la-xpm-2005-mar-13-ca-basquiat13-story.html

139 https://oac.cdlib.org/search?style=oac4;titlesAZ=c;idT=UCb117304402

140 Hoban, 137

141 https://www.biography.com/news/maya-lin-vietnam-veterans-memorial

142 https://www.nydailynews.com/sports/football/nfl-strike-ends-57-days-1982-article-1.2365947

143 https://liveforlivemusic.com/features/michael-jackson-releases-thriller-day-back-1982/

144 Saggese Reader, 342

145 https://healthcare.utah.edu/healthfeed/postings/2012/12/120212ArtificialHeart30YearsLater.php

146 https://lalouver.com/exhibition.cfm?tExhibition_id=66

147 https://www.the-numbers.com/movies/year/1982

148 https://www.the-numbers.com/movies/year/1982

149 https://www.the-numbers.com/movies/year/1982

150 https://www.wired.com/2012/12/dec-26-1982-times-top-man-the-personal-computer/#:~:text=1982%3A%20The%20personal%20computer%20is,has%20bestowed%20annually%20since%201927.

Following: Jean-Michel Basquiat, Untitled (Hit the Brakes), 1982, Oilstick and acrylic paint on cardboard, 9 5/8 x 15 in., MJL Family Trust, LLC, c/o Mr. Richard LiPuma, Manager





Basquiat is immortalized on the Mount Rushmore of the four great artists of the 1980s by Brazilian mural artist Kobra. This is a monument found on 10th Ave on the Lower West Side of Manhattan. Our Basquiat exhibition Heroes & Monsters will be shared by us via our longtime international partners, L'Associazione Culturale MetaMorfosi, based in Rome Italy, on an Italian world premiere debut in the ancient fine arts cities of Rome, Milan, and Naples.