### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LIBERTY MUTUAL
INSURANCE COMPANY AND
GREAT AMERICAN
INSURANCE COMPANY,**

        **Plaintiff,**

**v.**                     **Case No: 6:24-cv-2180-PGB-RMN**

**ORLANDO MUSEUM OF ART,
PIERCE O'DONNELL, TARYN
BURNS, WILLIAM FORCE,
AND BASQUIAT VENICE
COLLECTION GROUP,**

        **Defendants.**

_____

### NOTICE AND ORDER TO REGISTER FOR COURT'S CASE MANAGEMENT AND ELECTRONIC CASE FILING PROGRAM

On Monday, July 12, 2004, the United States District Court for the Middle District of Florida converted to a paperless electronic filing system: CM/ECF (Case Management and Electronic Case Filing). Extensive notice of this conversion was provided through the Court's web-page, announcements, and numerous mailings.

Upon review of this case, it appears that **attorneys Katherine J. Ellena, Casey A. Loosbrock, and David E. Weiss are** not registered to participate in the Case Management and Electronic Case Filing ("CM/ECF") program of the Court.

Henceforth, all attorneys appearing in a case assigned to the undersigned Judge shall participate and docket in CM/ECF within **30 days** of entry of an appearance in such case.

Counsel is directed to the website located at **www.flmd.uscourts.gov** under "CM/ECF" where a password may be requested from the Court. Counsel must take the Tutorials offered on the website before using the CM/ECF system.

Therefore, **attorneys Katherine J. Ellena, Casey A. Loosbrock, and David E. Weiss** shall register to participate, as well as docket, in CM/ECF within thirty (30) days from the date of this Order.

**DONE** and **ORDERED** in Orlando, Florida on this February 3, 2025.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record